RELATE DDJ

FILED
CLERK, U.S. DISTRICT COURT

1/26/24

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ eee _____ DEPUTY

1   Victoria Dillihunt _____ (Full Name)

2   dillihuntvictoria@yahoo.com _____ (Email Address)

3   12036 S Broadway #K (Address Line 1) Homeless due to this case

4   Los Angeles CA 90061 (Address Line 2) so no address! This is old address

5   No Phone _____ (Phone Number) keep playing with everything to isolate me.

6   Plaintiff in Pro Per

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10                                      **2:24-cv-00751-FMO-MAR**

11   Victoria Tanisha Dillihunt ,          **Case No.:** _____

12                 Plaintiff,                    (To be supplied by the Clerk)

13   vs.                                  **Civil Rights Complaint Pursuant to**

14   The United States of America         **42 U.S.C. § 1983 (non-prisoners)**

15   Matthew Abram Groening

16   Society of Jesus (Jesuit Order)      **Jury Trial Demanded:**  ☐ Yes  ☐ No

17   Olympique de Marseille

18                 Defendant(s).

19

20                    *(All paragraphs and pages must be numbered.)*

21                    **I. JURISDICTION**

22   1. This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343.

23   Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

24

25                         **II. VENUE**

26   2. Venue is proper pursuant to 28 U.S.C. § 1391 because the situation took

27   place in the County of plaintiff's residence

28

Form prepared by Public
Counsel. © 2010, 2023 Public
Counsel.  All rights reserved.
Revised: October 2023

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

### Congressional Record--Appendix, pp. A34-A35
### Current Communist Goals

EXTENSION OF REMARKS OF HON. A. S. HERLONG, JR. OF FLORIDA
IN THE HOUSE OF REPRESENTATIVES
Thursday, January 10, 1963

*Mr. HERLONG.* Mr. Speaker, Mrs. Patricia Nordman of De Land, Fla., is an ardent and articulate opponent of communism, and until recently published the De Land Courier, which she dedicated to the purpose of alerting the public to the dangers of communism in America.

At Mrs. Nordman's request, I include in the RECORD, under unanimous consent, the following "Current Communist Goals," which she identifies as an excerpt from "The Naked Communist," by Cleon Skousen:

### CURRENT COMMUNIST GOALS

1. U.S. acceptance of coexistence as the only alternative to atomic war.

2. U.S. willingness to capitulate in preference to engaging in atomic war.

3. Develop the illusion that total disarmament [by] the United States would be a demonstration of moral strength.

4. Permit free trade between all nations regardless of Communist affiliation and regardless of whether or not items could be used for war.

5. Extension of long-term loans to Russia and Soviet satellites.

6. Provide American aid to all nations regardless of Communist domination.

7. Grant recognition of Red China. Admission of Red China to the U.N.

8. Set up East and West Germany as separate states in spite of Khrushchev's promise in 1955 to settle the German question by free elections under supervision of the U.N.

9. Prolong the conferences to ban atomic tests because the United States has agreed to suspend tests as long as negotiations are in progress.

10. Allow all Soviet satellites individual representation in the U.N.

11. Promote the U.N. as the only hope for mankind. If its charter is rewritten, demand that it be set up as a one-world government with its own independent armed forces. (Some Communist leaders believe the world can be taken over as easily by the U.N. as by Moscow. Sometimes these two centers compete with each other as they are now doing in the Congo.)

12. Resist any attempt to outlaw the Communist Party.

13. Do away with all loyalty oaths.

14. Continue giving Russia access to the U.S. Patent Office.

15. Capture one or both of the political parties in the United States.

16. Use technical decisions of the courts to weaken basic American institutions by claiming their activities violate civil rights.

17. Get control of the schools. Use them as transmission belts for socialism and current Communist propaganda. Soften the curriculum. Get control of teachers' associations. Put the party line in textbooks.

18. Gain control of all student newspapers.

19. Use student riots to foment public protests against programs or organizations which are under Communist attack.

20. Infiltrate the press. Get control of book-review assignments, editorial writing, and policymaking positions.



21. Gain control of key positions in radio, TV, and motion pictures.

22. Continue discrediting American culture by degrading all forms of artistic expression. An American Communist cell was told to "eliminate all good sculpture from parks and buildings, substitute shapeless, awkward and meaningless forms."

23. Control art critics and directors of art museums. "Our plan is to promote ugliness, repulsive, meaningless art."

24. Eliminate all laws governing obscenity by calling them "censorship" and a violation of free speech and free press.

25. Break down cultural standards of morality by promoting pornography and obscenity in books, magazines, motion pictures, radio, and TV.

26. Present homosexuality, degeneracy and promiscuity as "normal, natural, and healthy."

27. Infiltrate the churches and replace revealed religion with "social" religion. Discredit the Bible and emphasize the need for intellectual maturity which does not need a "religious crutch."

28. Eliminate prayer or any phase of religious expression in the schools on the ground that it violates the principle of "separation of church and state." (Remember these goals were published to expose them in 1958) Coincidence?

29. Discredit the American Constitution by calling it inadequate, old-fashioned, out of step with modern needs, a hindrance to cooperation between nations on a worldwide basis.

30. Discredit the American Founding Fathers. Present them as selfish aristocrats who had no concern for the "common man."

31. Belittle all forms of American culture and discourage the teaching of American history on the ground that it was only a minor part of the "big picture." Give more emphasis to Russian history since the Communists took over.

32. Support any socialist movement to give centralized control over any part of the culture--education, social agencies, welfare programs, mental health clinics, etc.

33. Eliminate all laws or procedures, which interfere with the operation of the Communist apparatus.

34. Eliminate the House Committee on Un-American Activities.

35. Discredit and eventually dismantle the FBI.

36. Infiltrate and gain control of more unions.

37. Infiltrate and gain control of big business.

38. Transfer some of the powers of arrest from the police to social agencies. Treat all behavioral problems as psychiatric disorders which no one but psychiatrists can understand [or treat].

39. Dominate the psychiatric profession and use mental health laws as a means of gaining coercive control over those who oppose Communist goals.

40. Discredit the family as an institution. Encourage promiscuity and easy divorce.

41. Emphasize the need to raise children away from the negative influence of parents. Attribute prejudices, mental blocks and retarding of children to suppressive influence of parents.

42. Create the impression that violence and insurrection are legitimate aspects of the American tradition; that students and special-interest groups should rise up and use ["] united force ["] to solve economic, political or social problems.

43. Overthrow all colonial governments before native populations are ready for self-government.

44. Internationalize the Panama Canal.

45. Repeal the Connally reservation so the United States cannot prevent the World Court from seizing jurisdiction [over domestic problems. Give the World Court jurisdiction] over nations and individuals alike.



## III. PARTIES

3.   Plaintiff Victoria T. Dilthurst _____ resides at:
*(your full name)*

12035 S. Broadway #K _____

Los Angeles CA 90016 _____
*(your address)*

*(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)*

4. Defendant United States of America _____ works at
*(full name of Defendant)*

1600 Pennsylvania Ave, N.W. Washington DC, 20500 .
*(Defendant's place of work)*

Defendant's title or position is President Joe Biden & Vice President Kamala Harris
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because: defendant is a part of the charades of witchcraft. Ex: USA has been oppressing me using their power of influence in the system, homelessness, poverty, no government help, etc to cover up the fact that they partook in the scheme to allow people to hurt me etc.

5. Defendant Matthew Abram Groening _____ works at
*(full name of Defendant)*

P.O. Box 1963 Santa Monica CA 90406 _____
*(Defendant's place of work)*

Defendant's title or position is Bongo Entertainment _____
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because: defendant is a part of the charades of witchcraft. Ex: He is a cartoonist, writer, etc. He did the Simpsons and pushed certain narratives by planting seeds in the minds of the viewers.

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___. Defendant Society of Jesus (Jesuit Order) works at
    *Insert ¶ #*                    *(full name of Defendant)*
2
3   Borgo S. Spirito 4, C.P. 6139, 00195 Roma-Prati, Italy
                        *(Defendant's place of work)*
4
5   Defendant's title or position is Father: Arturo Sosa, SJ
                                    *(Defendant's title or position at place of work)*
6
    This Defendant is sued in his/her (check one or both):
7
        ☐ individual capacity        ☒ official capacity
8

9   This Defendant was acting under color of law because defendant is a part of
10  the charades of witchcraft. Ex: This is the headquarters of Society of Jesus which is a
11  religious order in the Catholic Church in Rome. Their patron saints are St Joseph & Blessed Virgin Mary
12  under the title Madonna della Strada (which isn't really Mary). The sorcery of the Catholic Church has
13  caused many people to have their identities confused, stolen, etc. Jesus was Black so now
    it's time other people stop playing like Jesus Christ of Nazareth.
14

15

16  ___. Defendant Olympique de Marseille works at
    *Insert ¶ #*                    *(full name of Defendant)*
17
18  33 traverse de la Martine, 13012 Marseille, France
                        *(Defendant's place of work)*
19

20  Defendant's title or position is Owner: Frank H. McCourt Jr
                                    *(Defendant's title or position at place of work)*
21

22
    This Defendant is sued in his/her (check one or both):
23
24      ☐ individual capacity        ☒ official capacity

25  This Defendant was acting under color of law because defendant is a part of
26  the charades of witchcraft. Ex: Frank used to own LA Dodgers & Dodger Stadium (2004-2012),
27  he owns LA Marathon, & McCourt School of Public Policy. This right here proves that the New
    Babylon/Roman Empire is a replica of the old one while people keep trying to blackmail
28  the blacks for what LATIN AMERICA, BRITAIN, etc have schemed together to try
    and not face judgement for oppressing GOD's chosen people
                        *Page Number*

    Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant Saint Vincent de Paul Chapel _____ works at

2    *Insert ¶ #*                    *(full name of Defendant)*

     95, Rue de Sevres, Paris France

3                    *(Defendant's place of work)*

4

5    Defendant's title or position is leader of this Church .

                             *(Defendant's title or position at place of work)*

6    This Defendant is sued in his/her (check one or both):

7         ☐ individual capacity                    ☒ official capacity

8

9    This Defendant was acting under color of law because defendant is a part of

10   the charades of witchcraft. Ex: Paul is considered the saint of charities, horses, hospitals,

11   leprosy, lost articles, Madagascar, prissoners, Richmond, Virginia, spiritual help, Saint Vincent de

12   Paul Societies, sacred Heart Cathedral Prepatory Vincentian Service Corps, Volunteers.

13

14

15

16   ___. Defendant Cathedral of St Vincent de Paul _____ works at

17   *Insert ¶ #*                    *(full name of Defendant)*

     53 Rue Mokhtar Attia, Tunis, Tunisia

18                   *(Defendant's place of work)*

19

20   Defendant's title or position is Arch Bishop: Maroun Elias Nimeh Lahham (Jordanian Catholic Prelate)

21                   *(Defendant's title or position at place of work)*

22

23   This Defendant is sued in his/her (check one or both):

24        ☐ individual capacity                    ☒ official capacity

25   This Defendant was acting under color of law because defendant is a part of

26   the charades of witchcraft. Ex: Paul is the name of my youngest daughters father who

27   they tried to get me to marry when I was in ministry but God said No, He wasn't my

28   husband and then he showed me the man that they have tried so hard to keep me seperated
     from especially these last 5 years. Also Paul is Black w/Indian and our youngest daughter
     was raped in DCFS care and they covered it up plus put her in the streets in attempt to
     try and set me up and DCFS was  happy when my daughter claimed to be gay so
     what I am seeing here is sorcery because of 1) The church is a Bride not a man
     so that's transgender and its also homosexual to have men inside a womans temple
     as she sleeps with a man. These Churches are SERPENTS VIOLATING MY BODY

1    ___. Defendant Nazareth Enterprises, Inc
2    *Insert ¶ #*                    *(full name of Defendant)*                    works at
3    800 S. B St. Ste 100, San Mateo CA 94401
4                    *(Defendant's place of work)*

5    Defendant's title or position is CEO Mounir Kardosh
6                    *(Defendant's title or position at place of work)*

7    This Defendant is sued in his/her (check one or both):

8        ☐ individual capacity                    ☒ official capacity

9
10   This Defendant was acting under color of law because defendant is a part of
11   the charades of witchcraft. Ex: Nazareth is Not in USA
12   nor can people keep acknowledging Jesus for personal
13   gain (manipulation/sorcery) yet deny His way of living.
14

15

16   ___. Defendant Big 5 Sporting Goods
17   *Insert ¶ #*                    *(full name of Defendant)*                    works at
18   2525 East El Segundo Blvd El Segundo CA 90245
19                    *(Defendant's place of work)*

20                    CEO:
21   Defendant's title or position is Steven Miller
22                    *(Defendant's title or position at place of work)*

23   This Defendant is sued in his/her (check one or both):

24       ☐ individual capacity

25   This Defendant was acting under color of law because defendant is a part of
26   the charades of witchcraft.
                                                  ☒ official capacity
27

28

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___. Defendant Revlon, Inc                                          works at
2   Insert ¶ #                    (full name of Defendant)
3   1 New York Plaza New York City
                              (Defendant's place of work)
4

5   Defendant's title or position is Debra Perelman (Ceo)
6                                        (Defendant's title or position at place of work)

7   This Defendant is sued in his/her (check one or both):
8        ☐ individual capacity              ☒ official capacity

9
10  This Defendant was acting under color of law because defendant is a part of
11  the charades of witchcraft.

12  _____

13  _____

14

15

16  ___. Defendant Elizabeth Arden (New York)                   works at
17  Insert ¶ #                    (full name of Defendant)
18  Pembroke Pines, 880 S.W. 145th Ave, Suite 200, Florida 33027
19                              (Defendant's place of work)

20  Defendant's title or position is      Self
21                                        (Defendant's title or position at place of work)
22

23  This Defendant is sued in his/her (check one or both):
24        ☐ individual capacity            ☒ official capacity

25  This Defendant was acting under color of law because defendant is a part of
26  the charades of witchcraft.

27  _____

28  _____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___. Defendant _____ **Republic Services** _____ works at

*Insert ¶ #*

2  17121 Nichols Lane, Huntington Beach, CA 92647 .

*(full name of Defendant)*

3  _____

*(Defendant's place of work)*

4

5  Defendant's title or position is _____ **Trash Service** _____ .

*(Defendant's title or position at place of work)*

6

7  This Defendant is sued in his/her (check one or both):

☐ individual capacity            ■ official capacity

8

9  This Defendant was acting under color of law because  defendant is a part of

10  the charades of witchcraft. Ex: Communist considers anybody that will

11  oppose them as disposable. So Republicans have been struggling at the

12  hands of witches and sorcery bcuz this is a Trash Service Company!

13

14

15

16  ___. Defendant _____ **Bandlab Technologies** _____ works at

17  *(full name of Defendant)*

*Insert ¶ #*

18  56 Neil Rd, Singapore, Central Singapore, SG10 .

*(Defendant's place of work)*

19

20  Defendant's title or position is _____ **Ceo: Kuok Meng Ru** _____ .

*(Defendant's title or position at place of work)*

21

22

23  This Defendant is sued in his/her (check one or both):

☐ individual capacity            ■ official capacity

24

25  This Defendant was acting under color of law because  defendant is a part of

26  the charades of witchcraft.Ex: There was a certain man in Caesarea called

27  Cornelius, a centurion of the band called the Italian band(Acts 10:1). This

28  signifies band as being a platoon for war...

1

___.  Defendant _____ **Rock and Roll hall of fame** _____ works at

2

*Insert ¶ #*                      *(full name of Defendant)*

**1100 E 9th St, Cleveland, OH 44114** .

3

*(Defendant's place of work)*

4

5

Defendant's title or position is _____ **Ceo: Greg Harris** _____ .

*(Defendant's title or position at place of work)*

6

This Defendant is sued in his/her (check one or both):

7

☐ individual capacity          ■ official capacity

8

9

This Defendant was acting under color of law because **defendant is a part of**

10

the charades of witchcraft. Ex: Rock symbolizes Cain a murderer and

11

Canaan who got cursed for his dads PERVERSION. They both ended up

12

cursed

13

14

15

16

___.  Defendant _____ **Grapevine Canyon** _____ works at

17

*Insert ¶ #*                      *(full name of Defendant)*

**Grapevine Canyon, Nevada 89046**

18

.

*(Defendant's place of work)*

19

20

Defendant's title or position is _____ **mountain pass** _____ .

21

*(Defendant's title or position at place of work)*

22

23

This Defendant is sued in his/her (check one or both):

24

☐ individual capacity          ■ official capacity

25

This Defendant was acting under color of law because **defendant is a part of**

the charades of witchcraft. Ex: This is a way they tried to put it as if this

26

Nation is the Mother of Harlotry. Also, this another way to mislabel my

27

mother due to the fact that she's from Grape St. Watts! Blame shifting!

28

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

\_\_\_.  Defendant _____William Bruce Jenner_____ works at

*Insert ¶ #*                                        *(full name of Defendant)*

_____3650 Decker Edison Rd, Malibu, CA 90265-2399_____.

*(Defendant's place of work)*

Defendant's title or position is _____Caitlyn Jenner_____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity            ☒ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: He did the Olympics which is a ritual to the
greek Gods. Zeus son Dionysus became(transgender m2f). Just like he
(Jenner)went from m2f. So he represents Dionysus! Its Sorcery at hand

\_\_\_.  Defendant _____Imperial County_____ works at

*Insert ¶ #*                                        *(full name of Defendant)*

_____420 South Imperial Ave.Imperial CA 92251_____.

*(Defendant's place of work)*

Defendant's title or position is _____Mayor Karin Eugenio_____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity            ☒ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: Symbolizes The Age of Imperialism. Also,
that's when they did the scramble Africa in the 19th century.

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _____ **SUNY POTSDAM University** _____ works at
*Insert ¶ #*                                    *(full name of Defendant)*

44 Pierrepont Ave, Potsdam, NY 13676 .
_____
*(Defendant's place of work)*

Defendant's title or position is _____ President Suzanne Smith _____ .
                                            *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex:
_____
_____
_____


___. Defendant _____ Stasi Museum _____ works at
*Insert ¶ #*                                    *(full name of Defendant)*

Normannenstraße 20, Haus 1 10365 Berlin Germany .
_____
*(Defendant's place of work)*

Defendant's title or position is _____ director: Jörg Drieselmann _____ .
                                            *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: This museum represents oppression, lies,
infiltration, etc
_____

____. Defendant _____Stone Mountain_____ works at

*Insert ¶ #*                          *(full name of Defendant)*

____50 Medway London N14 6NH_____.

*(Defendant's place of work)*

Defendant's title or position is _____Chairman: Mel Stein_____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because ___defendant is a part of
the charades of witchcraft. Ex: Stone mountain represents Confederacy_____
_____
_____
_____



____. Defendant _____Stone Mountain Park_____ works at

*Insert ¶ #*                          *(full name of Defendant)*

____1000 Robert E. Lee Blvd. Stone Mountain, GA 30083____.

*(Defendant's place of work)*

Defendant's title or position is _____Mayor: Dr. Beverly Jones_____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because ___defendant is a part of
the charades of witchcraft. Ex: Confederacy_____
_____
_____
_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _____**SUNY System Administration Building**_____ works at
*Insert ¶ #*                                    *(full name of Defendant)*
**353 Broadway, Albany, NY 12207**
_____.
*(Defendant's place of work)*

Defendant's title or position is _____**Supervisor**_____.
                                    *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                  ■ official capacity

This Defendant was acting under color of law because **defendant is a part of**
**the charades of witchcraft.**
_____
_____
_____

___. Defendant _____**Empire State Plaza**_____ works at
*Insert ¶ #*                                    *(full name of Defendant)*
**100 S Mall Arterial, Albany, NY 12242**
_____.
*(Defendant's place of work)*

Defendant's title or position is _____**MayorKathy Sheehan**_____.
                                    *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                  ■ official capacity

This Defendant was acting under color of law because **defendant is a part of**
**the charades of witchcraft.**
_____
_____
_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.  Defendant **Empire State Building** works at

*Insert ¶ #*  *(full name of Defendant)*

20 W 34th St, New York, NY 10001 .

*(Defendant's place of work)*

Defendant's title or position is  CEO: Anthony Edward Malkin .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity      ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft.

___.  Defendant **McGill University** works at

*Insert ¶ #*  *(full name of Defendant)*

845 Sherbrooke Street West Montréal, QC H3A 0G4 .

*(Defendant's place of work)*

Defendant's title or position is  Principal: H. Deep Saini .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity      ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: The first to introduce football which looked like soccer when they first began. So the sport can easily be confused if a person doesn't know their history.

1 ___ **Defendant** Olympic College _____ works at
  *Insert ¶ #*        *(full name of Defendant)*

2 1600 Chester Ave, Bremerton, WA  98337
3                *(Defendant's place of work)*

4

5 **Defendant's title or position is** Dr. Marty Cavalluzzi
6              *(Defendant's title or position at place of work)*

7 **This Defendant is sued in his/her (check one or both):**

8      ☐ **individual capacity**          ☒ **official capacity**

9

10 **This Defendant was acting under color of law because** defendant is a part of
11 the charade of witchcraft. Ex: Mascot is Rangers which is someone entrusted
12 with protecting

13

14

15

16 ___ **Defendant** America Cancer Society _____ works at
17 *Insert ¶ #*        *(full name of Defendant)*

1 444 W. Ocean Blvd #1070  Long Beach Blvd CA 90802
19          *(Defendant's place of work)*

20

21 **Defendant's title or position is** Superviser
             *(Defendant's title or position at place of work)*

22

23 **This Defendant is sued in his/her (check one or both):**

24      ☐ **individual capacity**          ☒ **official capacity**

25 **This Defendant was acting under color of law because** defendant is a part of the
26 charade of witchcraft. Ex: I used to be the Secretary here for a lady
27 named Rosie. I got fired for no reason and me & my kids ended up
28 homeless. Alot of things occurred in my life around the time I worked
here that all makes sense now. Also 444 is the number on Jay Z album
and this was also during the time I was working to establish my
           *Page Number*
Music Business.    **Civil Rights Complaint Pursuant to U.S.C. § 1983**

1  ___. Defendant Waterford, Ireland
   Insert ¶ #                          *(full name of Defendant)*                                    works at

2

3  Enterprise Ireland, Waterford Industrial Park, Cork Rd, Waterford, X91 K4bF, Ireland
                                    *(Defendant's place of work)*

4

5  Defendant's title or position is Mayor: Damien Geoghegan or Joe Conway
                                    *(Defendant's title or position at place of work)*

6

7  This Defendant is sued in his/her (check one or both):

8        ☐ individual capacity            ☒ official capacity

9

10 This Defendant was acting under color of law because defendant is a part of

11 the charades of witchcraft. Ex: Their province name is Munster. ✱ The

12 name Damien means "to subdue" & Waterford Ireland is where Patrick

13 Anthony Powers was born (he was a motion picture executive & co-founder of

   Universal Pictures)

14

15

16 ___. Defendant Damien Dempsey
   Insert ¶ #                          *(full name of Defendant)*                                    works at

17

18 40 St. Peters Road Hammersmith London England W6 9BD UK
                                    *(Defendant's place of work)*

19

20 Defendant's title or position is Artist @ Independant Records Limited
                                    *(Defendant's title or position at place of work)*

21

22

23 This Defendant is sued in his/her (check one or both):

24        ☐ individual capacity            ☒ official capacity

25 This Defendant was acting under color of law because defendant is a part of

26 the charades of witchcraft. Ex: Is an Irish singer who has songs titled

27 To Hell or Barbados, The Rocky Road, Soulsun, Aimighty Love & St Patrick Day

28 which was featured on Patrick's Day the movie ✱ It was Patrick Anthony Powers
   who distributed the first Mickey Mouse film for Disney.

---

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1

___. Defendant _Love and Unity Christian Fellowship_ works at

*Insert ¶ #*  (full name of Defendant)

2

3

_1840 S. Wilmington Ave. Compton CA 90220_ .

(Defendant's place of work)

4

5

Defendant's title or position is _Apostle Ronald C. Hill and Lady Dixie L. Hill (Pastor)_

(Defendant's title or position at place of work)

6

7

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

8

9

10

This Defendant was acting under color of law because _defendant is a part_

_of the charades of witchcraft._

11

12

13

14

15

16

17

___. Defendant _Lynwood Worship Center_ works at

*Insert ¶ #*  (full name of Defendant)

18

_3341 W. 130th St Hawthorne CA 90250_

(Defendant's place of work)

19

20

Defendant's title or position is _Pastor Woody Robinson_

(Defendant's title or position at place of work)

21

22

23

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

24

25

This Defendant was acting under color of law because _defendant is a_

_part of the charades of witchcraft_

26

27

28

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___. Defendant Dabeull _____ works at
2  *Insert ¶ #*                    *(full name of Defendant)*
3  Rue d' aboukir, Paris, Ile -de-France 75002, FR _____
                          *(Defendant's place of work)*
4
5  Defendant's title or position is Artist @ Roche Musique ____
6                          *(Defendant's title or position at place of work)*
7  This Defendant is sued in his/her (check one or both):
8      ☐ individual capacity          ☒ official capacity
9
10 This Defendant was acting under color of law because defendant is a part of
11 the charades of witchcraft. Ex: Dabeull = DA BULL @
12 Rock Music

13
14
15
16 ___. Defendant Rammstein _____ works at
17 *Insert ¶ #*                    *(full name of Defendant)*
18 Seelower Str. 5, 10439 Berlin, Germany
                          *(Defendant's place of work)*
19
20 Defendant's title or position is Artist @ Motor Music
21                          *(Defendant's title or position at place of work)*
22
23 This Defendant is sued in his/her (check one or both):
24      ☐ individual capacity          ☒ official capacity
25 This Defendant was acting under color of law because defendant is a part of
26 the charades of witchcraft.
27
28

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant *Pfizer*

*Insert ¶ #*                    (full name of Defendant)                           works at

2    *235 E 42nd St New York, NY 10017*

3                              (Defendant's place of work)

4

5    Defendant's title or position is *Ceo: Albert Bourla*

6                                    (Defendant's title or position at place of work)

     This Defendant is sued in his/her (check one or both):

7
          ☐ individual capacity              ☒ official capacity
8

9    This Defendant was acting under color of law because *defendant is a part of*

10   *the charades of witchcraft. Ex: In 1965 John Powers Jr became CEO.*

11   *This is how I found John Powers the film critic which led me to*

12   *his documentary I AM A SEX ADDICT with Vikram Jayanti*

13

14

15

16   ___. Defendant *Lyon, France*

17   *Insert ¶ #*                    (full name of Defendant)                           works at

18   *Mayor of Lyon, BP 1065, 109205 Lyon Cedex 01*

19                              (Defendant's place of work)

20

     Defendant's title or position is *Mayor: Gregory Doucet*
21
                                    (Defendant's title or position at place of work)
22

23   This Defendant is sued in his/her (check one or both):

24        ☐ individual capacity              ☒ official capacity

25   This Defendant was acting under color of law because *defendant is a part of*

26   *the charades of witchcraft. Ex:*

27

28

---

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Rx Systems Inc. works at

Insert ¶ #                    (full name of Defendant)

121 Point W. Blvd, St Charles, MO 63301

                    (Defendant's place of work)

Defendant's title or position is CFo: Richard Jensen

                    (Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity        ☒ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: RX is pharmaceutical & witchcraft
with St Charles named as the street to the REX

___. Defendant Earth City, Texas works at

Insert ¶ #                    (full name of Defendant)

Community Center, 104 N. Birch St, Earth TX 79031

                    (Defendant's place of work)

Defendant's title or position is Mayor: Guillermo William Flores

                    (Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity        ☒ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: William Flores = Will I AM
FLOWER = Rose of Sharon from The Song of Solomon & The
Beauty and The Beast.

1    \_\_\_\_. Defendant ll Sug Spezie e Aromi Orientali \_\_\_\_ works at

2    *Insert ¶ #*          *(full name of Defendant)*

     Via Napoli, 19, Cagliari, Ciudad Metropolitana de Cagliary, Italia

3                          *(Defendant's place of work)*

4

5    Defendant's title or position is Mexsabores

                                    *(Defendant's title or position at place of work)*

6

7    This Defendant is sued in his/her (check one or both):

8        ☐ individual capacity        ☒ official capacity

9    This Defendant was acting under color of law because defendant is a part of

10   the charades of witchcraft. Ex: Jamaica is a country where black

11   skin people like. However, it is a drink as well that Hispanics

12   love to drink and it is the color purple.

13

14

15

16    \_\_\_\_. Defendant Liquid Death \_\_\_\_ works at

17    *Insert ¶ #*          *(full name of Defendant)*

     4077 Redwood Ave Los Angeles CA 90066

18                          *(Defendant's place of work)*

19

20    Defendant's title or position is CEO: Mike Cessario

21                                   *(Defendant's title or position at place of work)*

22

23    This Defendant is sued in his/her (check one or both):

24        ☐ individual capacity        ☒ official capacity

25    This Defendant was acting under color of law because defendant is a part of

26   the charades of witchcraft. Ex: Liquid Death is water that I first ran

27   across when I worked at the Palladium in Hollywood. This is a big contra-

28   diction because water is supposed to hydrate you not kill you.

1  Defendant Jamaica (MEX Sabores) works at

Insert ¶ #
2  Via Giuseppe di Vittorio 1A, CAP 20016, Pero, Milano
3
*(Defendant's place of work)*

4
5  Defendant's title or position is CEO
*(Defendant's title or position at place of work)*

6
7  This Defendant is sued in his/her (check one or both):

☐ individual capacity   ☑ official capacity
8
9  This Defendant was acting under color of law because defendant is a part of
10  the charades of witchcraft. Ex: Jamaica is a country with the Rastafari
11  and Obeah (mixed with sorcery and name Jesus) religions are. Jamaica is
12  also a Mexican drink that is the color purple. See they love playing in other people's
13  shadows and their scandal was strategically planned out so when it came time for me
14  to break free it would look like they were coming out of me as I was confronting them
15  about their behaviors. But the truth is I am coming out of them because they're the oppressor
     however their shadow work was a deceptive move to trick the mind. That's why they also
16  have their address by Vittorio (male version of Victoria) and Milano obeys the serpent.

     Defendant Nestle Ghana works at

Insert ¶ #
17
18  No. 33 South Legon Commercial Area, Motorway Extension, Dzorwulu, Accra, Ghana
*(Defendant's place of work)*

19
20  Defendant's title or position is Director: Georgios Badaro
21
*(Defendant's title or position at place of work)*

22
23  This Defendant is sued in his/her (check one or both):

24  ☐ individual capacity   ☑ official capacity
25  This Defendant was acting under color of law because defendant is a part of the
26  charades of witchcraft. Ex: Nestle = Nest + Ghana = Gunna (meaning pest killer) then
27  you have; No 33 (James was Crucified) South Legon = South American legion (demons)
28  Commercial Area = commerce = Human Trafficking Area, motorway extension = extending the wide
     road. Basically, this signifies who is behind the plot to try and stop Jesus reign
     by using sorcery to deceive humanity into keeping the wrong gods

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ____. Defendant Medici World Association _____ works at
      Insert ¶ #                    (full name of Defendant)
2
      LE-REBELLE bldg. 602,5-386-6 Sentencio, Nishiku, Yokohama Japan.
3                              (Defendant's place of work)

4

5    Defendant's title or position is Representative Director: Naoto Suzuki
                                      (Defendant's title or position at place of work)
6

7    This Defendant is sued in his/her (check one or both):

8        ☐ individual capacity            ☒ official capacity

9    This Defendant was acting under color of law because defendant is a part of

10   the charades of witchcraft. Ex:

11   _____

12   _____

13   _____

14

15

16   ____. Defendant City of Cockburn _____ works at
      Insert ¶ #                    (full name of Defendant)
17
18   Whadjuk Boodja, 9 Coleville Crescent, Spearwood Western Australia6163
                              (Defendant's place of work)
19

20   Defendant's title or position is Mayor Logan K. Howlett, JP
21                                    (Defendant's title or position at place of work)

22

23   This Defendant is sued in his/her (check one or both):

24       ☐ individual capacity            ☒ official capacity

25   This Defendant was acting under color of law because defendant is a part of

26   the charades of witchcraft. Ex: Cockburn symbolizes a person

27   who has caught a transmitted sexual disease

28   _____

                        _____
                        Page Number

1   ___. Defendant Wollman Rink _____ works at

2   _Insert ¶ #_    830  5Th Ave., New York, NY 10 0065

3                          *(Defendant's place of work)*

4

5   Defendant's title or position is _Director: Andrew Frey_

6                          *(Defendant's title or position at place of work)*

7   This Defendant is sued in his/her (check one or both):

8        ☐ individual capacity          ☒ official capacity

9

10  This Defendant was acting under color of law because _defendant is a part of_

11  _the charades of witchcraft. ICE RINK_

12

13

14

15

16

17  ___. Defendant Foster City _____ works at

    _Insert ¶ #_

18  _610 Foster City Blvd, Foster City, CA 94404_

19                          *(Defendant's place of work)*

20  Defendant's title or position is _City Manager: Stefan Chatwin_

21                          *(Defendant's title or position at place of work)*

22

23  This Defendant is sued in his/her (check one or both):

24        ☐ individual capacity          ☒ official capacity

25  This Defendant was acting under color of law because _defendant is a part of_

26  _the charades of witchcraft. Ex: Foster Care is the place they take_

27  _kids who are misplaced from their family._

28

---

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___. Defendant _____Target_____ works at
    *Insert ¶ #*                    *(full name of Defendant)*
2   Target Plaza South, 1000 Nicollet Mall, Minneapolis, MN 55403
3                              *(Defendant's place of work)*

4

5   Defendant's title or position is CEO: Brian Cornell
6                                    *(Defendant's title or position at place of work)*

    This Defendant is sued in his/her (check one or both):
7
8       ☐ individual capacity              ☒ official capacity

9
    This Defendant was acting under color of law because defendant is a part of
10  the charades of witchcraft. Ex: Target definition means a person,
11  object, or place selected as the aim of an attack. Being that I've been an
12  targeted individual I understand the subtle mind programming that your name
13  Carries at first sight.

14

15

16  ___. Defendant _____GAP_____ works at
    *Insert ¶ #*                    *(full name of Defendant)*
17
18  2 Folsom St, San Francisco, CA, 94105
                              *(Defendant's place of work)*
19

20  Defendant's title or position is Ex: CEO & Syngal/Richard Dickenson (New CEO)
21                                    *(Defendant's title or position at place of work)*

22

23  This Defendant is sued in his/her (check one or both):

24      ☐ individual capacity              ☒ official capacity

25  This Defendant was acting under color of law because defendant is a part of
26  the charades of witchcraft. EX: In Hong Kong they have a place called
27  Victoria's Gap; ironically I have a gap in between my teeth, then
28  look at this the ex-ceo for Syngal (meaning Son Sid GAL) is
    Indian. They really been playing in my face like they're me shift!

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___. Defendant **Tommy Hilfiger** _____ works at
   _Insert ¶ #_ _____(full name of Defendant)_
2
3  _Danzigerkade 165, 1013 AP Amsterdam, Netherlands_
                      _(Defendant's place of work)_
4
5  Defendant's title or position is _CEO: Martijn Hagman_
                                    _(Defendant's title or position at place of work)_
6
   This Defendant is sued in his/her (check one or both):
7
8        ☐ individual capacity          ☒ official capacity

9  This Defendant was acting under color of law because _defendant is a part of_
10 _the charades of witchcraft. Ex: Hil symbolizes mountain (as lifting_
11 _itself above the plain) + figer symbolizes figure, which can be a number_
12 _or a bodily shape. Revelation 17:9 - And here is the mind which has wisdom. The seven heads_
13 _are seven mountains, on which the woman sitteth._
14

15
16 ___. Defendant **Paris Hilton** _____ works at
   _Insert ¶ #_ _____(full name of Defendant)_
17
18 _2934 1/2 Beverly Glen Circle, Suite 383, Bel Air CA 90577_
                      _(Defendant's place of work)_
19
20 Defendant's title or position is _Paris Hilton Entertainment_
                                    _(Defendant's title or position at place of work)_
21
22
   This Defendant is sued in his/her (check one or both):
23
24       ☐ individual capacity          ☒ official capacity

25 This Defendant was acting under color of law because _defendant is a part of_
26 _the charades of witchcraft. Ex:_
27 _____
28 _____

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Black Rabbit Rose Magic _____ works at

*Insert ¶ #*                    *(full name of Defendant)*

1719 N. Hudson Los Angeles CA 90028

*(Defendant's place of work)*

Defendant's title or position is   owner _____

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: Black Rabbit + Rose Magic =

___. Defendant Lorraine House (BTTF) _____ works at

*Insert ¶ #*                    *(full name of Defendant)*

1727 Bushnell Ave Pasadena CA 91030

*(Defendant's place of work)*

Defendant's title or position is   owner _____

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1 ___. Defendant _Sleepy Hollow Cemetery_ works at
_Insert ¶ #_    _(full name of Defendant)_
2 _640 N. Broadway Sleepy Hollow NY_
3        _(Defendant's place of work)_

4

5 Defendant's title or position is _overseer_
       _(Defendant's title or position at place of work)_

6 This Defendant is sued in his/her (check one or both):

7     ☐ individual capacity       ☒ official capacity

8

9 This Defendant was acting under color of law because _defendant is a part_
10 _of the Charades of witchcraft_
11

12

13

14

15

16 ___. Defendant _Sleepy Hollow NY_ works at
_Insert ¶ #_    _(full name of Defendant)_
17
18 _28 Beekman Ave, Sleepy Hollow, New York 10591_
19        _(Defendant's place of work)_

20 Defendant's title or position is _Mayor: Martin Rutyna_
21        _(Defendant's title or position at place of work)_

22

23 This Defendant is sued in his/her (check one or both):

24     ☐ individual capacity       ☒ official capacity

25 This Defendant was acting under color of law because _defendant is a_
26 _part of the charades of witchcraft_
27

28

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___. Defendant _Wildcard Distribution_ works at
2   *Insert ¶ #*                    *(full name of Defendant)*
3   _40 Westland Row, Dublin, 2, Ireland_
                         *(Defendant's place of work)*
4
5   Defendant's title or position is _Patrick O'Neill (Ceo)_
6                          *(Defendant's title or position at place of work)*
7   This Defendant is sued in his/her (check one or both):
       ☐ individual capacity          ☒ official capacity
8
9   This Defendant was acting under color of law because _defendant is a part of_
10  _the charades of Witchcraft._
11
12
13
14
15
16  ___. Defendant _Stalker Films Limited_ works at
17  *Insert ¶ #*                    *(full name of Defendant)*
18  _The Gate Lodge, 344410, 42 Military Road, Killiney CO Dublin, Killiney Dublin Ireland_.
                         *(Defendant's place of work)*
19
20  Defendant's title or position is _Mark O'Connor (Ceo)_
21                         *(Defendant's title or position at place of work)*
22
23  This Defendant is sued in his/her (check one or both):
       ☐ individual capacity          ☒ official capacity
24
25  This Defendant was acting under color of law because _defendant is a part of_
26  _the charades of witchcraft. Ex: Stalker is a form of harassment_
27
28

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _Roche Musique Label_ works at

*Insert ¶ #* *(full name of Defendant)*

_Rue d'aboukir, Paris, Tie-de-France 75002, FR_

*(Defendant's place of work)*

Defendant's title or position is _DJ Jean Jahin aka Cezaire_.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity     ☑ official capacity

This Defendant was acting under color of law because _defendant is a part_
_of the charades of witchcraft. Ex: Rock Music owned by_
_DJ/Producer Caesar. Nero Caesar = Trans._

___. Defendant _Roche HoldingAG_ works at

*Insert ¶ #* *(full name of Defendant)*

_GrenzacherStrasse 124 Basel, BASEL-STADT, 4058 Switzerland._

*(Defendant's place of work)*

Defendant's title or position is _CEO: Thomas Schinecker_.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity     ☑ official capacity

This Defendant was acting under color of law because _defendant is a part_
_of the charades of witchcraft. Ex: Pharmaceutical Companies_
_are Weapons of SORCERY_

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___. Defendant  Halle Berry  works at
2  Insert ¶ #          (full name of Defendant)
   9601 Wilshire Blvd 3rd Fl, Beverly Hills CA 90240
3                     (Defendant's place of work)
4
5  Defendant's title or position is Actress
6                     (Defendant's title or position at place of work)
   This Defendant is sued in his/her (check one or both):
7
8      ☐ individual capacity          ☒ official capacity
9
   This Defendant was acting under color of law because defendant is a part of
10 the charades of witchcraft. Ex:
11
12
13
14
15
16 ___. Defendant  Jill Scott  works at
17 Insert ¶ #          (full name of Defendant)
18 1633 Broadway New York, NY, 10019
                       (Defendant's place of work)
19
20 Defendant's title or position is Singer under Atlantic Records
21                     (Defendant's title or position at place of work)
22
23 This Defendant is sued in his/her (check one or both):
24     ☐ individual capacity          ☒ official capacity
25 This Defendant was acting under color of law because defendant is a part of
26 the charades of witchcraft. Ex: Why did I get married (Tyler Perry Movie)
27 Lady Eve on Black Lightning, etc
28

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___. Defendant __Albuquerque_____ works at

*Insert ¶ #* _____
            *(full name of Defendant)*

2  __1 Civic Plaza, 11th floor  Albuquerque, NM 87103__

3  _____
       *(Defendant's place of work)*

4

5  Defendant's title or position is __Mayor Tim Keller_____

   _____
   *(Defendant's title or position at place of work)*

6

7  This Defendant is sued in his/her (check one or both):

8    ☐ individual capacity          ☑ official capacity

9  This Defendant was acting under color of law because __defendant is a part__

10 __of the charades of witchcraft._____

11 _____

12 _____

13

14

15

16  ___. Defendant __Kollywood Film (Tamil Cinema)__ works at

17 *Insert ¶ #* _____
               *(full name of Defendant)*

18 __No. 23, Ramanathan St, Postal Colony, T.Nagar, Chennai, Tamil Nadu 600017, India__

   _____
   *(Defendant's place of work)*

19

20 Defendant's title or position is __President: Murali   Ramasamy__

21 _____
   *(Defendant's title or position at place of work)*

22

23 This Defendant is sued in his/her (check one or both):

24   ☐ individual capacity          ☑ official capacity

25 This Defendant was acting under color of law because __defendant is a part of__

26 __the charades of witchcraft. Ex: This is how they partaking in this__

27 __scandal. Tamil Cinema has Jollywood, Tollywood, Bhojwood, Chhollywood, Dollywood,__

28 __Pahariwood, Gollywood, Bollywood, Sandalwood, Mollywood, Ollywood, Pallywood, Sollywood,__

__Kollywood, Coastalwood. This is how you know that India worked with Hollywood to__
__try and cheat me just like in USA it was Indians & Mexican then Blacks came. Thats__
__why this fake God is here because people pretending to be me when they really__
__the Beast system & they are not the True RAM. Remember Queen Elizabeth__
__was over India!__

1 ___. Defendant Carousel Productions Inc _____ works at
Insert ¶ #                  (full name of Defendant)

2 7 Ideal Mandaluyong, 1550 Kalakhang Maynilla, Philippines
3                          (Defendant's place of work)

4

5 Defendant's title or position is President Mr. Ramon Monzon
                                        (Defendant's title or position at place of work)

6 This Defendant is sued in his/her (check one or both):

7          ☐ individual capacity          ☑ official capacity

8

9 This Defendant was acting under color of law because defendant is a part of

10 the charades of witchcraft. Ex: NoBoDY has the authority to

11 give away the title Miss Earth 🜨 by doing so you are perverting

12 the essence of my faith & story. Adam was created from the Earth & woman was

13 taken from Adams rib. The method of Miss Earth that you have symbolizes

14 other women pretending to be me (Black 1st female is created). The beast system of lies

15 is over because your playing in my face as if I'm not seeing the scandals.

16 ___. Defendant World Wide Fund for Nature (WWF) works at
Insert ¶ #                  (full name of Defendant)

17

18 Rue Mauverney 28, 1196 Gland, Switzerland
                          (Defendant's place of work)

19

20 Defendant's title or position is CEO: Carter Roberts
                                        (Defendant's title or position at place of work)

21

22

23 This Defendant is sued in his/her (check one or both):

24          ☐ individual capacity          ☑ official capacity

25 This Defendant was acting under color of law because defendant is a part of

26 the charades of witchcraft. Ex: Prince Philips, the husband of Queen Elizabeth II

27 was one of WWF's founders this goes to prove they were acting as if they were Adam &

28 Eve who had dominion over the animals. Then the blacks have been deemed to be the beast

so others could keep their stolen identities. This would still conclude that the

Roman Catholic Church is the whore who sits on the Beast. This also replicates

the WWF (wrestling) trademark even though this was formed approx. 2 years

earlier (on 9/11/1961) and WWF (wrestling on 1/24/1963 before becoming WWE)

1   ___. Defendant **Miss World** _____ works at

   Insert ¶ #          *(full name of Defendant)*

2,3   21 Golden Sq, London, Greater London, W1F 9JN, United Kingdom
      *(Defendant's place of work)*

5   Defendant's title or position is CEO: Julia Evelyn Morley _____
                                    *(Defendant's title or position at place of work)*

6

7   This Defendant is sued in his/her (check one or both):

      ☐ individual capacity          ☒ official capacity

8

9   This Defendant was acting under color of law because defendant is a part of
10   the charades of witchcraft. Ex: Nobody has the ability to give out
11   such titles except for God. This is another way people are
12   stealing our spiritual inheritance for worldly possession at
13   our expense.

14

15

16   ___. Defendant **JKN Global Group** _____ works at

   Insert ¶ #          *(full name of Defendant)*

18   B13 JKN Empire Bldg, No. 2, Samrong Nuea Subdistrict, Mueang Samut Prakan District, Samut
      *(Defendant's place of work)*                                            Prakan 10270
19

20   Defendant's title or position is CEO: Jakkaphong Jakrajutatip _____
                                    *(Defendant's title or position at place of work)*
21

22

23   This Defendant is sued in his/her (check one or both):

24      ☐ individual capacity          ☒ official capacity

25   This Defendant was acting under color of law because defendant is a part of
26   the charades of witchcraft. Ex: This company owns beauty pageants —
27   Miss Universe, Miss USA, and Miss Teen USA. Basically, this company is making money
28   to give away titles that they have NO AUTHORITY to do so because they're not GOD
     and its another way to try and replace who the Great Wonder that is a
     women sitting in heaven (Revelation 12:1) Revelation 12:1 - And there appeared   great
     wonder in heaven a woman clothed with the
     sun and the moon under her feet, and upon her head a crown of
     twelve stars.

1     ___. Defendant _Society of Jesus (Jesuit Order)_ works at
      *Insert ¶ #*                    *(full name of Defendant)*

2

3     Borgo S. Spirito 4, C.P. 6139, 00195 Roma-Prati, Italy
                          *(Defendant's place of work)*

4

5     Defendant's title or position is _Father: Arturo Sosa, SJ_
                                    *(Defendant's title or position at place of work)*

6

7     This Defendant is sued in his/her (check one or both):

8         ☐ individual capacity          ☒ official capacity

9     This Defendant was acting under color of law because _defendant is a part of_

10    _the charades of witchcraft._ Ex: This is the headquarters of Society of Jesus which is a

11    religious order in the Catholic Church in Rome. Their patron saints are St Joseph & Blessed Virgin Mary

12    under the title Madonna della Strada (which isn't really Mary). The sorcery of the Catholic Church has

13    caused many people to have their identities confused, stolen, etc. Jesus was Black so now

      it's time other people stop playing like Jesus Christ of Nazareth.

14

15

16    ___. Defendant _Olympique de Marseille_ works at
      *Insert ¶ #*                    *(full name of Defendant)*

17

18    33 traverse de la Martine, 13012 Marseille, France
                          *(Defendant's place of work)*

19

20    Defendant's title or position is _Owner: Frank H. McCourt Jr_
                                    *(Defendant's title or position at place of work)*

21

22

23    This Defendant is sued in his/her (check one or both):

24        ☐ individual capacity          ☒ official capacity

25    This Defendant was acting under color of law because _defendant is a part of_

26    _the charades of witchcraft._ Ex: Frank used to own LA Dodgers & Dodger Stadium (2004-2012),

27    he owns LA Marathon, & McCourt School of Public Policy. This right here proves that the New

28    Babylon/Roman Empire is a replica of the old one while people keep trying to blackmail
      the blacks for what LATIN AMERICA, BRITAIN, etc have schemed together to try
      and not face judgement for oppressing GOD's chosen people
                          *Page Number*

      Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant G K Film _____ works at

2    *Insert ¶ #*                                    *(full name of Defendant)*

3    1221 Second St, Suite# 200, Santa Monica, CA 90401

        *(Defendant's place of work)*

4

5    Defendant's title or position is British Director King Graham

                                          *(Defendant's title or position at place of work)*

6    This Defendant is sued in his/her (check one or both):

7            ☐ individual capacity              ☒ official capacity

8

9    This Defendant was acting under color of law because defendant is a part of

10    the charades of witchcraft. Ex: Has a company called Mothership Films

11    registered in U.K. In 2009 he did the movie called The Young Victoria.

12    _____

13

14

15

16    ___. Defendant G.K. Film Corporation _____ works at

17    *Insert ¶ #*                                    *(full name of Defendant)*

18    No. 27, Senthil Andavar St, Vadapalani, Chennai -- 600026 (Dhanalakshmi Colony)

        *(Defendant's place of work)*

19

20    Defendant's title or position is Producer Vikram Krishna Reddy

                                          *(Defendant's title or position at place of work)*

21

22

23    This Defendant is sued in his/her (check one or both):

24            ☐ individual capacity              ☒ official capacity

25    This Defendant was acting under color of law because defendant is a part of

26    the charades of witchcraft. Ex: Vikram Krishna is brother of Vishal Krishna Reddy

27    who owns Vishal Film Factory and V-MUSIC

28    _____

Civil Rights Complaint Pursuant to U.S.C. § 1983

____. Defendant Mekhi Phifer _____ works at

*Insert ¶ #* (full name of Defendant)

250 W. 57th Street   Suite 1320   New York, NY 10107

(Defendant's place of work)

Defendant's title or position is Actor e Brookside Artist Management

(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of (my) the charades of witchcraft. Ex: Defendant played in Soul food, uninvited guest, Smoke, Honey, etc. Mainly, I want to point out is Carmen which is the movie he did in 2001 w/Beyonce. This movie actually explained a lot to me about the whole situation I've been in because in 2001 I was only 11 years old when I moved to Carlin & my life went downhill quicker.

____. Defendant Mike Myers _____ works at

*Insert ¶ #* (full name of Defendant)

9601 Wilshire Blvd, 3rd fl, Beverly Hills CA 90210

(Defendant's place of work)

Defendant's title or position is Actor

(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: He did the movie GOLDMEMBER w/Beyonce. As he played Austin POWERS. The sorcery here paints my partner as somebody he isn't (a spy) working with Beyonce & this also proves that technology is sorcery & its controlling the minds of humanity. Just like the movie Carmen. My partner's last name is Powers & he is a car sales man. Common denominator of sorcery Beyonce & all these other people playing these games.

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. **Defendant** <u>C.R. England Inc</u> works at
2    *Insert ¶ #*                *(full name of Defendant)*
     <u>13701 S. 5350 W. Salt Lake City UT 84104</u>
3                          *(Defendant's place of work)*

4
5    **Defendant's title or position is** <u>Trucking Company</u>
6                          *(Defendant's title or position at place of work)*

     **This Defendant is sued in his/her (check one or both):**
7
8         ☐ **individual capacity**              ☒ **official capacity**

9
10   **This Defendant was acting under color of law because** <u>defendant is a part</u>
     <u>of the charades of witchery. Example: C.R. stands for Charles Rex</u>
11   <u>however this trucking company was started by Chester R. England</u>
12   <u>in 1920</u>
13

14

15

16   ___. **Defendant** <u>Corona, CA (Crown)</u> works at
17   *Insert ¶ #*                *(full name of Defendant)*
     <u>400 S. Vicentia Ave, Corona, CA 92882</u>
18                          *(Defendant's place of work)*
19

20   **Defendant's title or position is** <u>City Hall</u>
21                          *(Defendant's title or position at place of work)*
22

     **This Defendant is sued in his/her (check one or both):**
23
24        ☐ **individual capacity**              ☒ **official capacity**

25   **This Defendant was acting under color of law because** <u>defendant is a part</u>
26   <u>of the charades of witchcraft. Ex: Corona is Crown in spanish</u>

27

28

**Page Number**

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Royal Observatory Greenwich _____ works at
*Insert ¶ #*                (full name of Defendant)

Blackheath Ave, London SE10 8XJ, United Kingdom
                    (Defendant's place of work)

Defendant's title or position is Head of Communications: Sheryl Twigg
                                (Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity            ☑ official capacity

This Defendant was acting under color of law because Witchcraft was used in the charade of somebody else's lies.

___. Defendant British Astronomical Association _____ works at
*Insert ¶ #*                (full name of Defendant)

Burlington House, Piccadilly, London, W1J 0DU
                    (Defendant's place of work)

Defendant's title or position is Historical: Mike Frost
                                (Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity            ☑ official capacity

This Defendant was acting under color of law because defendant is a part of the charade of witchcraft

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _Studio City_ works at

*Insert ¶ #* *(full name of Defendant)*

4024 Radford Ave Edit 2 Suite F, Studio City CA 91604 .
*(Defendant's place of work)*

Defendant's title or position is Councilman Paul Krekorian .
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: Studio City has different studios that ranges from film, modeling, music, etc.

___. Defendant _Bel Air Maryland_ works at

*Insert ¶ #* *(full name of Defendant)*

39 N. Hickory Avenue, Bel Air, Maryland 21014 .
*(Defendant's place of work)*

Defendant's title or position is Board Member: Steven T. Chizmar .
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: Bel Air is like a feminine version of Buenas Aires where the Pope Francis is from in Argentina. Bel Air also symbolizes The Fresh Prince of Bel Air starring Will Smith so it is "Mary Land (Roman Catholic) behind the movies too

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___. Defendant **Stevie Ray (Lash Steven Huffman)**, works at
*Insert ¶ #*          *(full name of Defendant)*

2

3   **10000 Emmett F. Lowry Expy, Texas City, TX 77591**
                          *(Defendant's place of work)*

4

5   Defendant's title or position is **Re: Booker T & Stevie Ray (Pro Wrestlers)**.
                                      *(Defendant's title or position at place of work)*

6   This Defendant is sued in his/her (check one or both):

7        ☐ individual capacity              ☒ official capacity

8

9   This Defendant was acting under color of law because **defendants have a**
10  **part in another parties charades of witchcraft.**

11

12

13

14

15

16  ___. Defendant **TKO Group Holdings Inc**          works at
*Insert ¶ #*          *(full name of Defendant)*

17

18  **200 5th Ave New York, NY 10010**
                      *(Defendant's place of work)*

19

20  Defendant's title or position is **President Mark Shapiro**
                                      *(Defendant's title or position at place of work)*

21

22

23  This Defendant is sued in his/her (check one or both):

24        ☐ individual capacity              ☒ official capacity

25  This Defendant was acting under color of law because **defendant has partaken**
26  **in another parties charades of witchcraft.**

27

28

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1 ___. Defendant Newcastle City Council _____ works at
   *Insert ¶ #*        *(full name of Defendant)*

2 Civic Centre New Castle Upon Tyne, NE1 8QH .
                    *(Defendant's place of work)*

3

4

5 Defendant's title or position is Lord Mayor Veronica Dunn .
                              *(Defendant's title or position at place of work)*

6

7 This Defendant is sued in his/her (check one or both):

      ☐ individual capacity          ☒ official capacity

8

9 This Defendant was acting under color of law because defendant is a part

10 of the charades of witchcraft. Ex: To write a letter they want

11 you to address her as: The Right Worshipful the

12 Lord Mayor of Newcastle... This is hypocrisy and Idolatry and also

13 New Castle nickname is TOON

14

15

16 ___. Defendant Michael Jordan Steakhouse _____ works at
   *Insert ¶ #*        *(full name of Defendant)*

17

18 1 Cowlitz Way, Ridgefield, Washington 98642 .
                    *(Defendant's place of work)*

19

20 Defendant's title or position is Food Chain .
                              *(Defendant's title or position at place of work)*

21

22

23 This Defendant is sued in his/her (check one or both):

      ☐ individual capacity          ☒ official capacity

24

25 This Defendant was acting under color of law because defendant is a part

26 of the charade of witchcraft

27 _____

28 _____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Churchill County Administration works at
*Insert ¶ #*           *(full name of Defendant)*

1555 N. Taylor Street Suite 153, Fallon, NV 89406
                          *(Defendant's place of work)*

Defendant's title or position is Justice of Peace Officer Benjamin D. Trotter.
                                   *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: Churchill in Nevada is the backdoor to California and it used to belong to Mexico. So this would symbolically represent Italy. Taylor symbolizes Taylor Swift, Fallon symbolizes Jimmy Fallon, and Benjamin symbolizes Benjamin Franklin

___. Defendant James Thomas Fallon (Jimmy Fallon) works at
*Insert ¶ #*           *(full name of Defendant)*

30 Rockefeller Ctr New York, New York 10012
                          *(Defendant's place of work)*

Defendant's title or position is Comedian, TV Host, and Actor.
                                   *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☐ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: Jimmy Fallon has starred on Jurassic Park, Spirited, Sesame Street, Family Guy, Gossip Girl, Saturday Night Live (he acted as George Washington) Teen choice Awards, etc.

---
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___. Defendant The American Legion National Headquarters works at
2  Insert ¶ #                         (full name of Defendant)
   100 N. Pennsylvania St. P.O. Box 1055 Indianapolis, IN 46206
3                              (Defendant's place of work)

4

5  Defendant's title or position is Executive Director : James Baca .
                              (Defendant's title or position at place of work)
6  This Defendant is sued in his/her (check one or both):

7      ☐ individual capacity              ☒ official capacity

8

9  This Defendant was acting under color of law because defendant is a part of
10 the charades of witchcraft. Ex: Mark 5:9 - And he asked him, What
11 is thy name? And he answered, saying, My name is Legion: for we are
12 many. Mark 5:8 - For he said unto him, Come out of the man, thou unclean spirit.
13 *So any army, platoon, legion, militia, etc are what we would call demons
14 which means that they are governed by Satan. So the system is Satanic!
15 *In Texas their mailing address 1530 Sun City Blvd #120 Box 444 Georgetown, TX 78633 &
   100 Falcon Cv Georgetown, TX 78633 (78633 really means (7+8=15, 1+5=6), 6, 3+3=6) 666)

16 ___. Defendant Eli Lamar Whitely Post 228, The American Legion works at
17 Insert ¶ #                         (full name of Defendant)
18 1530 Sun City Blvd #120 Box 444 Georgetown Texas 78633
                              (Defendant's place of work)
19

20 Defendant's title or position is Department Commander : D.E "Gene" Toohey .
                              (Defendant's title or position at place of work)
21

22

23 This Defendant is sued in his/her (check one or both):

24     ☐ individual capacity              ☒ official capacity

25 This Defendant was acting under color of law because defendant is a part
26 of the charades of witchcraft. Ex: The American Legion symbolizes
27 a platoon of soldiers however Biblically legion symbolized approximately
28 2,000 demons & sun city symbolizes Satan the Morning Star. Finally
   it was King George III that was the tyrant ruler of Britain when
   the people broke away and ___ came to America.

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___:  Defendant  King Edward Cigars _____ works at
    *Insert ¶ #*                    *(full name of Defendant)*
2   459 East 16th St, Jacksonville, Florida, 32206
3                              *(Defendant's place of work)*
4
5   Defendant's title or position is  Swisher International Group Inc .
6                                      *(Defendant's title or position at place of work)*
    This Defendant is sued in his/her (check one or both):
7
        ☐ individual capacity              ☒ official capacity
8
9   This Defendant was acting under color of law because  defendant has
10  benefitted off of another persons charades of witchcraft
11  _____
12  _____
13
14
15
16  ___.  Defendant  Georgia Embassy Tbilisi _____ works at
17      *Insert ¶ #*                    *(full name of Defendant)*
18  29 Georgian-American Friendship Avenue, Didi Dighomi Tbilisi, 0131, Georgia
19                              *(Defendant's place of work)*
20
    Defendant's title or position is  Country of Georgia
21                                      *(Defendant's title or position at place of work)*
22
23  This Defendant is sued in his/her (check one or both):
24      ☐ individual capacity              ☒ official capacity
25  This Defendant was acting under color of law because  defendant has been
26  a partaker of the charades of another parties witchcraft.
27  _____
28  _____

                              _____
                              Page Number

                    Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___. Defendant **Boca Raton, Florida** works at
2   *Insert ¶ #*                                   *(full name of Defendant)*
3   **20 I West Palmetto Park Road, Boca Raton, Florida 33432** .
                              *(Defendant's place of work)*

4
5   Defendant's title or position is **Mayor Scott Singer**
                                    *(Defendant's title or position at place of work)*

6   This Defendant is sued in his/her (check one or both):
7       ☐ individual capacity          ☒ official capacity
8

9   This Defendant was acting under color of law because **defendant is a part of**
10  **the charades of witchcraft. Ex: Names of their Goverment Shows who all**
11  **is in on the charade. Councilmembers Francine Nachlas, Marc Wigder, Monica Mayotte (Deputy Mayor)**
12  **and City Clerk: Mary Siddons.**
13

14
15
16  ___. Defendant **ADT Inc** works at
17  *Insert ¶ #*                    *(full name of Defendant)*
18  **1501 Yamoto Rd, Boca Raton, Florida 33431**
                              *(Defendant's place of work)*

19
20  Defendant's title or position is **Marc Becker (Chairman)**
21                                  *(Defendant's title or position at place of work)*

22
23  This Defendant is sued in his/her (check one or both):
24      ☐ individual capacity          ☒ official capacity
25  This Defendant was acting under color of law because **defendant is a part of**
26  **the charades of witchcraft.**
27  _____
28  _____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

___. Defendant Olympia Washington                     works at

Insert ¶ #          (full name of Defendant)

916 Sid Snyder Ave, SW, Suite 200 P.O Box 98504

(Defendant's place of work)

Defendant's title or position is Governor: Jay Inslee (D) or Secretary of State: Steve Hobbs

(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is part of the
charades of witchcraft. Ex:

_____

_____

___. Defendant World Heritage Centre (UNESCO)              works at

Insert ¶ #          (full name of Defendant)

7, Place de Fontenoy, 75352 Paris CEDEX 07, FRANCE

(Defendant's place of work)

Defendant's title or position is Director: Lazare Eloundou Assomo

(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is part of the
charades of witchcraft. Ex:

_____

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant __Edinburgh, Scotland__ works at
*Insert ¶ #*                                    *(full name of Defendant)*
__Victoria Quay, Leith, Edinburgh EH6 6QQ (U.K)__
                          *(Defendant's place of work)*

Defendant's title or position is __Capital of Scotland.__
                                          *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because __the defendant had__
__Prince Philip governing their region and he was in a part__
__of my claim in regards to incest__

___. Defendant __The Prime Ministers Office of Denmark__ works at
*Insert ¶ #*                                    *(full name of Defendant)*
__Prins Jorgen Gard 11, 1218 Kobenhavn K__
                          *(Defendant's place of work)*

Defendant's title or position is __Prime Minister__
                                          *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because __the defendant had__
__Prince Philip governing their region and he was in a part__
__of my claim in regards to incest__

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Crystal and Pentagon Cities Council (CPCC) works at

*Insert ¶ #*  (full name of Defendant)

2100 Clarendon Blvd. Arlington VA 22201 .

(Defendant's place of work)

Defendant's title or position is Chairman: Christian Dorsey .

(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: Crystal is a drug & chair man name is Christian so it's as if one is saying, Crystal is drugging the christians.

___. Defendant Crystal City Independent School District works at

*Insert ¶ #*  (full name of Defendant)

613 W. Zavala St Crystal City TX 78839

(Defendant's place of work)

Defendant's title or position is School District President: Victor Bonilla III .

(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: Crystal City, Texas also has Corpus Christi, TX representing drugging Christ's body & then the President here name is Victor while my name is Victoria & I been struggling with drugs (Chrystal).

1   ___. Defendant __Scotts Valley California__ works at
    *Insert ¶ #*                    *(full name of Defendant)*

2   __1 Civic Center Drive, Scotts Valley CA, 95000__

3                         *(Defendant's place of work)*

4

5   Defendant's title or position is __City Hall (Re: Mayor Jack Dilles)__
                         *(Defendant's title or position at place of work)*

6

7   This Defendant is sued in his/her (check one or both):

8       ☐ individual capacity          ☒ official capacity

9   This Defendant was acting under color of law because __defendant is a__

10  __part of another parties charades of witchcraft__

11  _____

12  _____

13

14

15

16  ___. Defendant __State of Georgia__ works at
    *Insert ¶ #*                    *(full name of Defendant)*

17

18  __One Tenth Street Augusta GA, 30901__
                    *(Defendant's place of work)*

19

20  Defendant's title or position is __Senator Joh Ossoff__

21                       *(Defendant's title or position at place of work)*

22

23  This Defendant is sued in his/her (check one or both):

24      ☐ individual capacity          ☒ official capacity

25  This Defendant was acting under color of law because __defendant is a part of__

26  __another parties charades of witchcraft based upon names of towns,__

27  __places, parks, etc. thats located in Georgia. For Example: PEACH State!__

28  __Empire State of the South! I grew up on Peach St Carlin and I am__
    __born in August then Tenisha is my middle name.__

---
Page

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___.  Defendant The Pastorate of St Francis St Mary Holy Family    works at
     Insert ¶ #
2                          (full name of Defendant)

3    7321 Burkittsville Rd, Middletown, Maryland 21769
                          (Defendant's place of work)

4

5    Defendant's title or position is Admin: Fr. Michael Rubeling & Deacon Scott Anderson.
                                    (Defendant's title or position at place of work)

6    This Defendant is sued in his/her (check one or both):

7        ☐ individual capacity        ☒ official capacity

8

9    This Defendant was acting under color of law because defendant is a part of

10   the charades of Witchcraft. Ex: This church puts Francis & Mary as the

11   Father and Mother of the Holy Family which is not the TRUTH. This is how

12   they attempted to take my position in order to displace me from my relationship

13   so that the catholic church can keep the Inheritance while penny paying who they

14   been robbing which is the Blacks taking back the Church to Jerusalem

15

16   ___.  Defendant Genesee County Chamber of Commerce    works at
     Insert ¶ #
17                        (full name of Defendant)

18   8276 Park Rd, Batavia, NY 14020
                        (Defendant's place of work)

19

20   Defendant's title or position is President : Brian Cousins
                                    (Defendant's title or position at place of work)

21

22

23   This Defendant is sued in his/her (check one or both):

24       ☐ individual capacity        ☒ official capacity

25   This Defendant was acting under color of law because defendant is a part of

26   the charades of witchcraft, Ex:

27   _____

28   _____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant *City of Airdrie* works at

2    *Insert ¶ #*          *(full name of Defendant)*

3    400 Main St. S; Airdrie, AB T4B 3C3, Canada .

                          *(Defendant's place of work)*

4

5    Defendant's title or position is *Mayor: Peter Brown* .

                          *(Defendant's title or position at place of work)*

6    This Defendant is sued in his/her (check one or both):

7         ☐ individual capacity          ☒ official capacity

8

9    This Defendant was acting under color of law because *defendant is a part of*

10   *the charades of witchcraft.*

11   _____

12   _____

13   _____

14

15

16   ___. Defendant *St Bride's Primary School & Nursery* works at

17   *Insert ¶ #*          *(full name of Defendant)*

18   Johnson Drive, Cambuslang, South Lankshire G72 8JR

                          *(Defendant's place of work)*

19

20   Defendant's title or position is Head Teacher: Louise Torrance

21                       *(Defendant's title or position at place of work)*

22

23   This Defendant is sued in his/her (check one or both):

24        ☐ individual capacity          ☒ official capacity

25   This Defendant was acting under color of law because *defendant is a part of*

26   *the charades of witchcraft. Ex: This is an example of the enemy*

27   *having the womans seed*

28   _____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Foster Farms LLC _____ works at

*Insert ¶ #*                    *(full name of Defendant)*

1000 Davis Street, PO Box 306, Livingston, CA 95334

*(Defendant's place of work)*

Defendant's title or position is CEO: Donnie Smith

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: This is where the chicken eggs (symbolizing a womens eggs) get taking in and nurtured

___. Defendant Pepsi Co _____ works at

*Insert ¶ #*                    *(full name of Defendant)*

700 Anderson Hill Rd, Purchase, New York 10577

*(Defendant's place of work)*

Defendant's title or position is CEO: Ramon Laquarta & CFO: Hugh Johnston

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: Anderson is a part of Jehovah Witness because that's my mom's last name & she is a Jehovah Witness

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant The Lord McFall of Alcluith (House of Lords) works at
*Insert ¶ #*                    *(full name of Defendant)*

House of Lords, London, SW1A 0PW                        .
                    *(Defendant's place of work)*

Defendant's title or position is Lord Speaker for the House of Lords .
                              *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity              ☑ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: The Lord McFall is considered
the speaker for The House of Lords but in order to speak
for the LORD you have to be called by The LORD not man

___. Defendant Sir Lindsay Hoyle (House of Commons ) works at
*Insert ¶ #*                    *(full name of Defendant)*

House of Commons, London, SW1A 0AA                        .
                    *(Defendant's place of work)*

Defendant's title or position is Speaker for the House of Commons .
                              *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity              ☑ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft.

1   ___. Defendant HM Land Registry - Coventry Office _____ works at
2   *Insert ¶ #*                    *(full name of Defendant)*
3   53-55 Butts Road, Coventry CV1 3BH, United Kingdom .
                    *(Defendant's place of work)*
4
5   Defendant's title or position is Lord Mayor (Re: Jaswant Singh Birdi)
6                    *(Defendant's title or position at place of work)*
    This Defendant is sued in his/her (check one or both):
7
        ☐ individual capacity          ☒ official capacity
8
9   This Defendant was acting under color of law because defendant is a part
10  of the witchcraft. Ex: Jaswant Singh Birdi is a man
11  not a woman. He also is hindu and wears
12  his turbean yet his name sounds feminine. Then Butts & Coventry
13  symbolizes Backdoor of witches gatherings
14
15
16  ___. Defendant The House of LORDS _____ works at
17  *Insert ¶ #*                    *(full name of Defendant)*
18  Room 20, Principal Floor, West Front, House of lords, SW1A0PW
                    *(Defendant's place of work)*
19
20  Defendant's title or position is The RT Hon Lord True, CBE
21                    *(Defendant's title or position at place of work)*
22
23  This Defendant is sued in his/her (check one or both):
24      ☐ individual capacity          ☒ official capacity
25  This Defendant was acting under color of law because defendant is a part
26  of the charades of witchcraft. Ex: House of Lords
27  is what is proclaimed by men yet its the seat for
28  herself. Also Lord True is a way of claiming to be the real LORD

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___. Defendant Ramkabir Mandir _____ works at

2  *Insert ¶ #*                     *(full name of Defendant)*

3  530 E. 231st Carson CA 90745 _____.

            *(Defendant's place of work)*

4

5  Defendant's title or position is  Hindu Temple, _____.

                              *(Defendant's title or position at place of work)*

6

7  This Defendant is sued in his/her (check one or both):

        ☐ individual capacity              ☒ official capacity

8

9  This Defendant was acting under color of law because  of a scandal of

10  witchcraft. Ex: Roman Catholic Church is connected to Hindu

11  Temple because of the NUNS (Females). Another Word for NUN is

12  MONK! RAM is the name of my company & I used to live in

13  Carson on Grandee Ave when I was in Elementary School, Also,

14  I know that a RAM is a Male adult LAMB & Jesus is the lamb

15  slain before the foundation of the earth.

16

17  ___. Defendant Shri Anandpur Atlanta Ashram-Vinay Dham works at

    *Insert ¶ #*                  *(full name of Defendant)*

18  670 Exchange Pl NW, Lilburn, GA 32047 _____

                         *(Defendant's place of work)*

19

20  Defendant's title or position is Shri Paramhans Advait Mat Hindu Temple.

21                         *(Defendant's title or position at place of work)*

22

23  This Defendant is sued in his/her (check one or both):

24        ☐ individual capacity            ☒ official capacity

25  This Defendant was acting under color of law because  of a scandal

26  of witchcraft. Roman Catholic Church is connected to Hindu

27  Temple because of the NUNS (Females). Another Word for NUN is

28  Monk!

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant Maryland State House _____ works at

Insert ¶ #                    (full name of Defendant)

100 State Circle, Annapolis  Maryland 21401 _____

                    (Defendant's place of work)

Defendant's title or position is ___CEO_____

                    (Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

        ☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: At the top of the dome there is a
lightening rod that was invented by Benjamin Franklin
_____

___. Defendant International Air Transport Association ___ works at

Insert ¶ #                    (full name of Defendant)

800 Square Victoria Montreal, Quebec Canada _____

                    (Defendant's place of work)

Defendant's title or position is Director General: Willie Walsh

                    (Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

        ☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: Victoria is a means of commercial
trafficking
_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1

___. Defendant _Genesis Place,_ works at

*Insert ¶ #*      *(full name of Defendant)*

_800 East Lake Boulevard NE, Airdrie, AB T4A 2K9_ .

*(Defendant's place of work)*

Defendant's title or position is _Re: Administrator_ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because _defendant is a part of the charades of witchcraft. Ex: Genesis is the 1ST Book in the Bible that shares various stories from the Beginning of Creation, The Fall of Man, The Flood, etc so this is labeling a business after Man's mistakes._

___. Defendant _Coatdyke railway Station_ works at

*Insert ¶ #*      *(full name of Defendant)*

_Riddell St, Coatbridge ML5 3PZ, United Kingdom_ .

*(Defendant's place of work)*

Defendant's title or position is _Director: Alex Hynes_ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because _defendant is a part of the charades of witchcraft. Ex: Coatdyke symbolizes a lesbians coat plus railway station symbolizing transportation equals a riddell that's the coatbridge symbolizing route to the United Kingdom. This sums up to a Lesbians rainbow transporting her route to the U.K. After entering the U.K. there's Lesvos in Greece which is full ___ of lesbians._

*Page Number*

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___. Defendant Rock Island-Milan School District #41 works at
2  Insert ¶ #                    (full name of Defendant)
3  2000 7th Avenue, Rock Island IL 61201
                    (Defendant's place of work)
4
5  Defendant's title or position is Superintendent Dr. Reginald Lawrence
6                              (Defendant's title or position at place of work)
6  This Defendant is sued in his/her (check one or both):
7
8  ☐ individual capacity          ☑ official capacity
9
10 This Defendant was acting under color of law because defendant is a part of
10 the charades of witchcraft. Ex: Rock Island symbolizes Caine
11 Milan symbolizes Visconte de Milan whose motto (paraphrased)
12 is: Don't violate the ways of the serpent.
13
14
15
16
17 ___. Defendant Genesius Guild/First United Methodist Church of Hammond² works at
17 Insert ¶ #                    (full name of Defendant)          Hammond
18 1120 40th St, Rock Island, IL 61201
                    (Defendant's place of work)
19
20 Defendant's title or position is Quad City Theater
21                              (Defendant's title or position at place of work)
22
23 This Defendant is sued in his/her (check one or both):
24 ☐ individual capacity          ☑ official capacity
25 This Defendant was acting under color of law because defendant is a part of
26 the charades of witchcraft. Ex: Genesius symbolizes Genesis
27 which is the Beginning of the Bible so this would symbolize an indirect
28 message claiming this theater is the beginning story in the digital realm
   for this methodist church of          Hammond.

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___. Defendant Del Mar College of Corpus Christi works at

2  Insert ¶ #   101 Baldwin Blvd Corpus Christi, Texas 78404

3  *(full name of Defendant)* / *(Defendant's place of work)*

4

5  Defendant's title or position is Administration

6  *(Defendant's title or position at place of work)*

7  This Defendant is sued in his/her (check one or both):

8  ☐ individual capacity         ☐ official capacity

9  This Defendant was acting under color of law because the defendant is a

10 worldly school while representing the Body of Christ so

11 the defendant is robbing God in exchange for money that

12 has not been given to Gods people

13

14

15

16 ___. Defendant Port of Corpus Christi works at

17 Insert ¶ #   *(full name of Defendant)*

18 400 Harbor Drive Corpus Christi, Texas 78401

19 *(Defendant's place of work)*

20 Defendant's title or position is Energy Export Gateway

21 *(Defendant's title or position at place of work)*

22

23 This Defendant is sued in his/her (check one or both):

24 ☐ individual capacity         ☑ official capacity

25 This Defendant was acting under color of law because the defendant is

26 a port for commerce and trading while representing the

27 Body of Christ which is a deceptive way to make money

28 off of the Body of Christ indirectly

---

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___. Defendant    Government of Alberta    works at
    *Insert ¶ #*              *(full name of Defendant)*

2   Alberta Legislature Building Suite #307 - 10800 97 Avenue NW Edmonton Alberta T5K 2B6
                              *(Defendant's place of work)*

5   Defendant's title or position is    Executive Officer: Danielle Smith
                                        *(Defendant's title or position at place of work)*

7   This Defendant is sued in his/her (check one or both):

        ☐ individual capacity                    ☒ official capacity

9   This Defendant was acting under color of law because  the defendant was used
10  under the witchcraft of another parties charade. Ex: Albert is my daughters father (Hispanic)
11  Danielle is my older sister  and Smith is my older brothers last name

16  ___. Defendant    San Antonio, Texas    works at
    *Insert ¶ #*              *(full name of Defendant)*

18  City Hall 100 Military Plaza , San Antonio TX 78205
                              *(Defendant's place of work)*

20  Defendant's title or position is    Mayor Ron Nirenberg
                                        *(Defendant's title or position at place of work)*

23  This Defendant is sued in his/her (check one or both):

24      ☐ individual capacity                    ☒ official capacity

25  This Defendant was acting under color of law because  the defendant was
26  used in another parties charades of witchcraft. Antonio is my
27  partner who the world has tried to keep me from being with while
28  using people from Texas & using Albert to interfere thru Catholic Church

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant **Bud, Norway** works at
*Insert ¶ #*                          *(full name of Defendant)*

**More and Romsdal County Municipality, PO Box 2500, 6404 Molde** .
                                        *(Defendant's place of work)*

Defendant's title or position is <u>Mayor:</u> Tove-Lise Torve .
                                        *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because <u>defendant is a part of</u>
<u>the charades of witchcraft. Ex. Bud symbolizes weed, budlightyear,</u>
<u>beer(budweiser) etc</u>

___. Defendant **Bud, Indiana** works at
*Insert ¶ #*                          *(full name of Defendant)*

**86 W. Court St, Franklin, IN 46131** .
                                        *(Defendant's place of work)*

Defendant's title or position is <u>County Attorney: Adam Gadberry</u> .
                                        *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because <u>defendant is a part of</u>
<u>the charades of witchcraft. Ex: Bud symbolizes weed, beer, etc</u>

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___. Defendant Emmanuel Christian Seminary _____ works at

2   *Insert ¶ #*                    *(full name of Defendant)*

3   B.D. Phillips Memorial Building, 1 Walker Drive, Johnson City, TN 37601.

                              *(Defendant's place of work)*

4

5   Defendant's title or position is _____ CEO _____

                              *(Defendant's title or position at place of work)*

6

7   This Defendant is sued in his/her (check one or both):

8        ☐ individual capacity          ☒ official capacity

9

10  This Defendant was acting under color of law because defendant is a part of

11  the charades of witchcraft. Ex: Emmanuel is another name they called

12  Jesus. This school Emmanuel Christian Seminary is in Johnson City & Bishop Ernest

13  Johnson is the Bishop of Jesus. Is the Answer in Compton where I was born. B.D. Phillips

    Symbolizes Prince Phillip of Greece & Denmark.

14

15

16  ___. Defendant The Palaiopolis-Mon Repos _____ works at

17  *Insert ¶ #*                    *(full name of Defendant)*

18  Mon Repos Estate, T.K. 49131, Kerkyra (Prefecture of Kerkira).

                              *(Defendant's place of work)*

19

20  Defendant's title or position is _____ CEO _____

21                              *(Defendant's title or position at place of work)*

22

23  This Defendant is sued in his/her (check one or both):

24       ☐ individual capacity          ☒ official capacity

25  This Defendant was acting under color of law because defendant is a part of

26  the charades of witchcraft. Ex: This used to be a summer residence where Prince

27  Philip, Duke of Edinburgh was born on June 10, 1921 yet his family was exiled because Prince Andrew

28  was accused of treason when Philip was an infant. This museum displays the first occupants of the

    mansion Lord and Lady Adam (1828-1931) information relating to them. This museum holds a lot of

    artifacts about Ancient Corcyra cults, politics, etc. This place is 195 years old.

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant U.S. Marshals Headquarters _____ works at
*(full name of Defendant)*

12.15 S. Clark St, Arlington Virginia   2222
*(Defendant's place of work)*

Defendant's title or position is Associate Director for Operations : Mark Pitella & General Counsel Lisa Dickinson
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: Mark Pitella is director for operations and Lisa Dickinson is general counsel that sums up the mark of the beast ( Mark + Dickinson (Dionysus-Transgender) His first name & her last name equals 2 becoming 1. under the umbrella of Marshals 'aka Mars Halls!

___. Defendant Office of Local Defence Community Cooperation works at
*(full name of Defendant)*

2231 Crystal Drive, Suite 520 Arlington Virginia 222 02
*(Defendant's place of work)*

Defendant's title or position is Compliance lead for Risk Management: Robel Abraham
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charade of witchcraft. Ex: Last name Abraham is another form of perversion because Abraham was the Father of many nations

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Federal Palace Hotel ___ works at
*Insert ¶ #*          *(full name of Defendant)*

6-8 Ahmadu Bello Wy, Victoria Island, Lagos 101241, Lagos, Nigeria .
*(Defendant's place of work)*

Defendant's title or position is Sun International is Owner .
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charade of witchcraft. Ex: I am filing federal lawsuits due to oppression, lies, & scandals & look at this Federal Hotel in Victoria Islands that's owned by Sun International whose CEO is Anthony (a way to say my partners name) this is blackmail making me seem to be a Ho & my partner the Beast which is more likely why Hamas hit Israel when it's not me doing anything but defending myself.

___. Defendant Sun International Group ___ works at
*Insert ¶ #*          *(full name of Defendant)*

6 Sandown Valley Crescent, Sandton Gauteng, South Africa .
*(Defendant's place of work)*

Defendant's title or position is CEO: Anthony Leeming .
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charade of witchcraft. Ex: This company is in the industry of Gaming Resort Hotels; The Key Person name is Anthony which is another way to say my partners name. Antonio, Anthony, Tony, T, etc which then has him labeled under Sun (pagan-ism) instead of Son when Satan was the morning star (sun) and Jesus is the Son of God.  Then, this company owns the hotel called Federal Palace Hotel in Victoria Island, Lagos, Nigeria which symbolizes what I am going through by having to File Federal Civil lawsuites to get to the Palace (Inheritance) while Hoes are playing like they're me.

1  ___. Defendant Corpus Christi Independent School District   works at
   Insert ¶ #                    (full name of Defendant)

2
3  801 Leopard St. Corpus Christi, Texas 78401
                          (Defendant's place of work)

4
5  Defendant's title or position is Administration (District Office)
                                    (Defendant's title or position at place of work)

6
   This Defendant is sued in his/her (check one or both):
7
8        ☐ individual capacity            ☒ official capacity

9
   This Defendant was acting under color of law because the defendant offers
10
   educational services in Texas under the name of Corpus Christi.
11
   Corpus Christi means "body of Christ"
12

13

14

15

16  ___. Defendant Texas A&M University of Corpus Christi   works at
    Insert ¶ #                    (full name of Defendant)
17
18  6300 Ocean Drive, Corpus Christi, Texas 78412
                          (Defendant's place of work)
19

20  Defendant's title or position is Administration
                                    (Defendant's title or position at place of work)
21

22
23  This Defendant is sued in his/her (check one or both):

24        ☐ individual capacity            ☒ official capacity

25  This Defendant was acting under color of law because the defendant offers
26  educational services in Texas as a university of the Body of
27  Christ however does not help Gods people nor acknowledge
28  Christ in your services

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___. Defendant **Guccio Gucci S.p.A (Gucci)** works at
2  *Insert ¶ #*                          *(full name of Defendant)*
3  **Via Tornabuoni 73/R, 50123 Florence.Italy**
                        *(Defendant's place of work)*

4

5  Defendant's title or position is **CEO: Marco Bizzarri**
6                              *(Defendant's title or position at place of work)*

   This Defendant is sued in his/her (check one or both):
7
      ☐ individual capacity              ☒ official capacity
8

9  This Defendant was acting under color of law because **defendant is a part of**
10 **the charades of witchcraft. Ex: It's an Italian luxury fashion house based**
11 **in Florence, Italy who made billions off of the last name of Guccio Gucci. Gucci family claims its**
12 **origins are rooted in the merchant city of Florence since 1410. However, the fight over the church of**
13 **today goes back to BCE which is how all these people got rich off of the church.**

14

15

16 ___. Defendant **Stellantis North America (Chrysler Corporation)** works at
17 *Insert ¶ #*                          *(full name of Defendant)*
18 **1000 Chrysler Drive, Auburn Hills, Michigan**
                        *(Defendant's place of work)*

19

20 Defendant's title or position is **COO: Mark Stewart**
21                              *(Defendant's title or position at place of work)*

22

23 This Defendant is sued in his/her (check one or both):
24      ☐ individual capacity              ☒ official capacity

25 This Defendant was acting under color of law because **defendant is a part of**
26 **the charades of witchcraft. Ex: This company is the successor of American**
27 **Motors which had the car Rambler (1957-1983). As Chrysler doing business as Stellantis they**
28 **own the RAM TRUCKS & Vans and the RAM 1500 Classic truck. The new series of RAM 1500**
**pickups are made in Sterling Heights, Michigan and they use the slogan "G.U.S. Glory. RAM"**
**I need the perversion to stop. American Motors was partnered with GUCCI in 1910 which**
**they founded a Rolls-Royce Luggage.**

_____
Page Number

1  ___. Defendant  Vitoria-Gasteiz City Hall                    works at
2  *Insert ¶ #*                      *(full name of Defendant)*
3  Plaza España 1, 01001 Vitoria-Gasteiz
                              *(Defendant's place of work)*

4
5  Defendant's title or position is  Mayor Maider Etxebarria Garcia  .
                              *(Defendant's title or position at place of work)*
6
7  This Defendant is sued in his/her (check one or both):
       ☐ individual capacity          ☑ official capacity
8
9  This Defendant was acting under color of law because  defendant is a part of the
10 charades of witchcraft. Ex: Their motto: This is Victoria which triumphs!
11 However, the city is spelled Vitoria. Victoria is how you spell my name. Vitoria-Gasteiz
12 is the capital of Alava, Spain which Provence of Alava is a part of the Crown of Castile
13

14

15

16 ___. Defendant  Santa Fe, New Mexico                    works at
17 *Insert ¶ #*                      *(full name of Defendant)*
18 200 Lincoln Ave, Santa Fe, New Mexico 87504
                              *(Defendant's place of work)*
19

20 Defendant's title or position is  Mayor: Alan Webber
21                            *(Defendant's title or position at place of work)*
22
23 This Defendant is sued in his/her (check one or both):
24      ☐ individual capacity          ☑ official capacity
25 This Defendant was acting under color of law because  defendant is a part of
26 the charades of witchcraft. Ex: Santa Fe is the capital of the U.S. state of New Mexico.
27 It's name means "Holy Faith" and abbreviates The Royal Town of the Holy Faith of Saint Francis of
28 Assisi. Santa Fe of New Mexico was a part of the Crown of Castile

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.  Defendant Southend-on-Sea City Council _____ works at

*Insert ¶ #*                          *(full name of Defendant)*

Civic Centre, Victoria Avenue, Southend-on-Sea, Essex SS2 6ER            .

*(Defendant's place of work)*

Defendant's title or position is  MP; Anna Firth                .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☑ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: Charles Romley Alder Wright was born in Southend, Essex, England and he was a chemist & founder of Royal Institute of Chemistry. He's known for Opioid synthesis, aluminium antimonide.

___.  Defendant Lossiemouth, Moray _____ works at

*Insert ¶ #*                          *(full name of Defendant)*

Moray Council Office, High Street, Elgin, Moray, IV30 1BX, Scotland U.K.

*(Defendant's place of work)*

Defendant's title or position is  Town in Scotland            .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☑ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. James Ramsay McDonald was a Scottish politician who served as Prime Minister of the U.K.

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___. Defendant  *Rite Aid*  works at
Insert ¶ #                    (full name of Defendant)

2
3  2480 Victoria Avenue, Port Hueneme, CA 93041
                    (Defendant's place of work)

4

5  Defendant's title or position is  *Interim CEO: Elizabeth Burr*
                    (Defendant's title or position at place of work)

6
7  This Defendant is sued in his/her (check one or both):

8     ☐ individual capacity        ☒ official capacity

9

10  This Defendant was acting under color of law because defendant is a part of
the charade of witchcraft. Ex: Rite is a religious or other solemn ceremony

11  or act. Aid is to provide assistance or its a disease. Port is a place where ships

12  may ride secure from storms. Hueneme means "resting place", Rite Aid means

13  Religion assisting Victoria securely from storms to her resting place.

14  *Almost like Dorothy trying to find her way back home in the Wizard of Oz.

15

16  ___. Defendant  *Solomon Islands*  works at
Insert ¶ #                    (full name of Defendant)

17

18  P.O. Box 61, Honiara, Solomon Islands
                    (Defendant's place of work)

19

20  Defendant's title or position is  Hon. Manasseh Sogavare (Prime Minister).
                    (Defendant's title or position at place of work)

21

22

23  This Defendant is sued in his/her (check one or both):

24     ☐ individual capacity        ☒ official capacity

25  This Defendant was acting under color of law because defendant is a part of the
charade of witchcraft. Ex: King Solomon was a former king of Israel.

26  King Solomon belongs to the Davidic dynasty. However, in today's society

27  Solomon Islands is governed as a constitutional monarch with the British

28  monarch which isn't by Israel. Also, it's from the Song of Solomon that Disney
took some of their cartoons and _____ twisted up the story.
                    Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___. Defendant Papa John's Corporation                    works at
2   Insert ¶ #                    (full name of Defendant)
3   2002 Papa John's Boulevard, Louisville, Kentucky, 40299                    .
                              (Defendant's place of work)
4

5   Defendant's title or position is    : Steve M. Ritchie & CEO John Schnatter & Lance F. Tucker
                              (Defendant's title or position at place of work)          (CFO)
6

7   This Defendant is sued in his/her (check one or both):

8        ☐ individual capacity          ☒ official capacity

9   This Defendant was acting under color of law because defendant is a part of
10  the charades of witchcraft.
11
12
13
14
15

16  ___. Defendant Burger King Corporation                    works at
17  Insert ¶ #                    (full name of Defendant)
18  5505 Blue Lagoon Drive, Miami, FL, 33126
                              (Defendant's place of work)
19

20  Defendant's title or position is President for Latin America: Jose Dias, President 4 Asia Pacific: Elias Diaz
                              (Defendant's title or position at place of work)
21                                                                   President 4 Europe:
22                                                                   Jose E Cil &
23  This Defendant is sued in his/her (check one or both):            Martin E.
                                                                     Franklin
24       ☐ individual capacity          ☒ official capacity

25  This Defendant was acting under color of law because defendant is a part of
26  the charades of witchcraft. Ex: Is another way of placing Ham as King.
27  Ham symbolizes swine in the Bible & it was a Legion of demons that got cast into
28  the swine then they ran into the ocean & drowned.

                    _____
                       Page Number
            Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Crystal City Missouri works at
Insert ¶ # *(full name of Defendant)*

130 Mississippi Ave Crystal City, Missouri 63019
*(Defendant's place of work)*

Defendant's title or position is Mayor: Mike Osher
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: Revelation 4:6 - And before the throne there
was a sea of glass like unto crystal... * By naming a place Crystal City it's
as if you are proclaiming that location to be the throne of God which is not
true so that is called idolatry.

___. Defendant USAID (U.S. Agency for International Development) works at
Insert ¶ # *(full name of Defendant)*

2733 Crystal Drive, Arlington, Virginia 22202
*(Defendant's place of work)*

Defendant's title or position is Administrator: Samantha Power & Paloma Adams-Allen
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because defendant is a part of the
charades of witchcraft. Example: 2733 is 2+7+3+3=15 and 1+5=(6) Crystal=Meth(Gods throne,
Drive plus Virginia= Virgins), and 2+2+2+2=(8) sums up to USAID) being a gateway for
(6) the number of the beasts Crystal(Meth) driving the Virgins (8) New Beginning!

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___. Defendant International Olympic Committee works at
    *Insert ¶ #*                    *(full name of Defendant)*

2
3   Maison Olympique, 1007 Lausanne, Switzerland
                        *(Defendant's place of work)*

4

5   Defendant's title or position is Director: Christophe De Kepper
                                    *(Defendant's title or position at place of work)*

6

7   This Defendant is sued in his/her (check one or both):

8       ☐ individual capacity        ☒ official capacity

9

10  This Defendant was acting under color of law because defendant is a part of
    the charades of witchcraft. Ex: Oversees 206 Individual National

11  Olympic Committees

12

13

14

15

16  ___. Defendant Fashion Nova works at
    *Insert ¶ #*                    *(full name of Defendant)*

17

18  2801 East 46th St Los Angeles CA 90058
                        *(Defendant's place of work)*

19

20  Defendant's title or position is CEO: Richard Saghian
                                    *(Defendant's title or position at place of work)*

21

22

23  This Defendant is sued in his/her (check one or both):

24      ☐ individual capacity        ☒ official capacity

25  This Defendant was acting under color of law because defendant is a part of

26  the charades of witchcraft. Ex: Work here thru Blue Crew and got

27  to see the hard work of slavery. For instance $20hr X 8hr/day x 5days= 800 My pay.

28  Company makes based on requirements of 175 pieces of clothes per hour. If each piece costs
    $25 you multiply, 25x175=$4,375 x 8hrs=$35,000 x 5 days a week equal $175,000
    that I just made the company.  $175,000-800=$174,200 I made the
    Company (warehouse in one week) yet they made $174,200  and I went home
    with less than $800 once Taxes get removed. This is Pimping. In 1 week 20 workers make
                                                                    the company 3,484,000

*Page Number*

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___. Defendant Maneskin Empire Srl      works at

    *Insert ¶ #*           *(full name of Defendant)*

2

3 via Monte Zebio, 40, 00195 Roma RM, Italy

                 *(Defendant's place of work)*

4

5 Defendant's title or position is Founder: Victoria De Angelis

                         *(Defendant's title or position at place of work)*

6 This Defendant is sued in his/her (check one or both):

7      ☐ individual capacity              ☒ official capacity

8

9 This Defendant was acting under color of law because defendant is a part of

10 the charades of witchcraft. Ex: Acts 10: 1- There was a certain man in Caesarea

11 called Cornelius, a centurion of the band called the Italian Band. ＊Roman Catholic symbolizes

12 Caesar Nero (Caesarea). This is an Italian Rock Band that was founded by Victoria De Angelis.

13 See, the witchery my name is Victoria D. and I live in Los Angeles county. Stop playing

14 with me‽

15

16   ___. Defendant Marseille, France      works at

17     *Insert ¶ #*           *(full name of Defendant)*

18 Mayor, City of Marseille, 13233 Marseille Cedex 20

                 *(Defendant's place of work)*

19

20 Defendant's title or position is Mayor: Benoit Payan

21                          *(Defendant's title or position at place of work)*

22

23 This Defendant is sued in his/her (check one or both):

24      ☐ individual capacity              ☒ official capacity

25 This Defendant was acting under color of law because defendant is a part of

26 the charades of witchcraft. Ex:

27

28

Civil Rights Complaint Pursuant to U.S.C. § 1983

\_\_\_. Defendant Rome City Institute _____ works at

*Insert ¶ #*     *(full name of Defendant)*

Via del Casale di S. Pio V,44, 00165 Roma RM, Italy

*(Defendant's place of work)*

Defendant's title or position is CEO: Giorgio Antongirolami .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity     ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex:

_____

_____

_____

\_\_\_. Defendant Rome City Court _____ works at

*Insert ¶ #*     *(full name of Defendant)*

100 W. Court St Rome NY

*(Defendant's place of work)*

Defendant's title or position is District Executive: Donald C. Doerr .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity     ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex:

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1
___. Defendant The Mahabodhi Temple _____ works at
2
*Insert ¶ #*          *(full name of Defendant)*
3
Archaeological Survey of India, District Chattarpur, Both Gaya, Bihar, 824231, India
              *(Defendant's place of work)*
4

5
Defendant's title or position is Buddhist Temple representing Mount Meru .
6
                         *(Defendant's title or position at place of work)*
7
This Defendant is sued in his/her (check one or both):
8
        ☐ individual capacity            ☒ official capacity
9
10
This Defendant was acting under color of law because the defendant has
11
partaken in the charades of misleading others in order to
12
get ahead
13

14

15

16
___. Defendant Bodh Gaya, India _____ works at
17
*Insert ¶ #*          *(full name of Defendant)*
18
Dipak Rd, Durga Bari, Gaya, Bihar 823001, India
              *(Defendant's place of work)*
19

20
Defendant's title or position is Dr Thiyagarajan S.M.
21
                         *(Defendant's title or position at place of work)*
22

23
This Defendant is sued in his/her (check one or both):
24
        ☐ individual capacity            ☒ official capacity
25
This Defendant was acting under color of law because defendant is a part
26
of the charades of witchcraft
27

28

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983



*The Fall of Man*   *Fall Begin September 23, 2023*

Robbery of Front Door = Temple (Body) and Temple (Residence) (Garden)
Using the Back Door = Perverting Sound, words, Sex, Senses, etc
Result = Serpent Steals, kills, and Destroys

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

1 . Genesis 3:1-24 ① Now the serpent who was more subtile than any beast of the field which the LORD God had made. And he said unto the woman, Yea, hath God said, Ye shall not eat of every tree of the garden? ② And the woman said unto the serpent, We may eat of the fruit of the trees of the garden: ③ But of the fruit of the tree which is in the midst of the garden, God hath said, Ye shall not eat of it, neither

2 . shall ye touch it, lest ye die. ④ And the serpent said unto the woman, Ye shall not surely die: ⑤ For God doth know that the day ye eat thereof, then your eyes shall be opened, and ye shall be as gods, knowing good and evil. ⑥ And when the woman saw that the tree was good for food, and that it was pleasant to the eyes, and a tree to be desired to make one wise, she took of the fruit thereof,

3 . and did eat, and gave also unto her husband with her; and he did eat. ⑦ And the eyes of them both were opened, and they knew that they were naked; and they sewed fig leaves together, and made themselves aprons. ⑧ And they heard the voice of the LORD God walking in the garden in the cool of the day: and Adam and his wife hid themselves from the presence of the LORD God amongst the trees of the garden. ⑨ And the LORD God called unto Adam, and said unto him, Where art thou? ⑩ And he said, I heard thy voice in the garden, and

1

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    4  . I was afraid, because I was naked; and I hid myself.
2    [Insert ¶ #] ⑩ And he said, Who told thee that thou wast naked? Hast thou
3    eaten of the tree, whereof I commanded thee that thou
4    shouldest not eat? ⑫ And the man said, The woman whom thou
5    gavest to be with me, she gave me of the tree, and I did eat.
6    ⑬ And the LORD God said unto the woman, What is this that
7    thou hast done? And the woman said, The serpent beguiled
8    me, and I did eat. ⑭ And the LORD God said unto the serpent,
9
10    5  . Because thou hast done this, thou art cursed above all
11    [Insert ¶ #] cattle, and above every beast of the field; upon thy belly
12    shalt thou go, and dust shalt thou eat all the days of thy
13    life. ⑮ And I will put enmity between thee and the woman, and
14    between thy seed and her seed; it shall bruise thy head, and
15    thou shalt bruise his heel. ⑯ Unto the woman he said, I will
16    greatly multiply thy sorrow and thy conception; in sorrow
17    thou shalt bring forth children; and thy desire shall be
18
19    6  . to thy husband, and he shall rule over thee. ⑰ And
20    [Insert ¶ #] unto Adam he said, Because thou hast hearkened unto the
21    voice of thy wife, and hast eaten of the tree, of which I
22    commanded thee, saying, Thou shalt not eat of it: cursed is
23    the ground for thy sake; in sorrow shalt thou eat of it all the
24    days of thy life; ⑱ Thorns also and thistles shall it bring forth
25    to thee; and thou shalt eat the herb of the field: ⑲ In the sweat
26    of thy face shalt thou eat bread, till thou return unto the ground;
27    for out of it wast thou taken: for dust thou art, and unto dust shalt
28

2

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   7 the returns [20] And Adam called his wife's name Eve; because
    Insert ¶ #
2 she was the mother of all living. [21] Unto Adam also and to
3 his wife did the LORD God make coats of skins, and clothed
4 them. [22] And the LORD God said, Behold, the man is become
5 as one of us, to know good and evil; and now, lest he
6 put forth his hand, and take also of the tree of life, and
7 eat, and live for ever. [23] Therefore the LORD God sent him forth
8 from the garden of Eden, to till the ground from whence he was taken.
9
10   8 [24] So he drove out the man; and he placed at the east of the
    Insert ¶ #
11 garden of Eden Cherubim, and a flaming sword which turned
12 every way, to keep the way of the tree of Life. Genesis 4:1-26
13 (Cain and Abel) [1] And Adam knew Eve his wife; and she conceived,
14 and bare Cain, and said, I have gotten a man from the LORD.
15 [2] And she again bare his brother Abel. And Abel was a keeper of
16 sheep, but Cain was a tiller of the ground. [3] And in process of
17 time it came to pass, that Cain brought of the fruit of the
18
19   9 ground an offering unto the LORD [4] And Abel, he also
    Insert ¶ #
20 brought of the firstlings of his flock and of the fat thereof.
21 And the LORD had respect unto Abel and to his offering. [5] But
22 unto Cain and to his offering he had not respect. And Cain
23 was very wroth, and his countenance fell. [6] And the LORD
24 said unto Cain, Why art thou wroth? and why is thy countenance
25 fallen? [7] If thou doest well, shalt thou not be accepted? and
26 if thou doest not well, sin lieth at the door. And unto thee shall
27 be his desire, and thou shalt rule over him. [8] And Cain talked
28

3

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   10 . with Abel his brother: and it came to pass, when they
Insert ¶ #

2   were in the field, that Cain rose. up against Abel his brother

3   and slew him. ⑨ And the LORD said unto Cain, Where is Abel

4   thy brother? And he said, I know not: Am I my brother's

5   keeper? ⑩ And he said What hast thou done? the voice of

6   thy brother's blood crieth unto me from the ground. ⑪ And

7   now art thou cursed from the earth, which hath opened her

8   mouth to receive thy brother's blood from thy hand. ⑫ When

9

10   11 . thou tillest the ground, it shall not henceforth yield unto
Insert ¶ #

11   thee her strength: a fugitive and a vagabond shalt thou be

12   in the earth. ⑬ And Cain said unto the LORD, My punishment

13   is greater than I can bear, ⑭ Behold, thou hast driven me

14   out this day from the face of the earth; and from thy

15   face shall I be hid; and I shall be a fugitive and a

16   vagabond in the earth; and it shall come to pass, that

17   every one that findeth me shall slay me. ⑮ And the

18

19   12 . LORD said unto him, Therefore whosoever slayeth Cain,
Insert ¶ #

20

21   vengeance shall be taken on him sevenfold. And the LORD

22   set a mark upon Cain, lest any finding him should kill him.

23   ⑯ And Cain went out from the presence of the LORD, and

24   dwelt in the land of Nod, on the east of Eden. ⑰ And

25   Cain knew his wife; and she bare Enoch: and he builded

26   a city, and called the name of the city, after the

27   name of his son, Enoch. ⑱ And unto Enoch was

28   born Irad: and Irad begat Mehujael: and Mehujael

4

Page Number



1  13  . begat Methusael: and Methusael begat Lamech.
   Insert ¶ #
2  ⑲ And Lamech took unto him two wives: the name.
3  of the one was Adah, and the name of the other
4  Zillah. ⑳ And Adah bare Jabal: He was the father
5  of such as dwell in tents, and such as have cattle.
6  ㉑ And his brother's name was Jubal: he was the father
7  of all such as handle the harp and organ. ㉒ And Zillah,
8  she also bare Tubal-cain, an instructer of every
9
10  14  . artificer in brass and iron: and the sister of
    Insert ¶ #
11  Tubal-cain was Naamah. ㉓ And Lamech said unto
12  his wives, Adah and Zillah, hear my voice; ye
13  wives of Lamech, hearken unto my speech: for
14  I have slain a man to my wounding, and a young
15  man to my hurt. ㉔ If Cain shall be avenged seven-
16  fold, truly Lamech seventy and sevenfold. ㉕ And
17  Adam knew his wife again; and she bare a son,
18
19  15  . and called his name Seth: For God, said she, hath
    Insert ¶ #
20  appointed me another seed instead of Abel, who Cain
21  slew. ㉖ And to Seth, to him also there was born a
22  son; and he called his name Enos: then began men
23  to call upon the name of the LORD.
24  *** Now I will break down Genesis 3 and 4 to show
25  you the role play that has been taken place like a movie
26  being directed, organized, and filmed by individuals
27  whose main purposes were to deceive, mislead, and

5
Page Number

16 . indoctrinate the minds of humanity while attempting
*Insert ¶ #*
to steal, kill and destroy the TRUE REMNANT OF GOD'S
CHOSEN ONES without leaving a trace of evidence
that will point out who is who, who did what, and
what methods were used as weapons of warfare ✳✳✳
Lets start with the story of Adam and Eve being the
Kings and Queens of Royalty in Europe. Then the
serpent being the spirit of perversion starting with

17 . Incest in the Royal Bloodlines in order to keep the
*Insert ¶ #*
kingdom locked down. According to the Wikipedia "List
of Coupled cousins" the "Royalty in Europe" had 215
Kingdoms in Europe, that reigned under the Spirit
of Perversion because of Incest ✳ Mind you, Perversion
only truly means a twisted truth ✳ Let's start with
① Nero Claudius Drusus born October 7 c. 14 BC in Rome,
Italy. He also went by the name Drusus Julius Caesar

18 . and he married his paternal cousin Claudia Livia
*Insert ¶ #*
in AD 4 which was the same year her first husband
Gaius Caesor died. To bring my statement concurrent
to modern times, Queen Victoria of the United Kingdom
of Great Britain and Ireland from June 20, 1837 until
her death in 1901 who was also granted the title the
Empress of India in 1876 married her cousin
Prince Albert of Saxe-Coburg and Gotha stemming
from the Royal German Bloodline. Now between both

19. Drusus Julius Caesar and Queen Victoria of Great

*Insert ¶ #*

Britain and Ireland there were 213 other kingdoms that reigned under Perversion which sums up to a total of 215 kingdoms. Out of the perversion seed of incest Queen Victoria's eldest son Edward VII was the first Saxe-Coburg-Gotha monarch who ascended to the House of Wettin (German) throne on Jan 22, 1901. When you look at Prince Albert incest with Queen Victoria you can see the serpent of sexual perversion.

20. However, the serpent appears to reflect itself in multiple

*Insert ¶ #*

fashions in this situation. For instance, Prince Albert and Queen Victoria are not just cousins but they are husband and wife; however she has the label Queen and he has the label Prince right there is two other types of perversion hidden ① Husband + Wife = King + Queen not Queen + Prince which equals Mother and Son ② Queen + Prince in this case equals Wife + Husband which means the Queen is King =

21. Dionysus / Transgender (bisexual role) + Prince is Husband

*Insert ¶ #*

which reveals the Serpent from Adam and Eve's Fall because when they fell she became King in the serpents Kingdom. So this proves that the Europeans are the twisted TRUTH (Fallen State) of my original essence that's why they've caused so much damage yet dark skinned/brown skinned people have payed the price. This also explains the movie "The Great Gay Road" and the blackmail of America & Christianity/Jews. If you look at Prince Albert and Queen Victoria

7

*Page Number*



1   22. as Adam and Eve then their oldest son Edward VII would
2   _Insert ¶#_ represent Cain and by him being the first Saxe-Coburg-Gotha
3   monarch to ascend to the throne on Jan 22, 1901 that
4   means Saxe-Coburg-Gotha would represent the land of
5   Nod that Edward VII playing as Cain would build while
6   on the throne. Mind you that Cain was born of the serpent
7   seed in Genesis then he killed Abel and God placed
8   a mark on him so nobody would kill him (paraphrasing GENESIS 4)
9

10   23. Edward VII had a son named George V who was King of
11   _Insert ¶#_ United Kingdom, British Dominions, and Emperor of India from
12   1910-1936. George V had a son named Albert Frederick
13   Arthur George (Prince Albert of York) there became King George VI
14   of United Kingdom, Dominions, and of the British Commonwealth
15   who married Queen Elizabeth The Queen Mother (Queen Elizabeth II mother).
16   Now watch what happened under King George VI reign and
17   also what occurred afterwards. In 1939, King George VI,
18             of

19   24. his British Empire, and most Commonwealth countries (except
20   _Insert ¶#_ Ireland) declared war on Nazi Germany (for whatever reason
21   they proclaimed pertaining to Poland) however during WWII
22   between 1941 and 1945 Nazi Germany while under Hitler's
23   rule killed around 6 million Jews using genocide (the
24   Holocaust) as it's tool of weaponry. There were also approximately
25   5 million prisoners of war murdered as well. However, my
26   key point is that the Jews were tortured in a war that
27   wasn't even about them. This is similar to how Cain
28

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  25. Killed Abel without cause. Now, let me rewind back
2  Insert ¶ #   to Queen Victoria of Britain and Prince Albert of Saxe-
3  Coburg and Gotha (House of Wettin) which stemmed from
4  the Royal German Bloodline. Under their reign of perversion
5  (twisted truth) due to incest is when the German chemist Albert
6  Niemann in 1859 isolated cocaine from coca leaves and published
7  his findings in 1860. His thesis dissertation in German is titled
8  Über eine neue organische Base in die Cocablättern meaning On a
9
10  26. New Organic Base in the Coca Leaves. His paper talks about
11  Insert ¶ #   how he isolated cocaine, a crystalline alkaloid (the word crystal
12  derives from the Ancient Greeks word "Kristallos" meaning both
13  ice" and "rock crystal" ✳ Right, here shows that in this perverted
14  role play of Adam and Eve being Prince Albert of Gotha (for short)
15  and Queen Victoria, then that would make German chemist
16  Albert Nieman out to be Cain which is their first son
17  (the serpent seed). Crack cocaine was given to the blacks to
18
19  27. sell in the streets which is a form of genocide against themselves &
20  Insert ¶ #   their own kind which is streets so just like the Hebrew
21  said "Face Street, Face Down". Then coke was given to paisas
22  which is still genocide against the blacks first since it is a
23  substance that stems from the word. After, they obtain it and
24  use or distribute it then they have unknowingly waged spiritual
25  war against Eve's seed by playing Cain and killing Abel since
26  Abel was a keeper of sheep (Pastor/Church) however this is
27  the backdoor of attempting to kill the kingdom of Jesus Christ
28

9
Page Number

28 . of Nazareth by drugs as others profited off of the
Insert ¶ # proceeds of the broken and downtrodden. This is
another way they attempted to discredit the Authenticity
of Jesus's life while robbing his church in order to
build more Cains to kill Abel. I explained drugs as
a backdoor tactic because under the Queens reign;
Queen Victoria's oldest son represents Cain in the
world especially after being the first to ascend to

29 . to the throne, as Edward VII the King of Saxe-
Insert ¶ # Coburg and Gotha (House of Wettin) from the Royal
German Bloodline. ✱✱ Moving back forward to her
great great grandson Albert Frederick Arthur George (originally
Prince Albert of York) who became King George VI of the
United Kingdom, Dominions, and British Commonwealth
and his wife Queen Elizabeth The Queen Mother. Albert
aka King George VI symbolizes Cain under the name Albert

30 . because he was named after his great-great Grandfather
Insert ¶ # Prince Albert (Queen Victoria's Husband) however this is according
to Kingdom (front door). But when you look at him under the
role play of Adam; then even though he waged war on Nazi
Germany; Germany would be his son Cain because the
Nazis killed the JEWS (Able). Now, after Adolf Hitler
completed the Holocaust against the Jews he turned around
and committed suicide (just like Judas hung himself after he
betrayed Jesus and sold him to the Romans to be Crucified).

10

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

31   Now, another thing I would like to point out is
Insert ¶ #
that, it was during Adolf Hitler's youth that he tried to be-
come an artist (drawing) but was rejected by the city's Academy
of Fine Arts. All this occurred after his mother died when he
was 18 years old. Hitler left his hometown Linz (lens, sight, glasses etc)
and moved to Vienna (Vienna sausages), the glamorous capital
of the Austro-Hungarian Empire. He thought moving to Vienna
would be the ideal place to pursue his dream of being an artist.

32   He tried to get into the Academy of Fine Arts again yet they
Insert ¶ #
rejected him again. He ended up moving from one cheap room
to another, even living in a homeless shelter for a time. Then
he started earning money by selling his paintings to tourist and
frame sellers which earned him enough money to move out the
shelter and to move into a mans home. Being a frustrated young
artist Hitler became interested in politics. In Vienna there was
a Jewish store owner who was one of Hitlers loyal customers

33   So his time in Vienna shaped Hitlers worldview. Hitler ended
Insert ¶ #
up moving to Munich where he found some well off customers who
commissioned works from him but his progress came to an halt
when the Munich police tracked him down for not registering
for the military draft in Linz. He didn't pass the fitness exam at first
however he then voluntarily enlisted that August after the outbreak
of World War 1 ended his stint as a struggling young artist.
It was his time in Vienna and his Frustrated art career that
became part of the myth-making by Hitler himself and by his

11
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1 | 34. followers that helped drive his fateful rise to power in
2 | *Insert ¶ #* Germany. Hitler railed against modern art, calling it the
3 | "degenerate" product of Jews and Bolsheviks and a threat
4 | to the German national identity. In 1937, the Nazis rounded
5 | up some 16,000 works of this type from German museums
6 | and put hundreds of them on display in Munich. The exhibition
7 | intended to heap scorn on the artist ended up being attended
8 | by 2 million people. Looking at Hitlers military time let's talk about
9 |

10 | 35. drugs. The use of Methamphetamine, better known as crystal
11 | *Insert ¶ #* meth, was a pill form of the drug called Pervitin and it was
12 | distributed by the millions to the Nazi troops before their successful
13 | invasion of France in 1940. Developed by the Temmler pharmaceutical
14 | company, based in Berlin, Pervitin was introduced in 1938 and
15 | marketed as a magic pill for alertness and an anti-depressant.
16 | A military doctor experimented on 90 college students and
17 | decided based on the results the drug would help Germany win
18 |

19 | 36. the war. Other allied soldiers used amphetamines (speed)
20 | *Insert ¶ #* in the form of Benzedrine in order to battle combat and fatigue.
21 | Others used anesthetics like Goring whose nickname was
22 | actually Mor'ing from morphine. Meth was Pervitin until a
23 | Japanese chemist, Nagai Nagayoshi first synthesized meth in
24 | 1893. In 1919 a younger protégé of Nagai named Akira
25 | Ogata discovered another method of synthesizing the
26 | crystalline form creating a new stimulant called
27 | crystal meth. ** Drugs have been used as weapons
28 |

1  37 . of warfare, blackmail, human trafficking, etc. in
   Insert ¶ #
2  the USA however Americans have paid the price for
3  systematic corruption and sorcery strategically organized
4  in Europe. *** The next perverted role play of Adam
5  and Eve resembles Prince Philip (The Duke of Edinburgh)
6  and Queen Elizabeth II. Their marriage resembles that of
7  Queen Victoria when it comes to Philip being Prince and
8  Elizabeth II being Queen. Also, Prince Philip and Queen
9
10 38 . Elizabeth were third cousins so they're marriage is
   Insert ¶ #
11 another reflection of incest. Philip was also Prince of
12 Greece and Denmark which would represent the Greek
13 religion of the Twelve Olympians starting with Zeus, the
14 king of gods, who was married to his sister Hera. The
15 other eleven Olympians were Ares, Poseidon, Athena, Demeter,
16 Dionysus (born a boy changed into a girl), Apollo, Artemis, Aphrodite,
17 Hephaestus, Hermes, and Hestia (the goddess of the hearth
18
19 39 . and sacred flame, which was more likely the most
   Insert ¶ #
20 prayed to of all gods. * Apart from these gods, the Greek pan-
21 theon was filled with dozens of other gods, demigods, and mortal
22 and immortal beings which varied by local and over the
23 evolution of Greek culture. A variety of other mystical
24 beliefs and nature spirits such as nymphs and other magical
25 creatures were foundational to the ancient Greek understanding
26 of the world around them. Now, Elizabeth II was Queen/King
27 of the United Kingdom and other Commonwealth realms.

Civil Rights Complaint Pursuant to U.S.C. § 1983

40. Their religion is known to be protestant for the
_Insert ¶ #_
United Kingdom and Commonwealth. However protestant
is just a breakoff of Roman Catholics because the Roman
Catholic church split into 3 categories under christianity
which was Catholic, Eastern Orthodox, and Protestant.
But they do not represent the same belief patterns as
us because they're still governed by the Pope and their
sorceries which is why they came up with systems in

41. attempt to block Jesus Christ of Nazareth from rising
_Insert ¶ #_
and establishing His kingdom. Well, under Queen Elizabeth II
reign, another form of genocide occurred. This plague or
genocide is called Covid 19. This plague killed many
people, isolated many people, and weakened humanity
within the realm of spirituality when it came to fellowship
in the temple which then turned into social religion (a
gathering of multiple religions onto one platform in the

42. digital realm; what this did was attempt to kill off
_Insert ¶ #_
The Body of Christ by placing the True Believers of God in
a fallen state because the digital realm is created by
man and stems from space symbolizing the 2nd heaven
where the prince of darkness is when the Throne of
Jehovah Mekadesh (God our Holiness) is the third
Heaven). What this also did was attempt to mark the
Chosen Ones with the Mark of the Beast so that
Roman Catholic could pretend to be the woman

14
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  43. From Revelation 12 and The Chosen ones would
2  look like the Red Dragon in Revelation 12. ***
3  Moving Forward to the ROMAN CATHOLIC church
4  I will give a breakdown of this church from the fallen
5  story of Adam & Eve. The sorcery and perverted truth
6  behind Roman Catholics. Catholic is Adam and Eastern
7  Orthodox (still Catholic) is Eve - then The Roman Catholic
8  Archdiocese is Cain (who was Eve's first son and killed
9
10  44. Eve's second son Abel (let's say Abel is The Protestant Christians/THE
11  (TRUE PROTESTANTS)). Roman Catholics according to Roman
12  in the Trinity Format will sum up to Roman Empires
13  as Satan acting as The Father, The AntiChrist as
14  the Son, and the false prophets as the Spirit. The
15  Roman Empires are: Babylon as Satan, Medo-Persia
16  as the Son, and Greece as the Spirit. Babylon
17  is Modern Day IRAQ as Satan, Medo-Persia is
18
19  45. Modern Day IRAN (Media is a region of North-Western
20  Iran, known for it's political and cultural base of the medes)
21  Symbolizing The AntiChrist, Greece is a country in Southeast
22  Europe symbolizing the false prophets (pagan Gods of Hellenism).
23  Roman Catholics using IRAQ/IRAN = Southwestern
24  Asia & Greece which is Southeast Europe is the backdoor
25  to attempt to keep me out the kingdom by demonizing
26  everybody using deceptive strategies to deceive the
27  people, and indirectly marking them with the beast.

Civil Rights Complaint Pursuant to U.S.C. § 1983

\* December 25 = Christmas = Christ Massacre, not Christ birthday.

1   46 ③ Let's now explain Adam & Eve according to
2   *Insert ¶ #*
3   Rome & Germany whiched birthed out The Holy
4   Roman Empire. On December 25 800, Pope Leo III
5   crowned Frankish King Charlemagne as Roman Emperor
6   reviving the title in Western Europe. after the fall of the
7   ancient Western Roman Empire in 476 it fell in 924 then
8   was revived again in 962 until the 12th century as the most
9   powerful monarch in Europe. In 1262 Ottone I Visconti

10   47 . was elected as archbishop of Milan, Italy which
11   *Insert ¶ #*
12   earned him one of the Holy Roman Seats in Italy
13   after he conquered Milan from their rival Della
14   Torre family in 1277. The Visconti of Milan are a
15   noble Italian family. Their motto is; "I will not violate
16   the customs of the serpent." The Visconti was called
17   LORD of Millan (from 1277-1395) And the Duke of Millan
18   (from 1395-1447). Their symbol is a picture of a half man

19   48. in the mouth of a serpent. Visconti= Vice Comes.
20   *Insert ¶ #*
21   Vice "Deputy" + Comes "Count". \* This is the backdoor
22   way of how they Marked My partner due to his gang
23   in Chicago named "Vicelords" which is a bloodgang.
24   Then I can break down ViceComes into Victorious
25   Ice (Crystal Meth) LORD and Comes into Nut(Seal) Count representing
26   the 12 tribes of Israel. Ironically, the headquarters
27   of the Nation of Islam (false 12 tribes) is located
28   in Chicago, Illinois as well. So this explains how
    £ for America

1  49. they have marked my lover as the red dragon
2  and as the Crystal Meth drug Lord when he doesn't
3  even sell drugs but now I see why every time I
4  was with him intimately then I wanted to smoke
5  after I left. Now, we all know that Meth was
6  in pill form first called Pervitin during Hitlers
7  reign in Germany Nazi Military, then a German
8  chemist synthesized meth, and a japanese

10  50. chemist crystallized meth into rock form. So
11  this explains alot about Europe's Kingdom and their demonic
12  Church (to be continued). Moving forward, In 1356 the
13  golden bull was created without the pope (Pope Innocent
14  VI) involvement but he did not oppose it either because
15  he need the King to aid him with his enemy Visconti.
16  By not opposing it made this pope just as guilty as
17  the other side because it symbolized Idolatry. On

19  51. August 10, 1397 Albert II of Germany also known as Albert
20
21  the Magnanimous KG was elected King of the Romans as
22  Albert II. He also was king of the Holy Roman Empire,
23  and a member of the House of Habsburg (House of Austria).
24  KG stands for The Most Noble Order of the Garter. It's
25  an order of chivalry (order of knights typically founded during
26  the original Catholic military orders of Crusades (c. 1099-1291))
27  and paired with medieval concepts of ideals of chivalry
28  (code of conduct in Europe from 1170-1220), The Most Noble Order

1  52  : Order of the Garter was founded by Edward III
2      Insert ¶# of England in 1348. It is the most senior order of
3      knighthood in the British honours system except for
4      the Victoria Cross and the George Cross. Back to King
5      Albert II his wifes name was Elizabeth of Luxembourg
6      who was queen consort of Germany and Bohemia.
7      The Bohemian language of the 19th Century was the language Czech
8      of the Diet (Diet Assembly) is the general assembly of the

10  53  : Imperial Estates of the Holy Roman Empire. Diet is
11     Insert ¶# also a designation for modern day legislative bodies of
12     certain countries and states such as the NATIONAL
13     Diet of Japan, or the German Bundestag the FEDERAL
14     Diet. ✱ It was two different german chemist that
15     did cocaine and amphetamine and it was a
16     japanese chemist who crystalized amphetamine and
17     created Methamphetamine (crystal meth). Also, it was

19  54. Elizabeth who taught me how to snort meth @ 13 yrs
20     Insert ¶# old and Albert who taught me how to smoke meth until @14 yrs old
21     I ended up pregnant with his daughter ✱ King Albert II
22     of Germany persecuted, had the Jews arrested, took their
23     belongings, etc. Before King Albert II of Germany became King
24     the Jews in the Austrian duchy had been subject to local
25     persecutions during the 13th and 14th century however their
26     position remained relatively safe. The Jewish communities
27     prospered in several towns like Krem or the area around
28

18
Page Number

55. the Judenplate at Vienna. It was after the death
Insert ¶ #
of Duke Albert IV in 1404 that their situation worsened
sharply, culminating in the blaze of the Vienna Synagogue
on Nov 5. 1406, followed by riots and lootings. When
Albert V came of age in 1411 and interfered in the Hussite
Wars, he repeatedly established new taxes imposed on the
Jewish community to finance his campaigns. On the
other hand, after the Hussites had devastated the duchy,

56. the Austrian Jews were accused of collaboration and
Insert ¶ #
arms trade in favor of the enemies. The accusations
of a host desecration at Enns in 1420 gave Albert pretext
for the destruction of the Jewish community. According
to the 1463 Chronica Austriae by chronicler Thomas Ebendorfer,
the duke order on May 23, 1420 the imprisonment and
forcible conversion of the Jews. Those who had not converted
or escaped was sent off in boats down the Danube River

57. (just like they did Blacks) while wealthy Jews remained under
Insert ¶ #
arrest, several of them tortured and stripped of their property.
March 12, 1421 Albert sentenced the remaining Jews to death.
Ninety-two men and 120 women were burned at the stake,
south of the Vienna city walls. The Jews were placed under
an eternal ban and their synagogue was demolished.
*** As you can see the Jews have constantly been
robbed, imprisoned, persecuted, abused, accused, etc when
they've done no wrong only so the world empires could

19
Page Number

1 58 _____ seized their prosperity. Which is a form of the devil
2 *Insert ¶#* blackmailing God's people just to claim what isn't his
3 and so he could put his image and inscription on it
4 while pretending to be God or by using people to act
5 like they are the chosen ones so that he could steal
6 the worship and inheritance that God promised to his
7 people. This is also how he deceived the world and
8 caused everybody to believe in his lies. So what we are
9
10 59 seeing again today is the enemies using the same
11 *Insert ¶#* strategies to kill, steal, and destroy. However, they
12 attempt to cover up their evil with false accusations,
13 set ups, influential peddling, obstruction of justice,
14 deceptive policies, laws, international agreements,
15 contracts, systems, etc. Which is why the whole world
16 is in disillusionment behind treason, tyranny, and
17 deep systematic corruption. The serpent and his seeds
18
19 60 (kids) are trying to avoid exposure by keeping the
20 *Insert ¶#* spotlight on fake news and by torturing the innocent.
21 This is the same behavior, issues, and circumstances that
22 we are seeing today behind thieves & liars in high positions
23 that don't have the people who they are supposed to lead
24 good will at heart. Their agenda is selfish, they are
25 narcissist, and people want to see a real change
26 in life than All SELFISH AGENDAS must be destroyed because
27 WE ARE THE PEOPLE and UNITY is better than division.
28 #SAVE THE CHILDREN
   #SAVE THE WORLD
   #BE FREE
   #JESUS CAME TO SET US FREE
   #THE Devil has to be STOPPED
   #PRIDE & EGO has to CEASE
   #MORE PRAYER, MORE POWER LESS PRAYER LESS POWER

61 . It was said that the Jewish were prosperous in the town
*Insert ¶ #*
of Krems which is in Austria. There's a wine region called
Kremstal that lies on the south-eastern arc of the
Waldviertel and the Dunksteiner Wald ridge, built up
from hard crystalline rock, and opens out into the Alpine
foothills towards the east, where unconsolidated rock prevails.
The Kremstal vineyards are divided into three distinct areas:
Stein district that borders with the Wachau; The Krems Valley, and

62 . the small wine villages south of Danube clustered around the
*Insert ¶ #*
imposing Göttweig Abbey *** Jews symbolize Gods chosen
people, wine symbolizes Gods blessing for his people, and three
symbolizes Father, Son, and Holy Ghost. Deuteronomy
7:16 For thou art a holy people unto the LORD thy
God: the LORD thy God hath chosen thee to be a special
people unto himself, above all people that are upon
the face of the earth. Deuteronomy 7:12-13 (12) Wherefore

63 . it shall come to pass, if ye hearken to the judgements, and
*Insert ¶ #*
keep, and do them, that the LORD thy God shall keep unto
thee the covenant and the mercy which he sware unto thy
fathers: (13) And he will love thee, and bless thee, and multiply
thee: he will also bless the fruit of thy land, thy corn,
and thy wine, and thy oil, the increase of they Kine,
and the flocks of they sheep, in the land which he
sware unto thy fathers to give thee. Matthew 28:19
Go ye therefore, and teach all nations, baptizing them

21
*Page Number*

64 : in the name of the Father, and of the Son, and
*Insert ¶* of the Holy Ghost. 1 John 5:7- For there are three
that bear record in heaven, the Father, the Word,
and the Holy Ghost: and these three are one.
✱ As you see in Matthew 28:19 and 1 John 5:7
Jesus is the fulfillment of the Word of His Father
which makes Jesus spirit the Holy Ghost which
is the spirit of Prophecy (past, present, and future).

65 ✱✱✱ Returning to Rome & Germany, I'd like to bring
*Insert ¶* up the Italian Social Republic also known as the Republic
of Salo. It was considered a Nazi-German puppet state
with little diplomatic recognition until World War II, which
existed from the beginning of the German occupation of
Italy in September 1943 until the surrender of German
troops in Italy in May 1945. The German occupation
triggered widespread national resistance against it and

66. the Italian Republic leading to the Italian Civil War.
*Insert ¶* Most of the 8,000 Italian Jews who died in the Holocaust
were killed during the 20 months of the Salo (Italian
Social Republic) regime. ✱ It seems as if Italy (whether Rome
or Vatican), Britain Kingdom, and Germany (whether Holy Roman
Empire of Germany or Nazi) always seem to be socializing or
"pretending" to be at war when Jews get killed and their stuff
gets seized. The common denominator is Roman Catholic
and Britain who stands by and watch however he is the

22

Page Number

67. King over the kingdoms. This is organized crime in
*Insert ¶ #*
the most subtle and cunning ways possible just like the
serpent and Eve who then gave it to Adam and he ate
which caused them to fall. Moving forward to finalize my
stance I will add one more component about Germany. On November
1, 1895, Max Skladanowsky and his brother Emil demonstrated
their self invented film project, the Bioscop, at the Wintergreen
music hall in Berlin. On December 28, 1895 the first paying

68. public display of the Lumière brothers' Cinematographe
*Insert ¶ #*
was in Paris. In 1910, the first German "artistic" films began
to be produced, an example is the film Edgar Allan Poe adaptation
The Student of Prague (1913) which was co-directed by Paul Wegener
and Stellan Rye. In 1917 a process of concentration and partial
nationalisation of the German film industry began with the
founding of Universum Film AG (UFA) which was partly
a reaction to the very effective use that the Allied Powers had

69. found for the new medium for purpose of propaganda. An
*Insert ¶ #*
early step towards the foundation of UFA was taken January 13, 1917
with the creation of the Bild und Filmamt (BUFA) by Germany's
Supreme Army Command. Formed as a reaction to the perceived
advantage of Germany's enemies in the realm of film propaganda,
BUFA's task was to use film for psychological warfare. In 1924-
1926 UFA had two large scale productions, Nibelungen and
Metropolis. Metropolis was the first film thus distinguished on
UNESCO's Memory of the World Register and Woman in the Moon

Civil Rights Complaint Pursuant to U.S.C. § 1983