70 . to this day. From 1933-1937 UFA experienced a new
*Insert ¶ #* commercial boom in the Nazi era (Nazification); not least
due to the government's protectionist measures, which freed
UFA from bothersome competition. On top of occupying
almost all of Europe, the Nazi regime provided UFA
new sales markets, as well as placing distribution outlets
in such "neutral" countries as the United States. By 1938,
after taking over foreign film production facilities in France,

71 . Belgium, and other countries, one third of the company's
*Insert ¶ #* sales came from abroad. UFA's economic boom made it
possible to further expand the so-called "star system", which
had already been developed in the silent film era. In an
act of anticipatory obedience to the Nazi regime, UFA
management fired several Jewish employees. In the
summer of 1933, the Nazi regime created the Film
Chamber of the Reich, which adopted regulations officially

72 . excluding Jewish filmmakers from all German studios.
*Insert ¶ #* ✱ Even in the film industry the wicked tried to get rid
of the Jews without probable cause however if they were
so dedicated to separating themselves from Gods people
then the people have to give back everything they stole
from Gods people so the separation can TRULY happen. (End)
✱✱✱ Next topic under Roman Empire and Germany that
equates to Roman Catholics in the form of Adam
& Eve's story being twisted is the German Monk Martin

21
*Page Number*

73. Luther as Germany (Adam) and Catholic Church (as Eve) feud that birthed out the 95 Theses which is the Disputation on the Power of Indulgences (Cain) that cause The Protestant Reformation (Abel) which they have been indirectly working together to destroy Gods people while stealing from the people (Cain's excuse to kill Abel). But not only that, they have intentionally worked to stop the rise of Jesus Kingdom from coming forth while

74. acting like they were for us when they both were plotting on destroying us by sorcery, systems of debt, perversion, war, media, etc. Prime example of their deception using words is the word NUN. The definition of NUN is: ① A female who lives in a monastery or convent who chose to devote her life to prayer, service, & charitable work. ② A nun is also a male Monk ③ many religions including Catholicism, Buddism, and Christianity have nuns. Here's

75. a few things about NUNS: ① A nun cannot marry, use social media, or smartphones. ② They can't own property or engage in sexual relationships. ③ Nuns are expected to renounce their inheritance and property rights. ④ Nuns have their own room which is called a CELL. * NOW HERE'S the deception of definitions 1, 2, & 3 behind the word nun: ⓐ In the form of Adam & Eve's story being perverted is a female nun (Eve) + a male monk (Adam) = Dionysus because he was born a male and changed into a female (transgender). * Monk = Zues + female nun = Semele * (Cain)

(Parents of Dionysus in the Greek religion Civil Rights Complaint Pursuant to U.S.C. § 1983

Father + Mother = God
The way some catholics pray saying father, mother God...

Page Number 25

(EVE)                                    (plc) (ADAM)

1   76 ③ A female nun=Roman Catholic + a male monk(nun)=
Insert ¶ #                      (=)    (CASIN)

2   Holy Roman Empire of Germany equals Buddhism (China,

3   Russia, Nepal, India, North/South Korea, Japan, Laos,

4   Bhutan, Cambodia, Taiwan, Hong Kong, Vietnam,

5   Singapore, etc.! ✱This is how they tried to play

6   us using words, religion, money, power, etc. This

7   is organized theft because the church is supposed

8   to be representing Jesus not all these other people.

9

10   77  Gods that the Roman Catholic Church and

11   Britain Empire is not making anybody aware
Insert ¶ #

12   of... Buddhist is a representation of the god of wealth

13   that's another reason why gambling has been being

14   promoted worldwide with online casinos, sports bets,

15   lotto, etc. The name "bet" is derived from the West Semitic

16   word for "house" which means the casinos represent

17   the house of buddha and that means everytime we

18

19   78. gamble then we are worshipping Buddha without

20   any knowledge of it. So as you can see, people have been
Insert ¶ #

21   any knowledge of it. So as you can see, people have been

22   living in the world under the deception of the enemy.

23   He has used Religion as his driving force because it was

24   by him twisting Gods word that caused Eve and

25   Adam to fall. Basically, that's what we see happening

26   in today's situation because the religions that are

27   in on this scandal are all twisted words from

28   the original and the twist was done in attempt

26
Page Number

1  79 ___ to steal, kill, and destroy. John 10:1-16 ② Verily,
2  Insert ¶ " verily, I say unto you, He that entereth not by the
3  door into the sheepfold, but climbeth up some
4  other way, the same is a thief and a robber.
5  ② But he that entereth in by the door is the shepherd of
6  the sheep. ③ To him the porter openeth; and the sheep
7  hear his voice: and he calleth his own sheep by
8  name, and leadeth them out. ④ And when he putteth

10  80 ___ forth his own sheep, he goeth before them, and
11  Insert ¶ " the sheep follow him: for they know his voice.
12  ⑤ And a stranger will they not follow, but will flee
13  from him: for they know not the voice of strangers.
14  ⑥ This parable spake Jesus unto them: but they
15  understood not what things they were which he
16  spake unto them. ⑦ Then said Jesus unto them again,
17  Verily, verily, I say unto you, I am the door of the
18  sheep. ⑧ All that ever came before me are thieves

19  81 ___ and robbers: but the sheep did not hear them. ⑨ I
20  Insert ¶ " am the door: by me if any man enter in, he shall be
21  saved, and shall go in and out, and find pasture.
22  ⑩ The thief cometh not, but for to steal, and to kill,
23  and to destroy: I am come that they might have life,
24  and that they might have it more abundantly. ⑪ I am
25  the good shepherd: the good shepherd giveth his life for
26  the sheep. ⑫ But he that is a hireling, and not the

27

1  82  shepherd, whose own the sheep are not, seeth
2  the wolf coming, and leaveth the sheep, and
3  fleeth: and the wolf catcheth them, and
4  scattereth the sheep. The hireling fleeth, because
5  he is a hireling, and careth not for the sheep.
6  I am the good shepherd, and know my sheep, and
7  am known of mine. As the Father knoweth me,
8  even so know I the Father: and I lay down my
9
10  83  life for the sheep. And other sheep I have,
11  which are not of this fold: them also I must bring,
12  and they shall hear my voice; and there shall be
13  one fold, and one shepherd. Catholicism (Eve) +
14  Roman Empire (old Babylon) (Greece being Adam), = Buddhism (cain)
15  attempting to kill Christianity (Abel) how is this
16  proveable because they had to use witchcraft
17  in the form of music, media, drugs, clothes, religion,
18
19  84  etc to war with the King of Kings and Lord of Lords.
20  Then they used Greece/Greek gods to ensnare Seth
21  which was Eves third son so that Enos couldn't
22  be produced so they thought. But on top of that
23  because of their perverse thinking, Enos who brought
24  back the praise of the Lord, has been worded in the
25  form of anus which symbolize the backdoor
26  entrance to the temple (body) and it was through
27  Seth descendants that Noah came. then through
28

28
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

85. one of Noah's sons' which he had 3 named
Insert ¶#
Shem, Ham, and Japheth. However, it was
through Shem that Gods Son Jesus Christ of
Nazareth was brought into this world ✳ Now
here's a breakdown explaination of the few things
about Nuns. ① Nuns can't marry, use social media, or
smartphones however the Britain Kingdom and their
serpent seeds created the internet so that America

86. could be distracted by the Harlots system as
Insert ¶#
they attempted to paint us as Babylon and as they
attempted to stop the marriage of the Lamb and
his Bride (the REAL CHURCH). ② They can't own property
or engage in sexual relationships however their system
has Americans worshipping fornication so that
they could lock us down and conquer our inheritance,
property, and families. ③ Nuns are expected to renounce

87. their inheritance and property rights however
Insert ¶#
in America they used the system to obtain those rights
from us just like Jacob had Esau hand over his
birth right because Esau was hungry. If Jacob
really cared for his brother then he would have
fed Esau without asking for anything in return.
This is what China was used to do to America.
Also, remember Rebecca had Jacob trick Issac
into putting Esau's blessing on Jacob. Well, thats

29
Page Number

1  88 . what they had China use. communism to help
2  Insert ¶#  pervert America so that the, Roman Catholic church
3  could steal the blessing from the. Black Church
4  and Britain could keep the Kingdom while
5  attempting to act like they didn't have anything
6  to do with the whole situation. However, truth
7  be told the Church belongs in Jerusalem but
8  the chosen ones are here in America buried under
9
10  89 . all this mess. There wouldn't be two marriage
11  Insert ¶#  couples in Revelation if America was really Babylon.
12  All the sorcery came from U.K. so that is
13  where Babylon is located however they tried
14  to blackmail us by using Hollywood, Long
15  Beach, and San Francisco but the truth
16  is America was birthed from The Mother
17  of Harlots and that's why America looks
18
19  90 . like the son who would rule with an Iron
20  Insert ¶#  Fist pertaining to the Drug game. IF they were
21  the truth then I would have left to be there but
22  I know they're a lie so I'm still here with
23  you because I refuse to see a half truth. Revelation
24  18:22-24 - ㉒ And the voice of harpers and musicians,
25  and of pipers, and trumpeters, shall be heard
26  no more at all in thee; and no craftsman, of
27  whatsoever craft he be, shall be found any more
28

91 . in thee; and the sand of a millstone shall be
*Insert ¶#* heard no more at all in thee, (23) And the light
of a candle shall shine no more at all in thee;
and the voice of the bridegroom and of the
bride shall be heard no more at all in thee:
for thy merchants were the great men of the
earth; for by thy sorceries were all nations
deceived. (24) And in her was found the blood

92 . of prophets, and of saints, and of all
*Insert ¶#* that were slain upon the earth. Revelation 19:6-10
(1) And I heard as it were, the voice of a great
multitude, and as the voice of many waters,
and as the voice of mighty thunderings, saying,
Allelvia: for the LORD God omnipotent reigneth.
(2) Let us be glad and rejoice, and give honor to
him: for the marriage of the lamb is come, and

93 . his wife hath made herself ready. (8) And to
*Insert ¶#* her was granted that she should be arrayed in
fine linen, clean and white: for the fine linen
is the righteousness of saints. (9) And he saith
unto me, Write, Blessed are they which are called
unto the marriage supper of the lamb. And he
saith unto me, These are the true sayings of
God. (10) And I fell at his feet to worship him. And
he said unto me, See thou do it not: I am thy

31

Page Number

94. fellow servant, and of thy brethren that have the
Insert ¶ # testimony of Jesus: worship God: for the testimony
of Jesus is the spirit of prophecy. **x*** See, God
is more advanced than humanity because He knew
in advance that there were going to be people fighting
against His return, he knew people were going to
pretend to be Him and/or pretend to be His Bride,
Jesus Christ of Nazareth knows the hearts of all

95. of humanity before it came down to the enemy
Insert ¶ # attempting to deceive the Elect (chosen ones of God).
However, due to there not being anything knew under
the sun, all the enemy did was confirm how real
the Word of God is and how badly we need our
savior Jesus Christ of Nazareth. The Story about
Babylon speaks about Mystery Babylon and
the beast. The Mystery about Babylon has to

96. do with the sorceries that she uses against the
Insert ¶ # people and the beast that carries her which goes
back to the Roman Empire. Her sorceries is so
great that it causes all the kings and their
armies to make war with the Lamb but not
only that, the enemy knows that his time
is short however he still tries his best to stop
the Son of God from returning and even then the
enemy already knows he lost the battle a long time ago
So the enemy is basically just putting on a show.

## "WICKEDNESS OF MANKIND"

97. Genesis 6:1-22  Wickedness of Mankind

① And it came to pass, when men began to multiply on the face of the earth, and daughters were born unto them ② That the sons of God saw the daughters of men-that they were fair, and they took them wives of all which they chose ③ And the LORD said, My spirit shall not always strive with man, for that he also is flesh: yet his days shall

98. be a hundred and twenty years. ④ There were giants in the earth in those days; and also after that, when the sons of God came in unto the daughters of men, and they bare children to them, the same became mighty men which were of old, men of renown. ⑤ And God saw that the wickedness of man was great in the earth, and ~~that every imagination~~ of the thoughts of his heart was only evil

99. continually. ⑥ And it repented the LORD that he had made man on the earth, and it grieved him at his heart. ⑦ And the LORD said, I will destroy man whom I have created from the face of the earth; both man, and beast, and the creeping thing, and the fowls of the air; for it repenteth me that I have made them. ⑧ But Noah found grace in the eyes of the LORD. ⑨ These are the generations of Noah: Noah was a just man

Civil Rights Complaint Pursuant to U.S.C. § 1983

100 . and perfect in his generations, and Noah
*Insert ¶ #*
walked with God. ⑧ And Noah begat three
sons, Shem, Ham, and Japheth. ⑨ The earth
also was corrupt before God, and the earth
was filled with violence. ⑩ And God looked upon
the earth, and, behold, it was corrupt; for all
flesh had corrupted his way upon the earth.
⑪ And God said unto Noah, The end of all flesh

101 is come before me; for the earth is filled with
*Insert ¶ #*
violence through them; and, behold, I will destroy
them with the earth. ⑬ Make thee an ark of
gopher wood; rooms shalt thou make in the
ark, and shalt pitch it within and without
with pitch. ⑭ And this is the fashion which
thou shalt make it of. The length of the ark
shall be three hundred cubits, and the height

102 of it thirty cubits. ⑯ A window shalt thou
*Insert ¶ #*
make to the ark, and in a cubit shalt thou finish
it above; and the door of the ark shalt thou
set in the side thereof; with lower, second, and
third stories shalt thou make it. ⑰ And, behold,
I, even I, do bring a flood of waters upon the
earth, to destroy all flesh, wherein is the breath
of life, from under heaven; and every thing that
is in the earth shall die. ⑱ But with thee will

34
*Page Number*

**" NOAH ENTERS THE ARK (GENESIS 7)"**

1  *18*. I establish my covenant; and thou shalt come into the
2  *Insert ¶ #* ark, thou, and thy sons, and thy wife, and thy sons
3  wives with thee. *(19)* And of every living thing of all flesh,
4  two of every sort shalt thou bring into the ark, to
5  keep them alive with thee; they shall be male and
6  female. *(20)* Of fowls after their kind, and of cattle
7  after their kind, of every creeping thing of the earth
8  after his kind, two of every sort shall come unto thee,
9
10  *(19)* to keep them alive. *(21)* And take thou unto thee of
11  *Insert ¶ #* all food that is eaten, and thou shalt gather it to
12  thee; and it shall be for food for thee, and for them.
13  *(22)* Thus did Noah; according to all that God commanded
14  him, so did he. Genesis 7:1–24* And the LORD said unto
15  Noah, Come thou and all thy house into the ark; for thee
16  have I seen righteous before me in this generation.
17  *(2)* Of every clean beast thou shalt take to thee by
18
19  *105*. Sevens, the male and his female; and of beasts
20  *Insert ¶ #* that are not clean by two, the male and his female.
21  *(3)* Of fowls also of the air by sevens, the male and female,
22  to keep seed alive upon the face of all the earth. *(4)* For
23  yet seven days, and I will cause it to rain upon the earth,
24  forty days and forty nights; and every living substance that
25  I have made will I destroy from off the face of the earth.
26  *(5)* And Noah did according unto all that the LORD commanded
27  him. *(6)* And Noah was six hundred years old when the flood
28

35
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  106 . of waters was upon the earth. (7) And Noah went in, and his
   *Insert ¶ #*
2  sons, and his wife, and his sons wives with him, into the ark,
3  because of the waters of the flood. (8) Of clean beasts, and of beasts
4  that are not clean, and of fowls, and of every thing that creepeth
5  upon the earth. (9) There went in two and two unto Noah into the
6  ark, the male, and the female, as God had commanded Noah.
7  (10) And it came to pass after seven days, that the waters of the
8  flood were upon the earth. (11) In the six hundredth year of Noah's
9

10  107 . life, in the second month, the seventeenth day of the month, the
    *Insert ¶ #*
11  same day were all the fountains of the great deep broken up, and
12  the windows of heaven were opened. (12) And the rain was upon the
13  earth forty days and forty nights. (13) In the selfsame day entered
14  Noah, and Shem, and Ham, and Japheth, the sons of Noah, and
15  Noah's wife, and the three wives of his sons with them, into
16  the ark: (14) They and every beast after his kind, and all the
17  cattle after their kind, and every creeping thing that creepeth
18

19  108 . upon the earth after his kind, and every fowl after his kind,
    *Insert ¶ #*
20
21  every bird of every sort. (15) And they went into unto Noah into the
22  ark, two and two of all flesh, wherein is the breath of life. (16) And
23  they that went in, went in male and female of all flesh, as God
24  had commanded him: and the LORD shut him in. (17) And the flood
25  was forty days upon the earth; and the waters increased, and bare
26  up the ark, and it was lift up above the earth. (18) And the waters
27  prevailed, and were increased greatly upon the earth; and the
28  ark went upon the face of the waters. (19) And the waters prevailed

Civil Rights Complaint Pursuant to U.S.C. § 1983

## " THE WATERS RECEDE GENESIS 8 "

1   109. exceedingly upon the earth; and all the high hills, that
2   were under the whole heaven, were covered. ⑳ Fifteen cubits
3   upward did the waters prevail; and the mountains were
4   covered. ㉑ All flesh died that moved upon the earth, both
5   of fowl, and of cattle, and of beast, and of every creeping
6   thing that creepeth upon the earth, and every man. ㉒ All
7   in whose nostrils was the breath of life, of all that was
8   in the dry land, died. ㉓ And every living substance was

10   110. destroyed which was upon the face of the ground, both
11   man, and cattle, and the creeping things, and the fowl of
12   the heaven; and they were destroyed from the earth;
13   and Noah only remained alive, and they that were with
14   him in the ark. ㉔ And the waters prevailed upon the
15   earth a hundred and fifty days. Genesis 8:1-29 ① And
16   God remembered NOAH, and every living thing, and all the cattle
17   that was with him in the ark: and God made a wind to pass

19   111. over the earth, and the waters assuaged. ② The fountains
20   also of the deep and the windows of heaven were stopped, and
21   the rain from heaven was restrained. ③ And the waters returned
22   from off the earth continually: and after the end of the hundred
23   and fifty days the waters were abated. ④ And the ark rested
24   in the seventh month, on the seventeenth day of the month,
25   upon the mountains of Ararat. ⑤ And the waters decreased
26   continually until the tenth month: in the tenth month, on
27   the first day of the month, were the tops of the mountains

*Insert ¶ #* (margin notes appear at lines 2, 11, 20)

37

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  112 . Seen. ⑥ And it came to pass at the end of forty days,
   Insert ¶ #
2  that Noah opened the window of the ark which he had made :
3  ⑦ And he sent forth a raven, which went forth to and fro,
4  until the waters were dried up from off the earth. ⑧ Also
5  he sent forth a dove from him, to see if the waters
6  were abated from off the face of the ground: ⑨ But
7  the dove found no rest for the sole of her foot, and
8  she returned unto him into the ark, for the waters

10 113 . were on the face of the whole earth: then he
    Insert ¶ #
11 put forth his hand, and took her, and pulled her
12 in unto him into the ark. ⑩ And he stayed yet other
13 seven days; and again he sent forth the dove out
14 of the ark; ⑪ And the dove came in to him in the
15 evening: and, lo, in her mouth was an olive leaf plucked
16 off: so Noah knew that the waters were abated from
17 off the earth. ⑫ And he stayed yet other seven days;

19 114 . and sent forth the dove; which returned not again
    Insert ¶ #
20 unto him any more. ⑬ And it came to pass in the
21 six hundredth and first year, in the first month,
22 the first day of the month, the waters were dried
23 up from off the earth: and Noah removed the covering
24 of the ark, and looked, and, behold, the face of
25 the ground was dry. ⑭ And in the second, on the
26 seven and twentieth day of the month, was the
27 earth dried. ⑮ And God spake unto Noah, saying,

Civil Rights Complaint Pursuant to U.S.C. § 1983



|| Genesis 9 God's Covenant w/ Noah verses 8+19 //
Noah's Drunkenness verses 20-24
Curse of Canaan verses 25-29

1  115  ⑯ Go forth of the ark, thou, and thy wife, and
2  Insert ¶ #  thy sons, and thy sons' wives with thee. ⑰ Bring forth
3  with thee every living thing, that is with thee, of all
4  flesh, both of fowl, and of cattle, and of every creeping
5  thing that creepeth upon the earth; that they may
6  breed abundantly in the earth, and be fruitful, and
7  multiply upon the earth. ⑱ And Noah went forth, and
8  his sons, and his wife, and his sons' wives with him:
9
10  116  ⑲ Every beast, every creeping thing, and every fowl, and
11  Insert ¶ #  whatsoever creepeth upon the earth, after their kinds,
12  went forth out of the ark. ⑳ And Noah builded an
13  altar unto the LORD; and took of every clean beast,
14  and of every clean fowl and offered burnt offerings
15  on the altar. ㉑ And the LORD smelled a sweet savor; and
16  the LORD said in his heart, I will not again curse the ground
17  any more for man's sake; for the imagination of man's
18
19  117  heart is evil from his youth; neither will I again
20  Insert ¶ #  smite any more every thing living, as I have done. ㉒ While
21  the earth remaineth, seedtime and harvest, and cold
22  and heat, and summer and winter, and day and night
23  shall not cease. (Genesis 9:1-29 ① And God blessed Noah
24  and his sons, and said unto them, Be fruitful and multiply
25  and replenish the earth. ② And the fear of you and the
26  dread of you shall be upon every beast of the earth, and
27  upon every fowl of the air; upon all that moveth upon
28

39
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1. 1|8 . the earth, and upon all the fishes of the sea; into
Insert ¶ #
2. your hand are they delivered. Every moving thing
3. that liveth shall be meat for you; even as the green
4. herb have I given you all things. ⑨ But flesh with the
5. life thereof, which is the blood thereof, shall ye not eat.
6. ⑤ And surely your blood of your lives will I require; at
7. the hand of every beast will I require it, and at the
8. hand of man; at the hand of every man's brother will

10. 1|9 . I require the life of man. ⑥ Whoso sheddeth man's
Insert ¶ #
11. blood, by man shall his blood be shed: for in the image
12. of God made he man. ⑦ And you, be ye fruitful, and
13. multiply; bring forth abundantly in the earth, and
14. multiply therein. ⑧ And God spake unto Noah, and to
15. his sons with him, saying, ⑨ And I, behold, I establish
16. my covenant with you, and with your seed after you;
17. ⑩ And with every living creature that is with you, of the

19. 1|20 . fowl, of the cattle, and of every beast of the earth
Insert ¶ #
20.
21. with you; from all that go out of the ark, to every beast
22. of the earth. ⑪ And I will establish my covenant with you;
23. neither shall all flesh be cut off any more by the waters
24. of a flood; neither shall there any more be a flood
25. to destroy the earth ⑫ And God said, This is the token
26. of the covenant which I make between me and you
27. and every living creature that is with you, for perpetual
28. generations: ⑬ I do set my bow in the cloud, and it

(add L to bow and you get Bowl) with a cloud is the Crystal
40    meth pipe aka pookey)
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    14 . shall be seen in the cloud: ⑯ And I will remember
Insert ¶ #
2    my covenant, which is between me and you and every
3    living creature of all flesh; and the waters shall no
4    more become a Flood to destroy all flesh ⑯ And
5    the bow shall be in the cloud; and I will look
6    upon it, that I may remember the everlasting
7    covenant between God and every living creature
8    of all flesh that is upon the earth. ⑰ And God said
9

10    122 . unto Noah, This is the token of the covenant, which
Insert ¶ #
11    I have established between me and all flesh that is
12    upon the earth ⑱ And the sons of Noah, that went
13    forth of the ark, were Shem, and Ham, and Japheth
14    and Ham is the father of Canaan. ⑲ These are the three
15    sons of Noah, and of them was the whole earth overspread.
16    ⑳ And Noah began to be an husbandman and he planted
17    a vineyard. ㉑ And he drank of the wine, and was drunken;
18

19    123 . and he was uncovered within his tent. ㉒ And Ham
Insert ¶ #
20
21    the father of Canaan, saw the nakedness of his father,
22    and told his two brethren without. ㉓ And Shem
23    and Japheth took a garment, and laid it upon both
24    their shoulders, and went backward, and covered the
25    nakedness of their father's nakedness. ㉔ And Noah
26    awoke from his wine, and knew what his younger son
27    had done unto him. ㉕ And he said, Cursed be Canaan;
28    a servant of servants shall he be unto his brethren.

# Argued

41
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983



1  124 : And he said, Blessed be the LORD God of Shem;
   Insert ¶ #
2  and Canaan shall be this servant. ²⁷ God shall
3  enlarge Japheth, and he shall dwell in the tents
4  of Shem; and Canaan shall be his servant.
5  ²⁸ And Noah lived after the flood three hundred
6  and fifty years. ²⁹ And all the days of Noah
7  were nine hundred and fifty years: and he
8  died. Genesis 10:1-32 ① Now these are the generations
9
10 125. of the sons of Noah, Shem, Ham, and Japheth:
   Insert ¶ #
11 and unto them were sons born after the flood. ② The
12 sons of Japheth; Gomer, and Magog, and Madai,
13 and Javan, and Tubal, and Meshech, and Tiras.
14 ③ And the sons of Gomer; Ashkenaz, and Riphath,
15 and Togarmah. ④ And the sons of Javan; Elishah,
16 and Tarshish, Kittim, and Dodanim. ⑤ By these were
17 the isles of the Gentiles divided in their lands; every
18
19 126. one after his tongue, after their families, in their
20 Insert ¶ #
21 nations. ⑥ And the sons of Ham; Cush, and Mizraim,
22 and Phut, and Canaan. ⑦ And the sons of Cush;
23 Seba, and Havilah, and Sabtah, and Raamah, and
24 Sabtechah: and the sons of Raamah; Sheba, and
25 Dedan. ⑧ And Cush begat Nimrod: he began to be
26 a mighty one in the earth. ⑨ He was a mighty
27 hunter before the LORD: wherefore it is said, Even
28 as Nimrod the mighty hunter before the LORD.

42
Page Number

121. [10] And the beginning of his kingdom was Babel, and
Insert ¶ #
Erech, and Accad, and Calneh, in the land of
Shinar. [11] Out of that land went forth Asshur,
and builded Nineveh, and the city Rehoboth, and
Calah, [12] And Resen between Nineveh and Calah:
the same is a great city. [13] And Mizraim begat Ludim,
and Anamim, and Lehabim, and Naphtuhim, [14] And
Pathrusim, and Casluhim, (out of whom came Philistim,)

128. and Caphtorim. [15] And Canaan begat Sidon his
Insert ¶ #
first-born, and Heth, [16] And the Jebusite, and the Amorite,
and the Girgasite, [17] And the Hivite, and the Arkite,
and the Sinite, [18] And the Arvadite, and the Zemarite,
and the Hamathite: and afterward were the families of the
Canaanites spread abroad. [19] And the border of the Canaanites was
from Sidon, as thou comest to Gerar, unto Gaza; as thou goest,
unto Sodom, and Gomorrah, and Admah, and Zeboim,

127. even unto Lasha. [20] These are the sons of Ham, after
Insert ¶ #
their families, after their tongues, in their countries, and
in their nations. [21] Unto Shem also, the father of all
the children of Eber, the brother of Japheth the elder,
even to him were children born: [22] The children of
Shem; Elam, and Asshur, and Arphaxad, and Lud, and
Aram. [23] And the children of Aram; Uz, and Hul,
and Gether, and Mash. [24] And Arphaxad begat
Salah; and Salah begat Eber. [25] And unto Eber were.

43

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

130 . born two sons: the name of one was Peleg; for
Insert ¶ #
in his days was the earth divided; and his brother's
name was Joktan. [25] And Joktan begat Almodad and
Sheleph, and Hazar-maveth, and Jerah, [27] And
Hadoram, and Uzal, and Diklah, [28] And Obal, and
Abimael, and Sheba, [29] And Ophir, and Havilah, and
Jobab: all these were the sons of Joktan. [30] And their
dwelling was from Mesha, as thou goest unto Sephar,

131 . a mount of the east. [31] These are the sons of
Insert ¶ #
Shem, after their families, after their tongues, in their
lands, after their nations. [32] These are the families of
the sons of Noah, after their generations, in their nations:
and by those were the nations divided in the earth after
the flood.

*** The Woman, Great Red Dragon, Man Child, Michael, & The Blood of the Lamb ***

Revelation 12:1-17 [1] And there appeared a great wonder in heaven;

132 . a woman clothed with the sun, and the moon under her feet,
Insert ¶ #
and upon her head a crown of twelve stars. [2] And she being with
child cried, travailing in birth, and pained to be delivered. [3] And
there appeared another wonder in heaven; and behold a great
red dragon, having seven heads and ten horns, and seven
crowns upon his heads. [4] And his tail drew the third part of
the stars of heaven, and did cast them to the earth: and the
dragon stood before the woman which was ready to be delivered,
for to devour her child as soon as it was born. [5] And she brought

44

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   132. forth a man child, who was to rule all nations with
Insert ¶ #
2   a rod of iron: and her child was caught up unto God, and
3   to his throne. ⑥ And the woman fled into the wilderness,
4   where she hath a place prepared of God, that they should
5   feed her there a thousand two hundred and threescore days.
6   ⑦ And there was a war in heaven: Michael and his angels
7   fought against the dragon; and the dragon fought and his
8   angels⑧ And prevailed not; neither was their place found any
9

10   134. more in heaven. ⑨ And the great dragon was cast out, that
11   Insert ¶ #
12   old serpent, called the Devil, and Satan, which deceiveth the
13   whole world: he was cast out into the earth, and his angels
14   were cast out with him. ⑩ And I heard a loud voice saying in
15   heaven, Now is come salvation, and strength, and the kingdom
16   of our God, and the power of his Christ: for the accuser of
17   our brethren is cast down, which accused them before our
18   God day and night. ⑪ And they overcame him by the blood

19
20   135. of the Lamb, and by the word of their testimony; and
Insert ¶ #
21   they loved not their lives unto death. ⑫ Therefore, rejoice, ye
22   heavens, and ye that dwell in them. Woe to the inhabiters of
23   the earth and of the sea! for the devil is come down unto
24   you, having great wrath, because he knoweth that he hath
25   but a short time. ⑬ And when the dragon saw that he was
26   cast unto the earth, he persecuted the woman which brought
27   forth the man child. ⑭ And to the woman were given two
28   wings of a great eagle, that she might fly into the wilderness,

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  B6 . into her place, where she is nourished for a time, from
_Insert ¶ #_
2  the face of the serpent.⑤ And the serpent cast out of his
3  mouth water as a flood after the woman, that he might
4  cause her to be carried away of the flood. ⑥ And the earth
5  helped the woman, and the earth opened her mouth, and
6  swallowed up the flood which the dragon cast out of his
7  mouth ⑰ And the dragon was wroth with the woman, and
8  went to make war with the remnant of her seed, which
9
10  B7 keep the commandments of God, and have the testimony
_Insert ¶ #_
11  of Jesus Christ. *** Revelation 13:1-18 ***
12 ① And I stood upon the sand of the sea, and saw a beast
13  having seven heads and ten horns, and upon his horns ten
14  crowns, and upon his heads the name of blasphemy.
15 ② And the beast which I saw was like unto a leopard, and
16  his feet were as the feet of a bear, and his mouth as
17  the mouth of a lion: and the dragon gave him his power
18
19  B8 and his seat, and great authority. ③ And I saw one of
20 _Insert ¶ #_
21  his heads as it were wounded to death; and his deadly wound
22  was healed: and all the world wondered after the beast.
23 ④ And they worshiped the dragon which gave power unto
24  the beast: and they worshiped the beast, saying, Who is like
25  unto the beast? Who is able to make war with him? ⑤ And there
26  was given unto him a mouth speaking great things and blasphemies;
27  and power was given unto him to continue forty and two
28  months.⑥ And he opened his mouth in blasphemy against

46
_Page Number_

1  139 . God, to blaspheme his name, and his tabernacle,
   *Insert ¶ #*
2  and them that dwell in heaven. ⑦ And it was given unto
3  him to make war with the saints, and to overcome
4  them: and power was given him over all kindreds, and
5  tongues, and nations. ⑧ And all that dwell upon the earth
6  shall worship him, whose names are not written in the book of
7  life of the lamb slain from the foundation of the world.
8  ⑨ If any man have an ear, let him hear. ⑩ He that leadeth
9
10 140 . into captivity shall go into captivity: he that killeth with
   *Insert ¶ #*
11 the sword must be killed with the sword. Here is the patience
12 and the faith of the saints. ⑪ And I beheld another beast
13 coming up out of the earth; and he had two horns like a
14 lamb, and he spake as a dragon. ⑫ And he exerciseth all
15 the power of the first beast before him, and causeth the
16 earth and them which dwell therein to worship the first
17 beast, whose deadly wound was healed ⑬ And he doeth
18
19 141 . great wonders, so that he maketh fire come down
   *Insert ¶ #*
20
21 from heaven on the earth in the sight of men. ⑭ And deceiveth
22 them that dwell on the earth by the means of those miracles
23 which he had power to do in the sight of the beast; saying to
24 them that dwell on the earth, that they should make an
25 image to the beast, which had the wound by a sword, and
26 did live. ⑮ And he had power to give life unto the image of
27 the beast, that the image of the beast should both speak,
28 and cause that as many as would not worship the image

1  142. of the beast should be killed. ⑯ And he causeth

2  all, both small and great, rich and poor, free and bond,

3  to receive a mark in their right hand, or in the foreheads:

4  ⑰ And that no man might buy or sell, save he that

5  had the mark, or the name of the beast, or the number

6  of his name. ⑱ Here is wisdom. Let him that hath under-

7  standing count the number of the beast: for it is the

8  number of a man; and his number is six hundred threescore

9

10  143. and six. ✳ Let's break down 666 Biblically ✳

11  ✳ Step 1: Count 6 books of the Bible (old & NEW TESTAMENT)

12  Step 2: Go to the 6TH Chapter of Book (old & NEW TESTAMENT)

13  Step 3: Go to the 6TH verse of Book (old & NEW TESTAMENT)

14  ✳ Step 1. Book Count: Genesis, Exodus, Leviticus, Numbers, Deuteronomy, Joshua

15  Step 2 & 3 Combined: Joshua 6:6 - And Joshua the son of NUN called

16  the priests, and said unto them, Take up the ark of the covenant,

17  and let seven priests bear seven trumpets of rams' horns before the

18

19  144. ark of the LORD. ✳ Step 1 Book Count (New Testament):

20  Matthew, Mark, Luke, John, ACTS, ROMANS ✳ Step 2 & 3 Combined:

21  Romans 6:6 - Knowing this, that our old man is crucified with

22  him, that the body of sin might be destroyed, that henceforth

23  we should not serve sin. (Add verse 7 to see why they tried

24  reincarnating the ROMAN EMPIRE but forgot that Jesus blood was on

25  their hands so instead the summoned dead/ancient demonic spirits)

26  Romans 6:7 - For he that is dead is freed from sin. ✳ Let's give

27  a brief explanation of Joshua ✳ Joshua 1:1-6 ① Now after the death

28

48

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  145 : of Moses the servant of the LORD it came to pass, that the
Insert ¶ #
2  LORD spake unto Joshua the son of NUN, Moses' minister saying,
3  ① Moses my servant is dead; now therefore arise, go over this
4  Jordan, thou, and all this people, unto the land which I do give
5  to them, even to the children of Israel. ② Every place that the
6  sole of your foot shall tread upon, that have I given unto you,
7  as I said unto Moses. ④ From the wilderness and this Lebanon even
8  unto the great river, the river Euphrates, all the land of the Hittites,
9
10  146 : and unto the Great Sea toward the going down of the sun,
Insert ¶ #
11  shall be your coast. ③ There shall not any man be able to stand before
12  thee all the days of thy life: as I was with Moses, so I will be with
13  thee: I will not fail thee, nor forsake thee. ⑤ Be strong and of a good
14  courage: for unto this people shalt thou divide for an inheritance the
15  land, which I sware unto their fathers to give them. ✳✳✳ NOW
16  here's the backend which is the perverted way they used
17  the word to build the beast empire while "ATTEMPTING"
18  (CAIN)(canaan)
19  147 : to Lock Jesus in their system so that they could blackmail
Insert ¶ #
20  the chosen ones, Jews, children of Israel in order to steal
21  the substance of the land that was built by other people's
22  hands because the beast was cursed. Example: In Beauty and
23  the Beast, the Beast name is Prince Adam. Prince Adam only
24  means Cain which was Adams first son who killed Abel
25  the keeper of the sheep (shepherd) who was Adams second
26  son. Genesis 4:10-15 (page ____ ) (paraphrased) Cain was cursed from
27  the earth, when he tilled the ground the earth wouldn't yield her strength (produce)



JOB

1 H8 . and he was a fugitive (escapee or in hiding to avoid being arrested or
2 Insert ¶ # persecuted) and a vagabond (going back and forth) so his system is a system of sorcery &
3 of slavery. Job 1:13 ① There was a man in the land of UZ, whose name     UZ=OZ (wizard)
4 was Job: and that man was perfect and upright, and one that feared     Jobs JOB (work)
5 God, and eschewed evil. ② And there were born unto him seven sons and     13:10 Beast 1 of Revelation 13
6 three daughters. ③ His substance also was seven thousand sheep, and three
7 thousand camels, and five hundred yoke of oxen, and five hundred she
8 asses, and a very great household; so that this man was the greatest     ← G.O.A.T Roman Catholic
9                                                                              BRICS
10 H9 . of all the men of the east. Job 1:7. And the LORD said unto Satan, Whence
11 Insert ¶ # comest thou? Then Satan answered the LORD, and said, From going to and fro     ← Wondering:
12 in the earth, and from walking up and down in it. Job 1:8- And the LORD said unto     Cain = The
13 Satan, Hast thou considered my servant JOB, that there is none like him in the earth,     Land of Nod
14 a perfect and upright man, one that feareth God and escheweth evil? Job 1:9- Then
15 Satan answered the LORD, and said, Doth Job fear God for naught? Job 1:11- But put
16 forth thine hand now, and touch all that he hath, and he will curse thee     ← Matthew
17 to thy face. Job 1:12- And the LORD said unto Satan, Behold, all that he hath     6:24-
18                                                                              No man can
19 H0 . is in thy power, only upon himself put not forth thine hand. So Satan went     serve two
20 Insert ¶ # (Satan)                                                            masters: for
21 forth from the presence of the LORD. Job 1:15- And the Sabeans fell upon them, and     either he will
22 took them away; yea, they have slain the servants with the edge of the sword     hate the one,
23 and I only am escaped alone to tell thee. Job 1:16- While he was yet speaking     and love the other, or else
24 there came also another, and said, The fire of God is fallen from heaven, and     he will hold to the one, and
25 hath burned up the sheep, and the servants, and consumed them; and I     despise the
26 only am escaped alone to tell thee. Job 1:17- While he was yet speaking     other. Ye cannot
27 there came also another, and said, The Chaldeans made out three bands     serve God and mammon!
28 and fell upon the camels, and have carried them away, yea, and slain the servants     ★ K The World is
   with the edge of the sword; and I only am escaped alone to tell thee.     under Satanic
                                                                              System! Their
                        28                                                    Job places the
                     Page Number                                             mark of the
                                                                              beast on them
                                                                              and their money
★ Repent & Exit Money/Beast/Job/Social System! It was a     does too 911!
   QUICKLY!                                          Set Up!!     get out of the
                                                                System NOW

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

151 Job 1:18 While he was yet speaking, there came also another, and
Insert ¶ #
said, Thy sons and thy daughters were eating and drinking wine in their
eldest brother's house. Job 1:19 And, behold, there came a great
wind from the wilderness, and smote the four corners of the
house, and it fell upon the young men, and they are dead; and
I only am escaped alone to tell thee. Job 1:20-22 ⓞ Then
Job arose, and rent his mantle, and shaved his head, and

152 fell down upon the ground, and worshiped. ㉑ And said,
Insert ¶ #
Naked came I out of my mother's womb, and naked shall
I return thither: the LORD gave, and the LORD hath taken
away; blessed be the name of the LORD. ㉒ In all this Job
sinned not, nor charged God foolishly. Job 2:3 And the
LORD said unto Satan, Hast thou considered my servant Job,
that there is none like him in the earth, a perfect and an

153 upright man, one that feareth God, and escheweth evil?
Insert ¶ #
and still he holdeth fast his integrity, although thou movedst
me against him, to destroy him without cause. Job 2:4
And Satan answered the LORD, and said, Skin for skin,
yea, all that a man hath will he give for his life. Job 2:5
But put forth thine hand now, and touch his bone and his
flesh, and he will curse thee to thy face. Job 3:1-11 ⓐ After
this opened Job his mouth, and cursed his day. ② And Job spake,
and said, ③ Let the day perish wherein I was born, and the

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  |34  . night in which it was said, There is a man child conceived.
2  Insert ¶ 8  ④Let that day be darkness; let not God regard it from above,
3  neither let the light shine upon it. ⑤Let darkness and the
4  shadow of death stain it; let a cloud dwell upon it; let the
5  blackness of the day terrify it. ⑥As for that night, let
6  darkness seize upon it; let it not be joined unto the days
7  of the year, let it not be joined unto the days of the year;
8  let it not come into the number of the months. ⑦Lo, let
9
10  |55  . that night be solitary; let no joyful voice come therein.
11  Insert ¶ 8  ⑧Let them curse it that curse the day, who are ready to
12  raise up their mourning. ⑨Let the stars of the twilight
13  thereof be dark; let it look for light, but have none; neither
14  let it see the dawning of the day. ⑩Because it shut not up
15  the doors of my mother's womb, nor hid sorrow from mine
16  eyes. ⑪Why died I not from the womb? Why did I not give
17  up the ghost when I came out of the belly? Job 6: 6-9
18
19  |66  ⑥Can that which is unsavory be eaten without salt? Or is
20  Insert ¶ 8  there any taste in the white of an egg? ⑦The things that my soul
21  refused to touch are as my sorrowful meat. ⑧Oh that I might
22  have my request; and that God would grant me the thing
23  that I long for! ⑨Even that it would please God to destroy
24  me; that he would let loose his hand, and cut me off!
25  ★ Breakdown of JOB which is the medium of the system (beast) 
26  The Word JOB is the name of a man/book in the Bible
27  (old testament) and the word JOB is also defined as: the
28

1   167 . principal activity in your life that you do to earn money,
2   Insert ¶ # ② a specific piece of work required to be done as a duty or for
3   a specific fee. ③ a state of difficulty that needs to be resolved
4   ④ a program application that may consist of several steps but
5   is a single logical unit. ⑤ a crime (especially a robbery). ⑥ profit
6   privately from public office or official business. ✳ This is what
7   is the beginning of their sorcery which is crossing words
8   in order to give it a different meaning. Also using phonics
9
10  168 . in order to confuse a person who doesn't understand
11  Insert ¶ # different languages, etc. Prime Example: Caesar world is
12  all about PROFITS which is money but Christ's World is all
13  about PROPHETS which is the mouthpiece of God being used
14  through a human being to declare and decree. Both words
15  sound the same but mean the total opposite ✳ Now,
16  the Word Medium is defined as ① An intervening substance
17  through which signals can travel as a means for communication
18
19  169 . ① Someone who serves as an intermediary between the
20  Insert ¶ # living and the dead ② transmissions that are disseminated
21  widely to the public. ③ a substance in which specimens are
22  preserved or displayed. Job 1:1 the land of UZ symbolize the
23  land of OZ from the Wizard of OZ | The definition of Oz is also
24  ounce which (crossword example: Witch) is a unit of weight in
25  the US customary system and imperial system of measurement
26  (an Ancient Roman). Job 1:2-3 the 7 sons + 3 daughters only
27  represent Revelation 13 the First beast which is the Gentile
28

1  160 . nations (Revelation 13:1 - And I stood upon the sand of the sea,
   Insert ¶ #
2  and saw a beast rise up out of the sea, having seven heads
3  and ten horns, and upon his horns ten crowns, and upon his
4  heads the name of blasphemy.) *Blasphemy = blasphemous
5  behavior; the act of depriving something of its sacred character. *
6  Job 1:3 - His substance also was seven thousand sheep, and three thousand
7  camels, and five hundred yoke of oxen, and five hundred she asses,
8  and a very great household; so that this man was the greatest of
9
10 161 . all the men of the east. *This verse can Symbolize sheep
   Insert ¶ #
11 as being cotton for clothing, camels is a form of cigarettes,
12 yoke of oxen can represent a slave system based upon an
13 animalistic system (beast system), she asses symbolizes the
14 females' ass especially African Americans because an ass
15 is just a donkey that is a domesticated equine (crossword Earth Queen)
16 which is derived from the African wild ass (Equus Africanus) this
17 is only a description of the (harlot system) Revelation 17:5-9
18
19 162 ⑤ And upon her forehead was a name written, MYSTERY, BABYLON
   Insert ¶ #
20
21 THE GREAT, THE MOTHER OF HARLOTS AND ABOMINATIONS OF THE
22 EARTH ⑥ And I saw the woman drunken with the blood of the
23 saints, and with the blood of the martyrs of JESUS: and when
24 I saw her, I wondered with great admiration. ⑦ And the angel
25 said unto me, Wherefore didst thou marvel? I will tell thee the
26 mystery of the woman, and of the beast that carrieth her,
27 which hath the seven heads and ten horns. ⑧ The beast that
28 thou sawest was, and is not; and shall ascend out of the

54
Page Number

163  bottomless pit, and go into perdition: and they that

Insert ¶#

dwell on the earth shall wonder whose names were not
written in the book of life from the foundation of the world,
when they behold the beast that was, and is not, and
yet is. And here is the mind which hath wisdom. The seven
heads are seven mountains on which the woman sitteth.
Greatest of all the men of the east is where they got the
acronym G.O.A.T which means Greatest of All Time!

164  let me also add that carmel is also a representation

Insert ¶#

of Egypt. The word substance is defined as "the subject matter
of a text, speech, or work of art, especially as contrasted with
the form or style in which it is presented," "Wealth and
possessions," it also can mean "an intoxicating, stimulating,
or narcotic chemical or drug, especially an illegal one."
If you break substance down in two words you get
Sub meaning submarine or to act as a substitute for

165  someone + stance, meaning the way in which someone

Insert ¶#

stands, especially when deliberately adopted (as in baseball, golf,
and other sports); a person's posture. East can represent the
Eastern Rite Catholic Church/Oriental Catholic Church.
Job 1:7 And the LORD said unto Satan, Whence cometh thou? Then Satan
answered the LORD, and said, From going to and fro in the earth, and
from walking up and down in it (going to and fro is a form of
wandering which is the definition of a vagabond and is exactly
what God called Cain after he killed Abel). Wandering is also

1   16⁶. a representation of the Land of Nod which means that
2   LORD in this scenario is the King which makes the King the
    *Insert ¶ #*
3   real beast and the church (catholic) is the whore that
4   caused a lot of Kings to fall (Revelation 17: 10. And there
5   are seven kings five are fallen, and one is, and the other
6   is not yet come; and when he cometh, he must continue
7   a short space.) The King that has a short space is King
8   Charles III because is reign is not that long due to
9
10  16⁷. his age, the days we're in which is Armageddon,
11  and the truth being Revealed. Job 1:11. But put forth thine
    *Insert ¶ #*
12  hand now, and touch all that he hath, and he will curse thee
13  to thy face. Job 1:12. And the LORD said unto Satan, Behold,
14  all that he hath is in thy power, only upon himself put not
15  forth thine hand. Matthew 6:24. No man can serve two masters:
16  for either he will hate the one, and love the other; or else he will
17  hold to the one, and despise the other. Ye cannot serve God
18
19  16⁸. and mammon. Romans 4:4-5. Now to him that worketh
20  is the reward not reckoned of grace, but of debt.⑤ But to
    *Insert ¶ #*
21  him that worketh not, but believeth on him that justifieth
22  the ungodly, his faith is counted for righteousness. ✱ THE
23  SET UP OF THE Beast System ✱ Capitalism was created
24  by Adam Smith who was born in Kirkcaldy, fife,
25  Scotland. The first form of bank note was developed
26  in China during the Tang and Song dynasties, starting
27  in the 7ᵗʰ century. Its roots were in merchant receipts

169. of deposit during the Tang dynasty (618-907).
During the Yuan dynasty (1271-1368), banknotes were
adopted by the Mongol Empire. In Europe, the concept
of banknotes was first introduced during the 13th century
by travelers such as Marco Polo with European banknotes
appearing in 1661 in Sweden. True paper money, called
"jiaozi" were developed as promissory notes by the 11th
century, during the Song dynasty. In 1661 the first

170. banknotes were created in Europe by Johan Palmstruch
the founder of Stockholms Banco which was Sweden's
first bank, until it was liquidated in 1667. However, it
served as the precursor to the central bank of Sweden
that was founded in 1668 as Riksens Standers Bank
until it was renamed in 1866 as Sveriges Riksbank which
is the world's oldest surviving central bank. Also, the
banknote of the one hundred daler issued by Stockholms
$100

171. Banco and signed by Johan Palmstruch in 1666 (the
mark of the beast in number form). ✻ Communism
was created by Karl Marxism who was born in Trier,
Rhine Province, Prussia Germany. Marxism was also created
by Friedrich Engels who was born in Barmen, Jülich-Cleves-Berg,
Kingdom of Prussia which is now Wuppertal, Germany.
Marxism is a method of socioeconomic analysis that
uses a materialist interpretation of historical development,
better known as historical materialism, to understand class

57
Page Number

1   172. relations and social conflict and a dialectical perspective
2   Insert ¶ # to view social transformation. So basically, to sum up the
3   beast system it was derived from the book of Job. Job
4   was tested by Satan to see if he lost everything would he
5   curse God. Satan had the ability to do whatever he wanted
6   to Job except kill him. Satan was able to disconnect Job
7   from every type of human support, progress, or success
8   that he had just to see if Job would curse God to his
9

10  173. face. The social system is a reflection of Communism
11  Insert ¶ # which is when somebody else has control over another persons
12  possessions, it also goes hand and hand with the social
13  systems behind human relationships and behaviors, then
14  it is combined with capitalism which actually consist
15  of the progress and success of humans. People use their
16  progress and successes to help build their confidence.
17  which then gives them a sense of pride about themselves.
18

19  174. So Jobs' story was the perfect story to make a
20  Insert ¶ # system for humanity when it came to their means of
21  providing, self confidence, and a sense of power that
22  can be obtained while they're progressing on their job.
23  Based upon this brief description of how they crossed
24  words to deceive the people, you should have a better
25  understanding on why it's so important for us to be
26  a free people versus us being a slave because people
27  enjoy their fun that only is tempory. In Matthew 6:24
28

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   175. God made it specific that nobody could serve
    Insert ¶ #
2   two masters: for either he will hate the one,
3   and love the other; or else he will hold to
4   the one, and despise the other. Ye cannot serve
5   God and mammon. Romans 4:4-5 ① Now to him
6   that worketh is the reward not reckoned of grace
7   but of debt. ✱ Matthew 6:24 and Romans 4:4-5
8   both speak about money/reward however in Matthew

10  176 God has given you a choice then in Romans the
    Insert ¶ #
11  word tells you that the reward isn't grace however
12  it leads you into debt. Right there reality sinks
13  in letting you know that you lose more than you've
14  gained. ✱✱✱ This right here explains how they
15  set up America and also why America is still
16  in debt while the Americans suffer for something
17  they didn't put themselves in. Right now the

19  177. People are caught in the shackles of Americas
    Insert ¶ #
20
21  debt to China for a debt that the people didn't
22  do but what makes it even more wrong is the fact
23  that China could have just helped America when
24  they bankrupt but instead people of those times
25  strategized a system that would be able to pay
26  back the debt yet the debt isn't paid off. Now, I
27  must also say that the marriage of the Lamb is
28  at hand in this time however, this was what

178. I call a battle due to the tricks, traps, and schemes
of the enemy. See, the system that is being used
all across the world is an artificial way to force
slavery upon people. While making them believe that
they are free. Right now, people are striving for
the one world order however the deception
behind the one world order is that humans are
losing their God giving rights of humanity to

179. their own creation which they don't exercise
full control over especially when there's so much
corruption going on and technology is bypassing
the human brains. People have forgotten what
it means to Live, Love, and laugh because our lives
have been being controlled by people in high places
who have evil motives. We must stop being so
naive to the traps of the enemy who does not

180. like Humanity whatsoever. In Heaven, Satan
caused some of the angels to be cast out with him,
in the garden of Eden he caused Adam & Eve to
be cast out the garden, and now he's at the
nations causing kings, queens, and others to
fall by keeping division between humanity as
he divides and conquers. We must open our eyes,
put pride aside, forgive one another, and put
Jesus back on the Throne because Truth be told

181. Satan has everybody fighting over who was first, whose religion is real, etc what the people are failing to realize is that the battle isn't about none of the things he's using as cover ups to have you on his team. I say that because it's provable ☺ All the appetites that people have, that are against God comes from Satan not Eve. Adam was given power over Satan that's why

182. he chose to speak to Eve because she was still innocent, naive, and the enemy knew she was the only way he would have another chance to attempt to make his name bigger than Gods. The devil was here before humans so he knew more just like AI because he understood that humans have a limited brain capacity and he also knew that they would be curious about the world around them. He also knew

183. that there are only two Spirits that can influence the people and that's either the Holy Ghost (the prophecy of Jesus) or Satan (the prince of air who lets you do whatever you want and serve whoever you want as long as he has control over you which only leads to destruction). Jesus came so that we can have life in abundance, however the rebellion of humanity has placed us in worldwide dispair, darkness, anger, anxiety, etc. Satan only comes

184. to steal, kill, and destroy which makes him
Insert ¶ #
feel good because he hates Himself. He hates All
Gods creation, & he really hates Jesus for being
chosen. So, with All this being said the beast
system is a system of demonic mind control,
turmoil, envy, hatred, etc. as if hell is on earth.
Also, the beast system is forced Satanic worship
due to the weapons he used to cause people

185. to believe a certain way which is only Indoctrination.
Insert ¶ #
He has forced the world to live backwards by using
the Heaven and Earth that was created by God for
humans to freely possess, be fruitful, and multiply.
He has done so by Cain building a city (fast forward)
then God flooded the whole earth however he saved
Noah and his family and Noahs sons' wives plus
two cattle of every kind including fowls. After Noah

186. came out the ark, God told his family to be
Insert ¶ #
fruitful and multiply in which they did. Then one
of Noahs sons' named Ham saw his dad
naked which caused God to curse Hams' son
Cannan. However through Noahs' other son Shems'
bloodline came Jesus. So the world is backwards
because the cursed ones have been stealing and
making money off of Jesus while denouncing
him at the same time. The cursed ones have.

1  182 been living like they're the chosen ones as they
2  Insert ¶ # have profitted off the chosen ones and portrayed
3  to the entire world as if the chosen ones were
4  the cursed ones by placing labels of lies on the
5  names of the chosen ones. Prime example JOB
6  is a book in the bible about a wealthy God fearing man.
7  The world took the name of JOB and made it a label
8  for work which is job. Many people have made

10  183. a very good living off of whatever job or career
11  Insert ¶ # they have. So here's the serpent's seed Cain who kills
12  Abel and they are hiding behind their jobs. Here are
13  some job titles to prove my point ① Doctors (the first
14  surgery was when God put Adam in a trance, opened
15  his side, took out his rib, and made Eve.) ② Police Officers
16  (in Genesis 2:15: And the LORD God took the man, and put him
17  into the garden of Eden to dress and to keep it * Hebrew Definitions:

19  184. ① Dress→H5647→ âbad→to serve ② Keep→ H8104→Shâmar→
20  Insert ¶ # to protect (law enforcement slogan is To Protect and to Serve).
21  ③ Teaching (in Genesis 1:2 - And the earth was without form, and
22  void; and darkness was upon the face of the deep. And the
23  Spirit of God moved upon the face of the waters) * Now,
24  let's break this down in Hebrew: Form→ H8414→ tohûw=empty
25  place, without form, adverbially. * Adverbial means a word or
26  group of words playing the grammatical role of an adverb.
27  * Grammer means: the study of the way the sentences

163
Page Number

1  190 . of a language are constructed, morphology and syntax;
2  Insert ¶ #  the elements of any science, art, or subject; a book
3  treating such elements.※ Book is to enter an official
4  charge against (an arrested suspect) on police register.
5  VOID → H922 → bohuv = an undistinguishable ruin,
6  emptiness. Darkness → H2822 → chosek → misery, de-
7  struction, wickedness, ignorance, death. ※※※
8  From Genesis 1:2, I defined 3 words which are form,

9

10  191. void, and darkness. I used Genesis 1:2 to describe
11  Insert ¶ #  how the serpent seed Cain (the son of Eve who built the city)
12  uses jobs and the system to kill Abel (his brother who he envied
13  because of his favor with God). Teaching is a job that is only
14  a weapon of indoctrination to kill the Godlike character
15  in individuals starting from a child that way they become
16  a program (like computer simulation) that was created to
17  destroy all Godly traits. For Example: The word form

18

19  192. in Hebrew means empty place (a childlike innocense),
20  Insert ¶ #
21  then it breaks down adverbial which describes the grammatical
22  role of the adverb. Finally, the word grammer is described
23  as a study of sentences of a language. the elements of
24  science, art, etc in the form of a book (meaning to be
25  arrested (institutionalized in the mind; indoctrinated). Then,
26  the next word is void meaning that the worldly teachings
27  causes emptiness and/or an undistinguishable ruin. Finally, the
28  words form and void sums up to darkness which means misery,
   destruction, wickedness, ignorance, and death (spiritually).

1  193. Even though I put Doctor as #1, Police as #2,
Insert ¶ #
2  and Teacher as #3 the correct order would be Teacher
3  as #1 because. God let Adam name the animals
4  before He put Adam to sleep to create Eve. Also, in
5  order to become a doctor, police, or teacher than
6  you have to be educated by a teacher just to
7  qualify according to the worlds system. Under
8  those 3 titles can stem many other categories of
9

10  194. jobs such as under Doctor you can classify a nurse,
Insert ¶ #
11  psychologist, chemist, dentist, chiropractor, massus
12  biologist, etc because they all deal with the mind or
13  body whether its evaluations, medicine (chemical substances)
14  or hands on physicals, etc. Under Police you can go back
15  a decade and find slave patchers which were called
16  bounty hunter. In Modern times you have similar jobs
17  such as security, bouncers, investigators, any other
18

19  195. title that pertains to Protecting and Serving (like DCFS),
Insert ¶ #
20  etc. Finally under Teacher you will find God as the first
21  teacher, then in humanity today there are Apostles, Prophets
22  Evangelist, Pastors, and Teachers. Now in the world you
23  have many jobs that fall under teaching such as: Substitute
24  teacher, Pre-K, Elementary, Middle, High School, & University
25  Teachers. There's also life coaches (in all types of curriculums/hobbies),
26  Online Teachers, and in digital realm music, movies,
27  social media platforms such as: TikTok, Facebook, YouTube
28

Civil Rights Complaint Pursuant to U.S.C. § 1983

196. Pictures, Paintings, Lyrics, etc (that can have influencers
Insert ¶ #
who push hidden agendas while getting paid to do so at
the expense of peoples' sanity, lives, or beliefs). ✱ Mark 8:34-38
³⁴) And when he had called the people unto him with his disciples
also, he said unto them, Whosoever will come after me, let
him deny himself, and take up his cross, and follow me ³⁵) For
whosoever will save his life shall lose it; but whosoever shall
lose his life for my sake and the gospels, the same shall

197. save it. ³⁶) For what shall it profit a man, if he shall
Insert ¶ #
gain the whole world, and lose his own soul? ³⁷) Or what
shall a man give in exchange for his soul? ³⁸) Whosoever
therefore shall be ashamed of me and of my words in this
adulterous and sinful generation; of him also shall the
Son of man be ashamed, when he cometh in the glory of
his Father with the holy angels. ✱ Mark 8:15 – And he
charged them, saying, Take heed, beware of the

198. leaven of the Pharisees, and of the leaven of Herod
Insert ¶ #
✱ Herod the Great was the Roman appointed King of Judaea who
built many fortresses, aqueducts, theatres, etc. Herod was born
in southern Palestine; his father was Antipater and he was an
Edomite (a semitic people that have been identified as Arab,
who converted to Judaism in the 2nd Century BCE) Herod was
of Arab origin, although he was a practicing Jew. Herod killed
the infants of Bethlehem in order to try and kill Jesus while he
was still a baby then he died shortly after he had a bungled
suicide attempt (Just like Judas & HITLER) ✱ The enemy sets
people up to try and kill
Jesus & then they die
afterwards ✱
SET UP 2 FAIL !

<u>66</u>
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

＊PRIDE also represents LGBT Community which is PERVERSION and Perversion means "A Twisted Truth"

199. Edomites were Semitic people who fall under the
Insert ¶ #
category of Ammorites, Canagnites, and the Ara-maeans.
The word Edom means "RED" and the Edomites sin
was PRIDE. The Edomites were the descendents of
Esau and the Edomites worshipped many gods. Esau
became a pagan Roman who rebelled against the Torah
a countermodel of the rabbinic Jew. Reading Rome, the
universal empire, into the Bible, and turning Romans.

200. into wayward brothers, the rabbis made Jewish history
Insert ¶ #
universal. Pagan Rome disregarded them, but Christian
Rome made the typology part of European history.
The Church Fathers interpreted Jacob and Esau's
brotherhood as that of Christians and Jews, claimed
Jacob's legacy and decried the Jews as Esau. The
Empire's Christianization encumbered Christianity with
the Jewish-Roman past and Rome with the Christian

201. claim to disinherit Israel, and forged a traumatic
Insert ¶ #
relationship that still hasn't been undone. ＊Encumbered
means - to restrict or burden (someone or something) in such
a way that free action or movement is difficult. ＊John 10:1
Verily, Verily, I say unto you, He that entereth not by the
door into the sheepfold, but climbeth up some other
way, the same is a thief and a robber. John 10:10 The
thief cometh not but for to steal, and to kill, and to destroy.
I am come that they might have life, and that they might

202. have it more abundantly. Matthew 23:1-10 Then spake
Jesus to the multitude, and to his disciples, ② Saying, The
Scribes and the Pharisees sit in Moses seat. ③ All therefore
whatsoever they bid you observe and do; but do not ye
after their works: for they say, and do not. ④ For they
bind heavy burdens and grievous to be borne, and lay
them on men's shoulders; but they themselves will not
move them with one of their fingers. ⑤ But all their

203. works they do for to be seen of men: they make broad
their phylacteries, and enlarge the borders of the garments
⑥ And love the uppermost rooms at feasts, and the chief
seats in the synagogues, ⑦ And greeting in the markets,
and to be called of men, Rabbi, Rabbi. ⑧ But be not ye
called Rabbi: for one is your Master, even Christ; and all
ye are brethren. ⑨ And call no man your father upon the
earth: for one is your Father, which is in heaven. ⑩ Neither

204. be ye called Masters: for one is your Master, even Christ.
★ Descendents of Esau also known as Edom were the People
of Seir from ancient Spain, early Rome, Venice, Germany,
Russia, China, Japan, and many other nations. The
Edomites were always in conflict with God's people.
Esau gave rise to military elites such as the Spartans and
warriors like Alexander the Great ★ ★ ★ Moving Forward,
I will list a few more jobs that will also prove that they
perverted the word of God to make merchandise of men

68

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

205. by spiritually raping the people in order to obtain self
*Insert ¶ #*
gain and control which is still a form of slavery, but
just in the mind, emotions, and spiritually while deceiving
the world to believe that they are still free when in
all actuality they are being mislead by a wolf in
sheeps clothing. (A) Astrologers (in Gensis 1:14-16 (14) And
God said, Let there be lights in the firmament of the
heaven to divide the day from the night; and let them

206. be for signs, and for seasons, and for days, and
*Insert ¶ #*
years: (15) And let them be for lights in the firmament
of the heaven to give light upon the earth: and it was
so. (16) And God made two great lights; the greater light
to rule the night: he made the stars also.) * According,
to Genesis 1:14-16 Astrology, cosmology, physics, psychics, tarot readers, etc. are
*People* who have gone beyond what they should have, they
have perverted the origin of why God created the lights

207. in the firmament which was to divide the day from
*Insert ¶ #*
night, to be for signs (not horoscope, not for satelite, technology, etc),
for the seasons, for the days, and for the years. People
have gone beyond their boundaries while acting like
they were just studying Gods' creation but in all actuality
they were coming-up with wicked inventions while getting
paid to do so. * Isaiah 47:1- Come down, and sit
in the dust, O virgin daughter of Babylon, sit in the
dust, O daughter of the Chaldeans: for thou shalt no

208. more be called tender and delicate. ② Take the millstones, and grind meal: uncover thy locks, make bare the leg, uncover the thigh, pass over the rivers. ③ Thy nakedness shall be uncovered, yea, thy shame shall be seen: I will take vengeance, and I will not meet thee as a man. ④ As for our redeemer, the LORD of hosts is his name, the Holy One of Israel. ⑤ Sit thou silent, and get thee into darkness, O daughter of the

209. Chaldeans: for thou shalt no more be called, The lady of Kingdoms. ⑥ I was wroth with my people, I have polluted mine inheritance, and given them into thine hand: thou didst show them no mercy; upon the ancient hast thou very heavily laid thy yoke. ⑦ And thou saidst, I shall be a lady for ever: so that thou didst not lay these things to thy heart, neither didst remember the latter end of it. ⑧ Therefore,

210. hear now this, thou that art given to pleasures, that dwellest carelessly, that sayest in thine heart, I am, and none else beside me; I shall not sit as a widow, neither shall I know the loss of children: but these two things shall come to thee in a moment in one day, the loss of children, and widowhood: they shall come upon thee in their perfection for the multitude of thy sorceries, and for the great abundance of thine enchantments. ⑨ For thou hast trusted in thy wickedness: thou hast said, None seeth me.

211. Thy wisdom and thy knowledge, it hath perverted
thee; and thou hast said in thine heart, I am, and
none else beside me. [11] Therefore shall evil come upon
thee, thou shalt not know from whence it riseth: and
mischief shall fall upon thee; thou shalt not be
able to put it off: and desolation shall come upon
thee suddenly, which thou shalt not know. [12] Stand now
with thine enchantments and with the multitude of

212. thy sorceries, wherein thou hast laboured from thy
youth; if so be thou shalt be able to profit, if so be thou
mayest prevail. [13] Thou art wearied in the multitude
of thy counsels. Let now the astrologers, the stargazers,
the monthly prognosticators, stand up, and save thee.
[14] Behold, they shall be as stubble; the fire shall burn
them; they shall not deliver themselves from the power
of the flame: there shall not be a coal to warm at, nor

213. fire to sit before it. [15] Thus shall they be unto thee
with whom thou hast laboured, even thy merchants, from
thy youth: they shall wander every one to his quarter;
none shall save thee. * People who work in the astrology,
Tarot, physics, etc have been paid to search the hidden
mysteries of heaven and the earth which has also
been used for monetary game at the expense of
others while intentionally misleading people using
the signs. ⑤ Government Jobs (in Isaiah 9:6 * For

214. unto us a child is born, unto us a son is given; and
the government shall be upon his shoulder; and his
name shall be called Wonderful, Counsellor, The mighty
God, The everlasting Father, The Prince of Peace.
Of the increase of his government and peace there shall
be no end, upon the throne of David, and upon his
kingdom, to order it, and to establish it with judgement
and with justice from henceforth even forever. The

215. zeal of the LORD of hosts will perform this. ✳ In
this passage of scripture it shows that the government
was upon his shoulders however there would come
a time that he would have to overturn it in order
to bring order to man made mess, he would have
to establish it so that judgement and justice will
move according to TRUTH instead of just the labels
that humans have placed based on their own perception.

216. See, God knew that people would pervert the
truth even if they knew the truth; so all the deep
state & worldly corruption only Jesus could fix entirely;
✳ To finalize the perverting of Jobs' name and story
from the bible and man treating Jobs(work) while
using Jobs' story to obtain the keys to rob the people,
cause them to curse or be mad at God, which robs them
of Gods restoration(because lack of faith), and enables the
beast system to drive them into debt which is a form

72

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

217. of slavery, and caused America to run up it's debt
*Insert ¶ #*
because of PRIDE, lack of Biblical Knowledge, but mainly
due to somebody else attempting to rob the people
of their rights so that they could push a one world
order for the beast system since they put their
trust in their work while thinking God hadn't heard
their cries. Basically, Satan has been hiding behind
God while using Gods word to enslave, deceive, and

218. destroy humanity. Let's prove it wasn't God but instead
*Insert ¶ #*
it was Satan (satan seed) hiding behind God. People like to blame
God for their misfortunes because they love to referrence the
story of Job due to the conversation between the LORD and
Satan over trying Job as if God is just playing a game with
Satan and we are stuck in the middle. But that's not the
case; God isn't playing a game, it is Satan who is playing
the games with humanity because he's still trying to prove

219. that humans are not better than him. God gave Adam and
*Insert ¶ #*
Eve dominion over the mind of his adversary (tree of Good/Evil).
Satan (the serpent) played a mind game with Eve by twisting
of Gods word in order to deceive her. Once Adam & Eve fell,
God cursed the serpent then told him that he put enmity
(jealousy) between the serpent seed and the woman's seed.
Satan's goal then became his drive to steal the woman's'
seed; turn them against God, turn them against themselves,
and cause them to fall which would then make them worship

73

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  220 . Satan instead of God. Let's use a few scriptures from Job
2  Insert ¶ #    to wrap this up and move on. Job 1:9 -Then Satan answered the
3  LORD, and said, Doth Job fear GOD for nought? (Basically he's asking
4  if Job would still fear God even if he had nothing). Job 1:11 - But
5  put forth thine hand now, and touch all that he hath, and he
6  will curse thee to thy face. (Satan told God to remove Jobs things
7  and he would curse God to his face). Job 1:12 - And the LORD said
8  unto Satan, Behold, all that he hath is in thy power, only upon
9

10  221 . himself put not forth thine hand. So Satan went forth from
11  Insert ¶ #    the presence of the LORD. (Right here The LORD gave Satan power
12  over everything of JOBS' except for his life. The LORD Knows the
13  heart of man so he knew JOB would not curse him to his
14  face also that was a way for God to show Satan that
15  money wasn't everything to everybody and that some people
16  truly do love God). Mind you, Satan is only looking for
17  worship because he wanted to be greater than GOD. Mark 14:62
18

19  222. And Jesus said, I am: and ye shall see the Son of man
20  Insert ¶ #    sitting on the right hand of power, and coming in the
21  clouds of heaven. Mark 16:19-50 then after the LORD
22  had spoken unto them, he was received up into heaven,
23  and sat on the right hand of God. Revelation 13:15-16
24  ⑮ And he doeth great wonders, so that he maketh fire come
25  down from heaven on the earth in the sight of men. ⑭ And
26  deceiveth them that dwell on the earth by the means of those
27  miracles which he had power to do in the sight of the beast,
28

74

Page Number

223. saying to them that dwell on the earth, that they
*Insert ¶ ii*
should make an image to the beast, which had the wound
by a sword, and did live. (15) And he had power to give life
unto the image of the beast, that the image of the beast
should both speak, and cause that as many as would
not worship the image of the beast should be killed.
(16) And he causeth all, both small and great, rich and
poor, free and bond, to receive a mark in their right

224. hand, or in their foreheads. *Breakdown of the
*Insert ¶ ii*
scriptures pertaining to Job 1:12- And the LORD said
unto Satan, Behold, all that he hath is in thy power,
only upon himself put not forth thine hand... Now,
I'm going to paraphrase a few scriptures from above to
paint the picture of Satan pretending to be Jesus but in the
shadows. Mark 14:62 Jesus is sitting on the right hand of
power. Mark 16:19 – Jesus ascends to heaven to sit on the right hand

225. of God. Revelation 13:13(paraphrased) The Beast does great
*Insert ¶ ii*
wonders(signs) by making fire come down from heaven. Revelation 13:16
The Beast causes all to receive a mark in their right hand,
or in their forehead. Genesis 1:14- God created lights in the firmament
of heaven to divide day and night, let them be signs, and for
seasons, days, and years. Isaiah 47:12-13 The daughter of Babylon
was rebuked by the prophet for her enchantments, sorceries, astrologers,
stargazers, and monthly prognosticators (in verse 11) he said her wisdom
and knowledge perverted her & she became DECEITFUL. Mark 14:62- And

75

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  226. Jesus said, I am; and ye shall see the Son of man
2  *Insert ¶ #*
   sitting on the right hand of power, and coming in
3  the clouds of heaven. Matthew 28:18-19 (18) And Jesus
4  came and spake unto them, saying, All power is given
5  unto me in heaven and in earth (19) Go ye therefore,
6  and teach all nations, baptizing them in the name of
7  the Father, and of the Son, and of the Holy Ghost: (20) Teaching
8  them to observe all things whatsoever I have commanded
9

10  247. you: and, lo, I am with you alway, even unto
11  *Insert ¶ #*
    the end of the world. Amen. ** Now in Job 1:12 God told
12  Satan that when it came to Job being tried, he had all
13  access to Jobs' possessions except he couldn't touch
14  Jobs' life with his hand. In the workforce (JOB) the
15  Boss has all the power of your money, hours, days,
16  and assignment just not over the individuals life in
17  a personal/physical sense. Mark 14:161 Jesus sits on
18

19  228. the right hand of power. and comes in the clouds
20  *Insert ¶ #*
    of heaven. Mark 16:19 Jesus sits on the right hand of
21  God, and Matthew 28:18 Jesus acknowledges All power is
22  given to him in heaven and in earth * So you can see Satan,
23  taking power while hiding behind Jesus because he knows the
24  word, knows how to manipulate it, and use it for is own
25  wickedness. However, Mark 14:161 Jesus comes in the clouds
26  of heaven; then in Revelation 13:13 the beast (Satan) does
27  wonders (signs/miracles) by making fire come down from heaven
28

70
Page Number

229. Such as Astrology dealing with signs that they named in the
Insert ¶ #
sky to make fire come down symbolizes Technology,
media, electricity, Lightening, and fireworks. All
these methods of making fire come down is Satans attempt
to solidify his worldly Kingdom as he uses space/universe
to attempt to show forth his power as if he's God the
ultimate creator Like what God did in Genesis 1:14. When
he first created lights in the firmament of heaven to separate

230. day from night, be as signs, seasons, days, and years.
Insert ¶ #
So if Satan is a replicator of the original that means
his Church is Babylon according to Isaiah 47:12-13
that talks about the woman and her sorceries, enchantments,
astrologers, stargazers, and prognosticators (which all
these symbolize Witchcraft) because its not the original
reason of why God created the lights in the firmament
and that means the readings are not coming from

(Prophetic)
231. the Holy Ghost but instead they are coming from
Insert ¶ #
demonic spirits) So they have the ability to transfer
into humans, possess them, and drive humans to
behave in abnormal ways, cause sicknesses, and/or
attach themselves in different areas dealing with a
persons' life. Speaking on Satan being a replica of God
(Yeshua), his hirelings the witches/sorcerers are only a
replica also known as a False Prophet(ess) because
they use other methods outside of Christ Jesus in order

77
Page Number

232. to give people a false hope, a false sense of direction, etc and even though the false prophet(ess) may be right on their readings the main question is what Spirit are they moving in because that's what determines the purity of the word That's spoken * See, Prophets are the mouthpieces of God which is a position that cannot be taken lightly because the LORD will hold every one of his

233. Prophets accountable for every word that has been spoken in the LORDS' name. The Office of a Prophet comes with a lot of responsibility, accountability, etc. Prophets are called by God (Yahweh, Jehovah, Yeshua) and not by man. However, God will use another leader to confirm the prophetic gifting on a persons' life then that person will go through life with God teaching them and Gods shepherds (apostles, evangelist

234. pastors & teachers) helping the prophet grow in their gift. The prophetic gift CANNOT be taught by worldly/secular teachers. Prime example: I was going to school for psychology and the LORD had me drop the class because psychology tries to make sense of everything but God uses people and do things that don't make sense to the human mind all the time. Now, there's two forms of the prophetic which is ① The Office of A Prophet and ② The gift of prophesy. *The GIFT OF PROPHECY is a Gift of the Holy Spirit, every believer is encouraged

235. to prophecy, prophecy is for edification, exhortation, and comfort, prophetic utterance is a gift, a person that prophecy is defind as a saint doing the work of the ministry of Christ the gift to prophecy if for life. * The OFFICE of a prophetess) is a gift from the Godhead, God chooses the prophet not humans, the prophetic office is a gift that is used to train, equip, direct, correct, warn and govern, the prophet is a gift to the body of Christ, a prophet is a part of the five-fold

236. ministry to equip the saints, and the Office if a Prophet(ess) is for life. * The Characteristics of a False Prophet * They point people back to themselves instead of to Jesus Christ of Nazareth, they lack spiritual accountability, they cause dissension/division within leadership and members within the church body, they are not seeing or speaking through the heart and eyes of God, they operate out of anger, frustration, and hurt, they mislead people.

237. intentionally they cause people to rebell against God as they lead the people to worship false Gods (paganism), their in it for self gain and not to edify the church as the Body of Christ is a hospital. 1 Corinthians 14:10-12 There are, it may be, so many kinds of voices in the world, and none of them is without significance. Therefore if I know not the meaning of the voice, I shall be unto him that speaketh a barbarian, and he that speaketh shall be a barbarian unto me. Even so ye, forasmuch as ye are zealous of spiritual

79
Page Number

238 . gifts, seek that ye may excel to the edifying of the Church.

*Insert ¶ #*

Proverbs 18:21 - Death and life are in the power of the tongue: and they that love it shall eat the fruit thereof. Matthew 15:18-20

(18) But those things which proceed out of the mouth come forth from the heart; and they defile the man. (19) For out of the heart proceed evil thoughts, murders, adulteries, fornications, thefts, false witness, blasphemies: (20) These are the things which defile a man: but to eat with unwashen

239 . hands defileth not a man. Psalms 45:1-2 (1) My heart

*Insert ¶ #*

is inditing a good matter: I speak of the things which I have made touching the King: my tongue is the pen of a ready writer. (2) Thou art fairer than the children of men: grace is poured into thy lips: therefore God hath blessed thee for ever.

✳ The Mouth has a way of revealing what is in the heart of man whether the words are spoken in private or in public. Now, the false prophet(ess) or witches

240 . use ritualism, music, tarot cards, horoscope, etc to obtain

*Insert ¶ #*

results that they desire however it causes more harm than good because they tap into demonic spirits to obtain whatever results they desire but they fail to realize that those demonic entities can overpower them because they have opened up themselves and others to those spirits. However, God will use a prophet to stand up against what's attempting to destroy his people. So a lot of times the prophet and prophetic ministry is rejected because people

241. are looking for temporary fixes since the root of a
Insert ¶ #
problem is too complex, painful, and time consumming
in order to correct the issue. When we are in this place it's
easier to listen to people who tell you what you want to hear
than to have to face the variety of emotions that show
up when you have been deceived, lied on or lied to, pushed
away, indoctrinated, misled, etc. However, the only way
for healing to truly happen is by people being willing to

242. accept the truth so that they can be set free.
Insert ¶ #
The Holy Ghost is the spirit of Truth, then there's the
spirit of error because the person didn't know any better
and finally the spirit of falsehood which is when a
person is intentionally deceiving people. Revelation 13:15-
And he had power to give life to the image of the beast, that
the image of the beast should both speak, and cause, that
as many as would not worship the image of the beast

243. should be killed. Romans 1:18-32 (18) For the wrath of
Insert ¶ #
God is revealed from heaven against all ungodliness and
unrighteousness of men, who hold the truth in unrighteousness;
(19) because that which may be known of God is manifest
in them; for God hath shewed it unto them (20) For the invisible
things of him from the creation of the world are clearly
seen, being understood by the things that are made, even
his eternal power and Godhead, so that they are without
excuse. (21) Because that, when they knew God, they glorified

1  24 him not as God, neither were thankful; but became.

2  vain in their imaginations, and their foolish heart was darkened.

3  ㉒ Professing themselves to be wise, they became fools,

4  ㉓ And change the glory of the uncorruptible God into

5  an image made like to corruptible man, and to birds,

6  and four-footed beasts, and creeping things. ㉔ Wherefore

7  God also gave them up to uncleanness through the lusts

8  of their own hearts, to dishonor their own bodies between

9

10  245 themselves; ㉕ Who changed the truth of God into a lie,

11  and worshiped and served the creature, more than the

12  Creator, who is blessed for ever. Amen ㉖ For this cause

13  God gave them up unto vile affections: for even their women

14  did change the natural use into that which is against nature:

15  ㉗ And likewise also the men, leaving the natural use of the

16  woman, burned in their lust one toward another; men with

17  men working that which is unseemly, and receiving in

18

19  246 themselves that recompense of their error which was meet.

20

21  ㉘ And even as they did not like to retain God in their knowledge,

22  God gave them over to a reprobate mind, to do those things

23  which are not convenient; ㉙ Being filled with all unrighteousness,

24  fornication, wickedness, covetousness, maliciousness; full of

25  envy, murder, debate, deceit, malignity, whisperers, ㉚ Backbiters,

26  haters of God, despiteful, proud, boasters, inventors of evil

27  things, disobedient to parents, ㉛ Without understanding, covenantbreakers,

28  without natural affection, implacable, unmerciful: ㉜ Who knowing

82

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  247 . the judgement of God, that they which commit such
   Insert ¶ #
2  things are worthy of death, not only do the same, but
3  have pleasure in them that do them. *** False Prophets
4  according to 2 Thessalonians 2:9-14 ⑨ Even him, whose
5  coming is after the working of Satan with all power and signs
6  and lying wonders, ⑩ And with all deceivableness of unrighteousness
7  in them that perish; because they received not the love
8  of the truth, that they might be saved. ⑪ And for this cause

10 248 . God shall send them strong delusion, that they should
   Insert ¶ #
11 believe a lie: ⑫ That they all might be damned who believed
12 not the truth, but had pleasure in unrighteousness. ⑬ But
13 we are bound to give thanks always to God for you, brethren
14 beloved of the Lord, because God hath from the beginning
15 chosen you to salvation through sanctification of the Spirit
16 and belief of the truth: ⑭ Whereunto be called you by our
17 gospel, to the obtaining of the glory of our Lord Jesus Christ.

19 249 . * The methods of the False Prophets * 1 John 2:15-
   Insert ¶ #
20
21 ⑮ Love not the world, neither the things that are in the
22 world. If any man love the world, the love of the Father
23 is not in him. ⑯ For all that is in the world, the lust
24 of the flesh, and the lust of the eyes, and the pride
25 of life, is not of the Father, but is of the world.
26 ⑰ And the world passeth away, and the lust thereof: but
27 he that doeth the will of God abideth for ever. ⑱ Little
28 children, it is the last time: and as ye have heard that

83

Page Number

1  250 . antichrist shall come, even now are there many
   *Insert ¶ #*
2  antichrists; whereby we know that it is the last time.
3  ⑩ They went out from us, but they were not of us; for
4  if they had been of us, they would no doubt have continued
5  with us: but they went out, that they might be made
6  manifest that they were not all of us. ✳ Let me break
7  down the words image, Sound, logo after a few
8  scriptures to paint the TRUE PICTURE... Genesis 1:26-27
9
10  251 ㉖ And God said, Let us make man in our image, after
    *Insert ¶ #*
11  our likeness: and let them have dominion over the fish of
12  the sea, and over the fowl of the air, and over the cattle,
13  and over all the earth, and over every creeping thing that
14  creepeth upon the earth. ㉗ So God created man in his own
15  image, in the image of God created he him; male and
16  female created he them. Genesis 2:7 And the LORD God formed
17  man of the dust of the ground, and breathed into his nostrils
18
19  252 the breath of life; and man became a living soul. ...
20  *Insert ¶ #*
21  Here's the words Ⓐ image Ⓑ Sound, Ⓒ logos breakdown Ⓐ image
22  is imago in Latin meaning LIKENESS, appearance, statue,
23  idea, echo. To me image can also mean: image (I + mage=
24  eye magic meaning illusion) Ⓑ sound root word in Greek is
25  phone. Sound is a type of wave motion that originates as the
26  vibration of a medium. In order to speak or sing, you
27  must add sound to letters. So in this breakdown of Sound
28  I am going to use the Phoenician Alphabet which is the

84
Page Number

1  253. Early Linear Script that was used to write the
2  Insert 1: Early Iron Age Canaanite languages. The 14th letter
3  in the Phoenician alphabet is נון which is the phonemic
4  representation of N and the numerical value of 50.
5  Nun is believed to be derived from an Egyptian hieroglyph
6  of a snake (serpent). In all languages, the "n" represents
7  the alveolar nasal. The voiced alveolar nasal is a
8  type of consonantal sound used in numerous spoken
9
10  254. languages. The symbol | in the international Phonetic
11  Insert 1 #  Alphabet that represents dental, alveolar, and
12  postalveolar nasals is "n". A dental consonant is
13  a consonant articulated with the tongue against
14  the upper teeth. Alveolar consonants are articulated
15  with the tongue against or close to the superior alveolar
16  ridge, which is called that because it contains the
17  alveoli (the sockets) of the upper teeth. Post-alveolar
18
19  255. consonants are consonants articulated with the tongue
20  Insert 1 #  near or touching the back of the alveolar ridge. The Phoenician
21
22  alphabet was used to write the Early Iron Age Canaanite
23  languages, subcategorized by historians as Phoenician,
24  Hebrew, Moabite, Ammonite, Edomite, as well as Old Aramaic.
25  Logos in Ancient Greek means word, discourse, or reason
26  thats used in Western philosophy, psychology, and rhetoric; it
27  connotes an appeal to rational discourse that relies on inductive
28  and deductive reasoning. — In Christianity "Logos" means

256. The Word of God (John 1:1 - In the beginning was the Word, and the Word was with God, and the Word was God). See, this is why the deception has been so much when it comes to spells, cross of words, and playing with the Bible in the form of manipulating, indoctrinating, controlling, labeling, stealing, and altering. This has occured using ① Image ② sound, ③ Logos because whoever governs the Word of God as

257. A steward is who controls or frees the people and their inheritance. So in this case we can see their motive at heart, which is their ability to play God in order to flee from judgement. Basically, while they're playing as God (false messiah) with their weapons of sorcery they are also leading people into Idolatry. They are also fleeing from judgement by pretending to be somebody that they are not and thats also how extortion is happening.

258. All this means is that the false prophets (messengers) represents Revelation 13:11 - And I beheld another beast coming up out of the earth, and he had two horns like a lamb, and he spake as a dragon. * That sums up the three words ① Image = eye magic (appearance) ② sound = phone, in Greek; and in the Phoenician Alphabet the letter n (representation) which is the word nun that resembles a snake (serpent) in Egyptian hieroglyphs. Another meaning of nun (female) is the word Monk (male) and they are found in the religions of Catholicism, Lutheranism, Oriental Orthodoxy.

Bu

Page Number

1  259 . Eastern Orthodoxy, Calvinism, Anglicanism, and Methodism.
   Insert ¶ 0
2  They are also found in Indian Religions such as Hinduism,
3  Buddism, and Jainism. ⑥ Logos = word, discourse or
4  reason. Discourse means - written or spoken communication
5  or debate. The word discourse is derived from the Latin
6  prefix "dis" meaning "away" and the root word "currere" meaning
7  "to run" and refers to the way that a conversation flows.
8  To study discourse is to analyze the use of spoken or
9
10  260 . written language in a social context. Logo also represents
    Insert ¶ #
11  a graphic mark, emblem, or symbol used to aid and
12  promote public identification and recognition (it can also
13  include text of the name it represents as in a wordmark).
14  Logo is another form of trademark or branding (sounds
15  like mark of beast in the forehead because of perception due
16  to the fact that Logos originally stands for The WORD of God and
17  not the words of the World) 2 Corinthians 4:1 — ①Therefore
18
19  261 . seeing we have this ministry, as we have received mercy,
    Insert ¶ #
20  we faint not; ②But have renounced the hidden things of
21  dishonesty, not walking in craftiness, not handling the
22  word of God deceitfully; but by manifestation of the truth
23  commending ourselves to every man's conscience in the
24  sight of God. ③But if our gospel be hid, it is hid to them
25  that are lost: ④In whom the god of this world hath blinded
26  the minds of them which believe not, lest the light of the
27  glorious gospel of Christ, who is the image of God should shine unto them.
28

87
Page Number

1   262. Another example of false prophets handling the word
    *Insert ¶ #*
2   of God deceitfully to blind the minds of humanity in order
3   to keep them in darkness and away from Jesus Christ of
4   Nazareth being their savior is: Revelation 1:8- I am the
5   Alpha and Omega, the beginning and the ending, saith
6   the Lord, which is, and which was, and which is to come,
7   the Almighty. The word Alpha means: 1st letter of Greek alphabet,
8   the vowel sound represented by this letter (a) ② Alpha, Astronomy
9

10  263. used to designate the brightest star in a constellation. ③ Chemistry
11      *Insert ¶ #*
12  (of an animal) having the highest rank in dominance of hierarchy; the
13  alpha female of an elephant pack. Next, the word alphabet: alpha=above
14  definitions + bet=second letter in Phoenician alphabet and the letters
15  name means "House" now put them together and you get Alpha=Astronomy
16  + bet=house (Astronomy House = House of witchcraft). then omega=
17  the 24th letter in the greek alphabet which is the last letter and the
18  word omega means "great O". Finally before I add it up the

19  264. last part is the movie Alpha and Omega for kids in which
20      *Insert ¶ #*
21  Alpha is a female wolf and Omega is a male wolf. Now, all
22  this sum up to ④ The movie Alpha and Omega equals Wolf(Beast)=
23  "I.MAGE (eye magic)" ② The Alphabet equals to
24  "Astronomy House, House of Witchcraft, Babylon" meaning
25  "Sound-Phoneme Greek" ④ The word Alpha equals
26  1st letter of greek alphabet, the vowel sound of the letter(a), Alpha,
27  Astronomy, Alpha Centauri (triple star system in southern constellation
28  of Centaurus/south pole) meaning "LOGOS" equals the
    mark of Beast in Hand(Phone) & Forehead (movies,tv,digital realm)
                                                              Technology

* They swapped WHICH
with WITCH because it's mentioned
3 times symbolizing TRINITY (Alpha Centauri)
not the Father, Son, and Holy Ghost... (Revelation 1:8)

## SEASONS of The False Prophets Deception, Pimping & Harlotry



The End of their

1  2u5. False prophets (THEIR END) Matthew 7:15 ⑮ BEWARE
Insert ¶ #
2  of false prophets, which come to you in sheep's clothing,
3  but inwardly they are ravening wolves. ✳ Now lets go
4  to Genesis 1:14 - And God said, let there lights in the
5  firmament of the heaven to divide the day from
6  the night; and let them be for signs, and for seasons,
7  and for days, and years,... Here are a few seasons
8  and Holidays that have a different meaning or
9
10 2u6. overlooked meaning. #1 Autumn, also know as fall
11 Insert ¶ #
   has Halloween in its season, Ironically, by autumn
12 being labeled as fall and Halloween being labeled
13 All Hallow's Eve, this pagan holiday is demonic,
14 satanic, and full of devil worship as it indoctrinates
15 the children since the children are the next generation.
16 Autumn/Fall indirectly glorifies the serpent for
17 causing eve to fall in the garden. Genesis 3:1 - Now
18
19 2u7. the serpent was more subtile than any beast of the
20 Insert ¶ #
21 field which the LORD God had made. And he said unto the
22 woman, Yea, hath God said, Ye shall not eat of every tree
23 of the garden ✳ This, was the first voice (sound) that
24 Eve heard after being created. This was the first
25 time the serpent twisted the word of God (logos).
26 Genesis 3:4-6 ④ And the serpent said unto the woman,
27 Ye, shall not surely die: ⑤ For God doth know that
28 in the day ye eat thereof, then your eyes shall be

89
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  268 . opened, and ye shall be as gods, knowing good
   *Insert ¶ #*
2  and evil. ⑥ And when the woman saw that the tree
3  was good for food, and that it was pleasant to the eyes,
4  and a tree to be desired to make one wise, she took
5  of the fruit thereof, and did eat, and gave also unto
6  her husband with her, and he did eat. ✻ This is the second
7  time she heard his voice (sound) as he twisted the word
8  of God (logos) just to plant a picture in her head

10 269 . (image). Genesis 3:7-8 ⑦ And the eyes of them were
   *Insert ¶ #*
11 both opened, and they knew that they were naked; and
12 they sewed fig leaves together, and made themselves
13 aprons. ⑧ And they heard the voice of the LORD God
14 walking in the garden in the cool of the day: and Adam
15 and his wife hid themselves from the presence of the
16 LORD God amongst the trees of the garden. ✻ This
17 is where her eyes opened however they were naked so

19 270 . they made them some clothes to cover up their nakedness
   *Insert ¶ #*
21 which makes sense on why clothing is a tool people use
22 to project a certain image in society. This is also how
23 Figueroa became a hoe street where women walks
24 around naked to make some money. This is also
25 a reprentation of the police showing up on prostitution
26 streets and the men and women hide themselves when
27 they see or hear the police, like Adam & Eve did to God. Mind
28 you, this passage also shows that Eve finally heard the

90
---
Page Number

1  ‖1. Lords voice; however it was after the serpent had already
Insert ¶ #
2  talked to Eve and caused them to fall. So basically, Autumn
3  symbolizes Adam and Fall symbolizes going downward and
4  the Halloween symbolizes Hallow Eve. This is crossing of
5  words also known as twisting words which is exactly what
6  the serpent did to Eve. The crossing of words is where
7  perversion (A twisted truth) and witchcraft (word curses) were
8  birth out in the garden of Eden when Eve believed the

10  272. Serpent then ate of the tree of good and evil. In this
Insert ¶ #
11  season the serpent used the same tactics perversion (a twisted
12  truth) and witchcraft (word curses) however this time the tree
13  of good and evil (knowledge) was "MONEY", the perversion used as weapons
14  in this season is sexuality, identity, education, career, technology,
15  religion, family, faith, Bible, morality etc. The witchcraft used as weapons
16  are spells, lies, slander campaigns, influential peddling, obstruction
17  of justice, and Biblical scriptures used to manipulate, exploit,
18

19  273. blackmail, etc. the people. So, what happened here is
Insert ¶ #
20  something we see everywhere in the world right now. It was
21  the enemy intentionally using such tactics against the people
22  so that they'd fall which then helps him profit off of the
23  demise, destruction, downfall, and/or death so that he can
24  advance his kingdom. Another name that goes with
25  Autumn/Fall is the words "Harvest Season" which is considered
26  the gathering of the fruit of ones labor. That means the enemy
27  has used the words Autumn, Fall, Halloween (Hallow Eve), and
28

274. Harvest Season to indirectly mock Adams fall behind
Eve listening to the serpent which caused their disobedience to
God to cause them to produce the serpent a harvest. The
word "Hallow" means to make holy, sanctify, consecrate, to
honor as holy; consider sacred; venerate; to hallow a battlefield.
The etymology of the word "Ween" is the slang word
for penis. Venerate means to regard with great respect;
revere. Eve is defined as: ① the evening or the day before a

275. special day ② Mother of all living (Genesis 3:20). ✳ In
the western christian practice, the liturgical (customary public
ritual of worship) celebration begins with its first vespers (evening
prayer)(in Catholic latin/Eastern rites, Eastern Orthodox, Oriental Orthodox,
and Lutheran liturgies) on the evening of 31 October, All Hallows
Eve (All Saints Eve) and ends at the compline (night prayer) of
1 November. This is the day before All Souls Day (the commemoration
of the poor souls in purgatory and gain them indulgences) on 2 November.

276. Roman Catholics take part in this portion of Allhallowtide (a
3 day religious observation called a triduum). Allhallowtide is a "time"
to remember the dead, including martyrs, saints, and faithful
christians. Hallowsday (All saints' day) and thus of its vigil (Halloween)
was established for Rome perhaps by Pope Gregory III (731-741)
and was made of obligation throughout the Frankish Empire
by Louis Pious in 835. In the 11th century All Souls' Day was
popularized, after Abbot Odilo established it as a day for the monks
of Cluny and associated monasteries to pray for the dead. ✳ When

92

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

217. I see "Allhallowtide" being called a triduum to me
Insert ¶ #
it symbolizes a "false Trinity"; in fact it doesn't symbolize
anything because It is a "false trinity" when it comes to
Christianity and I have many reasons for renouncing
this as a part of Christianity. The first reason is since
the church was "built" off if Jesus then the only Trinity is
The Father, The Son, and The Holy Ghost. The second reason is
Luke 20:38 - For he is not a God of the dead, but of the living;

218. for all live unto him. Matthew 8:21-22 And another of
Insert ¶ #
his disciples said unto him, Lord, suffer me first to go and
bury my father. (22) But Jesus said unto him, Follow me;
and let the dead bury their dead. Numbers 6:11 - And the priest
shall offer the one for a sin offering, and the other for a
burnt offering, and make an atonement for him, For that
he sinned by the dead, and shall hallow his head that same
day. Numbers 6:48 - And he stood between the dead and the

219. living, and the plague stayed. Numbers 19:11 - He that toucheth
Insert ¶ #
the dead body of any man shall be unclean seven days.
Numbers 19:16 - And whosoever toucheth one that is slain with
a sword in the open fields, or a dead body, or a bone of a man, or
a grave, shall be unclean seven days. Finally, reason, is because
God says let the dead bury the dead; so ritualism
and days of religious prayers for the dead are all
done in vain & they go against the words of Christ, which
means they symbolize the Anti Christ & To conclude this

93
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  280. topic using a steganography for the words Autumn, Fall
2  Halloween (Hallow Eve) and Harvest Season I will decode a
3  perverted meaning hiding in plain sight. HallowEve= Holy Mother
4  of all living + Halloween= sanctify the penis + Autumn=
5  of Adams' + Fall= Falling nature + Harvest Season (put it all together)
6  Holy mother of all living sanctify the penis of Adam's falling
7  nature; Holy mother of all living sanctify the evening of November
8  2nd as All souls day in remembrance of the harvest season

10  291. of the dead (this is just what I got from looking at the
11  words. But when I was researching Thanksgiving because its the
12  next holiday, which is still considered to some as being Autumn
13  also known as fall, I found under Black Friday my 2 aunts and
14  one of their husbands plus I found the word SACS. The
15  word SAC means Southern Association of Colleges and Schools. Its
16  headquarters are in North Druid Hills Georgia near Decatur in
17  the Atlanta Metropolitan area and Decatur Georgia is where my

19  292. partner was born. So this confirms my halloween assumption
20  about Adam and Eve.) Let me also breakdown "Allhallowtide"
21  which is called a triduum according to Catholicism. As I said
22  before triduum is a false trinity because its for the dead and
23  God is a living God. "Allhallowtide" means "Hallow= consecrate" +
24  "tide= flood" (put it all together) "total consecrated flood" and since
25  its pertaining to the dead it will be a "totally consecrated flood
26  of the dead (from October 31- Nov 2)". I cast out any spirit of
27  infirmity that came into peoples lives through pride, rejection,

94

Civil Rights Complaint Pursuant to U.S.C. § 1983

233. trauma, accidents, witchcraft in the name of Jesus Christ
Insert ¶ #
of Nazareth. Lord, I command all spirits of lust, perversion,
adultery, fornication, uncleanness, and immorality to come
out of our sexual character in the name of Jesus Christ of
Nazareth. I command all spirits of witchcraft, sorcery, divination,
and occultism to come out in the name of Jesus Christ of Nazareth.
I speak to all generational and hereditary spirits operating in
our lives through curses to be bound and cast out in the

234. name of Jesus Christ of Nazareth. I command all
Insert ¶ #
spirits operating in my back, spine, sexual organs, skeletal
system, stomach, navel, abdomen, mind, heart, spleen, kidneys
liver, pancreas to come out in the name of Jesus Christ of
Nazareth Amen. ✳ Autumn, also known as fall
has Thanksgiving in its season. The story of Thanksgiving
is stated to had been first celebrated on September 8, 1565
in St Augustine, Florida. It was the Native Americans and

235. Spanish settlers that held a feast as the Holy Mass was
Insert ¶ #
offered. A second Thanksgiving celebration occurred on American
soil on April 30, 1598 in Texas when Don Juan de Oñate declared
a day of Thanksgiving to be commerated by the Holy Sacrifice of the
Mass. The Catholics considered Squanto, the Native American man
to be the beloved hero of Thanksgiving. Squanto mediated
between the Puritan Pilgrams and the Native Americans. He
had been enslaved by the English but was freed by Spanish Franciscans.
Squanto was a baptized Catholic Native American who

95
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  286 . orchestrated what became known as Thanksgiving. ✱ The
   *Insert ¶ #*
2  Franciscans are a group of related mendicant (Roman
3  Catholic religious orders that have adopted for their male members
4  a lifestyle of poverty, traveling, and living in urban areas for
5  purposes of preaching, evangelizing, and ministry to the poor.)
6  Other mendicant orders are : Order of the Most Holy Trinity and
7  of the Captives (The Trinitarians) the founding-intention for the order
8  was the ransom of Christians held captives. In addition to ransoming
9
10 287 . Christian captives their ministry included hospitality, care of the
11    *Insert ¶ #*
12 sick and poor, churches, education, etc. The ransom is for the Christians
13 that are held captive by Muslims. The Order of Preachers also known
14 as the Dominican Order was founded to preach the gospel and to
15 oppose heresy. The order is famed for its intellectual tradition by
16 having produced many leading theologians and philosophers. This
17 order was also into Mysticism which refers to the conviction that
18 all believers have the capacity to experience God's love and that this
19
20 288 . love may manifest itself through brief estatic (religious ecstasy)
   *Insert ¶ #*
21 (ecstacy - is also a drug pill people use to get high and enjoy sexual pleasures)
22 experiences, such that one may be engulfed by God and gain immediate
23 knowledge of him, which is unknowable through the intellect alone . (No
24 wonder ecstasy was so big in the black communities.) The Patron
25 Saints under this order is Saint Dominic (Dominic de Guzman, born in
26 present day Castile-Leon, Spain) He is the patron saint of astronomers
27 and natural scientists. Saint Mary Magdalene the one who witnessed
28 the crucifixion & burial of Jesus plus she was the first person to see

1  289 . him after the Resurrection. Mary ~Saint~ Magdalene is the patron
   Insert ¶ #
2  Saint of Apothecaries(pharmacist and chemist), Arahal, Spain(a place
3  in the path where stopping to rest) in Arahal, Spain their are a few
4  monuments like Nta. Sra. de la Victoria Church, Vera-Cruz church
5  (founded by Knights Templar which is a Military order of the Catholic Church),
6  Nta. Sra. del Rosario convent (of the Rosary convent), San Roque Church
7  (patron against diseases and healer of contagion of all kinds), Santa Maria
8  Magdalena parish-church, and finally San Antonio Hermitage (retreat).
9
10  290 . Atrani, Italy(sound like a tranny. aka transexual) Casamicciola
    Insert ¶ #
11  Terme (Main Sights : Church of Sant Antonio al Mortito dedicated to Saint
12  Anthony of Padua born in Lisbon Portugal, was given the title Doctor
13  of the Church. Anthony's attributes consisted of the : Franciscan
14  habit, lily (purity, innocence, and rebirth), book(a medium for recording information)
15  tonsure(practice of cutting or shaving hair as a sign of religious humility or devotion
16  in Catholicism. * I believe this is hypocrisy because Sampson was an Israelite warrior
17  and judge who was know for his prodigious strength that came from his hair until
18
19  291 . Delilah found out where his strength came from then she cut his hair to
20  Insert ¶ #
21  weaken him), Holding the Infant Jesus, mule(a hybrid between a female horse
22  and a male donkey meaning Jackass. Anthony of Padua is the patron
23  saint of Custody of the Holy Land(the mission of the Custody of the
24  Holy Land is to guard "the grace of the Holy Places" of the Holy
25  Land and the rest of the Middle East, "sanctified by the presence
26  of Jesus" as well as pilgrims visiting them, on behalf of the Catholic
27  Church. Activities owned by the Franciscan order are : Terra Santa
28  College in Nicosia, Cyprus, and Magnificat Institute in Jerusalem. The

97
Page Number

1. 292. Custody has a communication department in charge
2. Insert ¶ # of the official media in the Holy Land, which is based at
3. the Terra Sancta College in Jerusalem that has a multimedia
4. centre broadcasting news programmes in different languages,
5. an editorial office of the Christian Media Center and the
6. Terre Sainte Magazine in French.), Anthony of Padua is patron
7. saint of Miracles (my daughter who is in foster custody name), travelers, finding
8. one's spouse (sounds like cupid), pregnancy (I haven't been able to conceive with my
9. 
10. 293. partner Antonio), harvests (all my resources have been held/dried up for 6 years)
11. Insert ¶ # animals, lost souls (there's many of those like never before), lost people (people been
12. disappearing), poverty (USA is in a famine), sterility (my partner), the sick (USA was hit
13. with Covid 19 killing thousands of people), the disabled (USA is full of disabled people),
14. the oppressed (All over the world), the hungry (All over the world), the elderly (All over the
15. world), Faith in the Blessed Sacrament, sailors, fishermen (need more soul winners for Jesus)
16. watermen (organism: Poseidon, Oceanus, Amphitrite, etc.); swineherds; mail carriers (my
17. mail and other people mail has been tampered with), counter-revolutionaries, indigenous
18. 
19. 294. peoples of the Americas, etc.) Now back to Mary Magdalene (where
20. Insert ¶ # I found Anthony of Padua) She is the patron saint over the rest of
21. these. Ischia (Italian Island in the Tyrrhenian Sea), Contemplative
22. life (lifelong journey to God in prayer and worship), converts (religious
23. Conversion), glovers (maker of gloves), hairdressers, Kawit (a province
24. of Cavite, Philippines whose sister city is Sakegawa, Japan), Amadeo, Cavite
25. (in Philippines), Magdalena (Laguna Philippines), Santa Magdalena (in
26. Philippines), perfumeries, people ridiculed for their piety (piety = virtue),
27. pharmacists, Pililla (in Philippines), penitent sinners, tanning (is

Civil Rights Complaint Pursuant to U.S.C. § 1983

295. the process of treating skins and hides of animals to produce leather),

Insert ¶ #  Saint

Sexual temptation, and women. Catherine Siena attributes are:
ring, lily, cherubim (a winged angel according to bible), crown of thorns (was
placed on Jesus head for his crucifix), stigmata (body wounds that appear in
areas corresponding to the wounds of Jesus Christ), crucifix, book, heart,
skull, dove, rose, miniature church, miniature ship bearing Papal
coat of arms (mark of beast in my eyes). St Catherine Siena is the patron
saint of: against fire, bodily ills, people ridiculed for their piety, nurses,

296. Sick people, miscarriages, Europe, Italy, Diocese of Allentown,

Insert ¶ #

Pennsylvania, US; Bombono Nueva Vizcaya (in Philippines), and Samal
Bataan (Philippines). You have just read the 3 saints, their
attributes, and patronage (what/who the "protect or pray for); The 3
saints under the Dominican Order that you just learned about was
St Domic, St Mary Magdaline, and St Catherine. Before I go back
to St Francis, I will name a few more saints over certain
topics ① St Cecilia attributes: flute, organ, roses, violin, harp, Baritone,

297. harpsichord, songbird, singing. St Cecilia patron of: Hyms, great

Insert ¶ #

musicians, luthiers, poets, Albi, France, Archdiocese of Omaha, Mar del
Plata, Argentina (Pope Francis is from Argentina) Pipe Organs ② Saint
Jesus Malverde born in Sinaloa Mexico. Jesus Malverde
is patron of Mexican drug cartels, drug trafficking, outlaws,
bandits, robbers, thieves, smugglers, people in poverty (he
became a Saint in Sinaloa, Folk Catholicism) ③ St Maximilian
attributes: Franciscan habit, Rycerz Niepokalanej (a Polish Roman
Catholic monthly magazine), Nazi concentration prison uniform,

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  298. Nazi concentration camp badge, crucifix, rosary. He is
Insert ¶ #
2  the patron of: families, recovery from drug addiction, prisoners,
3  amateur radio operators, journalists, political prisoners, pro-
4  life movement, esperantists, Militia immaculate (army of the immaculate
5  one) His face was also commemorated on a West Germany stamp in
6  1973. ④ St Genesius of Rome is the patron saint of: Actors, playwrights,
7  clowns, comedians, comics, converts, dancers, musicians, printers
8  stenographers, epileptics, thieves & torture victims. ⑤ Saint Columba

9

10  299. of Spain they celebrate her on September 17 annually (*this
Insert ¶ #
11  is my partners birthdate). St Columba of Spain is the patron of
12  magic, witches, magicians, wizards, hags, andorra, chevilly &
13  galicia. Her shrine is at Old Castile, priory of St Columba and the
14  royal Abbey of Our Lady at Najera. ⑥ Saint John Bosco is the
15  patron of christian apprentices, editors, publishers, students, young
16  children, magicians, juvenile delinquents, Piura Peru, Brasilia
17  Brazil ⑦ St Albertus Magnus aka Albert the Great/Albert

18

19  300. of Cologne he is the patron of those who cultivate the
Insert ¶ #
20  natural sciences, medical technicians, philosophers, and scientists.
21  His scientific career fields were: natural science, alchemy, jurisprudence,
22  diplomacy, theology, and Natural philosophy. His main interests:
23  philosophy, physiology, mineralogy, astrology, geography, astronomy,
24  music theory, natural science, alchemy, jurisprudence, diplomacy,
25  theology, and natural philosophy. *** Returning to The
26  Franciscans (explanation) they are a group of related mendicant
27  Christian religious orders within the Catholic Church. It

1  301. Was founded in 1209 by the Italian saint Francis
Insert ¶ #
2  of Assisi, the Order of Friars Minor was for men. Their
3  Motto is: Peace and the good and their ministry consisted of
4  Preaching, missionary, educational, parochial, & charitable
5  works. the Order of Saint Clare which is the Franciscan's
6  Second branch was founded by Clare of Assisi and Francis
7  of Assisi on Palm Sunday, this order is for nuns. St.
8  Francis had a third order which was for people
9
10  302. of both sexes that were married but couldn't leave
Insert ¶ #
11  the world or abandon their avocations, but still were part
12  of the Franciscan movement. He also had a Secular Franciscan
13  order that let men and women make a spiritual commitment
14  to their own Rule. however the Secular Franciscan fraternities
15  can not exist without the assistance of the first and
16  second Franciscan Order. Since Clare of Assisi is one of
17  the founders for the Order of Saint Clare (2nd branch of the
18
19  303. Franciscan Order) I will describe her attributes: Monstrance,
Insert ¶ #
20
21  PYX (boxwood receptacle), lamp, habit of the Poor Clares. Saint
22  Clare is the patron of: eye disease, goldsmiths, laundry, television,
23  bicycle messengers, good weather, needleworkers, remote
24  viewing, extrasensory perception, Santa Clara, California,
25  Santa Clara Pueblo, New Mexico, Obando, Bulacan, Philippines.
26  Saint Francis attributes were: Franciscan habit, birds, animals,
27  stigmata, crucifix, book, and a skull. Saint Francis of
28  Assisi was patron of: Franciscan Order, poor people, ecology

101

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  304. animals, stowaways, merchants, Aguada (town in Puerto
2  Rico); Naga, Cebu (in Philippines); Balamban, Cebu (in Philippines),
3  Dumanjug, Cebu (in Philippines); General Trias (in Philippines),
4  and Italy (THE END OF THE FRANCISCANS under Saint Francis of Assisi)
5  Finally, here are a few names of people and places with the
6  Word "Franc" in the beginning. In year 1539, France was the
7  1st Country to establish a nationwide population register
8  using the Catholic parish register. Francis Solanus born
9
10  35. March 10, 1549 - July 14, 1610 was a Spanish Friar and
11  Missionary in South America, belonging to the Order
12  of Friars Minors (the Franciscans) and is honored as a
13  Saint in the Roman Catholic Church. He is the patron saint
14  of ARGENTINA, BOLIVIA, CHILE, PARAGUAY, PERU,
15  Also against earthquakes. He was born in Montilla, Spain
16  and he died in Lima, Peru. 3 Francis Albert Lai born
17  in Nice, Alpes-Maritimes, France. He was a Film score
18
19  36. composer who did music for film. 4 Francis Patrick
20  Mary Brown was a distinguished Irish Jesuit and
21  a prolific photographer (did the photos of RMS Titanic. He
22  also was a military chaplain during First World War.
23  He was born in Cork, Ireland and died in Dublin
24  Ireland. 5 Francis Brown Wai was born in Honolulu,
25  Hawaii and he died in Leyte Philippines. He was a
26  US Army Captain who was killed in action the
27  liberation of Philippines Island from Japan (End of Topic
28  for Thanksgiving which led me to The Franciscans). Some people call
   thanksgiving "FRANKSGIVING" because of Franklin D. Roosevelt.

Civil Rights Complaint Pursuant to U.S.C. § 1983

102

357. Black Friday is not an official holiday in the U.S.
*Insert ¶ #* at California and some other states observe "The Day After
Thanksgiving" as a holiday for state government employees.
The SouthPark neighborhood of Charlotte, North Carolina is
the most trafficked area of the US on Black Friday. The neighborhood
was once a part of a 3,000 acre (1,200ha) Farm owned by Former
North Carolina Governor Cameron Morrison. The front
entrance to the mall is on Sharon Road. ✳ Right here.

358. under the Black Friday topic based on SouthPark I see
*Insert ¶ #* my aunt Charlottes name in whom she is married to
Morris' her husband and then I see my Sharon's
name as well and she's my other aunt (they both worked
with kids) plus she's Charlottes older sister as well.) Then,
when you scroll down and click on Transportation infrastructure
(wikipedia search SouthPark, Charlotte) you will see bus #'s for their
transit system (C.A.T.S.= Charlotte Area Transit System); #29 (UNC Charlotte)

359. Crosstown) click on UNC Charlotte and it will redirect you
*Insert ¶ #* to University of North Carolina at Charlotte then you will see the
school information. When you see accreditation is shows SAC and
and a little further down you see the word Chancellor with the
name Sharon Gaber (mind you Sharon is the name of my aunt
who worked at a childcare, Sharon is also the mom of my cousin
Domekia (who messed with me when I was around 7 (incest/homosexuality)
and Sharon has a son named Steven who messed with me til I was
almost 17 years old (incest) all behind another parties witchcraft,

103
*Page Number*

Civil Rights Complaint Pursuant to U.S.C. § 1983

310. perversion, narcissism, Scandal, etc. that was coming
*Insert ¶ #*
from people misusing their position of power that was supposed
to lead people to Jesus Christ of Nazareth in Italy. Messed my
head up to actually come to the reality of the depth of my pain
that was stemming from a part of the world that I've never
Seen. But to make things worst in order to confirm my statement
then return to the rest of my story let me show you Italy's (Babylon/Rome)
Scandal that reaches "ALL OVER THE WORLD". Catholicism

311. is a Christian church that "VENERATE" (to honour or very
*Insert ¶ #*
much respect a person or thing) basically to venerate means
to "reverance, worship". Catholicism venerates people & things
who they feel are worthy of being given respect for their
attributes or past accomplishments. Now there's nothing wrong
with wanting to respect the accomplishments of others from
the past because that's how generations learn from each other.
Disclaimer: What I am about to say will open your mind to another

312. level of thinking that comes from the wicked, depraved, and
*Insert ¶ #*
perverse mind of the enemy but it will also confirm why God
gave certain commandments to protect His people. Now, the way that
Catholicism venerates people or things is in a form of Idolizing
the dead while attempting to control the present so that they
can ensnare the future generations. "Let me pin their moves so that
I can paint their picture and I'm going to paint their
picture So that "YOU" may be able to pin their moves quote by
Victoria Dillworth LOL). ① They put a seal on you at birth (footprint,

104
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

313. birth certificate, social security number ③ They have their
*Insert ¶#* professionals monitor your whole life (pediatrician, dentist, etc)
← Please remember this Beast is a system with Billions of peoples identity
inside that it controls & NOBODY is EXCEMPT WHETHER YOU ARE RICH, POOR, FREE,
or BOND & race doesn't MATTER PERIOD!! (!) Now, I understand there were
systems before this time however those were destroyed but the one that
has been put in place today came from Catholicism and France was
the first country to use their registry in 1539 (the Catholic Parish Registry).

314 See, people fail to realize that while Europeans were playing
*Insert ¶#* the game "Scatter Africa" the mother land that they were learning
other peoples way of living, culture trends, inventions (like Asia,
Egypt, Babylon, etc) so that they could build, divide to conquer,
steal/replicate to rename as their own. They wrote things
down in their own words (better yet in their own languages) because
playing with sound and words is a subtle way to manipulate
a person who lacks the knowledge of the truth which brings me

315. to my next point) ③ As a child (modern days) you are expected
*Insert ¶#* to go to school in order to learn what is necessary to be
accepted in their system (professional field) because they
know you gotta make money to live in their world (but what
people fail to realize is in their world they make money off of
you being in their system as soon as your born and they use
you to make money as soon as you die. Ex: funeral, debt, fraud, etc.).
④ In the professional field they make money off of you,
they also tax you (which is more money), then you have to

105
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   316. pay them to live (bills, entertainment, food, travel, child care, etc)
*Insert ¶ #*
2   now when I say them I talking about the chain of command
3   that consists of countries debt, international trade, governments
4   (federal & state), corporations, & even streets (depending on the person).
5   ⑤ Now to bring it full circle and back to European & Catholicism,
6   Europe Kings & Queens rule different countries under different
7   titles. The Roman Catholics have their churches planted in
8   different countries under different titles (ex: ArchDiocese of Atlanta)
9
10  317. Catholic Church, East Orthodox Catholic Church, Roman Catholic
*Insert ¶ #*
11  Church, etc) also different positions of hierarchy such as Pope,
12  Priest, nun, etc and they have sub categories that range
13  from Education, Hospitals, Finances, military orders,
14  etc. So with all this being said, here's two kingdoms
15  that worked together on conquering everybody else until
16  the other kingdom got out of hand and moved with betrayal.
17  ⑥ However, the betrayal came into full affect after
18
19  318. the legalization of same sex marriages in 2015 because
*Insert ¶ #*
20  same sex marriage (under Barack Presidency) is when the
21  spirit of Perversion was activated which only means
22  a twisted truth. So, what that did was Awaken the dead, the
23  demons, witches, etc that was already put into place
24  by the idolatry of both Kingdoms which consisted
25  of them coveting, stealing, & entertaining the paganism
26  of other peoples religions now don't mistake that I
27  am saying that it didn't exist already because thats not what I am
28  saying instead I am saying the mixing of the religions caused strange fire.
    So the confusion at hand                is because of the truth and the lie
    colliding.

319 ==Christmas December 25==

Insert ¶ #

Christmas is an annual festival commemorating the birth of Jesus Christ, observed primarily on December 25 as a religious and cultural celebration among billions of people around the world. The history behind Christmas is vague, so I will break down Santa Claus also known as Father Christmas, Saint Nicholas, etc. Since Saint Nicholas is venerated

320 by the Catholic church I will talk about him. He was

Insert ¶ #

born March 15, 270 (Roman Empire) and he died December 6, 343 (Roman Empire, Diocese of Asia). Little was known about the historical Saint Nicholas however one of his most famous incidents from his life is that it was said that he rescued three girls from being forced into prostitution by dropping a sack of gold coins through the window of their house each night for three nights so their father could pay a dowry for each

321 of them. Saint Nicholas is the patron saint over these

Insert ¶ #

Categories: Children, coopers, travelers, sailors, fishermen, merchants, broadcasters, the falsely accused, repentant thieves, brewers, pharmacists, archers, pawnbrokers, unmarried people, prostitutes, Prilep, Aberdeen, Galway, Russia, Greece, Hellenic Navy, Liverpool, Bari, Siggiewi, Moscow, Amsterdam, Lorraine, Royal School of Music and Duchy of Lorraine, students in various cities and countries around Europe & Russian Navy. Another thing about Saint Nicholas is that he was a monk

107

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  322. and he was born in Patara, Turkey. * After Saint Nicholas
Insert ¶ #
2  the prominence of Christmas Day increased gradually after
3  Charlemagne, also known as Charles the Great who was
4  King of the Franks (a Germanic speaking people whose land was
5  divided into different kingdoms like ② West Francia became the
6  Kingdom of France, East Francia became the kingdom of Germany,
7  and Middle Francia became the kingdom of Lotharingia in the
8  north, kingdom of Italy in the south, and the kingdom of
9
10 323. Provence in the west.) Charles the Great was King of
11 the Franks from 768 when he was crowned as the Emperor
Insert ¶ #
12 of the Romans by Pope Leo III on December 25, 800. Pope
13 Leo III was the bishop of Rome (the pope which was head of the
14 worldwide Catholic Church and he was ruler of the papal states
15 which were the major states of Italy.) * So basically if Christmas
16 is supposedly the day to worship the birth of Jesus then what
17 Jesus are people worshipping? because Saint Nicholas who
18
19 324. is supposedly, the pagan representation of Jesus Birth
20 because Saint Nicholas allegedly lived in a crypt near Bethlehem
Insert ¶ #
21 because Saint Nicholas allegedly lived in a crypt near Bethlehem
22 where the Nativity of Jesus is believed to have taken place and that's
23 where the Church of Saint Nicholas in Beit Jala, a Christian town
24 of which Nicholas is the patron saint. Then you have Charles
25 the Great who was crowned Emperor of Rome on December 25, 800
26 and then you also have Jesus Malverde who is a drug
27 lord and they made him a saint in the catholic church
28 located in Sinaloa, Mexico? So what Jesus is really being

108
Page Number

1  325. represented by the church and the pagan holidays.
2  *Insert ¶ #* Also, one of Santa's sayings is: Ho, Ho, Ho Merry Christmas
3  and what I see when I hear that is Horace Marriage
4  Christ's Massacre, which is exactly what they tried
5  to do; thinking that they were cheating me out of
6  my inheritance (that's where we are now). Horace also stands
7  For Ho Race, which would symbolize Babylon's Mystery
8  The Mother of Harlots and the abominations of the

10  346. Earth (Revelation 17) which is the First Bridegroom and
11  *Insert ¶ #* Bride, then after Babylon falls comes the Marriage of
12  the lamb. However, under this guise of treachery we
13  see that Hamas has hit Israel which lets us know
14  that all those individuals (Muslims) are the seeds of the
15  serpent because if they weren't then they would have
16  never touched "The Holy Land". Also, they go by the name
17  Hamas which people will say is from Ham who is one of

19  32*). Noah's son and that would further prove that they
20  *Insert ¶ #* are all Canaanites and Europe Kingdoms are Cain (same
21  thing because Cain was cursed and Ham's son Canaan
22  was cursed). Now, what people may have not known
23  is "Yeshua Hamashiach" means "Jesus the Messiah" so
24  why is Hamas proclaiming Allah and denouncing the
25  very God that their name stems from? Do you know
26  that Christmas (Santa Claus) is how they indirectly planted
27  the seed of pimping and hoeing to our children because
28

1  328. the story of Saint Nicholas talks about him rescuing
Insert ¶ #
2  three girls from being forced into prostitution by dropping
3  a sack of coins through the window of their house each
4  night for three nights so their father could pay a dowry (the
5  money, goods, or estate that a woman brings to her husband
6  or his family in marriage) but that's not scripture! In
7  Genesis 24: 21-23, 28-46 (21) And the man wondering at her
8  held his peace, to wit whether the LORD had made his

10  329. journey prosperous or not. (22) And it came to pass, as
Insert ¶ #
11  the camels had done drinking, that the man took a
12  golden earring of half a shekel weight, and two bracelets
13  for her hands of ten shekels weight of gold. (23) And said,
14  Whose daughter art thou? tell me, I pray thee: is there room
15  in thy father's house for us to lodge in? (23) And the damsel ran,
16  and told them of her mother's house these things. (29) And
17  Rebekah had a brother, and his name was Laban: and

19  330. Laban ran out unto the man, unto the well. (30) And
Insert ¶ #
20
21  it came to pass, when he saw the earring and bracelets upon
22  his sister's hands, and when he heard the words of Rebekah
23  his sister saying, Thus spake the man unto me; that he came
24  unto the man; and behold, he stood by the camels at the
25  well. (31) And he said, Come in, thou blessed of the LORD; wherefore
26  standest thou without? for I have prepared the house, and
27  room for the camels. (32) And the man came into the house:
28  and he ungirded his camels, and gave straw and provender

1  331. for the camels, and water to wash his feet, and the
   Insert ¶ #
2  men's feet that were with him. (30) And there was set meat
3  before him to eat: but he said, I will not eat, until I have
4  told mine errand. And he said, Speak on. (31) And he said,
5  I am Abraham's servant. (35) And the LORD, hath blessed
6  my master greatly; and he is become great: and he hath
7  given him flocks, and herds, and silver, and gold, and
8  menservants, and maidservants, and camels, and asses.

10 332. (36) And Sarah my master's wife bare a son to my master
   Insert ¶ #
11 when she was old: and unto him hath he given all that
12 he hath. (37) And my master made me swear, saying, Thou
13 shalt not take a wife to my son of the daughters of
14 the Canaanites, in whose land I dwell: (38) But thou
15 shalt go unto my father's house, and to my kindred,
16 and take a wife unto my son. (39) And I said unto
17 my master, Peradventure the woman will not follow

19 333. me. (40) And he said unto me, The LORD, before whom
   Insert ¶ #
21 I walk, will send his angel with thee, and prosper thy way;
22 and thou shalt take a wife for my son of my kindred; and
23 of my father's house: Genesis 24:50-53 (50) Then Laban and
24 Bethuel answered and said, The thing proceedeth from the LORD:
25 we cannot speak unto thee bad or good. (51) Behold, Rebekah is
26 before thee, take her, and go, and let her be thy master's son's
27 wife, as the LORD hath spoken. (52) And it came to pass, that,
28 when Abraham's servant heard their words, he worshipped

/// 
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

34. the LORD, bowing himself to the earth. (53) And the

Insert ¶ #

servant brought forth jewels of silver, and jewels of
gold, and raiment, and gave them to Rebekah: he gave
also to her brother and to her mother precious things.
*** Now that you know what the scriptures
say, you see with your own eyes that the story
of Saint Nicholas story, is a perverted (twisted
truth) of God's word. However, Dowries have long

stealing from

35. histories in Europe, South Asia, (Africa), and other

Insert ¶ #

parts of the world but not in United States. Middle
East still practices the Dowry system however
in India, dowry is called Dahez in Hindu, and Jahez
in Arabic among the Islamic Community. In other
parts of India (eastern) the dowry is called Aavunnpot.
Dowry is a payment from the bride's family to the
bridegroom's family upon marriage. In Pakistan,

36. the dowry is called Jahez in Arabic. Pakistan's Muslims

Insert ¶ #

make dowry an obligation in Islamic practice. In
95 percent of all marriages in Pakistan involves transfer
of a dowry from the bride's family to the groom's
family. In Afghanistan the dowry is called Jehez
it is transferred from the bride's family to the groom's
family. *** This is called PIMPING not a marriage;
A woman isn't supposed to pay a man to be married
and this is what Jesus Christ died on the cross of

112

337. Calvary for, his death was for the remission

*Insert ¶ #*

of humanities sin so how can you put a price on a
person (male or female) when Christ gave his life for
ALL HUMANITY. Then to make matters worst they used
Christmas, as a way to plant the seed of Harlotry/athiesm.
Ho, Ho, Ho Merry Christmas seem so innocent to the
naive however then you have the question of have
you been naughty or nice? Even in some places

338. they have a person dressed up as Santa and

*Insert ¶ #*

the child goes to sit on a strangers lap just to take
a picture while their parents are talking about how
cute the child looks. What that parent doesn't know
is that subconsciously that gets programmed into a
childs mind. So, as they're growing up they remember
those moments which then confuses them when their
parents say stay away from strangers or don't accept

339. nothing from strangers. Instead of the child asking

*Insert ¶ #*

their parent why? they leave with a sense of confusion
because. Santa Claus is a ①stranger, he gives good
gifts, we celebrate the ③birth of the savior during
that time, and they were allowed to ④sit on a strangers
lap to take a picture that the ⑤parent said was cute.
It's something so simple as a holiday, movie, music
video, video game, etc. that plant and water seeds of
twisted truths (lies & perversion). #1, 2, 4, & 5 all look innocent
as 1 & 2 hides in front of Christ (purity, sacrificial love, etc) the
3 & 4 hides behind Christ's ~~Page Number~~ pureness of character but
1, 2, 3 & 4 are    Civil Rights Complaint Pursuant to U.S.C. § 1983
training tactics to be prostituted whether it be on the streets,
on stage, on T.V., at a job, to get a degree, or government assistance, etc.

340. Now during Christmas season which is Winter
*Insert ¶ #*
there's a such thing as Christmastide. Its different days
of celebrations during Christmas time and here's the list:
Dec. 25 - Christmas, Dec 26 - St. Stephen's Day, Dec 28 -
Childermas, Dec 31 - New Years Eve, Jan 1 - the feast of
the circumcision of Christ or the Solemnity of Mary, Mother
of God, and The Feast of the Holy Family (date varies)
* Saint Stephen's Day is to celebrate him as the first christian

341. martyr Saint Stephen's Day is celebrated on Dec 25 in Armenia
*Insert ¶ #*
and Dec 26 the Christianity. His attributes are: red martyr,
stones, dalmatic, censer, miniature church, Gospel Book,
martyr's palm, orarion. He's the patron saint of:
altar servers, native american Pueble, bricklayers; casket
makers, Cetona Italy, deacons, headaches, horses, Kessel
Belgium; masons, etc. The next holiday is Dec 28 called
Childermas (Massacre of the Innocents), this day is pertaining

342. to children *** Valentine's Day is the feast of
*Insert ¶ #*
Saint Valentine was known as a Bishop in the Roman empire
who ministered to persecuted christians. He was martyred and
his body buried on the Via Flaminia on February 14, which has
been observed as the feast of Saint Valentine also known
as St. Valentine's Day since the eighth century. He is also a
patron saint of Terni, Italy; epilepsy, affianced couples,
against fainting, beekeepers, happy marriages, love,
mentally ill people, plagues, Lesvos (for Catholics) Lesvos

114
*Page Number*

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  343. is also called Lesbos which is a Greek Island
Insert ¶ #
2  located in the northern Aegean Sea. The region includes
3  the island of Lesbos, Chios, Ikaria, Lemnos, and Samos.
4  A third of Lesbians live in the capital, while the remainder
5  are in small towns & villages. The larges are Plomari (the
6  southernmost on Lesbos Island & not too far from Plomari is
7  the church of Agios Pantelimones with the Saint Pantaleon
8  who is a saint over physicians, apothecaries, midwives, livestock,
9
10  344. lottery, lottery winners and victories, lottery tickets; invoked
Insert ¶ #
11  against headaches, constipation, locusts, witchcraft, accidents
12  and loneliness; helpers for crying children). Kalloni is
13  after Plomari then Gera Villages (Gera lesbos is named after
14  a lesbian city called Hiera (sounds like hierarchy) that may have been
15  Portus Hieraeus). After Gera there's Agiassos, Eresos, and
16  Molyvos (the ancient Mythimna) all this falls under
17  Saint Valentine (Valentines Day). * ** Now, let's talk
18
19  345. about names and death because this will prove a point
Insert ¶ #
20  I will make later on in the packet. The Catholic Encyclopedia
21  and other hagiographical (is a biography of a saint or an
22  ecclesiastical leader, as well as, by extension, an adulatory
23  and idealized biography of a preacher, priest, founder, saint,
24  monk, nun or icon in any world's religions (NOT the REAL
25  thing because this is IDOLATRY & WORSHIP OF THE DEAD).
26  Christian hagiographies ascribed to men and women are
27  canonized (declaration of a deceased person as an officially recognized
28

1  346. saint) by the Roman Catholic, Eastern Orthodox,
   Insert ¶ #
2  Oriental Orthodox Churches, and the Church of the
3  East (is also called East Syriac Church, Church of Seleucia-
4  Ctesiphon, the Persian Church, the Assyrian Church, the
5  Babylonian Church, or the Nestorian Church was the
6  Eastern Christian Church of the East Syriac Rite based
7  in Mesopotamia. It was one of three major branches of Eastern
8  Christianity that arose from the Christological controversies of

10  347. the 5th & 6th centuries, alongside the Oriental Orthodox Churches
    Insert ¶ #
11 and the Chalcedonian Churches (whose Eastern branch became
12 Eastern Orthodox Church.) Since the latter half of the 20TH
13 century three churches in IRAQ claim the heritage of
14 the Church of the East. Meanwhile, the East Syriac churches
15 in India claim the heritage of the Church of the East
16 in India.) The East Syriac Churches or East Syrian
17 Rite also called the Edessan Rite, Assyrian Rite, Persian
18

19  348. Rite, Chaldean Rite, Nestorian Rite, Babylonian Rite
    Insert ¶ #
20 or Syro-Oriental Rite is an Eastern Christian liturgical rite.
21 It originated in Edessa Mesopotamia however it is now
22 the Church of the East and established themselves in
23 modern-day Kerala. The Church of the East and Catholic
24 Church split in 431 AD through the Council of Ephesus, in
25 1994 the Assyrian Church Patriarch Mar Dinkha IV
26 and Pope John II signed a common declaration in Vatican.
27 The Common Christological Declaration (1994) document

1   349. asserted that the split that occurred due to the Council
Insert ¶#
2   of Ephesus in 431 was "due in large part of misunderstandings,"
3   affirmed for both that "CHRIST IS TRUE GOD and
4   TRUE MAN," then recognized "each other as sister
5   churches" and vowed to resolve remaining differences.
6   ★ Now returning to my explanation of hagiographies it is
7   when men & women are canonized as saints. The Roman Catholics,
8   Eastern Orthodox, Oriental Orthodox, and Church of the East
9
10  350. that canonize deceased human names as saints in the
Insert ¶#
11  Christian Church (this IS IDOLATRY & WITCHRAFT) Now, the
12  other religions that also create and maintain hagiographical
13  text concerning saints, gurus and other individuals believed
14  to be imbued with sacred power is Buddhism, Hinduism,
15  Taoism, Islam, Jainism, and Sikhism (such as Sikh
16  Janamsakhis (biography of Guru Nanak-the founder of Sikhism
17  who travelled as a missionary) and went to mythical places
18
19  351. such as Mount Meru (sacred mountain of Hindu, Jain, and
Insert ¶#
20  Buddhist cosmology which is the center of their spiritual universe)
21  The last part presents him as settled in Kartarpur with his
22  followers. Sikh writers were competing with mythological
23  stories about Muhammad created by Sufi Muslim in
24  medieval Punjab region of South Asia). Hagiographic works,
25  especially those of the Middle Ages (in the history of Europe
26  the middle ages lasted from the 5ᵗʰ to the late 15ᵗʰ century
27  while aligning with the post-classical period of global history.)
28

117
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  32. The Middle Ages can incorporate a record of institutional
Insert ¶ #
2  and local history, and evidence of popular cults, customs,
3  and traditions. However, when referring to modern, non-
4  ecclesiastical Works, the term hagiography is often used
5  today as a pejorative reference to biographies and
6  histories whose authors are perceived to be uncritical
7  or excessively reverential toward their subject. **
8  ** So as you can see every saint that has been
9
10  33. canonized in these churches, religions, and other
Insert ¶ #
11  forms of spirituality such as occultism, paganism,
12  and any form of mysticism that may fall under
13  the above ritualism that occurs in these churches
14  all are very symbolic in everyday life of humanity.
15  Let me explain myself to help you further understand
16  what I mean. In 1994, The Common Christological Declaration
17  was signed that affirmed that "CHRIST IS TRUE GOD" and
18
19  34. TRUE MAN" due to a misunderstanding from the past.
Insert ¶ #
20  But when I see. a title such as: The Common Christological
21  Declaration after seeing what's all connected to the foundation
22  or the parties involved I see the perversion of a sick person's
23  mind hidden in plain sight. I see: "The Common Crysto(Crystal)
24  logical D Clau (Clair 'is a civil parish in Madawaska County,
25  New Brunswick, Canada. The parish has bodies of water at least
26  partly in the parish: Saint John River and Thompson Lake. Saint
27  John River (Bay of Fundy) is a bay between Canadian provinces of
28

118
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

355. of New Brunswick and Nova Scotia, with a small portion
Insert ¶ #
touching the U.S. State of Maine. It is an arm of the
Gulf of Maine. The River Sources are ① Big Salmon River,
② The Magaguadavic River is known as the "River of Eels" once you translate
the words "Maliseet/Passamaquoddy. Passamaquoddy had an oral
history supported with visual imagery. This indian tribe has been
forced off their original lands from the 1800's. They have lived on
off reservation trust lands in Five Maine counties such as Somerset

356. County ② Franklin County (the county seat of farmington old territory of
Insert ¶ #
the Canibas tribe of Abenaki Indians a group from Topsham. The
town border the towns of Industry, New Sharon, Chesterville,
Wilton, Temple, Strong, and New Vineyard. Franklin County
Sites of Interest is Fionarre and Hiram Ramsdell House (called
the octagon house located on High and Perham street. The house was
built in 1858 by mason Cyrus Ramsdell). Franklin county was
named after Benjamin Franklin. The county high point is Sugarloaf

357. Mountain which is the 3rd mountain with the highest peak after
Insert ¶ #
Katahdin's Baxter and Hamlin Peaks. Sugarloaf is south by Spaulding
Mountain & Sugarloaf mountain is in Carrabassett Valley
where Crocker mountain is as well (The Appalachian Trail
crosses the western side of the town, climbing the slopes
of Sugarloaf Mountain and the summit of Crocker
Mountain). ③ Hancock County was named after John
Hancock. In Hancock County they have Cadillac Mountain
which is located on Desert Island ④ Penobscot County

119

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  358 . and⑩ Charlotte County which was named after Queen Charlotte.

Insert ¶ #

2  These were the Five cnanties that the Passamaquoddy Indians
3  lived in Maine. Returning to the Magaguadavic River in
4  York County here's what I find in York County: Saint John
5  River and the Southwest Miramichi River (this river has it's
6  origin in Carleton County. Under Miramichi you'll find the
7  Tributaries in which you will see Cains River which then flows
8  through Crown land that is territorial area belonging to the monarch
9

10  359 . of who has the Crown. Crown land provides the country

Insert ¶ #

11
12  and the provinces with the majority of their profits from
13  natural resources. In province Alberta, Crown land, also
14  called public land is territory registered in the name of "His
15  Majesty the King in right of Alberta (Charles III). Alberta,
16  Canada has the Rocky Mountains which was the home to
17  the indigenous people such as Indian tribes. Rocky Mountains
18  have lake of the Woods. Lake of Woods also have Islands
19

20  360 . and I will name a few: Copeland Island aka Camp

Insert ¶ #

21  Stephens, Brush Island, Chapel Island, Magnusons
22  Island site of the restored Fort st. Charles; Massacre
23  Island, Ontario which is marked by a large Wooden Cross
24  in the middle of the Island. In Australia, The
25  Crown land is Victoria which is governed by Charles VI.
26  ✕ Now, returning back to Saint John River (Bay of Fundy)
27  is a part of the border between New Brunswick and
28  Maine. New Brunswick settlements are ⑪ Edmundston

Civil Rights Complaint Pursuant to U.S.C. § 1983

361. Which is a city in Madawaska County, New Brunswick, Canada. In 1851 it was named Edmundston after Sir Edmund Walker Head who was Lieutenant Governor of New Brunswick, under the monarch of Victoria. In 1857 he was Privy Councillor and 1860 he was Knight Commander of the Order of the Bath. ② Saint John is a seaport city located on the Bay of Fundy in the province of New Brunswick, Canada. It is Canada's

362. oldest incorporated city, established by royal charter on May 18, 1785 during the reign of George III. The Reversing Falls are a series of rapids on the Saint John River located in Saint John, New Brunswick, Canada. This city is named after Saint John the Baptist who was canonized by the Dicastery for the Causes of Saints.) ✱✱✱ Returning to The Common Christological Declaration so I can get to my point about ritualism, occultism, paganism,

363. and mysticalism. The Common Christological Declaration or my view of their hidden perversion The Common Crysto (crystal) + Logical + D + Clair + ation = The seeming crystal mind deceived clear action, The coming Christ mind did clear action, or The coming Christ mind deception (devils agenda to keep Kingdom). All this was to show how the Church has raised up all those false gods to use in the form of witchcraft in order to attempt to deceive the people about Christ Jesus being the true messiah. The worship

*Insert ¶ #*

121

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    34 . of the dead being witchcraft and the names of the
   *Insert ¶ #*
2    individual who is canonized as a Saint comes with certain
3    attributes and are the saints over certain categories, so
4    whoever is born under that name is controlled by the
5    church (Roman Catholic) in their attempt to keep the Kingdom.
6    The witchcraft is systematic (digital because the universe
7    is the abode of Satan and his demons) Ephesians 2:2-5
8    Wherein in time past ye walked according to the course of this
9

10    35 . world, according to the prince of the power of the air,
11    *Insert ¶ #*
   the spirit that now worketh in the children of disobedience
12    Among whom also we all had our conversation in times
13    past in the lusts of our flesh, fulfilling the desires of
14    the flesh and of the mind; and were by nature
15    the children of wrath, even as others, ⑤ But God
16    who is rich in mercy, for his great love wherewith
17    he loved us, ⑤ Even when we were dead in sins,
18

19    36 . hath quickened us together with Christ, (by
20    *Insert ¶ #*
   grace ye are saved); ✱ The prince of the air is
21    a spirit that is contrary to the Holy Spirit. The
22    Holy Spirit is a teacher, comforter, friend, is gentle, etc
23    but that other spirit is controlling, misleading,
24    deceptive, subtle, manipulative, etc. The Holy Spirit
25    does not have to use technology, science, astrology,
26    tarot cards, etc. to direct humanity and the Holy
27    Spirit is a revealer of ALL truths. However, the
28

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  367. prince of the air is using the same trick that
2  the serpent used in the garden. #1 Sound, #2 Twisting the
3  word #3 driving people into enslavement to his lies while
4  driving people away from the presence of God. Let me
5  show you what I mean with four words that will
6  #1 sound similar but not the same #2 twist the words
7  #3 one pair will be on a higher level because God is in
8  it and the other pair will be on a lower frequency level

10  368. even though you can use both words in unlimited ways.
11  Here's the 1st pair of Words: Vows and Covenant
12  Here's the 2nd pair of Words: Vowels and Consonant
13  Pair #1 moves on a higher frequency because God is the
14  WORD (John 1:1-In the beginning Was the Word, and the
15  Word was with God, and the Word was God. John 1:14
16  And the Word was made flesh, and dwelt among us,
17  (and we beheld his glory, the glory as of the only begotten

19  369. of the Father,) full of grace and truth) since God
20  is the Word that means that Vows represent 2 people
21  promise to each other to become 1 in their Covenant
22  with God (2 becoming 1) which is Unity. Pair #2
23  moves on a lower frequency because SPELLING is the
24  WORD. Vowels is the pronunciation that is the sound
25  of the letter and Consonant is the agreement between
26  the letters in order to define the word. However you
27  must spell the words correctly in order to get an understanding.

Ex: NUN = a Female        * Do you see how easy it was
    NUN = a male monk           to change vows and consonants
    none = Nothing               to get different words & Results ↓↓↓
    Si = yes
    see = look            * God's Word Stays the same with Power
    Sea = water             unless man use Gods word to manipulate
                            the hearts of Humanity

Page Number
Civil Rights Complaint Pursuant to U.S.C. § 1983

123

1  370. Finally, to wrap up Valentines Day because its paganism;
   Insert ¶#
2  I like to say Loving somebody isn't 1 time a year. Love
3  takes work because in order to Love, you have to spend
4  time with God. Love cannot be bought (not real love)!
5  However, Love can be sacrificial not destructive. John 3:16 -
6  For God so LOVED the world that he gave His only begotten
7  son that whosoever believeth in Him should not perish
8  but have everlasting life. 1 Peter 4:8 - And above all
9
10  371. things have fervent charity among yourselves: for
    Insert ¶#
11  charity shall cover the multitute  of sins. 1 Peter 4:9 -
12  Use hospitality one to another without grudging.
13  Romans 5:5 And hope maketh not ashamed; because
14  the love of God is shed abroad in our hearts by
15  the Holy Ghost which is given unto us. Proverbs 13:12 -
16  Hope deferred maketh the heart sick: but when
17  the desire cometh, it is a tree of life. 1 Corinthians 11:3 -
18
19  372. But I would have you know, that the head of every
    Insert ¶#
20  man is CHRIST, and the head of the woman is the
21  man; and the head of Christ is God. ** Basically,
22  Valentines Day is a day of idol worship even though
23  we celebrate our loved ones. But in all reality on Valentines
24  Day we are actually celebrating St Valentine and what he(they) stood
25  for which was epilepsy, Lesvos (lesbians), mentally ill people, plagues,
26  and everything else I placed under this category. In fact, this
27  goes for every holiday, church, and religion that has saints (idols).
28  Romans 1:25- who changed the truth of God into a lie, and worshipped and
    served the creature more than the _____ Creator, who is blessed for ever. Amen.

Civil Rights Complaint Pursuant to U.S.C. § 1983

124

✳ Is Easter about Jesus or Ishtar?

373. ✳Easter "The Celebration of the Resurrection of Jesus Christ"
*Insert ¶ #*
Easter, also called Pascha or Resurrection Sunday, is
a Christian Festival and cultural holiday commemorating
the resurrection of Jesus from the dead, described
in the New Testament as having occurred on the third
day of his burial following his crucifixion by the Romans
at Calvary c. 30 AD. It is the culmination of the Passion
of Jesus Christ, preceded by Lent (or Great Lent), a 40th

374. period of fasting, pray, and penance. Celebrations consist
*Insert ¶ #*
of church services, festive family meals, Egg decoration/egg
hunt, and gift-giving. Easter is related to Passover (Jewish
holiday that celebrates the Biblical story of the Israelites escape
from slavery in Egypt.), Septuagesima, Sexagesima, Quinquagesima,
Shrove Tuesday, Ash Wednesday, Clean Monday, Lent, Great
Lent, Palm Sunday, Holy Week, Maundy Thursday, Good
Friday, and Holy Saturday which leads up to Easter and

375. Divine Mercy Sunday, Ascension, Pentecost, Trinity Sunday,
*Insert ¶ #*
Corpus Christi (day of the Most Holy Body and Blood of
Christ), and finally Feast of the Sacred Heart which
follow it. The Easter Bunny was First mentioned in Georg Franck
von Franckenaus De ovis paschalibus (About Easter eggs)
in 1682 referring to a German tradition of an Easter
hair bringing eggs for the children. In ancient times, people
believed the hair was a hermaphrodite (both sexes)(Easter Bunny).
Easter eggs symbolize the empty tomb of Jesus, from which

125
Page Number

376. Jesus was resurrected because people saw eggs as a.
Insert ¶ #
traditional symbol of fertility and rebirth. The christian
church officially adopted the custom, regarding the eggs as
a symbol of the resurrection of Jesus, with the Roman Ritual,
the first edition of which was published in 1610 but which
has texts of much older date, containing among the Easter
Blessings of Food, one for eggs, along with those for lamb,
bread, and new produce. In 1874 German philologist

377
Adolf Holtzmann stated "The Easter Hare (Bunny) is
Insert ¶ #
unintelligle to me, but probably the hare was the sacred
animal of Ostara the goddess. In 1861 Christina Hole
wrote, "The hare was the sacred beast of Eostre (or Eastre), a
Saxon goddess of Spring and of the dawn. Ostara and
Eostre are the same, and theories tried connecting Eostre
with re ___ of Germanic Easter customs, including hares

378. forms of Germanic neopaganism. **✱✱✱** Ishtar?
Insert ¶ #
and eggs however Eostre/Ostara are venerated in some.

Ishtar Terra is the second largest of the three continental
terrae regions on the planet Venus, the others being
Aphrodite Terra and Lada Terra. Ishtar is a highland
region named after the Akkadian goddess Ishtar (the
Akkadian Empire was the first ancient empire of
Mesopotamia, succeeding the long-lived civilization of
Sumer (earliest known civilization of Mesopotamia (now south-central
Iraq). Ishtar also known as Inanna is the Mesopotamia goddess

126
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

379. of love, war, and fertility. She is also associated with
Insert ¶ #
beauty, sex, divine law, and political power. Her title was
"The Queen of Heaven. Her planet is Venus, a few of her
cult centers are Uruk, Agade, & Niner Li; her abode is
heaven, and her symbols are hook-shaped knot of reeds,
eight-pointed star, lion, rosette, dove. Individuals who went
against the traditional gender binary (male/female) were heavily
involved in the cult of Ishtar(Inanna). During Sumerian

380. times, a set of priests known as gala worked in Inanna's
Insert ¶ #
temples, where they performed elegies and lamentations.
Men who became gala sometimes adopted female names.
Some Sumerian proverbs seem to suggest that gala had
a reputation for engaging in anal sex with men. During
the Akkadian Period servants of Ishtar dressed in female
clothing and performed war dances in Ishtar's temples.
Several of the Akkadian proverbs suggests that

381. they may have also had homosexual proclivities.
Insert ¶ #
In another Akkadian hymn, Ishtar is described as
transforming man to women. With all this being
said, Easter/Inanna is another false religion
with pagan gods that hid behind Jesus Christ
so they could still the glory. Plus, all these different
Seasons/holidays are false prophets who represent
witchcraft but haven't came out and told the truth about
themselves in order to validate their insecurity now to finally

127

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

382. finalize this topic on Easter paganism and Ishtar by saying "The cult of Ishtar was long thought to have involved "sacred prostitution", "temple prostitution", "cult prostitution", and "religious prostitution" which are purported rites consisting of paid intercourse performed in the context of religious worship. In Ancient East these ceremonies were a part of the regions of Sumer for the goddess Ishtar, & Babylonia for the

383. goddess Aphrodite. The terms associated with "Temple Prostitution" is : Abbess, Priestess, NUN, Hierodule Priestess, Cult Prostitute, A Class of Women, and Prostitute. The Hittites practiced sacred prostitution as a part of a cult of _____, including the worship of a mated pair of deities, a bull god (My opinion Baphomet) and a lion goddess, the mother goddess became prominent, representing fertility, and (in Phoenicia) the goddess who presided over

384. human birth. Venus was a temple of temple prostitution in Rome during the 4th century when Emperor Constantine closed down her temples. In India (Deva dasis) are temple priestess/prostitutes. In Japan "Miko" is a young priestess also known as a shrine maiden (prostitute). In Maya (southern Mexico, Guatemala, and Northern Belize) they had several phallic (relating to a penis) religious cult possibly including homosexual temple prostitution. In Aztec (now central & southern Mexico) they had prostitutes (pleasure girls). In Inca civilization

128

Civil Rights Complaint Pursuant to U.S.C. § 1983

385. which is South America countries (Peru, Bolivia, Ecuador, Colombia, and Argentina) they dedicated young boys as temple prostitutes. The boys were dressed in girl clothing (transsexual/Dionysus behavior). The chiefs and head men would have ritual sexual intercourse with them during religious ceremonies and on holy days. Some people even use Sex magic which is sexual activity used for witchcraft purposes (gotta be careful because you don't know people true motives ✱ In South Asia, Hijra

*Insert ¶ #*

386. are eunuchs, intersex people, or transgender people who live in communities that follow a kinship system called guru-chela-system (this is the Indian subcontinent). In Pakistan, they are known as Khawja sira. In the Islamic spirituality they respect the term Khawajasira for transgender. India, Pakistan, and Bangladesh have a limited protection for such individuals. ✱✱✱ Wow, do you see the Harlotry of the System that's been governing humanity? These holidays, systems, and religions

*Insert ¶ #*

387. are ridiculous for prostituting the church for their own lustful desires and self gain. JESUS CHRIST OF NAZARETH is the ONE &ONLY TRUE LIVING GOD. It's time these people stop pretending to be GOD'S CHOSEN because humanity is broken, and in need of some healing but WHO & WHAT BROKE US CANNOT HEAL US and it's time they stop pretending like they can as they make money on our down falls that they caused. ‡ REAL TALK! YOU'RE FORGIVEN BUT NOW YOU MUST STOP PLAYING GOD! 127

*Insert ¶ #*

Page Number

# Saint Patrick's Day!!

388. Saint Patrick was a fifth-century Romano-British
Insert ¶ #
Christian missionary and bishop in Ireland. Known as
the "Apostle of Ireland," he is the primary patron saint
of Ireland, the other patron saints being Brigid of
Kildare and Columba. Patrick wasn't canonized however
he is venerated as a saint in the Catholic Church, the
Lutheran Church, the Church of Ireland (part of the
Anglican Communion), and in the Eastern Orthodox

389. Church, where he is regarded as equal to the apostles
Insert ¶ #
and Enlightener of Ireland. XXX Saint Patrick was
born in Roman or sub-Roman Britain then he died in Ireland
His attributes are : crozier, mitre, holding a shamrock, carrying
a cross, repelling serpents, harp. St Patrick is the patronage
saint of Ireland, Nigeria, Montserrat (it is nicknamed The
Emerald Isle of the Caribbean" both for its resemblance to
coastal Ireland and for the Irish ancestry of many of

390. its inhabitants) Montserrat's Anthem is 'God save the
Insert ¶ #
King" and their national song is "Motherland". The capital
of Montserrat is Plymouth which is a ghost town. Plymouth
motto is: "God save the Queen" Due to Plymouth being the capital
and a ghost town; there's a new capital under construction
at Little Bay, with nearby Brades serving as the capital for
the time being. After the establishment of the first European
colony on the island in 1632, St Anthony's Church was established
in Plymouth in 1636 (this St Anthony's isn't Catholic) however

1  391. Anthony Brisket was an Irish man who went to England
Insert ¶ #
2  to get money to build an Anglican church. The church was built
3  several times due to earthquakes and hurricanes and as
4  of 2021, the church is buried deep in the ash. ✱ Little Bay
5  is a port town under construction to be the future capital
6  of the Island Of Montserrat. ✱ Brades has been the
7  capital on Montserrat since 1998 with an approximate population
8  of 1,000 people and the majority are Black ✱ The Witchery

9
10  392. About Montserrat is that it's Motto is "God Save the King"
Insert ¶ #
11  as an anthem and the national song is "Motherland" but when
12  you go to Plymouth (the original capital) it is a ghost town with
13  the Motto "God save the Queen" and its nickname is: The
14  Emerald Isle of the Caribbean". Now in Plymouth, the
15  ghost town is also where St Anthony's the Anglican
16  church is buried under ash. On September 17, 1939
17  hurricane Hugo struck Montserrat destroyed a 130-foot

18
19  393. Stone jetty in Plymouth's harbour, and destroyed many
Insert ¶ #
20  other buildings. After the hurricane in 1989, Montserrat
21  was hit by volcanic eruptions in 1995 which caused ash
22  to fall across a wide area of Plymouth ✱ Now, let me break
23  this down, Montserrat is governed by the United Kingdom
24  however its in the caribbean sea near Venezuela, Puerto Rico, (u.s)
25  Dominican Republic, Haiti, Jamaica & Cuba before reaching
26  the United States. So, on August 26, 1988 I was born in
27  Compton CA (mind you there is a Compton Surrey England).
28  Also, I was born at Dominguez Hospital in Compton CA.

131
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

394. On September 17, 1989 (the year of my birth) my partner who has Dominican in his bloodline turned 9 years old. this is also the same day that Plymouth the capital of Montserrat got hit by hurricane hugo. Montserrat motto is "God Save the King," the national anthem is "Motherland", and Plymouth's motto is "God save the Queen" and its nickname is "Emerald Isle of the Caribbean." Basically, the U.K. governs Monserrat however their anthem is Motherland when we all know that

395. Africa is the "REAL MOTHER LAND" so this sounds like somebody is trying to pretend to be who they are not. This is hinted in the caribbean sea meaning CA-RIB+BEAN which means the false Mother has displaced the title. matter from its true foundation and placed it upon herself; this also reflects the church being in ROME instead of in Israel. Also, this shows the world being turned in the wrong direction because its backwards, the backwardsness seemed beneficial

396. for many such as White, Hispanic, Indian, & Chinese, etc. however in reality, even though it was designed to affect, confuse, & misdirect the blacks, all it did was change the whole world from the foundation of truths into a perverted lie (that's why everybody else was able to cheat in attempt to steal the inheritance because they knew more about the Blacks history than the blacks did, due to alot of deception). In fact, to prove this claim from this topic; I'd like to add that after Plymouth got hit by hurricane (Hurry cane) Hugo

132

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1 397. Its 180-foot stone jetty fell into Plymouth's harbour

Insert ¶ II

2 and destroyed other buildings and because a ghost town.

3 This kind resemble how God destroyed the tower of Babel, changed

4 their languages (which you see 3 languages), and scattered them

5 throughout the earth. *Now, remember that St Anthony's

6 church (more catholicism) was planted in Plymouth in 1630

7 by an Irish man named Anthony Brisket. However, right before

8 1636, in the year 1619 the term "computer" was used to define a

9

10 398. person who knew how to calculate or keep books.

Insert ¶ II

11 Then, frosting forward to 1636, add 140 years that will

12 then lead us to the year 1776 which is when they broke

13 away from King George III. So, basically what I got from

14 this knowledge is that it was premeditated prior to the Blacks

15 arrival in America in 1776 (now that's just my assumption).

16 The calculations do add up pertaining to my assumption due

17 to the fact that in the 1500's there was a line of separation

18

19 399. drawn in the Catholic church due to claims of the misuse

Insert ¶ II

20 of power while leading the members to believe that they can

21 pay to receive a lessor penalty. This is what brought upon

22 the church dividing and the Protestants going their

23 own way especially because they don't believe in the Pope

24 playing the middle man, as if the Pope is God. The only

25 issue with this whole situation is that this goes to show

26 that the Catholic Church DID NOT accept the church people

27 wanting to separate because He had his own evil

28

/33

Page Number

1  400. agenda in mind. Technically, the Roman Catholics agenda
   *Insert ¶ #*
2  was to overtake humanity, conquer the lands, place his
3  and other people in positions that surround who he
4  considers as outsiders. So, the only way to get away
5  from here is to face the process of the journey that
6  fulfills Biblical prophecy. This, is why the end time battle
7  comes to play because, the sorcery of the Roman Catholics.
8  In fact, right now we see the truth unfolding before.
9
10  401. our eyes every day. What we see right now is the
    *Insert ¶ #*
11  end time battle, the antichrist deceiving the entire
12  world, and a fight to overcome the deception at hand.
13  Even, when you go to Revelation 12:1-6 it says: And there
14  appeared a great wonder in heaven; a woman clothed with
15  the sun, and the moon under her feet, and upon her head
16  a crown of twelve stars: and she being with child cried,
17  travailing in birth, and pained to be delivered. And there
18
19  402. appeared another wonder in heaven; and behold a
    *Insert ¶ #*
20
21  great red dragon, having seven heads and ten horns, and
22  seven crowns upon his heads. And his tail drew the
23  third part of the stars of heaven, and did cast them to the
24  earth: and the dragon stood before the woman which was ready
25  to be delivered, for to devour her child as soon as it was born.
26  And she brought forth a man child, who was to rule all
27  nations with a rod of iron: and her child was caught up
28  unto God, and to his throne. And the woman fled into

134

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

403. the wilderness, where she hath a place, prepared of God,
Insert ¶ #
that they should feed her there a thousand two hundred
and threescore days. ✱✱ As you can see, they attempted
to create a false version of Revelation by placing people
in positions that would adhere to their agenda, cause the
world to believe that other women were that great wonder
in heaven (stealing worship again by falsifying identities)
and that the true person was the red dragon. To break

404. it down using religion is you had people who were working
Insert ¶ #
for the red dragon (systematically) that worked to get rid
of the black protestant church, to steal the inheritance,
and to attack Israel. Roman Catholics used sorcery,
the bible, etc. in order to attempt to be that woman
however the results (fruit) that come from such evil has
maybe been lack, perversion, drugs, violence, & pride.
The reason this is so is because you know a tree by its

405. fruit. The fruit that came forth has been demonic,
Insert ¶ #
mind controlling & deceptive, etc. With all this being
said, open your eyes and see the truth so that
we know it was only by God that turned this whole
situation around. Also, must I add that while they
were pretending to be me, they were destroying the
land as well while blackmailing me.



## The Living WORD vs. Hypnosis Twisted Truth

1  406. Genesis 2:18-25 (18) And the LORD God said, It is not good
   *Insert ¶ #*
2  that the man should be alone, I will make him an help
3  meet for him. (19) And out of the ground the LORD God
4  formed every beast of the field, and every fowl of the
5  air; and brought them unto Adam to see what he would
6  call them: and whatsoever Adam called every living
7  creature, that was the name thereof. (20) And Adam gave
8  names to all cattle, and to the fowl of the air, and
9

10  407. to every beast of the field; but for Adam there
    *Insert ¶ #*
11  was not found an help meet for him. (21) And the LORD
12  God caused a deep sleep to fall upon Adam, and he
13  slept: and he took one of his ribs, and closed up
14  the flesh instead thereof; (22) and the rib, which the
15  LORD God had taken from man, made he a woman,
16  and brought her unto the man. (23) And Adam said,
17  This is now bone of my bones, and flesh of my flesh:
18

19  408. She shall be called Woman, because she was taken out
    *Insert ¶ #*
20  of Man. (24) Therefore shall a man leave his father and
21  his mother, and shall cleave unto his wife: and they
22  shall be one flesh. (25) And they were both naked, the
23  man and his wife, and were not ashamed.
24
25  * EXPLANATION
26  Genesis 2:18 The LORD said it wasn't good for the man to be alone,
27  so he decided to make him a partner. (Amos 3:3 Can two walk together
28  except they be agreed?) Then God formed animal out of the ground

136

**Page Number**

1  409. just like he did when he took the dust of the ground to create
Insert ¶ —
2  Adam but there was one thing God didn't do to the animals like he
3  did to Adam and that was to breathe the breath of life within
4  them; so that is why he had Adam name the animals which
5  made the animals subject to Adam's authority. Once Adam was
6  done naming the animals the LORD still acknowledged that
7  there was not a help meet (partner) for Adam which means
8  that the animals are not his help meet because they are

9
10  410. on a lower level than the stance of Adam's authority.
Insert ¶ —
11  That's when the LORD caused a deep sleep to fall upon Adam,
12  and he slept; and he took one of his ribs, and closed up the
13  flesh instead thereof (Genesis 2:21). Now let me break down
14  this verse real quick; the LORD caused a deep sleep to fall upon
15  Adam... this saying is speaking on a physical form of sleep
16  which can be manifested in subconscious ways like as a trance.
17  Trances manifest in the form of mysticism which entails a direct
18
19  411. connection, communication and communion with the divine;
Insert ¶ —
20
21  yoga, sufism, Shaman, umbanda, crazy horse, etc are different
22  groups that use mysticism which alters the subconscious mind.
23  In the military there's a such thing as "battle trance" that's a
24  mental state when combatants do not feel fear and pain,
25  they lose their identity and acquire a collective identity.
26  You also have hypnotherapy which is a type of mind-body
27  intervention. Hypnosis is used to create a state of focused attention
28  and increased suggestibility in the treatment of a medical or

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  412 . psychological disorder or concern. Next, the word Trance
   Insert ¶ #
2  in American Christianity relates to "power or presence, or the
3  indwelling of God, or Christ, or the spirits." In the 18th
4  century the Anglo-American Protestants awakening brought about
5  the psychology of religion, which consists of the application of
6  psychological methods and interpretive frameworks to the diverse
7  contents of religious traditions as well as to both religious and
8  irreligious individuals. Some of these experiences consist of
9

10  413 . Uncontrolled bodily movements (fits, convulsions, catalepsy);
    Insert ¶ #
11  spontaneous vocalizations (crying out, shouting, speaking in tongues);
12  unusual sensory experiences (trances, visions, voices, clairvoyance
13  out-of-body experiences); and alterations of consciousness
14  and/or memory (dreams, mesmeric trance, mediumistic trance,
15  hypnosis, possession, alternating personality. Trance like
16  states are often interpreted as religious ecstacy or visions.
17  
18  Some of the techniques vary from prayer, religious rituals,
19  414 . meditation, breathwork, physical exercise, sexual intercourse
    Insert ¶ #
20  
21  MUSIC, DANCING, sweating, fasting, thirsting, and the
22  consumption of psychotropic drugs such as cannabis.
23  Sensory modality is the channel or conduit for the induction
24  of the trance. Benevolent, neutral, and malevolent
25  trances may be induced by different methods: (A) Auditory:
26  driving through the sense of hearing by chanting, auditory
27  story telling, overtone singing, drumming, music, etc.
28  (B) Disciplines: Meditation, Yoga, etc. (C) Gustatory:

415. driving through the sense of taste, and indigestion;
Insert ¶ #
including starvation, herbs, hallucinogens, and drugs.
(D) kinesthetic: driving through the sense of feeling
and movement. (E) Miscellaneously: traumatic accident,
sleep deprivation, nitrogen narcosis (deep diving), fever,
by the use of a sensory deprivation tank or mind-control
techniques, hypnosis, meditation, prayer, etc. (F) Naturally
occurring: dreams, lucid dreams, euphoria, ecstasy, psychosis

416. as well as purported premonitions, out-of-body experiences,
Insert ¶ #
and channeling. (G) Olfactory: driving via scent through the
sense of smell by perfume, pheromones, incense, flowers,
pollen, indeed any scent for which we have an association or
memory, etc; (H) Photic or Visual: driving through the sense of
sight by yantra, visual story telling, mandala, cinema, theater,
art, architecture, beauty strobe lights, form constants, symmetry.
(I) AUDITORY Driving and AUDITORY art: Charles Tart

417. provides the definition of auditory driving as being the
Insert ¶ #
induction of trance through the sense of hearing this process
is known as ENTRAINMENT [Brainwave entrainment refers to the
observation that brainwaves will naturally synchronize to the
rhythm of periodic external stimuli, such as flickering lights,
speech, music, or tactile stimuli. As different conscious states
can be associated with different dominate brainwave frequencies
it is hypothesized that brainwave entrainment might induce a desired state.]
Back to auditory driving and auditory art; it says the usage

416. of repetitive rhythms to induce trance states is an ancient
*Insert ¶ ii*
phenomenon. Throughout the world, shamanistic practitioners (the
word shamanism derives from the Russian word šamán, which
itself comes from the word saman from a Tungusic language that is
spoken by Tungusic people who are native to Siberia, China, and Mongolia.
The Tungusic people are categorized under Southern Tungusic
and Northern Tungusic; both of these categories have sub-categories.
When you look up southeastern Tungusic there's a group called

417. Nanaic Group. Nanai also means "NaNa" (Nana is the
*Insert ¶ ii*
nickname my mother called me). In the southeastern
Tungusic peoples they also have under the Nanai (Gold, Goldi (which
are one of the ethnic groups within the people's republic of China and
the Russian federation) & Hezhen) after this group comes (Akani meaning
brother, Birar which is a village in India, & finally the last word
is Samagir). The last group in southeastern Tungusic is the Amur
group which divides into Upper Amur. Central Amur, and

420. lower Amur. Ⓐ Upper Amur has the right-bank Amur (a
*Insert ¶*
river), Sungari meaning SUGAR (a river), and Bikin (Ussuri
in which Bikin (Ussuri) means the ceremony (Ussuri (a river).
Next group is Ⓑ Central Amur which has Sakachi-Alyan (also called
Sikachi-Alyan & is a small Nanai village in Russia), Naykhin (begis
of standard Nanai but not identical) Naykhin is a city in Russia, and
Dzhuen (a city in Russia), Finally, we have Lower Amur has
Bolon (a lake), Ekon, and Gorin (a river in Russia). The
Amur River is the Tenth largest river in the world and it's

140

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  421. nickname is Black Dragon River. This Amur River also
Insert ¶ #
2  was a political body called the "Amur River Society" or the "Black
3  Dragon Society". This society was founded in Japan in 1901.
4  During the Ruso-Japanese War, annexation of Korea, and Siberian Intervention
5  the Imperial Japanese Army made use of Black Dragon Society for
6  espionage, sabotage, and assassination. The Black Dragons waged
7  a very successful psychological warfare campaign in conjunction
8  with the Japanese military, spreading disinformation and propaganda
9
10 422. throughout the region (Seems as if this is another repeat when
Insert ¶ #
11 it comes to China and the industries propaganda and disinfortion that's
12 being spewed out through mainstream media). Methods of psychological
13 warfare consists of : Demoralization, Propaganda radio stations,
14 Renaming cities and other places when captured, such as the
15 renaming of Saigon to Ho Chi Minh City after Communist
16 victory in the Vietnam War (* This is how people have taken other
17 people's land and labeled it their own), false flag events (this is
18
19 423. an act committed with the intent of disguising the actual source
Insert ¶ #
20 of responsibility and pinning blame on another party), terrorism,
21 the threat of chemical weapons (this would be chem-trails,
22 drugs, etc in today's time), Information Warfare (fake news,
23 social media information, reality shows, television, etc is promoting
24 a lot of false Information). According to Daniel Lerner who was
25 in the Office of Strategic Services; most of these techniques were
26 developed during World World II or earlier, and have been used
27 to some degree in every conflict since. Lerner also divided the

14/
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983



424. psychological warfare operations into three categories, which are:
*Insert ¶ #*
White propaganda (omissions and emphasis): Truthful and not
strongly biased, where the source of information is acknowledged.
Gray propaganda (omissions, emphasis, and mid/ethical/religious
bias): Largely truthful, containing no information that can be
proven wrong; the source is not identified. Black propaganda
(commissions of falsification): Inherently deceitful, information
given in the product is attributed to a source that was not

425. responsible for its creation. ✳ Now that we understand
*Insert ¶ #*
psychological warfare let me explain Black Dragon's influence
after being disbanded in 1946. The Black Dragon Society was
reconstituted in 1961 by Omari Sōgen as the Black Dragon
Club. Their influence in United States came through the Ethiopian
Pacific Movement and the Peace Movement of Ethiopia (Both African-
American black nationalist organizations) claimed they were affiliated
with the Black Dragon Society. As a part of their effort to support

426. such organizations, the Black Dragon Society sent an agent,
*Insert ¶ #*                                            *Ryozo*
Satokata Takahashi (Sounds similar to Tekeshi 69 who was labeled a
snitch for telling, and getting out of jail), to promote pan-Asianism
and claim that Japan would treat them as racial equals. Satokata
Takahashi became a patron of Noble Drew Ali and the Moorish
Science Temple of America, Elijah Muhammed and the Nation
of Islam, as well as the Pacific Movement of the Eastern World.

Civil Rights Complaint Pursuant to U.S.C. § 1983

# IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

427. Genesis 1:1- In the beginning God created the heaven and the earth. John 1:1- In the beginning was the Word, and the Word was with God, and the Word was God. Genesis 1:3- And God said, let there be light: and there was light. Genesis 1:6- And God said, Let there be a firmament in the midst of the waters, and let it divide the waters from the waters. Genesis 1:9- And God said, Let the waters under the heaven, be gathered

428. together unto one place, and let the dry land appear: and it was so. Genesis 1:14- And God said, Let there be lights in the firmament of the heaven to divide the day from the night; and let them be for signs, and for seasons, and for days, and years: Genesis 1:20- And God said, Let the waters bring forth abundantly the moving creature that hath life, and fowl that may fly above the earth in

429. the open firmament of heaven. Genesis 1:22- And God blessed them, saying, Be fruitful, and multiply, and fill the waters in the seas, and let fowl multiply in the earth. Genesis 1:26- And God said, Let us make man in our image, after our likeness: and let them have dominion over the fish of the sea, and over the fowl of the air, and over the cattle, and over all the earth, and over every creeping thing that creepeth upon the earth. Genesis 1:27- So God created man in his own image, in the image of God created

143

1  430. be him; male and female created he them. Genesis
2  *Insert ¶ II*  1:28 - And God Blessed them, and God said unto them Be
3  fruitful, and multiply, and replenish the earth, and subdue
4  it and have dominion over the fish of the sea, and over
5  the fowl of the air, and over every living thing that moveth
6  upon the earth. Genesis 2:16 - And the Lord God commanded
7  the man, saying, Of every tree of the garden thou mayest
8  freely eat. Genesis 2:17 - But of the tree of the knowledge

9

10  431. of good and evil, thou shalt not eat of it: for in the
11  *Insert ¶ #*  day that thou eatest thereof thou shalt surely die.
12  *** Lets explain what I take from these scriptures ***
13  Starting with Genesis 1:1 and John 1:1, these two scriptures
14  to me are the foundation of perversion when it comes to
15  the worlds system. See in Genesis 1:1 it says In the beginning
16  God created the heaven and the earth then in John 1:1 it says
17  In the beginning was the Word, and the Word was with God

18

19  432. And the Word was God * The perversion snuck in because
20  *Insert ¶ II*  in the worlds system they twisted up the origin, purity, and
21  likeness of Gods Word in order to redefine the heaven and
22  earth. The backwardness comes in because the world puts
23  the heaven and earth before they put the Word which
24  is God. However, at the beginning of the Book it states in
25  Genesis 1:1 that God created the heaven and the earth. Then,
26  it goes to Genesis 1:3. and begins by saying God said... Now,
27  when you go to John 1:1 it says "In the beginning was the
28  Word, and the Word was with God, and the Word was God.

Page Number 144

493. So if in Genesis 1:1 it says God created the heaven and
Insert ¶ #
the earth, that is basically explaining that God visualized
what He was going to create. Genesis 1:3 And God said, Let there
be light: and there was light. This scripture is God teaching
us the power of words (God said, Let there be: and there was).
That's an example of the supernatural being manifested
into the natural realm. In other words, let's basically
say that is sound and movement ✳ This is why music,

493. movies, dances, etc. can easily go from something
Insert ¶ #
that started off innocent and then become something
perverted. It's all about the vision (perception) of the
individual that is creating the art. Whatever, visual the
artist or creator had in mind while creating will be trans-
ferred to their content and whoever sees or hears that
artist's work will then either grow from it or become
destructive because of it. For example: The doctor tells

494. his/her patient that they have a sickness (remember the
Insert ¶ #
power of words) that's when the patient goes through a
mental shock at the doctors office and the first thing
the patient does is speaks aloud what the doctor has
just said because they're questioning the doctor. However
what the patient doesn't know is by repeating the doctors
diagnosis aloud that they have just made a verbal contract
with the sickness and their body so the body begans
to manifest signs of the sickness because of their own
declaration, perception, and verbal agreement to their body for
the sickness. Proverbs 18:21 Page Number (145) Death and Life are in the
power of the tongue : Rights Complaint Pursuant to U.S.C. § 1983 and he that loveth
eat the fruit thereof. So it's the Spirit Realm B4 the Natural Realm (to be taught later)...

The serpent stole her seed & made them
His own through Sorcery, Education, Jobs, etc

# IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

_____ : Romans 8:28 And we know that all things work together for good to them that love God, to them who are the called according to his purpose. Matthew 11:25 At that time Jesus answered, and said, I thank thee, O Father, Lord of heaven and earth, because thou hast hid these things from the wise and prudent, and hast revealed them unto babes * Matthew 11:25 is why the Elite has always went after the children. ① Looking for the lamb and bride in order

_____ : to pervert (twisted truth) their identity, image, and beliefs so that the Elite could rob them of their destiny. ② To steal from the youth their innocence (perversion as a weapon), creative ability from a pure form, and to rob and/or kill and God given insight, visions, or dreams (if they robbed them it was for capitalization and if they killed their gift it is to make sure nobody could see their true motive, expose their tactics, and overturn their position that was built from stolen

_____ : power). Matthew 12:24-27 ㉔ But when the Pharisees heard it, they said, This fellow doth not cast out devils, but by Beelzebub the prince of devils ㉕ And Jesus knew their thoughts, and said unto them, Every kingdom divided against itself is brought to desolation, and every city or house divided against itself shall not stand: ㉖ And if Satan cast out Satan, he is divided against himself; how shall then his kingdom stand? ㉗ And if I by Beelzebub cast out devils, by whom do your children cast them out? therefore they shall be your judges. *Matthew 12:24-27= This passage of scripture is

1  . a revealer of multiple truths. there are a few. ① Beelzebub

(verse 24)

*Insert ¶ #*

2  in Greek (G954) is beelzeboul meaning dung-god, beelzebul, a

3  name of Satan, Baal of (the) Fly, and in Hebrew (H1168) it would

4  be Baal, a Phoenician diety, (H1167) it is a master, owner (like slavery)

5  confederate (with H1255), adversary and according to (H1166) Ba'al means

6  to have dominion (over) wife (like pimping and hoeing). ② Beelzebub

7  (beelzebul & Ba'al) are the princes of Satan (devils/demons). Job 41:34

8  ② He beholdeth all high things: he is a **King** over all the

9

10  . children of pride.* Job 41:34 is referring to Leviathan

*Insert ¶ #.*

11  as being the King over the children of pride. John 8:42-45 says

12  ⑫ Jesus said unto them, If God were your Father, ye would

13  love me: for I proceeded forth and came from God; neither

14  came I of myself, but he sent me. ⑬ Why do ye not understand

15  my speech? even because ye cannot hear my word. ⑭ Ye

16  are of your father the devil, and the lusts of your father

17  ye will do. He was a murderer from the beginning, and

18

19  . abode not in the truth, because there is no truth

*Insert ¶ #*

20  in him. When he speaketh a lie, he speaketh of his

21  own: for he is a liar, and the father of it. ⑮ And

22  because I tell you the truth, ye believe me not.

23  Genesis 3:14-16 ⑭ And the LORD God said unto the serpent, Because

24  thou hast done this, thou art cursed above all cattle, and above

25  every beast of the field, upon thy belly shalt thou go, and

26  dust shalt thou eat all the days of thy life. ⑮ And I

27  will put enmity between thee and the woman, and

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ____: between thy seed and her seed; it shall bruise thy
2  head, and thou shalt bruise his head (16) Unto the woman he
3  said, I will greatly multiply thy sorrow and thy conception;
4  in sorrow thou shalt bring forth children, and thy desire
5  shall be to thy husband, and he shall rule over thee.
6  Summary: Matthew 12:24 (paraphrased) Beelzebub the prince of devils aka Ba'al
7  Job 41:34 (paraphrased) King over the children of pride, John 8:44 (paraphrased)
8  Ye are of your father the devil, Genesis 3:14 (paraphrased) And the LORD
9
10  ____: God said unto the serpent, because thou hast done this, thou
11  art cursed above all cattle, and above every beast of the field.
12  All these passages of scripture define different identities of
13  the enemy of GOD (King of Kings and LORD of lords) while using different
14  names but speaking about the same spirit (ex: Beelzebub, King, Father
15  the devil, and serpent). When speaking about his seed they are
16  devils & children of pride, drug dealers (pharmaceuticals and big
17  companies, etc) and to verify this passage is talking about
18
19  ____: people in the positions to lead by example the sheep that they are
20  supposed to be watching or governing is because in Genesis 3:14 (paraphrased)
21  God told the serpent that because of what he did (which was to
22  use manipulation, deception, and perversion (a twisted truth based off of envy,
23  wrong motives, twisting words that mislead people from GOD's Real
24  Truth in order to gain control of their lives, and misrepresenting
25  the TRUE God all in the while replicating God so that the
26  people will serve the creature more than the creator)
27  that the serpent would be cursed above all the cattle

Insert ¶ #

Insert ¶ #

Insert ¶ #

C

1  . and every beast of the field. Right here in Genesis 3:14-

*Insert ¶ #*

2  Satan has become cursed because of his cunning ways that
3  deceived Eve into leading Adam to rebel against God. After
4  being rebuked by God in Genesis 3:15, The LORD says to the
5  serpent that he would put enmity between him and the woman
6  and between his seed and the womans seed. - When God
7  was speaking about the serpent seed and the woman's seed
8  there's a distinction between the two that I will like.

10  . To clarify for the sake of Gods undeniable TRUTH.

*Insert ¶ #*

11  Ⓐ First of all, MAN came before Woman when it comes to
12  the order of how God created humanity. Ⓑ Secondly, MAN
13  carry the seed of life, women carry the eggs that becomes
14  impregnated by the mans seed, and then she carries
15  the seed of life until the time is right to give Birth (that
16  sounds like birthright). Ⓒ Thirdly, the woman gives birth to her
17  child however in this case She gave birth to the serpents

19  . Seed first (due to her disobeying the divine instructions given to

*Insert ¶ #*

20  her husband) that's why many say she slept with the serpent
21  but the truth behind Eve's fall is that she was deceived. So,
22  before we talk about her seed let me explain her proclamation
23  of being deceived (beguiled). First off, Eve was NOT created
24  when GOD spoke to Adam and told him not to eat of the tree of
25  knowledge. Also Adam had dominion over Gods enemy
26  because he was given responsibility to dress (H5647= to serve), keep (H8104= to protect)
27  and he was given authority over the animals (wasn't

1   ___. it a serpent which is an animal who knew the Word but

2   *Insert ¶ #*   twisted it in order to deceive Eve?). Due to the fact that Eve

3   came from Adams rib-that made her spiritually aware

4   of what God told Adam. However, the serpent understood

5   the Power of Gods Word that's why he did not go

6   straight to Adam because Adam had the spirit

7   of God (God blew the breath of life into Adam when He created Him)

8   so Adam would discern the deception and also

9

10   ___. Adam had dominion over the animals. But Eve had

11   *Insert ¶ #*   not the Spirit of God, had not heard God speak to her

12   yet, and did not understand the Power of the Word of

13   God being God Himself. ① Eve was questioned by the serpent

14   about what God said pertaining to the trees in

15   the garden (Genesis 3:1 - Now the serpent was more subtil

16   than any beast of the field which the LORD God had made.

17   And he said unto the woman, Yea, hath God said, Ye shall

18

19

20   ___. not eat of every tree of the garden? Let's break down Genesis 3:1

21   *Insert ¶ #*   in Hebrew : Serpent (H5175- nâchâsh) meaning a snake from its hiss

22   or according to H5172- nâchash meaning to hiss, whisper a (magic) spell;

23   prognosticate (predict, foretell, indicate by signs, omen, (augur according to

24   ancient Rome is a religious official who interpreted omens to guide public

25   policy. Augurs are in the regions of Rome, Roma, Eternal City, Italian capital,

26   capital of Italy because they indicate by signs and these signs bare

27   bad news)² divine, ⑤enchanter, ⑥ use enchantment, ⑦learn by experience,

28   ⑧ (idiom) indeed, ④ diligently observe (*in my opinion just like an observatory).

E

1  ___. was(H1961 = hâyâh) meaning to exist, be or become, come
2  Insert ¶ # to pass, beacon (A fire (usually on a hill or tower) that can be seen from a
3  distance) A radio station that broadcasts a directional signal for
4  navigational purposes, a tower with a light that gives warning of
5  shoals to passing ships. came, has been, were happened.
6  subtil(H6175 = ârûwm) meaning cunning (shrewdness as demonstrated
7  by being skilled in deception), crafty, prudent. beast(H2416=chay)
8  meaning appetite, (wild) beast, company, congregation, maintenance,
9
10  ___. (phrase) merry, multitude. field(H7704 = sâdeh) meaning to
11  Insert ¶ # spread out country, ground, land, soil. LORD(H3068 = Yehôvâh)
12  meaning (the) self-Existent or Eternal; Jehovah or according to H3050 =
13  Yahh meaning the same, Jah, the sacred name, Jah, the Lord, most
14  vehement. God(H430 = 'elôhîym) meaning gods in ordinary sense
15  but specifically used of the supreme God or according to H433='elôwahh
16  meaning a deity.) Now, that I have broken down some of
17  the words from Genesis 3:1 in Hebrew we can finally see
18
19  ___. why Eve felt like she was deceived (beguiled) by the
20  Insert ¶ # (twisted)
21  Serpent. The serpent manipulated The word of God which
22  caused Eve to be bewitched by the serpents spell or
23  enchantment. The way the serpent was able to bewitch
24  Eve started with a question based upon him observing & (spying)
25  and studying The Word of God (John 1:1 - In the beginning
26  was The Word, and the Word was with God, and the Word
27  was God. John 1:2 The same was in the beginning with
28  God). The serpent was once with God so he studied God

Civil Rights Complaint Pursuant to U.S.C. § 1983

F

1     . who is The Word and that is how he was able to

Insert ¶ #

2     bewitch Eve with the word because she hadn't had a

3     chance to get to know God before the serpent (sorcerer,

4     magician, wizard, necromancer (one who practices divination by

5     conjuring up the dead) (conjuring means calling up a spirit (spirit is

6     defined as ① the vital principle or animating force within living things, ② the

7     general atmosphere of a place or situation and the effect it has on people,

8     ③ a fundamental emotional and activating principle determining one's

9

10    . character ④ any incorporeal supernatural being that can become

Insert ¶ #    Phones, TV, movies, etc.

11   visible (or audible) to human beings, ⑤ the state of a person's emotions

12   (especially with regard to pleasure or dejection) ⑥ animation and energy

13   in action or expression, ⑦ the intended meaning of a communication). Conjuring

14   means calling up a spirit or devil (devil is defined as ① an evil supernatural

15   being, ② a word used in exclamation of confusion, ③ a rowdy or mischievous

16   person, ④ a cruel wicked and inhumane person Ephesians 6:12 for

17   we wrestle not against flesh and blood, but against principalities,

18

19   . against powers, against the rulers of darkness of this

Insert ¶ #

20   world, against spiritual wickedness in high places.) Eve

21   was under the enchantment of the serpents word curse

22   Genesis 3:4 And the serpent said unto the woman, Ye

23   shall not surely die. Genesis 3:5 For God doth know that

24   in the day ye eat thereof, then your eyes shall be opened,

25   and ye shall be as gods, knowing good and evil. Genesis 3:6

26   And when the woman saw that the tree was good for food, and that

27   it was pleasant to the eyes, and a tree to be desired to make

1  ____. one wise, she took of the fruit thereof, and did eat, and

*Insert ¶ #*

2  gave also unto her husband with her; and he did eat.

3  Genesis 3:7 And the eyes of them both were opened, and

4  they knew that they were naked, and they sewed fig

5  leaves together, and made themselves aprons. Genesis 3:8

6  And they heard the voice of the LORD God walking in the

7  garden in the cool of the day: and Adam and his wife

8  hid themselves from the presence of the LORD God

9

10  ____. amongst the trees of the garden. *In Genesis 3:4

*Insert ¶ #*

11  The serpent gives Eve a false promise & reassurance that

12  she will not really die (he was speaking about the flesh

13  of Eve but GOD was speaking about the Spiritual connection

14  between Him and humanity). In Genesis 3:5-7 The serpent

15  verbally painted Eve a mental picture that gave her a different

16  perspective about herself while she was barely beginning

17  to find out why she was created. So basically she didn't even

18

19  ____. have an ideal yet of who she was and why she was created.

*Insert ¶ #*

20  So when the serpent verbally painted her a mental picture of

21  her eyes being opened and her having the ability to be as gods

22  that enticed her to eat due to her own lack of knowledge

23  of God, herself, her husband, and their unity as a covenant.

24  She gave it to Adam thinking that he wanted to know who

25  he was as well due to the fact that she came from his rib

26  but what Eve did not know was that Adam was the one

27  that would give her the answers to who she was and he would

28

1   . be the one to name her. However, due to Eve being Adams

*Insert ¶ #*

2   rib and them being joined together by way of the spirit it

3   caused Adam to eat as well because they were still one

4   even though God made two (because she came from him). However,

5   due to Eve listening to the serpent she became King in the serponts

6   Kingdom (feminist agenda) and her demonic authority drove her

7   which still conflicted with Adams authority and that caused strange

8   fire which is still a form of sorcery. Thats how they realized that

9

10  ___. they were naked, they had the knowledge to get fig leaves

*Insert ¶ #*

11  and so them together to cover their nakedness and they named

12  them aprons. In Genesis 3:8 Adam and his wife Hid themselves

13  from the presence of the LORD God amongst the trees of the

14  garden. This is how you know that they were deceived because they

15  really believed that they could hide from God. As if He wouldn't know that

16  they were walking in a false light (sorcery) when it may have appeared

17  to look like GOD but it didn't have the characteristics of God due

18

19  ___. to eating from the tree of knowledge. See, they had the image

*Insert ¶ #*

20  of God but not the HEART (motive behind why they did/do the things that

21  they did/do) of the LORD. That was their fall because they got

22  caught in the Intellectual side of life while forgetting to

23  live by way of the spirit of the LORD. ✱✱✱© Moving past

24  this topic because it's alot I can breakdown, lets now get to

25  her seed. Genesis 4:1-2 sys ©And Adam knew Eve his wife; and

26  she conceived, and bare Cain, and said, I have gotten a man

27  from the LORD. © And she again bare his brother Abel. And

1  . Abel was a keeper of sheep, but Cain was a tiller of the

2  Insert ¶ #  ground. Genesis 4:7-8 says: If thou doest well, shalt thou

3  not be accepted? and if thou doest not well, sin lieth

4  the door. And unto thee shall be his desire, and thou shalt

5  rule over him. And Cain talked with Abel his brother:

6  and it came to pass, when they were in the field, that

7  Cain rose up against Abel his brother, and slew him.

8  * Both sons, came out of Eve however the difference

9

10  . between the two was the intent of their hearts. Cain

11  Insert ¶ #  (serpent seed) had jealousy/envy towards Abel so he killed Abel

12  for nothing that Abel did wrong to him. Abel (chosen seed) was

13  only doing what the LORD put on his heart to do. Now Genesis 4:7

14  (paraphrased) is the LORD basically telling Cain why his offering

15  wasn't pleasant in Gods eyes. What God was saying was that

16  The MOTIVE of WHY you do, create, or speak something

17  will determine in Gods eyes whether He is pleased. If your motive

18

19  . is good he will see that but if your motive is bad then the

20  Insert ¶ #  enemy will play off of that. The serpent seeds are ill-willed

21  towards others, they devise evil things, they are haters of God, etc.

22  Her seed LOVE GOD with their heart, they're not perfect, they have

23  issues, however they are not out for self at the expense of somebody

24  else, they don't intentionally devise plans, plots, systems, groups,

25  etc to hurt others. They are Genuine, Broken, Rejected, Persecuted,

26  different, etc. The matter (motive) of their heart is to improve

27  the lives of others. Last but not least THEY LOVE JESUS CHRIST of

28  NAZARETH!

J

Year . . . . . . . . . . . . . . . . see the TRUTH

1 ___: In year 1661 B.C. There was a king named Ashurbanipal
2 who ruled the Assyrian Empire. They labeled him the
3 Genocidal King. He constructed the Library of Ashurbanipal
4 which was located in Nineveh, a city located in modern-day Iraq.
5 In year 656 in the Middle East the death of Ramla bint Abi
6 Sufyan, a wife of Muhammad died. In year 1666 The French
7 Academy of Sciences was founded by Louis XIV. In 1666,
8 Isaac Newton discovered the spectrum of light, worked out

10 ___: his system of Fluxions the precursor of modern calculus, and
11 then started considering gravity. **I put all this together to let
12 you understand the serpents seed from another aspect now all
13 those highlighted areas are learned history so let me show you how
14 I broke down the drug field that explains the perversion that has
15 affected America but started on the other side of the world that is
16 governed by Britain (U.K), Italy (Vatican), etc. 1) Adam & Eve's first son
17 is Cain who killed his brother Abel. Cain = Cocaine (Paisas) or

19 ___: Crack Cocaine (Blacks) that's Genesis 4:8 where Cain killed Abel.
20 Genesis 4:11 is where God curses Cain for killing his brother HOWEVER
21 this verse has been twisted (perverted too). Genesis 4:11- And now art thou
22 cursed from the earth, which hath opened her mouth to receive thy
23 brother's blood from thy hand; . * In this verse of scripture, Cain
24 who is the builder of the city (Genesis 4:17-And Cain knew his wife; and
25 she conceived, and bare Enoch: and he builded a city, and called
26 the name of the city, after the name of his son, Enoch) has transfered
27 his curse through the arts and artist in order to get back

Civil Rights Complaint Pursuant to U.S.C. § 1983

K

1 ____. at God because of him killing his brother out of jealousy.

*Insert ¶ #*

2 Basically, the creative arts are weapons of sorcery against

3 humanity in order mock God. Prime example of the twist

4 In the Bible we call Gods Word Scriptures however in the

5 industry of film when you're reading a piece for a part they

6 call that a script. ③ When we read the Bible we say chapter

7 3 verse 2 of whatever book we're reading. When people talk

8 about music you may hear somebody say his verses were hot!

9

10 ____. You may also hear them say his bars are fire (bars

*Insert ¶ #*

11 really symbolize a mental prison). The world has been stealing

12 Gods word then creating a twisted version of the word as

13 they steal from God to make money for Satan. Now, Back

14 to drugs. In Genesis 9:20-25 Noah is drunk from wine

15 and passes out after being in the Ark for 40 days that it was

16 Flooding; Noah had 3 sons Shem, Japheth, and Ham. Ham

17 walked in on Noah passed out and naked so he goes and tells

18

19 ____. his brothers. this brothers walk in the room backwards

*Insert ¶ #*

20 

21 and covers up their dad. When Noah wakes up he says,

22 Cursed be Cana cun (for the perversion). The enemy twists up this

23 story for drugs because Ham had a son named Cush (that's

24 marijuana) and out of jealousy of Shem being blessed by God

25 he turned Shem into Sherm (water because it was a flood) and he

26 also turns Shem which is the bloodline Jesus is to come from (during these times)

27 into a He/She. ③ Revelation 6:8 (Pale Horse) symbolizes fentanyl

28 ④ Revelations 6:5 (Black Horse) symbolizes Heroin Revelation 4:1 e (see crystal clear as glass)

symbolizes Meth (crystal)

Why they build a drug empire to

try to destroy my faith?

ONLY CHEMIST created drugs

## Step 1a. Understanding Cestui Que Vie Act 1666

## Existence of Life

**Cestui Que Vie**

London 1666, during the black plague and great fires of London, Parliament enacted an act behind closed doors, called Cestui Que Vie Act 1666.

The act being debated was to subrogate the rights of men and women, meaning all men and women were declared dead, lost at sea/beyond the sea. (back then operating in Admiralty law, the law of the sea, so lost at sea).

The state (London) took custody of everybody and their property into a trust. The state became the trustee/husband holding all titles to the people and property, until a living man comes back to reclaim those titles, he can also claim damages.

When CAPITAL letters are used anywhere in a name this always refers to a legal entity/fiction, Company or Corporation no exceptions. e.g. John DOE or Doe: JANE

1) CEST TUI QUE TRUST: (pronounced setakay) common term in New Zealand and Australia
2) STRAWMAN: common term in United States of America or Canada

These are the legal entity/fiction created and owned by the Government whom created it. It is like owning a share in the Stock Market, you may own a share… but it is still a share of the Stock.

Legally, we are considered to be a fiction, a concept or idea expressed as a name, a symbol. That legal person has no consciousness; it is a juristic person, ENS LEGIS, a name/word written on a piece of paper. This traces back to 1666, London is an IndependentCityState, just like Vatican is an IndependentCityState, just like WashingtonDC is an Independent City State.

The Crown is an unincorporated association. Why unincorporated? It's private. The temple bar is in London, every lawyer called to the "bar" swears allegiance to the temple bar. You can't get called without swearing this allegiance.

PO Box 9144
Harris Park NSW Australia
turikatukuiii@gmail.com

Our only way out is to reclaim your dead entity (strawman) that the Crown created, become the executor and then collapse the called Cestui Que Vie trust and forgive yourself of your debts and then remove yourself from the admiralty law that holds you in custody.

When London burned, the subrogation of men's and women's rights occurred. The responsible act passed… CQV act 1666 meant all men and women of UK were declared dead and lost beyond the seas. The state took everybody and everybody's property into trust. The state takes control until a living man or woman comes back and claims their titles by proving they are alive and claims for damages can be made.

This is why you always need representation when involved in legal matters, because you're dead.

The legal fiction is a construct on paper, an estate in trust. When you get a bill or summons from court it is always in capital letters, similar to tomb stones in grave yards. Capital letters signify death. They are writing to the dead legal fiction. A legal fiction was created when someone informed the government that there was a new vessel in town, based upon your birth.

Birth Certificates are issued to us by the Doc. just as ships are given berth Certificates at the Dock. It's about commerce. We come from our mothers waters. Your mother has a birth canal just like a ship. The ship moves by the sea current just as we are able to move by the currency.

All this information relates to how the general public are still legally tied through Maritime Admiralty Law. Through this ancient legal construct we can be easily controlled and duped. Learning about your legal fiction helps you to unlock yourself. Otherwise you are just an empty vessel floating on the sea of commerce. Parents are tricked into registering the birth of their babies.

In about 1837 the Births, Deaths and Marriages act was formed in UK and the post of registrar general was established. His job was to collect all the data from the churches which held the records of birth.

Regis – from Queen or Crown. All people are seen to be in custody of," The Crown". This allows people to function in commerce and to accept the benefits provided by state. We have to understand who we are as men and women and how we can relate in the system. The City of London is a centre for markets,

2

where merchants work. Then there is Mercantile Law. It comes from Admiralty Law. Look at the symbols in your City Courts that relate to Admiralty.

So where you have commerce and money, you also have "justice" and "injury". You need to understand the bankruptcy before you can understand the judiciary. We have accepted the claim to accept the summons, yet ONLY the dead can be summoned. There is an obligation to accept any liability which has been created.

We are operating in Admiralty. A not guilty plea, or ANY plea admits jurisdiction. The strawman, aka legal fiction is always guilty. Barristers and solicitors make a living out of creating controversy. By creating a controversy you become liable for the case.

Honour and dishonour. To remain in honour you have to accept a claim and settle (discharge) it. Then you add conditions, ie. *"I accept on proof of claim and proof of loss"*. This gives the liability back to them. The legal fiction is always guilty. Only in the High Court, can the real man or woman appear. Games are played on courts, hence the name 'court'. It is a game with actors (acting on acts). It has to be treated as a game and just business. Court room dramas are misinformation.

In the public, we are operating in bankruptcy and you receive benefits. It takes a lot of time, effort and study to understand and use these tools. You have to be prepared to go fully through the process, get the right tool out of your toolbox at the right time.

People need to learn how to act as a creation of God rather than a creation of Man.

Evidence of Life Evidence of Person Entitled to payment Form 206

# Rights Suspension and Corruption
# Cestui Que Vie Trust

Canon 2036 (link)
A Cestui Que VieTrust, also known later as a "Fide Commissary Trust" and later again as a "Foreign Situs trust" and also known as a form of "Secret Trust"is a fictional concept being a Temporary Testamentary Trust, first created during the

3

reign of Henry VIII of England through the Cestui Que Vie Act of 1540 and updated by Charles II through the Cestui Que Vie Act of 1666 wherein an Estate may be effected for the Benefit of one or more Persons presumed lost or abandoned at "sea" and therefore assumed/presumed "dead" after seven (7) years. Additional presumptions by which such a Trust may be formed were added in later statutes to include bankrupts, minors, incompetents, mortgages and private companies.

Canon 2037 (link)
The original purpose and function of a Cestui Que (Vie) Trust was to form a temporary Estate for the benefit of another because some event, state of affairs or condition prevented them from claiming their status as living, competent and present before a competent authority. Therefore, any claims, history, statutes or arguments that deviate in terms of the origin and function of a Cestui Que (Vie) Trust as pronounced by these canons is false and automatically null and void. A Cestui Que (Vie) Trust may only exist for seventy (70) years being the traditional accepted "life" expectancy of the estate.

Canon 2039 (link)
As all Cestui Que (Vie) Trusts are created on one or more presumptions based on its original purpose and function, such a Trust cannot be created if none of these presumptions can be proven to exist.

Canon 2042 (link)
In 1534, prior to the 1st Cestui Que Vie Act (1540), Henry VIII declared the first Cestui Que Vie type estate with the Act of Supremecy which created the Crown Estate. In 1604, seventy (70) years later, James I of England modified the estate as the Crown Union (Union of Crowns). By the 18th Century, the Crown was viewed as a company. However by the start of the 19th Century around 1814 onwards upon the bankruptcy of the company (1814/15) , it became the fully private Crown Corporation controlled by European private banker families.

Canon 2043 (link)
Since 1581, there has been a second series of Cestui Que Vie Estates concerning the property of "persons" and rights which migrated to the United States for administration including:

PO Box 9144
Harris Park NSW Australia
turikatukuiii@gmail.com

(i)     In 1651 the Act for the Settlement of Ireland 1651-52 which introduced the concept of "settlements", enemies of the state and restrictions of movement in states of "emeregency"; and

(ii)    In 1861 the Emergency Powers Act 1861; and

(iii)   In 1931 the Emergency Relief and Construction Act 1931-32; and

(iv)    in 2001 the Patriot Act 2001.


Canon 2044 (link)
Since 1591, there has been a third series of Cestui Que Vie Estates concerning the property of "soul" and ecclesiastical rights which migrated to the United States for administration including:
(i) In 1661 the Act of Settlement 1661-62; and
(ii) In 1871 the District of Columbia Act 1871; and
(iii) In 1941 the Lend Lease Act 1941.


Canon 2045 (link)
By 1815 and the bankruptcy of the Crown and Bank of England by the Rothschilds, for the 1st time, the Cestui Que Vie Trusts of the United Kingdom became assets placed in private banks effectively becoming "private trusts" or "Fide Commissary Trusts" administered by commissioners (guardians). From 1835 and the Wills Act, these private trusts have been also considered "Secret Trusts" whose existence does not need to be divulged.


Canon 2046 (link)
From 1917/18 with the enactment of the Sedition Act and the Trading with the Enemy Act in the United States and through the United Kingdom, the citizens of the Commonwealth and the United States became effectively "enemies of the state" and "aliens" which in turn converted the "Fide Commissary" private secret trusts to "Foreign Situs" (Private International) Trusts.


Canon 2047 (link)
In 1931, the Roman Cult, also known as the Vatican created the Bank for International Settlements for the control of claimed property of associated private central banks around the world. Upon the deliberate bankruptcy of most countries, private central banks were installed as administrators and the global Cestui Que Vie/Foreign Situs Trust system was implemented from 1933 onwards.


Canon 2048 (link)

PO Box 9144
Harris Park NSW Australia
turikatukuiii@gmail.com

Since 1933, when a [child](child) is borne in a [State](State)([Estate](Estate)) under [inferior](inferior) [Roman law](Roman law), three (3) Cestui Que (Vie) Trusts are created upon certain presumptions, specifically designed to deny the [child](child) forever any rights of [Real Property](Real Property), any Rights as a Free [Person](Person) and any Rights to be known as man and woman rather than a creature or [animal](animal), by claiming and possessing their Soul or Spirit.

Canon 2050 ([link](link))
Since 1933, when a [child](child) is borne, the Executors or Administrators of the higher [Estate](Estate) knowingly and willingly[claim](claim) the baby as [chattel](chattel) to the [Estate](Estate). The slave baby [contract](contract) is then created by honoring the ancient tradition of either having the ink impression of the feet of the baby onto the live birth [record](record), or a drop of its blood as well as tricking the parents to signing the baby away through the deceitful legal meanings on the live birth [record](record). This live birth [record](record) as a promissory note is converted into a slave [bond](bond) sold to the private reserve [bank](bank) of the [estate](estate) and then conveyed into a 2nd and separate Cestui Que (Vie) [Trust](Trust) per [child](child) owned by the [bank](bank). Upon the promissory note reaching maturity and the [bank](bank) being unable to "seize" the slave [child](child), a [maritime](maritime) [lien](lien) is lawfully issued to "salvage" the lost [property](property) and itself monetized as currency issued in series against the Cestui Que (Vie) [Trust](Trust).

Canon 2052 ([link](link))
The Three (3) Cestui Que Vie Trusts are the specific denial of rights of [Real Property](Real Property), [Personal Property](Personal Property) and Ecclesiastical [Property](Property) for most men and women, corresponds exactly to the three forms of law available to the Galla of the Bar Association Courts. The first [form](form) of law is [corporate](corporate) commercial law is effective because of the 1st Cestui Que Vie [Trust](Trust). The second [form](form) of law is [maritime](maritime) and [trust](trust) law is effective because of the 2nd Cestui Que Vie [Trust](Trust). The 3rd [form](form) of law is Talmudic and [Roman Cult](Roman Cult) law is effective because of the 3rd Cestui Que Vie [Trust](Trust)of Baptism.

Canon 2053 ([link](link))
The Birth [Certificate](Certificate) issued under [Roman Law](Roman Law) represents the modern equivalent to the [Settlement](Settlement) Certificates of the 17th century and signifies the [holder](holder) as a pauper and effectively a Roman Slave. The Birth [Certificate](Certificate) has no direct relationship to the private secret trusts controlled by the private banking network, nor can it be used to force the administration of a [state](state) or nation to divulge the existence of these secret trusts.

Canon 2054 ([link](link))

6

As the Cestui Que Vie Trusts are created as private secret trusts on multiple presumptions including the ongoing bankruptcy of certain national estates, they remain the claimed private property of the Roman Cult banks and therefore cannot be directly claimed or used.

Canon 2055 (link)
While the private secret trusts of the private central banks cannot be directly addressed, they are still formed on certain presumptions of law including claimed ownership of the name, the body, the mind and soul of infants, men and women. Each and every man and woman has the absolute right to rebuke and reject such false presumptions as a holder of their own title.

Canon 2056 (link)
Given the private secret trusts of the private central banks are created on false presumptions, when a man or woman makes clear their Live Borne Record and claim over their own name, body, mind and soul, any such trust based on such false presumptions ceases to have any property.

Canon 2057 (link)
Any Administrator or Executor that refuses to immediately dissolve a Cestui Que (Vie) Trust, upon a Person establishing their status and competency, is guilty of fraud and fundamental breach of their fiduciary duties requiring their immediate removal and punishment.

7



*A 3-in-1 PANDEMIC*

# DRAGON EGGS

VICTORIA DILLIHUNT

*Dragon Eggs*



## *3-in-1 Pandemics*

1. Drugs aka Chasing the Dragon
2. Perverted Music aka Mind Control
3. Corona Virus aka Exposing The ENEMY and his systems

• **Pandemic Problem 1: Drugs aka Chasing the Dragon**

According to: **Revelations 4:6- "and in front of the throne there was something like a sea or large expanse of glass, like [the clearest] crystal...**

## **WhatGodRevealed to me:**



Perversion only stands for a twisted truth. So, here we find that Satan has taken his knowledge of God's throne and conjured up drugs which is used to alter the mind aka get you high. But in this specific case that's where METH aka Crystal or Ice was created as a replicated way to enter the spirit realm and that's why you see so many people hallucinating or becoming paranoid. While some users are under the influence they tap into a demonic realm dealing with familiar spirits that are only sent to torment, oppress, or possess.

- ## **<u>Pandemic 2: Perverted Music aka Mind Control</u>**

According to: **Revelations 4:9,10,11- "Whenever the living creatures give glory and honor and thanksgiving to Him who sits on the throne, to Him who lives forever and ever, the twenty-four elders fall down before Him who sits on the throne, and they worship Him who lives forever and ever; and they throw down their crowns before the throne, saying, "Worthy are You, our Lord and God, to receive the glory and the honor and the power; for You created all things, and because of Your will they exist, and were created and brought into being.""**



## **<u>What God Revealed to me:</u>**

Perversion only stands for a twisted truth. So, here we find that Satan has taken his knowledge of God's throne and conjured up PERVERTED MUSIC, created IDOLS (promoting idolatry of money, sex, being self made aka self worship, murder, drugs, etc) to RECRUIT the masses through mind control by playing on humans lack of identity (which can ONLY be Given by having a Relationship with YAHWEH through TRUE WORSHIP of HIS son JESUS CHRIST as instructed by YHWY), humans desire to

reverence which is why YAHWEH created humans so that they can make fellowship with Him through Worship(song, dance, etc), prayer, and reading The Word of God; yet Satans main agenda is to put himself in the place of The Father of all Creation while raising up a demonic army of followers who are either 1)deceived to following the ways of Satan through the Worlds Systems including Religion while rebelling against the Word of God due to systematic manipulation that religion has caused or 2) willing to serve darkness in exchange for whatever desires they have placed as a bargain of their souls salvation.

- **<u>Pandemic #3: Corona Virus aka Exposing Agent</u>**

According to: **Revelations 12(paraphrasing): it talks about a woman, a male child, the dragon, then all of her seed. Well according to experts the woman is Mary the virgin, the male child is Jesus Christ the son of God, the dragon is Satan, and her all her seed is everybody else who is born. In this chapter you see Satan gets cast out of heaven which he takes a third of the angels with him. Then, he DECEIVES the earth so (fasting forward) God sends his son JESUS CHRIST to be born in the womb of Mary. When Mary gives birth Satan the DRAGON (who is chasing**

**Mary) is operating in the form of PHARAOH who slays all the first born in order to try and kill Jesus before He can grow up to walk in His GOD GIVEN IDENTITY which was SAVIOR OF THE WORLD and GOD's SON born in the flesh. JESUS WHOLE MISSION is TO SEEK AND SAVE THOSE THAT ARE LOST (Luke 19:10) from the tricks and traps of the enemy.**

## <u>What God Revealed to me:</u>

Perversion only stands for a twisted truth. So, here we find that



Satan has taken his knowledge of God's agenda and conjured up a Modern Day Propaganda which is controlled governmental politics, government controlled religion, controlled lifestyle through mainstream and media brainwashing which all goes back to 1 John 2:16 -16 For all that is in the world, the lust of the flesh, and the lust of the eyes, and the pride of life, is not of the Father, but is of the world.

- # ***LET'S DECODE THE SYSTEM:***

## According to Above Scriptures

1. Dragon + Drugs = CHASING the DRAGON
2. Dragon + Music = INFLUENCE
3. Woman + Seed = CHILDREN

**+**

## According to Government

1. DRAGON + DRAGON WORSHIP = origin in CHINA
2. DRAGON + DRUGS = origin in CHINA
3. DRAGON + US GOODS/ SERVICES = origin in CHINA
4. DRAGON + Corona Virus = origin in CHINA

**=**

## Main Corrupted Systems

1. IDOLATRY of DRAGON
2. PHARMACEUTICAL COMPANIES and STREET DRUGS
3. MUSIC AND MEDIA INDUSTRY
4. DCFS and FAMILY REUNIFICATION
5. TRADE



## **SOLUTION**:

<u>2 Chronicles 7:14(paraphrased)-
HUMBLE YOURSELF enough to
Pray, meditate, read the
word(aloud), take God at His Word
for yourself to see Him manifest
Himself to you personally, praise
and worship, THEN, REPENT by
turning away from wickedness....</u>
Next, learn how to overcome the
weaknesses of your flesh as you
learn to Walk with GOD in fallen
world with so many diverse
temptations. Also, you're not
always going to get it right and
that is why God has given us
grace and mercy as He perfect our
lives in His timing not in mans
timing. He's more concerned
about the motives of your heart
and inward man than the
perfection of the outward

appearance that He will line up once your inner man is cleaned up.
To be continued as God reveals...
"But God hath revealed them unto us by his Spirit: for the Spirit searcheth all things, yea, the deep things of God."
1 Corinthians 2:10 KJV

Written by: VICTORIA DILLIHUNT 5/20/2020







REPENT NOW

1  Isaiah 14:1-32 Isaiah 14:1 For the LORD will have mercy on Jacob,
2  and will yet choose Israel, and set them in their own
3  land: and the strangers shall be joined with them, and
4  they shall cleave to the house of Jacob. ²And the people
5  shall take them, and bring them to their place; and the
6  house of Israel shall possess them in the land of the LORD
7  for servants and handmaids: and they shall take them captives,
8  whose captives they were, and they shall rule over their oppressors.
9
10  ³And it shall come to pass in the day that the LORD shall
11  *Insert ¶ #*  give thee rest from thy sorrow, and from thy fear, and
12  from the hard bondage wherein thou wast made to serve,
13  ⁴That thou shalt take up this proverb against the king
14  of Babylon, and say, How hath the oppressor ceased! the golden
15  city ceased! ⁵The LORD hath broken the staff of the
16  wicked, and the sceptre of the rulers. ⁶He who smote the
17  people in wrath with a continual stroke, he that ruleth the
18
19  nations in anger, is persecuted, and none hindereth. ⁷The whole
20  *Insert ¶ #*  earth is at rest, and is quiet: they break forth into singing. ⁸Yea,
21  the fir trees rejoice at thee, and the cedars of Lebanon, saying,
22  Since, thou art laid down, no feller is come up against us. ⁹Hell
23  from beneath is moved for thee, to meet thee at thy coming: it
24  stirreth up the dead for thee, even all the chief ones of the
25  earth; it hath raised up from their thrones all the kings of the nations.
26  ¹⁰All they shall speak and say unto thee, Art thou also become
27  we as we? art thou become like unto us? ¹¹Thy pomp is brought
28

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___: down to the grave, and the noise of thy viols: the worm is
   *Insert ¶ #*
2  spread under thee, and the worms cover thee. ⑫ How art thou
3  fallen from heaven, O Lucifer, son of the morning! how art
4  thou cut down to the ground, which didst weaken the nations!
5  ⑬ For thou hast said in thine heart, I will ascend into heaven, I
6  will exalt my throne above the stars of God: I will sit also upon
7  the mount of the congregation, in the sides of the north: ⑭ I
8  will ascend above the heights of the clouds, I will be like the
9

10 ___: most High. ⑮ Yet thou shalt be brought down to hell, to
   *Insert ¶ #*
11 the sides of the pit. ⑯ They that see thee shall narrowly
12 look upon thee, saying, Is this the man that made the
13 earth to tremble, that did shake kingdoms; ⑰ That made
14 the world as a wilderness, and destroyed the cities thereof;
15 that opened not the house of his prisoners? ⑱ All the kings of
16 the nations, even all of them, lie in glory, every one in
17 his own house. ⑲ But thou art cast out of thy grave like
18

19 ___: an abominable branch, and as the raiment of those
   *Insert ¶ #*
20 that are slain, thrust through with a sword, that go down
21 to the stones of the pit; as a carcase trodden under feet.
22 ⑳ Thou shalt not be joined with them in burial, because thou
23 hast destroyed thy land, and slain thy people: the seed of
24 evildoers shall never be renowned. ㉑ Prepare slaughter for
25 his children for the iniquity of their fathers; that they do not
26 rise, nor possess the land, nor fill the face of the world
27 with cities. ㉒ For I will rise up against them, saith
28

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___, the LORD of hosts, and cut off from Babylon the

2  name, and remnant, and son, and nephew, saith the

3  LORD. [23] I will also make it a possession for the bittern,

4  and pools of water: and I will sweep it with the besom

5  of destruction, saith the LORD of hosts. [24] The LORD of hosts

6  hath sworn, saying, Surely as I have thought, so shall it

7  come to pass; and as I have purposed, so shall it stand:

8  [25] That I will break the Assyrian in my land, and upon my

9

10  ___, mountains tread him under foot: then shall his yoke

11  depart from off them, and his burden depart from off

12  their shoulders. [26] This is the purpose that is purposed upon

13  the whole earth: and this is the hand that is stretched out

14  upon all the nations. [27] For the LORD of hosts hath purposed,

15  and who shall disannul it? and his hand is stretched out,

16  and who shall turn it back? [28] In the year that king Ahaz

17  died was this burden. [29] Rejoice not thou, whole Palestina,

18

19  ___, because the rod of him that smote thee is broken:

20  for out of the serpent's root shall come forth a cockatrice,

21  and his fruit shall be a fiery flying serpent. [30] And the

22  first-born of the poor shall feed, and the needy shall

23  lie down in safety: and I will kill thy root with famine, and

24  he shall slay thy remnant. [31] Howl, O gate; cry, O city;

25  thou, whole Palestina, art dissolved: for there shall come

26  from the north a smoke, and none shall be alone in his

27  appointed times. [32] What shall one then answer the messengers

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___ of the nation? That the LORD hath founded Zion, and
2    the poor of his people shall trust in it.
   *Insert ¶ #*
3    Isaiah 9:6-7 says: ⑥ For unto us a child is born, unto
4    us a son is given: and the government shall be upon
5    his shoulder: and his name shall be called Wonderful,
6    Counselor, The mighty God, The everlasting Father, The
7    Prince of Peace. ⑦ Of the increase of his government
8    and peace there shall be no end, upon the throne of
9
10   ___ David, and upon his Kingdom, to order it, and to
   *Insert ¶ #*
11   establish it with judgement and with justice from henceforth
12   even for ever. The zeal of the LORD of hosts will perform this.
13   Matthew 22:15-22 says: ⑮ Then went the Pharisees, and took
14   counsel how they might entangle him in his talk. ⑯ And they
15   sent out unto him their disciples with the Herodians, saying,
16   Master, we know that thou art true, and teachest the way
17   of God in truth, neither carest thou for any man: for
18
19   ___ thou regardest not the person of men. ⑰ Tell us therefore,
   *Insert ¶ #*
20
21   What thinkest thou? Is it lawful to give tribute unto Caesar,
22   or not? ⑱ But Jesus perceived their wickedness, and said,
23   Why tempt ye me, ye hypocrites? ⑲ Shew me the tribute
24   money. And they brought unto him a penny. ⑳ And he saith
25   unto them, Whose is this image and superscription? ㉑ They
26   say unto him Caesar's. Then saith he unto them, Render
27   therefore unto Caesar the things which are Caesar's; and unto
28   God the things that are God's. ㉒ When they had heard these words, they
     marvelled, and left him, and went their way.

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    . *Now let me breakdown Matthew 22:15-22 so you
     *Insert ¶ #*
2    can get a better understanding. In verse 15 the word
3    Pharisee in Greek is (G5330= Pharisaios) meaning a
4    separatist, i.e. exclusively religious; a Pharisean, i.e. Jewish
5    sectary: Separatist means a person who supports the separation
6    of a particular group of people from a larger body on the basis
7    of ethnicity, religion, or gender. (B) counsel in Greek is (G4824=
8    symboulion) meaning advisement, specially, a deliberative
9
10   . body, ie. the provincial assessors or lay-court. Advisement
     *Insert ¶ #*
11   means careful consideration. (C) Entangle in Greek is (G3802=
12   pagideuo) meaning to ensnare. Ensnare means to catch
13   in a snare, to get control of something or someone by dishonest
14   or underhand means, to bound, to enslave, to confine,
15   to kidnap, to arrest, to indenture. (D) Talk in Greek is (G3056=
16   logos) meaning something said, by implication, a topic, also
17   reasoning (the mental faculty) or motive; a computation,
18
19   . preaching, doctrine, Word (Christ). Implication means
     *Insert ¶ #*
20   the conclusion that can be drawn from something although it is
21   not explicitly stated. Topic means (of a subject) of immediate
22   relevance, interest, or importance owing to its relation to current events.
23   Reasoning means the action of thinking about something
24   in a logical, sensible way. Motive means the psychological
25   feature that arouses an organism to action toward a desired goal.
26   Computation means any type of arithmetic or nonarithmetic
27   calculation that is well defined. Human Computation is the

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  Insert ¶  . practice of using humans to solve issues or carry out
2  tasks that are challenging for computers to perform. Another
3  way human computation is used today is through data mining
4  and machine learning. This involves using algorithms to
5  learn from large data sets in order to find patterns and make
6  predictions. (The first definition for computer was in 1613 and
7  it was referring to a person who performed complex calculations,
8  such as bookkeepers and mathematicians. ✳✳ Both those
9
10  Insert ¶ #  . areas are the things you learn from kindergarten on up
11  so basically, that's saying they were indoctrinating us since
12  Elementary School. Then, after programming humanity as
13  artificial intelligence since 1613 (computers) in 1951 the UNIVAC 1
14  mainframe computer became known for predicting (predicting means
15  to say or estimate that (a specific thing) will happen in the future
16  or will be a consequence of something) the outcome of the
17  U.S. presidential election the following year: this incident
18
19  Insert ¶ #  . is noteworthy because the computer correctly predicted
20  an Eisenhower landslide over Adlai Stevenson, whereas the
21  final Gallup poll had Eisenhower winning the popular vote
22  51-49 in a close contest. So this here, also shows that they
23  have bewitched the people, they have the essence of humanity
24  locked in the digital realm, their playing with spiritual
25  warfare while releasing demons from the universal realm,
26  they are altering the elections, digitally controlling humanity,
27  and they are blaming everybody else for them intentionally

1  Insert ¶ # ___ . programming humanity in the satanic realm (universal)
2  which has caused humanity to walk in the steps of rebellion,
3  falsehood, sorcery, and witchcraft. To prove this statement
4  I am going to refer back to Genesis 3:1 - Now the serpent was
5  more subtil than any beast of the field which the LORD God had
6  made. And he said unto the woman, Yea, hath God said, Ye
7  shall not eat of every tree of the garden? * In this verse
8  the serpent said unto the woman. After, the spirit spoke
9
10  Insert ¶ # ___ . through the snake it caused the fall of Humanity because
11  she was beguiled. Beguiled also means bewitched. So if
12  the UNIVAC 1 predicted Eisenhower winning the US.
13  Presidential election that means a spirit is talking through
14  the computer just like a spirit spoke through the serpent
15  and look at the results of the world today. Why playing around
16  with technology it's in a fallen state because it's being governed
17  by sorcery (wrong gods because there's only 1 true & living God
18
19
20  Insert ¶ # ___ . if any of these other Gods were really the true God then they
21  wouldn't be hiding behind Gods Word, infiltrating his children,
22  rewriting the story using other methods in order to take ownership,
23  working together as a collective of religions to eradicate
24  one religion, moving in greed, using man made sources in
25  order to pretend they have the answer to the problems when
26  they are the problem! because they're not in their rightful
27  place, they wouldn't have people confused over identities,
28  beliefs, etc. All this contention wouldn't be here because only

1  . Satan is the author of confusion. They also wouldn't
*Insert ¶ #*
2  be stealing, killing, lying, etc to obtain what God gave
3  another person. Nor would they be charging you for what
4  God gave you freely. John 10:7-19 ① Then saith Jesus unto
5  them again, Verily, verily, I say unto you, I am the door
6  of the sheep. ③ All that ever came before me are thieves
7  and robbers: but the sheep did not hear them. ⑨ I am the
8  door: by me if any man enter in, he shall be saved, and
9
10  . Shall go in and out, and find pasture. ⑩ The thief cometh
*Insert ¶ #*
11  not, but for to steal, and to kill, and to destroy: I am come
12  that they might have life, and that they might have it
13  more abundantly. ⑪ I am the good shepherd: the good
14  shepherd giveth his life for the sheep. ⑫ But he that is an
15  hireling, and not the shepherd, whose own the sheep are
16  not, seeth the wolf coming, and leaveth the sheep and
17  fleeth: and the wolf catcheth them, and scattereth the
18
19  . sheep ⑬ The hireling fleeth, because he is a hireling
*Insert ¶ #*
20  and careth not for the sheep. ⑭ I am the good shepherd,
21  and know my sheep, and am known of mine. ✕✕✕ Now,
22  that I have just broke down Matthew 22:15 which led
23  me to more depth-ive understanding, I will wrap this topic
24  on Matthew 22:15-22 By saying clearly as we can see
25  from breaking down verse 15 that the Pharisees are
26  replicas, false teachers/leaders, fake prophets, fake religions
27  that tried to entangle the TRUE word of God with
28

1  Insert ¶ #  . conversation (different methods of talking such as logos, topics,
2  implications, reasoning, motives, preaching, doctrines, computation, etc.)
3  However, their primary focus was on money that's why they questioned
4  Him about money in order to see if He would lie which then
5  shows Motive (was He for humanity or for himself). That's why
6  it says Jesus perceived their wickedness and said why tempt
7  ye me, ye hypocrites? (Jesus could see their wicked motives
8  because He IS the truth and their hearts were focused on

10  Insert ¶ #  . trying to set Him up with Caeser over money, power, and
11  prestige but because Jesus has The truth He spoke the truth
12  without being afraid to lose the acceptance of others & materialistic
13  things. Jesus knew that those things did not Make Him nor
14  could it hold any power over Him because He is POWER
15  ALL BY HIMSELF. His mission was to sacrifice His life
16  to break the chains off of humanity from the fallen nature.
17  He understood that the system was only entrapment

19  Insert ¶ #  . to man and/or man made creation but Adam once
20  upon a time had authority over creation however after
21  the fall in the garden of Eden, Cain the cursed son of
22  Adam built the city in order to hide from God, enslave
23  others to do the work, and to pretend like he was the
24  chosen seed. The only way Cain could hide from God was
25  to build up people and give them his man made identity
26  while stripping them of their God given power and forcing
27  them to worship the creation instead of worshipping

1  _____. God. Also, Jesus told the Pharisees that they
2  Insert ¶ #  were hypocrites because He knew that they would
3  deceive many with the answer He gave them. He
4  knew that they would attempt to rob Him and His
5  chosen ones by falsely taking claim of things that
6  weren't theirs. Matthew 22:19-21 ⑲ Shew me the
7  tribute money. And they brought unto him a penny.
8  ⑳ And he saith unto them, Whose is this image and
9  superscription? ㉑ They say unto him Caesar's. Then

10  _____. superscription? ㉑ They say unto him Caesar's. Then
11  Insert ¶ #  saith he unto them, Render therefore unto Caesar the things
12  which are Caesar's and unto God the things that are
13  God's. ✳ All people been doing is creating things
14  and putting their picture and names on them and
15  then claiming it's theirs but in all actuality all
16  they have been doing is stealing from God and that's
17  why people are trying to escape Judgement by attempting

18  _____. to blackmail the oppressed when it's really the
19  Insert ¶ #  leaders and oppressor who are in trouble for robbing
20  Gods people, beating them, enslaving them, killing
21  them, setting them up, framing them, etc all in the
22  name of MONEY! Repent NOW for the
23  Time is Near & this is the FINAL
24  WARNING! MAY GODS WILL BE DONE
25  ON EARTH AS it is in HEAVEN! TURN FROM
26  YOUR WICKEDNESS!!!

Page Number

## Claim #(____)

*(insert Claim#)*

____.    Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

____.    All rights have been violated according to the Constitution of man

*Insert ¶ #*

that was said to be founded on the WORD OF GOD by the forefathers of

America as it's supposed to align with the Declaration of Independence.

ALL RIGHTS THAT WERE GIVEN BY GOD to the BLACKS which were: To

FELLOWSHIP WITH THE REAL GOD, Till and Keep the land, be fruitful and

multiply, and to LEAD the people, etc have been violated & downplayed

____.    Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All defendants have played a part in the charades of witchcraft

_____

_____

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

____.    Leviticus 16:22 And the goat shall bear upon him all their iniquities

*Insert ¶ #*

unto a land not inhabited: he shall let go the goat in the wilderness.

Leviticus 16:26 And he that let go of the goat for the scapegoat shall

was his clothes, and bathe his flesh in water, and afterward come into the

camp. Leviticus 16:27 And the bullock for the sin offering, and the goat

the sin offering, whose blood was brought in to make atonement in the

holy place, shall one carry forth without the camp........( to be continued)

____.    As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way:

Jesus died as the ultimate sacrifice however the wicked are still using

these kind of sacrifices to try and cleanse their sin. Also, they're using the

humans for the sacrifices instead of the goats bcuz their the serpent seed

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## Claim #(____)

*(insert Claim#)*

___.    Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

_____. All rights have been violated according to the Constitution of man

*Insert ¶ #*

that was said to be founded on the WORD OF GOD by the forefathers of

America as it's supposed to align with the Declaration of Independence.

ALL RIGHTS THAT WERE GIVEN BY GOD to the BLACKS which were: To

FELLOWSHIP WITH THE REAL GOD, Till and Keep the land, be fruitful and

multiply, and to LEAD the people, etc have been violated & downplayed

___.    Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All defendants have played a part in the charades of witchcraft

_____

_____

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

_____. Leviticus 19:28 Ye shall not make any cuttings in your flesh for the

*Insert ¶ #*

dead, nor print any marks upon you: I am the Lord. Leviticus 19:29 Do not

prostitute thy daughter, cause her to be a whore; lest the land fall to whore

-dom, and the land become full of wickedness .

_____

_____

_____

___.    As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way:

All things that is instructed for us not to do the wicked have used as a

way 2 cause us to sin against God. Not having the right GOD in His Right

PLACE is the world PROSTITUTING ME SPIRITUALLY & SYSTEMATICALLY

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## Claim #(___)

*(insert Claim#)*

___.    Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

_____. All rights have been violated according to the Constitution of man

*Insert ¶ #*

that was said to be founded on the WORD OF GOD by the forefathers of

America as it's supposed to align with the Declaration of Independence.

ALL RIGHTS THAT WERE GIVEN BY GOD to the BLACKS which were: To

FELLOWSHIP WITH THE REAL GOD, Till and Keep the land, be fruitful and

multiply, and to LEAD the people, etc have been violated & downplayed

___.    Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All defendants have played a part in the charades of witchcraft

_____

_____

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

_____. Leviticus 18:3 After the doings of the land of Egypt, wherein ye

*Insert ¶ #*

dwelt, shall ye not do: and after the doings of the land of Canaan, whither

I bring you, shall ye not do: neither shall ye walk in their ordinances.

Leviticus 18:22 Thou shalt not lie with mankind, as with womankind: it is

abomination. Leviticus 19:4 Turn ye not unto idols, nor make to your-

selves molten gods: I am the LORD your God. Leviticus 19:11 Ye shall not

steal, neither deal falsely, neither lie one to another.

___.    As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way:

The Roman Catholic Church has led the people into following the doings

of Canaan by rebuilding the Roman Empire as they goverened the Church.

Their seeds have stolen, infiltrated, and replicated us while killing us too.

Civil Rights Complaint Pursuant to U.S.C. § 1983

## Claim #(___)

*(insert Claim#)*

___.    Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

_____. All rights have been violated according to the Constitution of man

*Insert ¶ #*

that was said to be founded on the WORD OF GOD by the forefathers of

America as it's supposed to align with the Declaration of Independence.

ALL RIGHTS THAT WERE GIVEN BY GOD to the BLACKS which were: To

FELLOWSHIP WITH THE REAL GOD, Till and Keep the land, be fruitful and

multiply, and to LEAD the people, etc have been violated & downplayed

___.    Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All defendants have played a part in the charades of witchcraft

_____

_____

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

_____. Leviticus 19:10 And thou shalt not glean thy vineyard, neither shalt

*Insert ¶ #*

thou gather every grape of thy vineyard; thou shalt leave them for the

poor and stranger: I am the LORD your God. Leviticus 19:13 Thou shalt not

defraud thy neighbor, neither rob him: the wages of him that is hired shall

not abide with thee all night until the morning. Leviticus 19:16 Thou

shalt not go up and down as a talebearer among thy people: neither shalt

thou stand against the blood of thy neighbor: I am the LORD.

___.    As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way:

I have had to get help from the government, hustle in the streets, work &

wait to get paid just so I could take care of my basic needs however that

is slavery and a violation to my BIRTHRIGHTS given to me by The Creator.

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## Claim #(___)

*(insert Claim#)*

___.    Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

____. All rights have been violated according to the Constitution of man

*Insert ¶ #*

that was said to be founded on the WORD OF GOD by the forefathers of

America as it's supposed to align with the Declaration of Independence.

ALL RIGHTS THAT WERE GIVEN BY GOD to the BLACKS which were: To

FELLOWSHIP WITH THE REAL GOD, Till and Keep the land, be fruitful and

multiply, and to LEAD the people, etc have been violated & downplayed

___.    Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All defendants have played a part in the charades of witchcraft

_____

_____

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

____. Acts 5:33 When they heard that, they were cut to the heart, and

*Insert ¶ #*

took counsel to slay them. Acts 5:34 Then stood there up one in the

council, a Pharisee, named Gamaliel, a doctor of the law, had in reputation

among all the people, and commanded to put the apostles forth a little

space; Acts 5:35 And said unto them, Ye men of Israel, take heed to

yourselves what ye intend to do as touching these men

_____

___.    As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way:

**The meaning of Doctor isn't what the medical profession claims it to be as we see here**

**the true meaning of doctor belongs to the Man or Woman of God that's healing the**

**people and its right here that the World stole and Perverted GOD'S ESSENCE**

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1

## Claim #(  )

2

*(insert Claim#)*

3

____. Plaintiff realleges and incorporates by reference all of the paragraphs above.

4    *Insert ¶ #*

5    *(List any other legal claim you have that is related to your civil rights claim.)*

6    ____. All rights have been violated according to the US Constitution
*Insert ¶ #*

7    It was said to be founded on the Word of GOD by the Forefathers of America

8    as it's supposed to align with the Declaration of Independence. All the Rights

9    that were given by GOD to the Blacks which were: To Fellowship with the

10   REAL GOD, Till and Keep the land, be fruitful and multiply, and to

11   lead the people, etc. have been violated & downplayed.

12   ____. Plaintiff alleges the above claim against the following Defendant(s):
*Insert ¶ #*

13   All defendants have played a part in the charades of witchcraft.

14

15

16   *(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

17   ____. Judges 16:1 Then went Samson to Gaza, and saw there a harlot, and
*Insert ¶ #*

18   went in unto her. Judges 16:4 And it came to pass afterward, that he loved a

19   woman in the valley of Sorek, whose name was Delilah. Judges 16:5 And the lords of the

20   Philistines came up unto her, and said unto her, Entice him, and see wherein his great strength lieth,

21   and by what means we may prevail against him, that we may bind him to afflict him: and we

22   will give thee every one of us eleven hundred pieces of silver. Judges 16:15 And she said unto him, How

23   canst thou say, I love thee, when thine heart is not with me? thou hast mocked me these three times, and hast

24   not told me wherein thy great strength lieth.

     ____. As a result of the Defendant's violation of the rights giving rise to this
*Insert ¶ #* claim, Plaintiff was harmed in the following way:    (Eth Wicked)

25

26   I have been ostracized because I won't allow them to use HE as a weapon

27   of seduction to obtain whatever it is they want. Also, they have used these type of

28   women to bear false witness against me, steal from me the inheritance, force me to

pay their penalty of losing all, humiliate me, etc. So that they can strip

the black men of their (GOD Page Number given) right to overtake the kingdom

by keeping them Civil Rights Complaint Pursuant to U.S.C. § 1983 complacent with the image

* King but still under somebody else's control (illusion) I AM not A HIRELING

& IT'S TIME I GET JUSTICE & PEOPLE STOP PRETENDING TO BE ME!

## Claim #(  )

*(insert Claim#)*

____. Plaintiff realleges and incorporates by reference all of the paragraphs above.

Insert ¶ #

*(List any other legal claim you have that is related to your civil rights claim.)*

____. All rights have been violated according to the US Constitution for

Insert ¶ #

humanity. It is said to be founded on the WORD OF GOD by the forefathers of America as its suppose to align with the Declaration of Independence. All the Rights that were given by GOD to the Blacks which were: To FELLOWSHIP with the REAL GOD, Till and keep the land, be fruitful and multiply, and to LEAD the people, etc. have been violated & downplayed

____. Plaintiff alleges the above claim against the following Defendant(s):

Insert ¶ #

All defendants have played a part in the charade of witchcraft.

_____

_____

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

____. 1 Samuel 28:6-8 And when Saul enquired of the LORD, the LORD answered him not, neither by

Insert ¶ #

dreams, nor by Urim, nor by the prophet. Then said Saul unto his servants, Seek me a woman that hath a familiar spirit, that I may go to her, and enquire of her. And his servants said to him, Behold, there is a woman that hath a familiar spirit at Endor. And Saul disguised himself, and put on other raiment, and he went, and two men with him, and they came to the woman by night and he said, I pray thee, divine unto me by the familiar spirit, and bring him up, whom I shall name unto thee. 1 Samuel 28:10 - And Saul sware to her by the LORD, saying, As the LORD liveth, there shall be no punishment happen to thee. for this thing (Endor was a Canaanite City) The Church being in Rome is sorcery)

____. As a result of the Defendant's violation of the rights giving rise to this

Insert ¶ # claim, Plaintiff was harmed in the following way:

Due to the fact that people felt like GOD wasn't moving fast enough; they sought out the witches to help them see so that they could know how to Navigate. However, Jezebel has led them into a man hunt against GOD and his chosen. That has cost the entire world to go astray and then because I am prophetic (mouth of God) they try to make it seem like I am living a lie and the witches, _____ sorcerers, and the Elite, are have been working hard to re-verse the roles. Also, even though they know its witchcraft involved they still been fighting to keep from me receiving the true justice that is owed to me. I'm not into sorcery & I will like it you'd stop putting m

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    **Claim #(____)**

2    *(insert Claim#)*

3    ____.    Plaintiff realleges and incorporates by reference all of the paragraphs above.

4    *Insert ¶ #*

5    *(List any other legal claim you have that is related to your civil rights claim.)*

     All rights have been violated according to the US Constitution for

6    *Insert ¶ #*

     humanity. It is said to be founded on the WORD of GOD by the forefathers of

7    America as its supposed to align with the Declaration of Independence.

8    All the Rights that were given by GOD to the Blacks which were: To

9    FELLOWSHIP with the REAL GOD, Till and keep the land, be fruitful and

10   multiply, and to LEAD the people, etc. have been violated & downplayed

11   ____.    Plaintiff alleges the above claim against the following Defendant(s):

12   *Insert ¶ #*

13   All defendants have played a part in the charade of witchcraft.

14   _____

15   _____

16   *(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

17   ____    Proverbs 7:19. For the goodman is not at home, he is gone on a long journey; ⑳ He hath

18   *Insert ¶ #*

     taken a bag of money with him, and will come home at the day appointed.㉑ With her much fair

19   speech she caused him to yield, with the flattering of her lips she forced him.㉒ He goeth after her

20   straightway, as an ox goeth to the slaughter, or as a fool to the correction of the stocks; ㉓ Till a dart strike

21   through his liver; as a bird hasteth to the snare, and knoweth not that it is for his life.㉔ Hearken unto me

22   now therefore, O ye children, and attend to the words of my mouth.㉕ Let not thine heart decline to her ways, go not

23   astray in her paths.㉖ For she hath cast down many wounded: yea, many strong men have been slain by her.㉗ Her house is the

24   way to Hell, going down to the chambers of death.
     ____.    As a result of the Defendant's violation of the rights giving rise to this

25   *Insert ¶ #* claim, Plaintiff was harmed in the following way:

26   Defendants have hurt me by worshipping the mother of the dead, then pretending like I

27   am her by keeping me in the streets, stopping All my money (trying 2 make me the for money), Indirectly

28   & then because that isn't working they keep my money which keeps me from buying
     food, which then kicks up the addiction of Meth to suppress hunger, and then they
     claim I just want to be in the Page Number streets and smoke dope. They do that also
     to try to force me to Civil Rights Complaint Pursuant to U.S.C. § 1983 go get help from the system
     so they can keep trafficking me. SEE, My whole situation is another parties
     projected illusion placed upon me because they cut all MY ACCESS to Everything

## Claim #(   )

*(insert Claim#)*

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.
*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

___. All rights have been violated according to the US Constitution
*Insert ¶ #*
for humanity. It is said to be founded on the WORD of GOD by the forefathers of
America as its supposed to align with the Declaration of Independence.
All the Rights that were given by GOD to the Blacks which were: To fellowship
with the REAL GOD, TILL and KEEP the Land, be fruitful and multiply, and
to LEAD the people, etc. have been violated & downplayed

___. Plaintiff alleges the above claim against the following Defendant(s):
*Insert ¶ #*

All defendants have played a part in the charade of witchcraft
_____
_____

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

___. Proverbs 6:16-19 These six things doth the LORD hate: yea, seven
*Insert ¶ #*
are an abomination unto him. A proud look, a lying tongue, and hands that
shed innocent blood, An heart that deviseth wicked imaginations,
feet that be swift in running to mischief, A false witness
that speaketh lies, and he that soweth discord among brethren.
_____

___. As a result of the Defendant's violation of the rights giving rise to this
*Insert ¶ #* claim, Plaintiff was harmed in the following way:

The root of the system is built off of these six things which only breed people
to be as such however due to their ability to hide behind their title or their
positions they don't pay for their War crimes against humanity.
Whether it be physically, audibly, or using documentation. Every day
they shed innocent blood, look down of people with their pride, encourage
false witnesses, form slander campaigns, and sow
discord among people. All 7 of these things they personally did,
partook in the plot against, or had others do to me.

## Claim #(___)

*(insert Claim#)*

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.

Insert ¶ #

*(List any other legal claim you have that is related to your civil rights claim.)*

Insert ¶ # ___. All rights have been violated according to the US Constitution for humanity. It is said to be Founded on the WORD of GOD by the forefathers of America as its supposed to align with the Declaration of Independence. All the Rights that were given by GOD to the Blacks which were: To FELLOWSHIP with the REAL GOD, Till and keep the land, be fruitful and multiply, and to LEAD the people, etc. have been violated & downplayed

___. Plaintiff alleges the above claim against the following Defendant(s):

Insert ¶ #

All defendants have played a part in the charade of witchcraft.

_____

_____

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

Insert ¶ # ___. Judges 19:22 Now as they were making their heart merry, behold, the men of the city, certain sons of Belial, beset the house round about, and beat at the door, and spoke to the master of the house, the old man, saying, Bring forth the man that came into thine house, that we may know him (23) And the man the master of the house, went out unto them, and said unto them, Nay my brethren, nay I pray you, do not so wickedly; seeing that this man is come into mine house, do not this folly. (24) Behold, here is my daughter and concubine, them I will bring out now, and humble ye them, and do with them what seemeth good unto you: but unto this man do no such vile thing. (verse 25 paraphrased: the sons of Belial rape the concubine all night until the morning, let her go, and she died).

___. As a result of the Defendant's violation of the rights giving rise to this

Insert ¶ # claim, Plaintiff was harmed in the following way:

They have harmed me by preventing my essence, using the system (especially children foster service as an organization that prostitutes the people as sacrifices in order to cover their own asses for the debts that they have racked up. So these corrupt Elites used me then tried to sacrifice me while abducting my daughters, covering up rape & sexual assault that happened to them since they been in the system because the whole Entire system is perversion & its a system that is governed by THE SONS OF BELIAL. Sons of Belial am scoundrels that commit various acts of wickedness such as: drunkenness=1 Sam 1:16, hostility=1 Sam 25:25, ABUSE of POWER=1 Sam idolatry=Deut 13:13, Rebellion=1 Sam 10:27, 2 Sam 16:7, lying & perverse speech=Prov 6:12, 19:28 and sexual perversion. You have authorized murderers, pedophiles, thieves to govern & invite families of our lives

1

## Claim #(___)

2

*(insert Claim#)*

3   ___.   Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

4

*(List any other legal claim you have that is related to your civil rights claim.)*

5   *Insert ¶ #* ___. All rights have been violated according to the US Constitution for

6   humanity. It is said to be founded on the WORD of GOD by the forefathers of

7   America as its suppose to align with the Declaration of Independence.

8   All the Rights that were given by GOD to the Blacks which were: To

9   FELLOWSHIP with the REAL GOD, Till and keep the land, be fruitful and

10   multiply, and to LEAD the people, etc. have been violated & downplayed

11   ___.   Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

12

13   All defendants have played a part in the charade of witchcraft.

14   _____

15

16   *(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

17   ___. Revelation 17:5 And upon her forehead was a name written, MYSTERY, BABYLON THE

*Insert ¶ #*

18   GREAT, THE MOTHER OF HARLOTS AND ABOMINATIONS OF THE EARTH.

19   Revelation 17:13 These have one mind, and shall give their power and strength unto the

20   beast. Revelation 17:14 These shall make war with the LAMB, and the LAMB shall overcome

21   them: for he is LORD of lords and King of kings: and they that are with him are

22   called, and chosen, and faithful. Revelation 17:15 And he saith unto me, The waters which thou

23   sawest where the Whore sitteth, are peoples, and multitudes, and nations, and tongues.

24   ___.   As a result of the Defendant's violation of the rights giving rise to this

25   *Insert ¶ #* claim, Plaintiff was harmed in the following way:

26   BABYLON is infiltrating the Bride of Christ (ME) to confuse humanity (running from judgement)

27   v13) Their one mind is: Gangstalking, stealing, blackmail, blasphemy, murder, etc. (the 1 mind with beast

28   is TECHNOLOGY, A.I, BARBIE, CRYPTO, MONEY, COMMUNISM, CRUCIFY CHRIST the LAMB, RELIGION, BUDD

HINDU, MUSLIM, SATANISM etc. because it all sums up to (v14) These shall make war

with the Lamb... Babylon is NOT in USA they built America to reflect BABYLON to run from

judgement

ROME (ITALY) LATIN AMERICA is sitting on the waters of people, etc with

her sorcery as she infiltrates to be ME they even have little Jerusalem in Italy

STOP IT PLEASE NOT M

## Claim #( )

*(insert Claim#)*

____. **Plaintiff realleges and incorporates by reference all of the paragraphs above.**

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

____. All legal claims that fall under the Con-

*Insert ¶ #*

stitution, International laws, and the laws that are governed under other nations for their people were violated in My life.

____. **Plaintiff alleges the above claim against the following Defendant(s):**

*Insert ¶ #*

All defendants have partaking in the charades of Witchcraft in one way or another.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

____. • Defendants were manipulated to do things based

*Insert ¶ #*

upon influential peddling based upon their jobs/careers. • Defendants were manipulated by the Elites to mob, harass, stalk, torment, spy, lie, etc to cover up the TRUTH. I King 21: 1-29 Tells the story about King Ahab & Queen Jezebel! Ahab wanted Naboths inheritance so his wife had Naboth set up, falsely accused, and killed! Jezebel used the elders, nobles, and wicked to accomplish her task (See print out on next page for story)

____. **As a result of the Defendant's violation of the rights giving rise to this**

*Insert ¶ #* **claim, Plaintiff was harmed in the following way:**

I have been living under the umbrella of lies, spies, poverty, homelessne sabotage, etc so that other people could cover up the fact that they've been stealing and being successful at my expense & they used people in every position from Judges, Churches, Industry, Streets, other professionals to make it hard or me to access anything from bathrooms, food, money, clothes, showers, etc to attempt to break my confidence so I would give up. This is RICO

**Claim #(___)**

*(insert Claim#)*

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

___. All rights have been violated according to the US Constitution for humanity. It was said to be founded on the WORD of God, by the forefathers of America as it's supposed to align with the Declaration of Independence. All the RIGHTS that were given by GOD to the BLACKS which were: TO FELLOWSHIP with the REAL GOD, TILL and keep the land, be fruitful and multiply, and to LEAD the people, etc have been violated & downplayed.

___. Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All defendants have played a part in the charades of witchcraft.

_____

_____

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

___. Acts 16:16 And it came to pass, as we went to prayer, a certain damsel possessed with a spirit of divination met us, which brought her masters much gain by soothsaying: Acts 16:17 The same followed Paul and us, and cried, saying, These men are servants of the most high God, which show unto us the way of salvation. Acts 16:18 And this she did many days. But Paul, being grieved, turned and said to the spirit, I command thee in the name of Jesus Christ to come out of her. And he came out the same hour. Acts 16:19 And when her masters saw that the hope of their gain was gone, they caught Paul and Silas, and drew them into the marketplace, unto the rulers.

___. As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way:

All the kings and their men rname up against the lamb because they'd rather have witchcraft that binds people instead of having the true living God that delivers people, & all this stems from a place of jealousy, uncertainty, etc. That's why it was easier for them to join forces to attempt to stop the TRUE LIVING GOD (which is insane)

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## Claim #( )

*(insert Claim#)*

_____. Plaintiff realleges and incorporates by reference all of the paragraphs above.
*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

_____. Partus sequitur ventrem (that which is born follows the
*Insert ¶ #* womb) was a legal document passed in colonial Virginia in 1662 and other English Crown colonies in the Americas which defined the legal status of children born there, the doctrine mandated that children of slave mothers would inherit the legal status of their mothers. The legal doctrine of partus sequitur ventrem was derived from Roman civil law especially concerning slavery & personal property.

Plaintiff alleges the above claim against the following Defendant(s):
*Insert ¶ #*

All defendants have partaken in this by oppressing others in order to keep control in the hands of the Elite thieves only because it kept their money adding up.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

_____. I been in the system since birth, then foster system since around 3
*Insert ¶ #* then juvenile hall, then placement, jail, rehabs, jobs, hud housing, community college, gr, calfresh calworks, etc. That's called HUMAN TRAFFICKING while everybody in job positions get paid to keep me entangled. Now I am 34 years old and I'm still in the situation but this time the system has my kids, business, etc. They even used Child Soldiers against me.

_____. As a result of the Defendant's violation of the rights giving rise to this
*Insert ¶ #* claim, Plaintiff was harmed in the following way:

I have been blocked from the digital realm, hindered from normal life, me & my daughter sexually assaulted while the system hid the truth. I've been enslaved so others can benefit

**Claim #( )**

*(insert Claim#)*

____. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

*Insert ¶ #*
- Canonizing dead people as saints
- Idolizing paganism at Churches, Businesses, Film, music, etc
- Stealing from GOD and Claiming it's theirs
- Perverting the essence of Gods people for self gain
- Charging for what God gave to us freely

Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*
All defendants have been entangled in the Charades of witchcraft

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

*Insert ¶ #*
- Using sorcery to hide behind God & the Chosen ones as you steal their stuff and keep them impoverished, struggling so you can say they are the criminals for doing what they do just to survive, feed their families, eat, etc.

____. As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way:
Stop oppressing us, blackmailing us, trafficking us, starving us, etc. so you can live lavishly off what you stole from me.

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## Claim #( )

*(insert Claim#)*

____. **Plaintiff realleges and incorporates by reference all of the paragraphs above.**

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

*Insert ¶ #* All rights across all laws in the world were violated

____. **Plaintiff alleges the above claim against the following Defendant(s):**

*Insert ¶ #*

All defendants

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

*Insert ¶ #* ____. The Stasi's function in East Germany resembled that of the KGB in the Soviet Union. Vladimir Putin was a KGB officer who worked in Dresden, from 1985 - 1989 as a liason officer to the Stasi from the KGB. Stasi was known to be the secret police. They conducted espionage, infiltration, psychological harassment, and used (DEW) directed-energy weapons. These are still tactics that mobs, gangstalkers, Elites, etc pay people to do when they want somebody out the way.

*Insert ¶ #* ____. As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:

I was mobbed (still being stalked), harassed, spied on, etc and it was people in positions who partook in this charade while employing street mobs, gangs, etc to partake in their crime to hinder, hurt, etc me.

____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

# V. CLAIMS

## Claim #1

1
2
3       Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

4

5       Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following

*Insert ¶ #*

6   federal constitutional or statutory civil right:

Violation of all my GOD given rights &
7   my civil rights

8

9

10

11       The above civil right was violated by the following Defendants:

*Insert ¶ #*

12   All defendants have played a part in the charades

13   of witchcraft whether that be willingly or un-

14   willingly.

15   *(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)*

16   1) Defendants caused emotional, mental, spiritual, financial,

*Insert ¶ #*

17   physical, etc. anguish, embarrassment, humiliation, & persecution.

18   2) Defendants used bullying, mind games, obstruction of justice,

19   sorcery, witchcraft, voodoo, santaria, etc. to attempt to wear me

20   out. 3) Defendants attempted to mark me as the Beast & Whore

21   as well as my partner. 4) Defendants had no reason to attack,

22   obstruct, or bully me except for their own covetousness, envy,

23   jealousy, insecurity, etc

24       As a result of the Defendant's violation of the above civil right, Plaintiff

25   was harmed in the following way:

*Insert ¶ #*

26   Emotional, physical, spiritual torture! Just like

27   genocide, assassination, etc without killing my body.

28

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1

## Claim #( )

2

*(insert Claim#)*

3   Plaintiff realleges and incorporates by reference all of the paragraphs above.

4   *Insert ¶ #*

5   *(List any other legal claim you have that is related to your civil rights claim.)*

Violation of ALL MY GOD GIVEN & legal Rights

6   *Insert ¶ #*

7   _____

8   _____

9   _____

10  _____

11

12   Plaintiff alleges the above claim against the following Defendant(s):
*Insert ¶ #*

13   All Defendants can and will find themselves partaking in

14   the 45 points of Communism (below I named a few however please

15   refer to pages 4&5 to see ALL points)

16   *(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

17   ____ · According to Communist goals (pg 4&5) #12 says resist any attempt to
*Insert ¶ #*

18   outlaw the Communist Party. #15 Capture one or both of the political parties in the U.S.

19   #20 Infiltrate the Press. #21 Gain control of Key positions in media. #25 Break down cultural

20   standards of morality. #26 INFILTRATE THE CHURCHES & REPLACE REVEALED RELIGION

21   w/ Social Religion. DISCREDIT THE BIBLE & EMPHASIZE the need for INTELLECTUAL

22   MATURITY without RELIGIOUS CRUTCH. #36 Infiltrate and gain control of more unions.

23   #37 INFILTRATE and gain control of big businesses. #41 Discredit the family as an In-

24   stitution. Encourage PROMISCUITY & EASY DIVORCE, etc
____ · As a result of the Defendant's violation of the rights giving rise to this

25   *Insert ¶ #* claim, Plaintiff was harmed in the following way:

26   I have been isolated, slandered, set up, family taken, etc in my fight against

27   the communist agenda (#12,15,20&21). MY IDENTITY has been stolen, MY INHERITANCE

28   WAS BEEN HIJACKED leaving me without finances, Other people have been pretending to be me when
it comes to the CHURCH as I've been left in the streets to war against witchcraft,
stalkers, drugs, perversion etc so ____ that #25,26 are accomplished. Due to the U.S
violating my rights it has caused me to be blacklisted due to communist controlling
our government using #15, 20,21, 25, 36, and 37. The weight of injustice has attempted
to affect my relationship #41 in order to try to make me conform but I
refuse.

# V. CLAIMS

## Claim #1

Plaintiff realleges and incorporates by reference all of the paragraphs above.

_Insert ¶ #_

Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following

_Insert ¶ #_ federal constitutional or statutory civil right:

Amendment 1 & Violation of ALL my GOD given &
legal rights

The above civil right was violated by the following Defendants:

_Insert ¶ #_

All defendants are included in this charade of witchcraft
whether willingly or unwillingly.

_(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)_

_Insert ¶ #_ • Defendants used names as a way to bewitch others
into their scheme of witchery and in a way to try and lock
out Jesus Christ of Nazareth. 2) Defendants used power of
position to attempt to build a demonic army in which
they had full control due to sorcery. 3) Defendants tangled
me up in a web of lies while exploiting me in an attempt
to leave me without anything, destroy my credibility,
and destroy my life too. Defendant's are thieves, liars, and murderers.

As a result of the Defendant's violation of the above civil right, Plaintiff

_Insert ¶ #_ was harmed in the following way:

Plaintiff life was put in jeopardy, family was separated without
proper cause, money was embezzled, stolen, and identity
has been stolen, infiltrated, and misappropriated numerous times

Civil Rights Complaint Pursuant to U.S.C. § 1983

1

## Claim #( )

2

*(insert Claim#)*

3 ___. Plaintiff realleges and incorporates by reference all of the paragraphs above.

4 *Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

5 ___. All my rights given by God & the law

6 *Insert ¶ #* haver been violated.

7

8

9

10

11 ___. Plaintiff alleges the above claim against the following Defendant(s):

12 *Insert ¶ #*

13 All defendants are included in this chevrades of

14 witchcraft whether willingly or unwillingly

15

16 *(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

17 ___. • Compton CA my birthplace, • Compton, England

18 *Insert ¶ #* •Republic of Tunisia is ran by Arabs ; Royal Tunbridge of Wells is

19 where the great gay road was filmed (no wonder I was perverted,

20 people accused me of things I knew nothing about, & I've been

21 going through Hell behind people portraying to be me like Beyonce because

22 Bey-ottoman was in Tunisia but then removed in the 1900's • Argentina,

23 Hong Kong, Canada, etc all riding of me as I'm in poverty & struggling

24 ___. As a result of the Defendant's violation of the rights giving rise to this

25 *Insert ¶ #* claim, Plaintiff was harmed in the following way:

26 The witchcraft of the Roman Catholic Church, Hinduism,

27 Shamanism, Buddhism, etc has been violating me & I

28 feel it in my body plus have wrestled with sexual abuse, drug abuse,

social abuse (gangstalked by strangers), and political abuse

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## Claim #( )

*(insert Claim#)*

_____ Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

_____ According to communist goals in our congressional records

*Insert ¶ #*

dated January 10, 1963 #17 says Get control of schools; #37 Infiltrate big businesses

_____ Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All defendants

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

_____ In year 6661, King Ashurbanipal who ruled Assyria constructed a library

*Insert ¶ #*

In year 1666 the French Academy of Science was founded by Louis XIV. In year 1666 Isaac Newton discovered the spectrum of light, worked out his system of fluxions the precursor of modern calculus, & started considering gravity. 1613 the definition of "Computer" was a job title for somebody who was a book keeper (Libraries) and somebody who did computation (mathmaticians, astrologers, scientist, data entry programs

_____ As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way:

Mislead intentionally about my history and about life. People have used sorcery against me to attempt to make me pay their debts. Strangers from all walks have used their positions to make life hard for me then act like if I am the problem. Had me go to school and forced me to learn math & spelling while <u>Page Number</u> knowing it was sorcery because it wasn't according to Civil Rights Complaint Pursuant to U.S.C. § 1983 the laws of God but it was designed to turn me away from who God called me to be as I strived for man's validation

## Claim #(   )

*(insert Claim#)*

___.    Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

_____. § 86205(a)(b)(c)(d)(e)(f)

*Insert ¶ #*

§ 81001(a)(b)

___.    Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All defendants due to the charade of witchcraft

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

_____.    In 2014, The Carters went to Havana,Cuba for their anniversary and

*Insert ¶ #*

it was approved by the Treasury Department. In, 2020 Beyonce did a

vusual album for Black is King where she rocked OSHUN(an Africa deity)

that is also linked to Cuba. Then, in 2022 Beyonce did a concert in the

city of Compton. All her moves are ritualistic in the realms of sorcery.

She is also Catholic and her moves are just like the Scatter Africa era to

keep the world under the realm of manipulation, witchcraft, idolatry, etc

___.    As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way:

The CARTERS have been pretending to be ME and My Partner while using

the power of influence, witchcraft, and money to try and cover their steps

while blackmailing me for no apparent reason other than Jealousy.

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983


WIKIPEDIA
The Free Encyclopedia

# Carmen: A Hip Hopera

**Carmen: A Hip Hopera** is a 2001 American musical romantic drama television film produced by MTV and directed by Robert Townsend. Starring Beyoncé Knowles in her debut acting role (predating her theatrical film debut in *Austin Powers in Goldmember*) along with Mekhi Phifer, Mos Def, Rah Digga, Wyclef Jean, Da Brat, Joy Bryant, Reagan Gomez-Preston (who had previously worked with Townsend on *The Parent 'Hood*, which ended in 1999), Jermaine Dupri and Lil' Bow Wow, it is based upon the 1875 opera *Carmen* by Georges Bizet, Ludovic Halévy and Henri Meilhac, but set in modern-day Philadelphia and Los Angeles and featuring a mostly original hip-hop/R&B score in place of Bizet's opera.

The film is the second major African-American adaptation of the opera, the first being the 1943 Broadway musical *Carmen Jones* and its 1954 Academy Award-nominated film adaptation.[2]

## Plot

Seductive aspiring actress Carmen Brown, who unwittingly causes trouble wherever she goes, gets involved with Philadelphia Police Department Sergeant Derek Hill, who is engaged to a cocktail waitress named Caela. At Lou's Bar, Carmen gets into a fight with a jealous woman, and Hill's superior officer, Lieutenant Frank Miller, orders Hill to bring Carmen to jail. Carmen tries unsuccessfully to seduce Hill, but convinces him to let her stop at her apartment to put her mother's ring in a safe place so it does not get stolen in jail. There, she puts on lingerie and wins him over. He is caught in the morning (with Carmen nowhere to be found) by Miller (who is now revealed to be a crooked cop), who brings Caela with him as he arrests Hill. Caela slaps Hill and tells him she hates him.

While in jail, Hill cannot stop thinking about Carmen. She writes him a letter, and he shares his obsession with cellmates Jalil and "Pockets". Meanwhile, Carmen meets the famous rapper Blaze at "the Spot", a nightclub. He wants to bring her to Los Angeles, but succeeds only in bringing her best friends. Carmen promises to meet them in LA once Hill is out of jail. Unfortunately, Hill is facing a year of probation once he gets out. However, after he gets into an argument with Miller, he punches him, fleeing to Los Angeles afterwards with Carmen, who is unaware of the incident.

**Carmen: A Hip Hopera**



DVD cover

| | |
|---|---|
| **Genre** | Musical drama[1] |
| | Romance |
| **Based on** | *Carmen* by Georges Bizet |
| | Ludovic Halévy |
| | Henri Meilhac |
| **Screenplay by** | Michael Elliot |
| **Directed by** | Robert Townsend |
| **Starring** | Mekhi Phifer |
| | Beyoncé Knowles |
| **Composer** | Kip Collins |
| **Country of origin** | United States |
| **Original language** | English |
| **Production** | |

Things in Los Angeles do not go well: Carmen cannot find an acting job, and Hill's fugitive status prevents him from obtaining employment. She encounters her best friends, Rasheeda and Nikki, who are being treated like royalty by Blaze. The trio have their tarot cards read by a psychic; while Rasheeda and Nikki receive favorable fortunes, Carmen's cards read "ruin," "sorrow" and "death." Deciding that it is time for a change, she goes to Blaze's rehearsal and is invited to be his date to his next concert. Meanwhile, Sergeant Tony Porter (Hill's ex-partner) gives Hill and Carmen's address to Miller for a large amount of cash. Simultaneously, a radio, connected to a power outlet, falls into the bathtub which Carmen had just left. Carmen wonders if that was meant to be her death.

Shortly afterwards, Carmen breaks up with Hill and moves in with her friends in a house apparently owned by Blaze. She feels that she should not give up her life for him, even though he did for her.

| Producer | Graig Hutchison |
|---|---|
| Cinematography | Geary McLeod |
| Editor | Jonathan Shaw |
| **Running time** | 88 minutes[1] |
| **Production companies** | Carmen Productions |
| | New Line Television |
| **Original release** | |
| Network | MTV |
| Release | May 8, 2001[1] |

Much like his counterpart in the original opera, Hill is devastated. He also learns from Caela, who still loves him, that he is in danger. Since Hill knows how crooked he is, Miller wants to get rid of him. Hill goes to Carmen to try to win her over again and make her leave with him. Carmen does not want to leave and tells Hill that she is staying. During their argument, a voyeuristic Miller accidentally shoots Carmen twice with a silenced gun while aiming for Hill. As Carmen dies in Hill's arms, he touches her back and sees blood running down his hand, lays the dead body down on the floor and goes to fight Miller. Hill and Miller have their last fight which ends with Miller falling to his death. Rasheeda and Nikki find Carmen's dead body and are both shocked and devastated. The story ends with Hill's wrongful arrest and the rapping narrator laying a rose down for Carmen stating "Immortal Beloved ... Carmen Brown, There'll never be another".

# Cast

- Mekhi Phifer as Sgt. Derek Hill (Don José)
- Beyoncé Knowles as Carmen Brown (Carmen)
- Mos Def as Lt. Frank Miller (Zuniga)
- Rah Digga as Rasheeda (Frasquita)
- Joy Bryant as Nikki (Mercédès)
- Wyclef Jean as Fortune Teller
- Da Brat as rapping narrator
- Jermaine Dupri as "Pockets" (Le Remendado)
- Lil' Bow Wow as Jalil (Le Dancaïre)
- Casey Lee as Blaze (Escamillo)
- Reagan Gomez-Preston as Caela (Micaëla)
- Sam Sarpong as Nathaniel
- Troy Winbush as Sgt. Tony Porter (Moralès)
- Fred Williamson as Lou (Lillas Pastia)
- Brandon J. Muhammad as prison guard (uncredited)

# History



*[Handwritten top-left margin: ROME, ITALY, etc is using sorcery to ignite the wars!]*

*[Handwritten top-right margin: NO MORE PRETENDING]*

# 1 Kings 21:1–29

1 Kings
Chapter 21 (King James Version)

*[Handwritten left margin: Sons of Belial are verse 10]*

1 And it came to pass after these things, that Naboth the Jezreelite had a vineyard, which was in Jezreel, hard by the palace of Ahab king of Samaria.

2 And Ahab spake unto Naboth, saying, Give me thy vineyard, that I may have it for a garden of herbs, because it is near unto my house: and I will give thee for it a better vineyard than it; or, if it seem good to thee, I will give thee the worth of it in money.

3 And Naboth said to Ahab, The LORD forbid it me, that I should give the inheritance of my fathers unto thee.

4 And Ahab came into his house heavy and displeased because of the word which Naboth the Jezreelite had spoken to him: for he had said, I will not give thee the inheritance of my fathers. And he laid him down upon his bed, and turned away his face, and would eat no bread.

5 But Jezebel his wife came to him, and said unto him, Why is thy spirit so sad, that thou eatest no bread?

6 And he said unto her, Because I spake unto Naboth the Jezreelite, and said unto him, Give me thy vineyard for money; or else, if it please thee, I will give thee another vineyard for it: and he answered, I will not give thee my vineyard.

7 And Jezebel his wife said unto him, Dost thou now govern the kingdom of Israel? arise, and eat bread, and let thine heart be merry: I will give thee the vineyard of Naboth the Jezreelite.

*[Handwritten right margin: She used the leaders in the world & church]*

8 So she wrote letters in Ahab's name, and sealed them with his seal, and sent the letters unto the elders and to the nobles that were in his city, dwelling with Naboth.

9 And she wrote in the letters, saying, Proclaim a fast, and set Naboth on high among the people:

10 And set two men, sons of Belial, before him, to bear witness against him, saying, Thou didst blaspheme God and the king. And then carry him out, and stone him, that he may die.

*[Handwritten left margin: She used street people, mobs, terrorists, thieves, murderers people, liars, etc. Example: Hamas, Yemen, Terrorist, muslim, Communism, gangsters, drug dealers, pimps, KKK, Nazi, Stasi, Mafia, Cartel etc and this has been going on for too many years Jezebel & her sorcery]*

11 And the men of his city, even the elders and the nobles who were the inhabitants in his city, did as Jezebel had sent unto them, and as it was written in the letters which she had sent unto them.

12 They proclaimed a fast, and set Naboth on high among the people.

13 And there came in two men, children of Belial, and sat before him: and the men of Belial witnessed against him, even against Naboth, in the presence of the people, saying, Naboth did blaspheme God and the king. Then they carried him forth out of the city, and stoned him with stones, that he died.

14 Then they sent to Jezebel, saying, Naboth is stoned, and is dead.

15 And it came to pass, when Jezebel heard that Naboth was stoned, and was dead, that Jezebel said to Ahab, Arise, take possession of the vineyard of Naboth the Jezreelite, which he refused to give thee for money: for Naboth is not alive, but dead.

16 And it came to pass, when Ahab heard that Naboth was dead, that Ahab rose up to go down to the vineyard of Naboth the Jezreelite, to take possession of it.

17 And the word of the LORD came to Elijah the Tishbite, saying,

18 Arise, go down to meet Ahab king of Israel, which is in Samaria: behold, he is in the vineyard of Naboth, whither he is gone down to possess it.

19 And thou shalt speak unto him, saying, Thus saith the LORD, Hast thou killed, and also taken possession? And thou shalt speak unto him, saying, Thus saith the LORD, In the place where dogs licked the blood of Naboth shall dogs lick thy blood, even thine.

20 And Ahab said to Elijah, Hast thou found me, O mine enemy? And he answered, I have found thee: because thou hast sold thyself to work evil in the sight of the LORD.

21 Behold, I will bring evil upon thee, and will take away thy posterity, and will cut off from Ahab him that pisseth against the wall, and him that is shut up and left in Israel.

22 And will make thine house like the house of Jeroboam the son of Nebat, and like the house of Baasha the son of Ahijah, for the provocation wherewith thou hast provoked me to anger, and made Israel to sin.

23 And of Jezebel also spake the LORD, saying, The dogs shall eat Jezebel by the wall of Jezreel.

24 Him that dieth of Ahab in the city the dogs shall eat; and him that dieth in the field shall the fowls of the air eat.

25 But there was none like unto Ahab, which did sell himself to work wickedness in the sight of the LORD, whom Jezebel his wife stirred up.

26 And he did very abominably in following idols, according to all things as did the Amorites, whom the LORD cast out before the children of Israel.

27 And it came to pass, when Ahab heard those words, that he rent his clothes, and put sackcloth upon his flesh, and fasted, and lay in sackcloth, and went softly.

28 And the word of the LORD came to Elijah the Tishbite, saying,

29 Seest thou how Ahab humbleth himself before me? because he humbleth himself before me, I will not bring the evil in his days: but in his son's days will I bring the evil upon his house.

*[Handwritten right margin: TO BE ME Jezebel is the Mother of the dead (who worships the dead)]*

*[Handwritten bottom: SUFFER NOT A WITCH/WARLOCK to LIVE! ROME/JEZEBEL/CATHOLIC, etc]*



MORE THAN A MAGAZINE, A MOVEMENT

ARTS & ENTERTAINMENT

# Oshun Energy in Beyoncé's "Black is King"

**8/3/2020** by **JANELL HOBSON**



Still from Beyoncé's *Black is King*.

I cried. As did others who expressed the same sentiment on social media after watching the "Brown Skin Girl" segment of Beyoncé's grand and illustrious visual album, *Black is King*, on Disney+. I found myself overwhelmed by the sheer beauty and elegance of Black women and girls, who were given the space to shine in all their glory.

Subscribe    Sign in

some point in the future, your high school history teacher can head to Old Havana just like Hova! Okay probably not, but...

Here's a look back at the exhaustively chronicled  international incident the Carters caused during their three-day trip to Cuba, which, by the way, was approved by the Treasury Department.

## 1. Jay Z serving golf dad realness as he and Bey exit La Guarida restaurant in Havana.



# Be Alive" in Compton Tennis Court for the 2022 Oscars

---

An ornate performance of the *King Richard* song, introduced by Venus and Serena Williams. The song marks Beyoncé's first Academy Award nomination.

By Allison Hussey

March 27, 2022



Beyoncé, March 2022 (ROBYN BECK/AFP via Getty Images)

☰  THE WEEK  🇺🇸▾  👤  🔍

SUBSCRIBE & SAVE - Less than $3 per week   >



(Image credit: REUTERS/Enrique De La Osa)



BY PETER WEBER, THE WEEK US
LAST UPDATED JANUARY 08, 2015

Last week, Mr. and Mrs. Shawn Carter celebrated their fifth anniversary by visiting Cuba, along with their mothers and a small entourage of bodyguards. The power couple better known as Beyoncé and Jay-Z did what you'd expect of tourists to the historic capital of a tropical island: Walked around Old Havana in summer clothes, taking pictures (her) and smoking cigars (him); dined out in restaurants (even though, less typically, police had to be called to keep crowds of fans at bay) and on rooftop terraces; and

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

_____. It would be nice If you can restore Honor to me & my partners names, I'd like my life restored so I can get off the streets living like a pauper, being harassed, stalked, etc

_Insert ¶ #_

_____. I don't know what to ask for because too much has been done to me, that's beyond what my mind can fanthom.

_Insert ¶ #_

_____. People need to pay for their sorcery starting with that Church. Technology has to go because its Demonic. Stop getting Rich off of me as I starve & be Humiliated

_Insert ¶ #_

_____. Let me & my family go free and stop lying on my name, hiding behind my gifts as you do your dirt, release my stuff I created, stop trying to keep me a prisoner (Its been like this ALL MY LIFE) NO MORE!

_Insert ¶ #_

Dated: **01/26/2024**

Sign: _Victoria_

Print Name: Victoria Dillihunt

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

That I am restored

Infiltrators destroyed from their positions

Babylon Must go

The Inheritance Must be released to proper person

All officials that obstructed justice must be reprimanded

Whatever else you must do to make things right in God's eyes.

I need housing with PRIVACY since its been violated my whole life. I want PEACE!

I want my company back, I want what is do to me because other people have made a lot of money off of my life & many other peoples lives & we deserve whats been stolen to be restored to who it belongs too.

Dated: **01/26/2024**

Sign: [signature]

Print Name: Victoria Dillhunt

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

Insert ¶ # That I am able to take a shower, buy some clothes, do my hair, etc which are basic needs that I have been deprived of.

Insert ¶ # I would like to cook, clean, dance, sing in my own house without my privacy being violated I will like to get off the streets. I'd like some food that hasn't had witchcraft done to it.

Insert ¶ # I'd TRULY LOVE FOR PEOPLE to STOP comparing my GOD given gifts with the witches & sorcerers. I'd like for people to stop speaking on behalf of Christ Jesus when you serve other gods.

Insert ¶ # I would love for this toxic relationship to be fully cut off. I would love to have my family restored. Clear me, & my partners names. Stop using Film & Songs to attack me with your mockery.

Dated: **01/26/2024**

Sign: 

Print Name: Victoria Talthurst

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

_Insert ¶ #_ . Big Tech, Movie producers, actors, artist, churches, colleges, government, business, etc to re evaluate your policies, guidelines to see if what you are doing is in right standing, or is

_Insert ¶ #_ . it stealing, slavery, hypocrisy, etc towards the most high. Get rid of these stalkers, evil people miss using their authority, companies etc.

_Insert ¶ #_ . I need help to rebuild the company of music for God that is a healing & safe place for people to be set free, restored, and delivered. NO MORE SYSTEMATIC SLAVERY

_Insert ¶ #_ . It's time to put away the lies, deceit, jealousy, and heal a broken world, & that takes submission to the real God.

Dated: 01/26/2024

Sign: _[signature]_

Print Name: Victoria Dillahunt

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

*All Real Estate Companies need to hand over their backlogs to be checked for Fraud. All companies need to relinquish their control over cost *All Individuals who had homes taken can submit a civil claim *All CAR dealers must hand over their backlogs to be checked for fraud. * All individuals who have had cars towed or repossessed can file a claim to check for fraud.

* Judges need to be reprimanded for corruption (Need Be basis)

* Lawyers, DA's, county clerks all need to be checked for fraud, embezzlement, influential peddling, law shopping, forgery, RICO, etc. It's time for another standard to be raised.

* THE WHITE HOUSE needs to be CLEARED OUT because it's too much deep state corruption racism confederacy, witchcraft, bribery, etc. The WHITE HOUSE ALLOWED this mess to carry on without helping me. The Hispanics have stalked, harassed, sabotaged etc. yet your letting more in while holding me in poverty to win votes. So TREASON

Dated: **01/26/2024**

Sign: _____

Print Name: _____

WE THE PEOPLE HAVE the RIGHT TO OVERTURN this TREASON!

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

. That ALL ACTORS be held accountable for intentionally sending out illusions after becoming aware of their wrong doings. (Definition of Actors is: ANYBODY in ANY WALK of

. Life that intentionally partook in this game of Catch Me if you can your the sacrificial lamb). Jesus Christ of Nazareth already sacrificed his life & this is not a Repeat this is the finished work and judgement

. That ALL these false teachers, leaders, motivational speakers, influencers, etc. be open to dismissing what they thought they knew and become teachable to what's NEW/TRUE

Isaiah 43:15 I am the LORD, your Holy ONE, the creator of ISRAEL, your King. Isaiah 43:18-19 ⑱ Remember ye not the former things, neither consider the things of old. ⑲ Behold, I will do a new thing; now it shall spring forth; shall ye not know it? I will even make a way in the wilderness

Dated: **01/26/2024**

Sign: _Victoria Dillihunt_

Print Name: Victoria Dillihunt

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

. That All confederate, symbolism/objects be destroyed. All grounds of witchcraft Must be Shut down, removed, etc

✱. All occults of witchcraft including churches must be shut down

✱ All businesses that Misused their power of position for selfish gain while using Slavery Methods Must have their finances calculated and must disperse equal amounts amongst their emploees for human trafficking.

✱ All victims of medical malpractice, medical experiments, medical deaths (oxygen, organ failure, prescription overdose, have an opportunity to file a civil claim against Hospitals, Dentists, Clinics, etc. without interferences.

✱ All people with addiction can file against medical profession as well regardles of what their current state of Mind is when filing because EVERYBODY would have to go thru a process before receiving their money (its called Healing)

Dated: **01/26/2024**

Sign: _____

Print Name: Vdovia Hillhunt

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## Claim #(___)

*(insert Claim#)*

___.    Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

___. All Rights Violated KICO! 100%

*Insert ¶ #*
Held Captive while others Infiltrated Me
Forcefully Impoverished, stole My Homes to paint bad ideas to others!
Targeted because I stood up for MySelf
Left to beg or starve
Stalked ALL DAY, EVERYDAY

___.    Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*
United States of America

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

___. You used The Carters & witchcraft to mirror/

*Insert ¶ #*
project The Carters demise on me & you kept my
partner away from me. My Kids were held
in DCFS after you kidnapped them 2X!
Corruption led you into desperate measures
to violate all laws of Life in this nation &
oversees. YOU ARE A HYPOCRITE & SATANIC

___.    As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way:

MY WHOLE LIFE WAS INTENTIONALLY DESTROYED
Until 2022 when I started filing civil lawsuits
then they paid other people, allowed people to steal my work
so they could benefit, & they paid out a lot of money so that
people would Harm me with the hopes that I would
give UP. I WANT JUSTICE NOW! 666

Page Number
Civil Rights Complaint Pursuant to U.S.C. § 1983

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

1 United States of America I request that you release EVERYthing that is rightfully mind due to the FACT that this Nation intentionally placed blockages in my life, had others infiltrate me.

_Insert ¶ #_ . as they got rich & I suffered, and ignored my cry for help as you deny all my petitions to keep me from seeing that this nation tried to sacrifice ME as a ritual to the devil. 2 I REQUEST that you TAKE ACCOUNTABILITY

_Insert ¶ #_ . for your corruption, that you clear my name, that you take down that couple (The Carters) who you strategically had come against the HAND of GOD on my life. 3 I Need MY partner, MY kids

_Insert ¶ #_ . that were kidnapped & sexually assaulted under your jurisdiction. 4 Release me from the Hostage position you have me in that keeps me in the streets. 5 Stop lying on me & covering up for your tyranny, despotism, etc. The Whole world is in trouble & you can't save them so I need to be restored in order for stuff to move forward.

6 You worked with South America & the Haters of Jesus Christ of Nazareth to blackmail the chosen so I need to be Released from this NATION w/ ALL that was stolen & with MY PEOPLE WHO LOVE MY GOD!!

Dated: **01/26/2024**

Sign: _[signature]_

Print Name: Victoria Dillihunt

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1

## **DEMAND FOR JURY TRIAL**

2

3    Plaintiff hereby requests a jury trial on all issues raised in this complaint.

4

5    Dated: **01/26/2024**

6    Sign:

7    Print Name: Victoria T. Dillihunt

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983