NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Victoria T. Dillihunt
12035 S. Broadway #K
Los Angeles CA 90061

ATTORNEY(S) FOR:

**FILED**
CLERK, U.S. DISTRICT COURT

**1/26/24**

CENTRAL DISTRICT OF CALIFORNIA
BY: ___eee___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Victoria Tenisha Dillihunt

Plaintiff(s),

v.

**The United States of America, etc**

Defendant(s)

CASE NUMBER:

**2:24-cv-00751-FMO-MAR**

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO:       THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Victoria T. Dillihunt
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| 1) The United States of America | 1) Defendant |
| 2) Matthew Abram Groening | 2) Defendant |
| 3) Society of Jesus | 3) Defendant |
| 4) Olympique de Marseille | 4) Defendant |
| etc | etc. |

_**01/26/2024**_
Date

_Signature_

Attorney of record for (or name of party appearing in pro per):

CV-30 (05/13)