Victoria T. Dilthunt
12035 S. Broadway #K
Los Angeles CA 90061



FILED
CLERK, U.S. DISTRICT COURT

1/26/24

CENTRAL DISTRICT OF CALIFORNIA
BY: ___eee___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Victoria T. Dilthunt
PLAINTIFF/PETITIONER,

v.

The United States of America, etc
DEFENDANT(S).

CASE NUMBER

**2:24-cv-00751-FMO-MAR**

REQUEST TO PROCEED
IN FORMA PAUPERIS WITH
DECLARATION IN SUPPORT

I, Victoria Tenisha Dilthunt, declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed? ☐ Yes  ☒ No
   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____
   
   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. __11/2022_____
   
2. Have you received, *within the past twelve months*, any money from any of the following sources?

   a. Business, profession or form of self-employment?   ☐ Yes  ☒ No
   b. Rent payments, interest or dividends?              ☐ Yes  ☒ No
   c. Pensions, annuities or life insurance payments?    ☐ Yes  ☒ No
   d. Gifts or inheritances?                             ☐ Yes  ☒ No
   e. Any other income (other than listed above)?        ☐ Yes  ☒ No
   f. Loans?                                             ☐ Yes  ☒ No

   If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: _____

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☐ Yes ☒ No

   If the answer is yes, identify each account and separately state the amount of money held in **each** account for each of the *six (6) months prior* to the date of this declaration.

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No

   If the answer is yes, describe the property and state its approximate value: _____

5. In what year did you last file an Income Tax return? __2021 (unknown)__

   Approximately how much income did your last tax return reflect? __unknown__

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support:

   __N/A__

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

__California__   __Los Angeles__
State   County (or City)

I, __Victoria T. Dilkhunt__, declare under penalty of perjury that the foregoing is true and correct.

__01/26/2024__
Date

Plaintiff/Petitioner (Signature)